USDC SCAN INDEX SHEET











MICRO STAR

FORMGEN INC

LMM
3:96-CV-03435
*6*
*DECL.*

**ORIGINAL**

Michael L. Kirby (050895)
**POST KIRBY NOONAN & SWEAT**
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone No.:  (619) 231-8666
Facsimile:  (619) 231-9593

Michael S. Oberman (9838)
Jeffrey S. Trachtman (7956)
Gregory A. Horowitz (0797)
**KRAMER, LEVIN, NAFTALIS & FRANKEL**
919 Third Avenue
New York, New York 10022
Telephone No.:  (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Defendants/Counterclaim-Plaintiffs
FORMGEN, INC., GT INTERACTIVE SOFTWARE
CORP. and APOGEE SOFTWARE, LTD.

FILED
AUG   9 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR, <br><br> Plaintiff, <br><br> v. <br><br> FORMGEN, INC., a corporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT and DOES 1 THROUGH 100 INCLUSIVE, <br><br> Defendants. <br><br> ———————————————— <br><br> FORMGEN, INC. and APOGEE SOFTWARE, LTD. d/b/a 3D REALMS ENTERTAINMENT, <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> MICRO STAR, <br><br> Counterclaim-Defendant. | Case No. 96-3435 H (CM) <br><br> **DECLARATION OF SCOTT MILLER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br><br><br><br> DATE:    September 9, 1996 <br> TIME:    10:30 a.m. <br> CTRM:    Honorable Marilyn L. Huff |

Scott Miller, under penalty of perjury, declares as follows:

1.      My name is Scott Miller.  I am President of Apogee Software, Ltd. ("Apogee"), which has done business under the trade name 3D Realms Entertainment since 1994. The following facts are





within my personal knowledge and, if called as a witness, I could and would testify competently to them.

2.    Apogee is a computer software development company which I started in 1987. We have developed and released to the public for retail sale over 30 computer games. Apogee has a well established reputation for creating only the highest quality products. In 1995, the Shareware Industry Awards Foundation presented to me a "Lifetime Achievement Award" for Apogee's outstanding success and leadership.

3.    Our most successful product to date is Duke Nukem 3D ("DN3D"), the most recent of a series of games centered around an action character known as Duke Nukem ("Duke"). The first Duke Nukem game was developed by Apogee and released in 1991. In late 1993, we released Duke Nukem II. Both Duke Nukem and Duke Nukem II were "platform" games, meaning that they were played in a two dimensional environment. After release of Duke Nukem II, we began development of DN3D, a three dimensional version of the game.

4.    The three dimensional environment and extraordinary degree of interactivity in DN3D has made it the best selling computer game in the United States for the past several months. Our information is that DN3D is sold in at least 5,000 retail outlets in the United States and that over 500,000 copies of the registered version have been sold in this country. Another 200,000 to 300,000 copies of the registered version have been sold outside the United States.

5.    Apogee has granted to FormGen, Inc. the exclusive worldwide rights to market and distribute the DN3D game program for a term of four years. Apogee retained ownership of all trademarks and related logos and letter styles for DN3D.

6.    The marketing plan used for DN3D has involved a two step process. First, Apogee released a "shareware" version of the game -- essentially an advertising "teaser" (or "demo" as it is often called) containing a limited number of levels and weapons -- on the Internet in January 1996 with conspicuous copyright notices. After considerable enthusiasm had been generated, the full, or registered, version of DN3D containing 29 levels and a full set of weapons, was released in May 1996.

7.    The full game also offers an additional feature. It is packaged with a "Build Editor" program and other helpful programs that enable the user to create new levels by cutting and pasting

- 2 -

elements of the game (such as walls, floors, doors, items, and monsters) and arranging them in a proprietary "map" format that can be "played" by the full version (but not the shareware version) of the game. The ability to create new levels allows the user to enjoy the game in an entirely different way. In addition to enjoying the experience of assuming the role of Duke, the user can become an architect to design potentially challenging new levels. While such levels may reflect considerable effort and creativity on the part of the user, they necessarily consist virtually exclusively of elements from the original game and may not be distributed without our permission.

8.    Of course, we recognize that the user will find no surprises in a self-designed level, and will understandably want other Duke fans to experience and appreciate the fruits of his or her labor. The registered version of DN3D therefore provides purchasers with a "user license" that allows the purchaser to create and distribute levels subject to very carefully delineated conditions. Every time the Build Editor is run, it first displays a text screen advising the user to read a text file, included on the CD, called "license.doc." A copy of that document is attached as Exhibit 1. That user license very specifically limits distribution of user-created levels to free distribution, while retaining for Apogee the exclusive right to distribute new levels on a commercial basis. Under the terms of the license, whenever a new level is created and distributed, the author grants to Apogee a royalty-free right to the level, should it choose to distribute the level commercially. Although we have not yet done so, this is something we have considered. The user license also requires that user-created levels identify the creator and prominently disclaim authorship and support by Apogee.

9.    In sum, we have created a plan under which purchasers of DN3D are allowed to create their own levels and make them publicly available on the Internet or elsewhere, but we have reserved for ourselves the exclusive right to sell new levels. This plan serves a number of important purposes, including: (1) insuring that level authors will have an audience for their efforts; (2) providing game purchasers with a virtually unlimited supply of new levels to extend their game play; (3) prolonging users' interest even after they have fully explored the levels packaged with the game itself; (4) insuring that no DN3D fan is charged for a product the quality of which we have not monitored, and that authorship of such levels is not attributed to Apogee, thereby maintaining the integrity of the DN3D

- 3 -

franchise; and, by no means least important, (5) preserving for Apogee and FormGen the sole right to exploit new DN3D levels commercially.

10. At the time we released the full version of DN3D, we intended to reserve to ourselves the exclusive right to sell new levels. We would not have included the Build Editor with the full version of DN3D and would not have authorized users to create and give their own levels to others if we had known that people would be able to commercially exploit our copyrighted efforts in violation of the license included with DN3D.

11. Various publications, both print and electronic, publish reviews and ratings for computer software programs, including game programs. DN3D has received very favorable reviews in these publications. For example, attached as Exhibit 2 is an article from the May 1996 issue of Computer Player (noting that "From graphics to gameplay and sound effects to level design, *Duke Nukem 3D* has blasted and pummeled its way to the top of the 3-D action gaming heap."). Since release of the full version, DN3D has been at the top of various published lists of popular game programs. For example, Babbage's (a retailer of computer and video games) publishes a "Top Ten" list each month. Exhibit 3 is a copy of the June 1996 Top Ten list published by Babbage's, showing that DN3D was the number one entertainment software. The May 1996 issue of PC Gamer includes "The PC Gamer Playlist," which lists DN3D as the number one game. A copy of that list is attached as Exhibit 4. In July 1996, PC Gamer made DN3D an "Editor's Choice" and published a very favorable review, a copy of which is attached as Exhibit 5. The August 1996 issue of PC Gamer includes an "interview" with Duke, a copy of which is attached as Exhibit 6. In its July 1996 issue, CG magazine touted DN3D as "The most interactive game of its genre; incredible graphics; cool weapons, levels and monsters; campy humor and a built-in scenario editor" and made the program a "CG Choice." A copy of the CG review is attached as Exhibit 7. DN3D occupies the top of on-line lists as well. For example, the July 1996 "Nifty 50 All Hit Games Survey" on the Happy Puppy world wide web site lists DN3D as the number one PC game for July 1996 (http://happypuppy.com/games/nifty50/index.html).

12. Recognition of DN3D is not limited to magazines devoted to the computer gaming

- 4 -

industry. For example, the August 12, 1996, issue of <u>Newsweek</u> includes an article on technology titled "Log On and Shoot" which includes four color pictures from game play of DN3D and which makes prominent references to DN3D. A copy of the <u>Newsweek</u> article is attached as Exhibit 8.

13. DN3D has a worldwide following, as shown by Exhibit 9, a copy of the "Top 20" charts for the week ending July 6, 1996, published by the Entertainment & Leisure Software Publishers Association (UK) Ltd. DN3D is number one on the chart for PC CD-ROM games. The August 1996 issue of <u>CD-ROM Today</u>, published in the U.K., gives DN3D its "Editor's choice" designation. A copy of that article is attached as Exhibit 10.

14. Apogee is currently developing new levels for DN3D. Those new levels are being created by the programmers and other employees of Apogee and we plan to release a package of ten to twelve new levels in about six to eight weeks. The new levels will be marketed by FormGen under the license agreement mentioned above.

15. We purchased a copy of the Micro Star product "Nuke It," which is a collection of levels for DN3D and "25 Duke Nukem scenes for use as wallpaper in Windows or Windows 95." ("Wallpaper" refers to the background in the Windows or Windows 95 graphical user interface.) It appears that Micro Star has simply downloaded user-created levels from the Internet, packaged them, and is now selling them to the consuming public, despite the prohibition on commercial distribution of user-created levels.

16. Apogee has not granted any license or other right to Micro Star to use the DN3D program or any parts of the program, including the graphics shown on the Nuke It packaging. Rather, we have reserved this right to ourselves, as well as the right to sell screen saver programs using images from DN3D. Nor has Apogee granted any license or other right to Micro Star to use the Duke Nukem 3D trademark or other trademarks and trade dress.

17. The Nuke It product is sold in a package that is similar to the packaging for DN3D. A

- 5 -

copy of the Nuke It packaging is attached as Exhibit 11.[1] A person looking at the Nuke It box would likely be confused as to whether the product comes from Apogee or is associated with Apogee, or whether the levels in the product are approved by Apogee for use with DN3D. The product is professionally packaged with a full color glossy box, covered with pictures of elements from the DN3D game. The package has a similar look, the title "Nuke It" is in similar type-face and has a similar color to the "Duke Nukem 3D" title, the spine (which is frequently the displayed portion of the box on the shelf) contains a screen shot containing recognizable DN3D elements (and similar screen shots are liberally displayed throughout the package), and, most importantly, the second-largest type on the box describes the product as "OVER 300 NEW LEVELS FOR DUKE NUKEM 3D™." In addition, the inside flap contains further scenes that are directly copied from DN3D. A nuclear explosion with mushroom cloud appearing in the middle of the inside flap is very similar to the explosion and mushroom cloud shown on the cover of the DN3D box. The Nuke It packaging has a small disclaimer in the bottom left corner of the front cover. The disclaimer includes a larger type size reference to the need to have a copy of the registered version of DN3D which suggests an association with Apogee. The insert of the jewel box for the CD containing the Nuke It product and the CD itself contain no disclaimer. A copy of the Nuke It jewel box insert is attached as Exhibit 12.

18.    The release of Nuke It by Micro Star will have a substantial adverse impact on Apogee's business. Every sale of Nuke It robs Apogee of a potential sale of the level pack we are currently developing for release in the next six to eight weeks. Moreover, DN3D players will hear that the "Duke level pack" being sold as Nuke It consists of poor quality levels that can be obtained for free on the Internet. This will irreparably poison the market for any new level packs Apogee produces, even though its packs will consist exclusively of professional quality new material.

19.    Apogee has extensive plans for continuing to capitalize on the good will and tremendous interest in DN3D. The association that the consuming public will have between DN3D and such a poor product as Nuke It will do permanent and irreparable damage to the DN3D name, as well as more

---

[1]    While we understand that Micro Star claims to have issued new packaging, it has not responded to our requests to see a specimen of that packaging, and the package attached hereto was purchased just last week.

- 6 -

generally to the reputations of Apogee, 3D Realms, and FormGen.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed this 8th day of August, 1996, at Garland, Texas.

SCOTT MILLER

VEDAL01:2366.1

- 7 -

DUKE NUKEM 3D (tm),
including all versions, patches and upgrades (the "Game")
Copyright 1996 3D Realms Entertainment - a division of Apogee Software, Ltd.
P.O. Box 496419, Garland, TX 75049
TEL: 1+214-271-2137 ("3D Realms").  All rights reserved.

BY COPYING OR USING THIS PROGRAM, YOU INDICATE YOUR AGREEMENT TO THE
FOLLOWING
TERMS, WHICH ARE THE ONLY ONES BY WHICH 3D REALMS PERMITS COPYING OR
USE. THIS
PROGRAM IS NOT SHAREWARE. DISTRIBUTING IT WITHOUT 3D REALMS'
PERMISSION IS
ILLEGAL.

[1] OWNERSHIP.  Except to the extent expressly licensed by us, we have and
     reserve the exclusive copyright, trade secret and other rights to the
     Program, and the right to use the Trademarks "3D Realms", the 3D Realms
     "logo", "Duke Nukem", "Duke Nukem 3D" and any of the characters contained
     within the Game in connection with it.

[2] USE AND COPIES. You may use the Program only for your own purposes "just
     like a book".  This permits use by any number of people on any number of
     machines to use it so long as -- just like a book -- there is NO
     POSSIBILITY that more than one copy will be used at a time.  You have no
     right to copy this Program except for legal backups.

[3] NEW LEVELS.

     "New Levels" are data that modify or substitute for Game data, thus
     modifying or replacing one or more Game levels.  Creating or distributing
     a New Level or a software tool that has no substantial purpose other than
     to contribute to the creation of a New Level infringes rights of 3D Realms
     and is prohibited by law except as permitted by 3D Realms.  3D REALMS
     PERMITS NEW LEVELS ONLY THAT MEET ALL OF THE FOLLOWING CONDITIONS:

[A] The Level must only work with a RETAIL episode of the Game. It must NOT
     work with this Episode One.

[B] The level must not contain modifications to any COM, EXE, or DLL, or to
     other executable file.

[C] The level must not contain any illegal material, or (without
     appropriate irrevocable licenses) any trademarks, copyright protected
     work, or other property of third parties.



[D] The level must prominently identify at least in every online description
and with reasonable duration on an opening screen
(1) the name and email address of the level's creators, and
(2) the words "THIS LEVEL IS NOT MADE BY OR SUPPORTED BY 3D REALMS".

[E] The level and any use of it must be offered solely for free (other than
any incidental online charges).

[F] By distributing or permitting the distribution of any New Level, all
owners of any trademark, copyright or other right, title or interest
therein (to the extent different from the Game as originally distributed
by 3D Realms) grant back to 3D Realms an irrevocable royalty free right
to distribute the level.

[G] The distributor of any New Level or Level Editor must be authorized to
distribute the Game itself (either in writing, or by being within a
category where no writing is needed under this LICENSE.DOC).

[4] LIMITED WARRANTY AND LIMITATION OF REMEDIES

If this Program (including any related written material) contained a
physical defect, you may receive a replacement if you return it within
90 days of receiving it from 3D Realms. Aside from this, IT IS PROVIDED
"AS-IS", AND NO WARRANTIES OF ANY KIND (INCLUDING IMPLIED WARRANTIES OF
MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE), EXPRESS OR IMPLIED,
ARE MADE AS TO IT OR ANY MEDIUM IT MAY BE ON. OUR ENTIRE LIABILITY AND
YOUR EXCLUSIVE REMEDY IS SUCH REPLACEMENT, AND UNDER NO CIRCUMSTANCES WILL
WE PROVIDE ANY OTHER REMEDY FOR DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL,
PUNITIVE, INCIDENTAL OR OTHER DAMAGES ARISING FROM IT, INCLUDING SUCH FROM
NEGLIGENCE, STRICT LIABILITY, OR BREACH OF WARRANTY OR CONTRACT, EVEN AFTER
NOTICE OF THE POSSIBILITY OF SUCH DAMAGES. Some states do not allow the
exclusion or limitation of implied warranties or liability for incidental
or consequential damages, so this may not apply to buyers of the Program.
This gives you specific legal rights, and you may also have other rights
which vary from state to state.

[5] MISCELLANY

[A] With respect to every matter arising under this, you consent to the

exclusive jurisdiction and venue of the state and federal courts sitting in Dallas, Texas and to service by certified mail, return receipt requested, or as otherwise permitted by law.

[B] You will not modify, reverse compile, disassemble, or reverse engineer the Program, or use or disclose any of our secret information that it contains.

[V.04.18.96]

Case 3:96-cv-03435-H-LAB    Document 6    Filed 08/09/96    PageID.91    Page 13 of 50

GAME-CONQUERING CHEATS FOR SCREAMER, WING COMMANDER IV, EARTHWORM JIM, DESTRUCTION DERBY AND MORE...

# Computer PLAYER

IBM PC
MAC
CD-ROM
ONLINE

May 1996

STRATEGIES
REVIEWS
CHEATS
PREVIEWS
NEWS

**PRESIDENT '96 The Primaries Hit Cyberspace**

## Ultimate Game Strategies

► The Beast Within
► Psychic Detective
► WarCraft II

Action games

## Duke Nukem 3D

'gEt radio-Active

USA $4.99    CANADA $5.99

# 46 Reviews & Previews!

- Afterlife
- Civilization II
- C&C: Red Alert
- Descent II
- The Dame Was Loaded
- NBA Jam TE
- NBA Live 96
- Patolli
- Return Fire
- Road Warrior
- T-Mek
- Wing Commander IV

0  71896 48135  8

0 5>



# Get Nuked

**GO RADIOACTIVE with Duke Nukem 3D**

by Jeff James

A little over two years ago, a small software company by the name of Id Software released a game called *Doom*. (Stop me if you've heard this before). The rest, as they say, is history: since that seminal moment, a veritable flood of *Doom* clones have emerged, each attempting to unseat *Doom* as the preeminent first-person-perspective action game. Although some of these challengers have been good, and a meager few—such as LucasArts' *Dark Forces*—have been exceptional, nothing has yet managed to usurp *Doom* from its lofty perch.

I would have sworn by that last statement a few months ago, but now I'm not so sure. After taking a behind-the-scenes look at the commercial version of *Duke Nukem 3D*, I've finally seen an action game that supersedes *Doom* in almost every respect. From graphics to gameplay and sound effects to level design, *Duke Nukem 3D* has blasted and pummeled its way to the top of the 3-D action gaming heap. With a single kick of his mighty foot, Duke Nukem has booted the *Doom* space marine off the mountain top.

Unless you've been living in an igloo in the Antarctic for the past few months, you're undoubtedly aware that the shareware version of *Duke Nukem 3D* has been available since January 1996, offering ravenous gamers one meaty episode and five action-packed game levels to slake their thirst for virtual bloodsport. (For more info on the latest shareware version of *Duke Nukem 3D*, check out this month's *Shareware Spotlight* column.) In case you missed the shareware version, here's the story: *Duke Nukem 3D* takes place on Earth in the near future, with Duke fighting it out with aliens over the radioactive rubble of war-torn Los Angeles. Even more action is on the way: the dedicated 3D Realms development team is working diligently to finish the commercial version, which continues Duke's adventures on the Earth, the Moon and beyond.



Above: Duke goes mano a mano with bug-eyed critters at a starbase.

Above: the shareware end boss faces the music, Duke-style!

Left, below: a mutant pig alien cuts ahead in line at the movies and gets blasted.

Above: nail this alien meathead to access the corridor beyond.

Above: Duke goes diving for ammo while dodging mines and stinky brain-suckers.

Right: in the Abyss level, blast floaty brain-things.

# Duke Nukem 3D



Assault Trooper (aka "Predator")

Pig Cop

Octabrain

Assault Leader

The Rogue Gamer

## More Destruction, New Construction

Distributed by FormGen, the commercial version introduces a raft of new features, including more than two dozen new levels parceled into two episodes (Lunar Apocalypse and Shrapnel City). More monsters make the new levels challenging, and three new weapons—the laser gun, shrink ray and wall-mounted laser trip bomb—add an extra dimension to play. Like the shareware version, registered Duke allows gamers to tinker with some aspects of the game to their heart's content. According to 3D Realms President George Broussard, gamers can customize the game simply by fiddling with the Duke 3D configuration (CON) files. "CON files are essentially external pieces of game code," Broussard says. "Players can customize the game by altering the CON files; if the CON files are faulty, the game will revert to stored internal defaults." One user-created CON modification causes Duke to rapidly lose health once he is wounded past a certain level—a reflection of the effects of extreme blood loss.

Unique to the registered version is the Build scenario editor. Essentially the same program that 3D Realms uses to create in-house game levels, the Build editor allows gamers to create their own *Duke Nukem 3D* levels from scratch. Unlike current map editors for other 3-D games, the Build engine lets gamers create game maps in two dimensions, then jump into the game and paint wall textures and add objects and monsters in three dimensions by simply pointing and clicking on the desired locations.



Conceptual sketch of female alien (by Chuck Jones).

## The History of Duke Nukem

The character known as Duke Nukem first made his appearance in the game *Duke Nukum* (later re-christened *Duke Nukem 1*), followed by a starring role in the sequel, *Duke Nukem 2* (see sidebar). In *Duke Nukem 3D*, Duke is all grown up and ready to rumble. He isn't a politically correct poster boy anymore, either. Gone is the rosy-cheeked do-gooder who collected coke cans and turkey legs in *Duke Nukem 1* and *Duke Nukem 2*. Duke has evolved into a thick-limbed, yellow-maned bruiser eager to get medieval on those brain-sucking xenos scheming to make the Earth their own. Squeamish parents may balk at the thought of their children glued to the monitor screen, watching Duke gulp down steroids, frequent strip joints and

## Duke's Past

Long before Duke grew chest hair and started waving greenbacks at topless dancers, he was a rosy-cheeked action hero in a side-scrolling gameworld. In the beginning, there was *Duke Nukem 1*—a shareware platform game in which Duke matched wits and biceps with the evil Dr. Proton. After blasting the good doctor into subatomic detritus, Duke faced off against the Rigelatins, an invading race of bug-eyed aliens featured prominently in *Duke Nukem 2*. Both games can be downloaded from America Online (keyword: APOGEE), CompuServe (go APOGEE), or from the Apogee website (http://www.apogee1.com/).



## Dopefish!

Hidden somewhere in the murky depths of the Apogee/3D Realms office building there lurks a fish. Not a normal fish, mind you, but a *Dopefish*. Not to be confused with anything related to illegal substance use, the Dopefish is something of a legend among the Apogee staff. It was initially created by Tom Hall for the game *Commander Keen: Good-bye Galaxy!* when Tom was employed by Id Software. According to Tom, "I just drew this stupid little fish." Since then, the Dopefish has made an appearance or been mentioned in a number of Apogee games, including *Wacky Wheels* and *Rise of the Triad*. The Dopefish even rates a few lines in *Duke Nukem 3D*: in the "Abyss" level (episode 1, level 5).

expend enough explosive ordnance to turn the U.S. Marine Corps green with envy. Duke's parental controls go a long way to making this game parent-friendly, but make no bones about it: Duke is a big boy now, and he's more than willing to bloody the nose of any stinkin' alien he comes across. He's even more vocal and aggressive in the commercial version, with more digitized voice clips used to flesh out Duke's tough-guy image.

### There's Fallout in your Future

As most hard-boiled action movies demonstrate, tough guys need even tougher places to hang out in. According to Scott Miller and George Broussard, the most common request from gamers is to see even more violence and nudity in the game. Due to the strong demand, 3D Realms is considering the release of an R-rated version of *Duke Nukem 3D* that contains more violence and nudity. In addition to *Duke Nukem 3D*, 3D Realms has a number of other games in development, including *Shadow Warrior*, *Blood* and the eagerly anticipated *Prey* (see sidebar). Reluctant to give release dates for any of their titles, Scott Miller states simply that "they'll come out when they're done."



The "Big Boss" (by Chuck Jones).

When those games are released, it's a given that 3D Realms will follow the same proven, successful marketing strategy for all of them. Apogee and 3D Realms have proven that a shareware distribution method—which relies on the "try before you buy" concept—can be successful. Indeed, Apogee has blazed a trail that other shareware game companies (such as Id Software and Epic MegaGames) have followed with great success. In the minds of the crew at Apogee, shareware is much more than just a distribution method—it pro-

---

**FORMGEN FACTS**

Since 1994, the commercial distribution of all Apogee and 3D Realms products has been handled by FormGen—a software distributor/publisher based in Scottsdale, AZ. In addition to *Duke Nukem 3D*, FormGen distributes *Terminal Velocity* (3D Realms) and *Rise of the Triad* (Apogee). Led by Randy MacLean and Jim Perkins, FormGen also publishes games from other developers, including SE Software's *Black Knight Marine Strike Fighter*.

---

vides other tangible benefits as well. "Making shareware introduces responsibility," says *Prey* designer Tom Hall. Sound programmer Jim Dosé concurs, adding that "Shareware games have to be better than commercial products simply because gamers actually play the games before they buy them. I think that a lot of commercial stuff wouldn't sell if players could actually sit down and try it before they buy it." The shareware concept has been good for Apogee and 3D Realms, and both companies are unarguably blazing a trail to success. With *Duke Nukem 3D* hitting the ground running and *Blood*, *Shadow Warrior* and *Prey* close behind, it's easy to see why.

For the latest information on what 3D Realms has in the works, check out their website at http://www.3drealms.com/duke3d.html.



# Duke Nukem 3D
# CHEAT CODES

**Getting stomped by those brain-sucking aliens? Need extra cash for the strip bar? Have no fear, dedicated Duksters; just use the cheat codes listed below to even the odds. To activate, type them in during play.**

**DNALLEN**: Prints "Buy Major Stryker" at the top of the screen.

**DNBETA**: Prints "Pirates Suck!" at the top of the screen.

**DNCASHMAN**: Duke throws money every time the spacebar is pressed.

**DNCLIP**: Turns clipping off, allows Duke to walk through walls.

**DNCORNHOLIO**: Grants invulnerability and gives unlimited jump jets.

**DNCOSMO**: Prints "Register Cosmo Today" at the top of the screen.

**DNHYPER**: Grants increased speed, just like steroids do.

**DNITEMS**: Gives Duke all the keycards.

**DNKROZ**: Identical to DNCORNHOLIO, but easier to type.

**DNRATE**: Prints the current frame rate in the upper left corner.

**DNSCOTTYxy**: Level teleport: x is episode number, y is level number.

**DNSKILLx**: Changes difficulty; x can be any number from 0 to 3.

**DNSTUFF**: Gives Duke all weapons, keys and inventory items.

**DNVIEW**: Gives a chase view of Duke, identical to the F7 key.

NOTE: these cheat codes were tested with, and are verified to work with the shareware version of *Duke Nukem 3D* v1.1. All bets are off if you try these codes with the registered version.

---

# The Next Step:
# Prey

Dukesters may run across the message "Dopefish lives." Interestingly enough, the Dopefish is owned by Id Software and used with Id's blessing by Apogee. For the latest dope on the fish, check out the Dopefish web page—accessible through the *Commander Keen: Goodbye Galaxy* web page on the Apogee website (http://www.apogee1.com/).

Bigger and better things are in the offing at 3D Realms, and the brightest star on the horizon is the long-awaited *Prey*. If you can imagine a game that embodies the best elements from the movies *Spartacus*, *Predator* and *Aliens*, you'll be on the right track as to what *Prey* is all about. If you're already salivating over the registered version of *Duke Nukem 3D*, *Prey* will surely send you into an apoplexy of anticipation. Unlike most games in the first-person-perspective action-game genre, *Prey* models the gameworld in *true* 3-D, with everything in the gameworld viewed from an accurate perspective.

One of the most impressive features of *Prey* will be the lighting engine. It handles light sources in a realistic fashion, with multiple lights in a single area having additive illumination. It will also feature dynamic lighting, with light sources that can move independently of each other, lighting up darkened areas in real-time. "A character could have a flashlight attached to a weapon; as the character moves, the light moves along with him realistically, illuminating the surfaces it shines upon," says *Prey* designer Tom Hall.

As impressive as the technology behind the game, the storyline will be unique as well. Instead of being another "explore the maze and blow things up" game, *Prey* will feature a character-full plot and setting that will add depth to the game experience.

# Babbage's Top Ten

## JUNE 1996

| | VIDEO GAMES | ENTERTAINMENT SOFTWARE | EDUCATION SOFTWARE | PRODUCTIVITY SOFTWARE |
|---|---|---|---|---|
| 1 | RESIDENT EVIL<br>PlayStation | DUKE NUKEM 3D<br>IBM CD-ROM | TOY STORY<br>ANIMATED STORYBOOK<br>MPC CD-ROM | NETSCAPE NAVIGATOR 2.0<br>Windows 95 |
| 2 | SUPER MARIO RPG<br>Super NES | WARCRAFT 2: EXPANSION<br>DARK PORTAL<br>IBM CD-ROM | MAVIS BEACON<br>TEACHES TYPING 3.0<br>Windows<br>Windows 95 CD-ROM | MS WINDOWS '95 UPGRADE<br>Windows 95<br>Windows 95 CD-ROM |
| 3 | HARDBALL 5<br>PlayStation | CIVILIZATION 2<br>IBM CD-ROM | MATHEMATICS BOX SET<br>IBM CD-ROM | VIRUS SCAN 2.0<br>Windows 95 CD-ROM |
| 4 | GUARDIAN HEROES<br>Saturn | WARCRAFT 2<br>IBM CD-ROM | WHERE IN THE WORLD/USA BUNDLE<br>MPC/Macintosh CD-ROM | CLEANSWEEP 2.0<br>Windows 95 CD-ROM |
| 5 | THE NEED FOR SPEED<br>PlayStation | CONQUEST OF<br>THE NEW WORLD<br>IBM CD-ROM | POCAHONTAS<br>ANIMATED STORYBOOK<br>MPC CD-ROM<br>Macintosh CD-ROM | PRINTMASTER GOLD<br>PUBLISHING SUITE 2.0<br>Windows 95 CD-ROM |
| 6 | NBA LIVE '96<br>PlayStation<br>Genesis<br>Super NES | COMMAND & CONQUER<br>IBM CD-ROM | JUMPSTART: KINDERGARTEN<br>Windows 95/Macintosh CD-ROM | QUICKEN 5.0<br>Windows |
| 7 | NBA SHOOT OUT<br>PlayStation | X-WING COLLECTOR'S CD<br>IBM CD-ROM | MATH BLASTER EPISODE 1<br>MPC/Macintosh CD-ROM | AFTER DARK SCREEN SAVER<br>Windows 95 CD-ROM |
| 8 | IRON STORM<br>Saturn | ADVANCED TACTICAL<br>FIGHTERS<br>IBM CD-ROM | JUMPSTART: FIRST GRADE<br>Windows 95/Macintosh CD-ROM | COREL PRINT HOUSE<br>Windows 95 CD-ROM |
| 9 | PANZER DRAGOON 2<br>Saturn | STAR TREK KLINGON<br>IBM CD-ROM | WINNIE THE POOH:<br>IN THE HONEY TREE<br>MPC CD-ROM<br>Macintosh CD-ROM | PRINTMASTER GOLD<br>BONUS PACK 2.0<br>Windows 95 CD-ROM |
| 10 | NFL GAME DAY<br>PlayStation | DOGZ<br>IBM CD-ROM | JUMPSTART: TODDLERS<br>Windows 95/Macintosh CD-ROM | PC-CILLAN<br>Windows 95 CD-ROM |

## PICKS OF THE MONTH

| | | | |
|---|---|---|---|
| SKELETON WARRIORS<br>PlayStation | TOTAL MAYHEM<br>IBM CD-ROM | MIDDLE SCHOOL BOX SET<br>MPC CD-ROM | 3D DECK 2.0<br>IBM CD-ROM |

EYEWITNESS

# Power Steering

## Newcomer offers budget PC wheel

SC&T International has begun shipping its low-cost PC driving wheel, the PER4MER. That's good news for gamers, since it is priced affordably at less than $90. This is the first competition Thrustmaster has had in the area of low-price steering wheels; Thrustmaster's Formula T1 and T2 wheels have long been the only real option for gamers who wanted a driving controller but couldn't imagine spending $300-$400 or more for a high-end wheel.

The wheel features 50 degree rotation and a self-centering function, much like the wheel in a Formula One racing car. It's a one-piece item that doesn't need to be bolted to your desktop in order to use, making it convenient to take a quick break from work



The PER4MER Turbo Wheel offers gamers desktop steering without leaving a hollow feeling in their wallets.

and clock a few quick laps.

Although currently there are no pedals to go with the PER4MER, SC&T plans to release pedals soon. The wheel does come bundled with *Mega Race*, Mindscape's slick arcade racing game.

For more information on the PER4MER, including pricing and availability, you can contact SC&T International at (602) 470-1334, or visit their site at *http://www.platinumsound.com* on the World Wide Web.

## The PC Gamer Playlist

**D**uke Nukem 3D hit our network not so long ago, and we've all been suffering from shell-shock ever since. At first, when Dean started hiding near the Coke machine for long periods of time — claiming to be "guarding the power-ups" — we could laugh it off. But when Mike started prying up manholes and wandering the local sewer system in search of the Holoduke, we knew we had a problem on our hands. By then, of course, it was too late: We tried to stop, but we couldn't. Nothing matters now, except reducing each other to twitchin' pools of gore.

**1.** *Duke Nukem 3D*/3D Realms — Everybody
**2.** Warcraft II/Blizzard — Everybody
**3.** Wing Commander IV/Origin — Mike, Dan
**4.** Terra Nova/Looking Glass — Todd, Dan
**5.** CyberMage/Origin — Joe, Todd, Mike

**6.** The Beast Within/Sierra — Dean, Lisa
**7.** Descent II/Interplay — Rick, Joe, Robin
**8.** EarthSiege 2/Sierra — Jason, Dan, Mike
**9.** Advanced Tactical Fighters/EA — Todd, Dan
**10.** Whiplash/Interplay — Joe, To@&*8& (c∽5™£)

questions about green potting soil, direct them to the noted Mud Expert, Dr. Eugene Wang of the Cambridge School of Botany.

WHAT ARE YOU, SOME KIND OF SCUM-SUCKING, BOTTOM-FEEDING, ALGAE-EATER?

STARRING:
BARRY CORBIN, TANYA ROBERTS, KEVIN MCCARTHY. AND CHRIS JONES AS TEX MURPHY.
DIRECTED BY ADRIAN CARR.
ORIGINAL SONG BY RICHIE HAVENS.

THE CREATORS OF *UNDER A KILLING MOON*

PRESENT: *THE PANDORA DIRECTIVE.* •

A CD CINEMATIC EPIC Compatible With

DOS & Win 95 • Virtual World Engine With Full

Freedom Of Movement—No Rendered Paths • Two

Levels Of Play—Choose Complex Hint System Or

Bonus Points, Puzzles & Locations • Three Routes

Lead To Seven Different Endings For Maximum

Replayability • Hollywood Acting, Editing, Stunt

Work, Screen Writing, Music and Direction.

Call 1-800-800-4880 • http://www.accesssoftware.com

**ACCESS**
SOFTWARE INCORPORATED

Product Information Number 82

# IEWS

# Duke Nukem 3D

PC GAME EDITORS' CHOICE

| Category: | First-person Shooter |
| --- | --- |

Developer: 3D Realms

Publisher: 3D Realms, P.O. Box 496419, Garland, TX 75049 (800) 337-3256

| Required | We Recommend |
| --- | --- |
| CD-ROM drive; 486; 8MB RAM; 25MB hard-drive space | Pentium; 16MB RAM; Super VGA; Supported sound card |

**Doom finally has a worthy rival, but does *Duke* have what it takes to wear the crown as best action game?**



■ But can you blow things up? Sure you can! Here, Duke uses a pipebomb to turn one of those snakefiends into a tasty after dinner treat.

n the two-plus years since the original *Doom* was released, we've seen countless publishers tout their latest action releases as "The next *Doom*," "*Doom* with a difference," "It's like *Doom*, only better." But despite all those claims, the truth is that few, if any, have even managed to come close to matching the raw intensity and sickly satisfying gameplay of id's masterpiece.

And while it's sure to spark a lot of controversy, it's safe to say that 3D Realms has finally done it with *Duke Nukem 3D*, a true *Doom*-clone in the purest sense, a no-nonsense kick-in-the-teeth violence buffet that is every bit *Doom*'s equal, if not superior.

The biggest difference between *Duke* and every other game that's tried and failed to mimic *Doom* is that *Duke* doesn't try to hide its intentions behind variations on the theme. There's no hand-to-hand combat here, no intricate plot, and no convoluted adventure game trappings to get in the way. This is just pure and simple excitement: shoot everything that moves, and don't get killed before you find that end-level



■ Forget about hand-to-hand combat or wimpy pistols, once you've hefted Duke's trusty shotgun you'll be in alien-blasting heaven.

switch. And *Duke* pulls it off like no other, with a number of nearly transparent, but impressive features.

There is some semblance of a story here, though the designers obviously spent too many long nights watching the Sci-Fi Channel when developing their tongue-in-cheek plot. Apparently, some marauding aliens have kidnapped Earth's women in order to do God-only-knows-what to them, and Duke's not too happy about his prospects for dating in a world without women.

With pistol firmly in hand, Duke sets out to free Earth's women and put a stop to the alien invasion picking up weapons such as a shotgun and rocket launcher to help him teach those aliens a lesson. Like the original *Doom*, the game is spread out over three episodes, taking you through 28 diverse levels, from earthquake-prone cities to far flung space-stations that'll make you feel like you're starring in the next Aliens film.

And once you've stepped out into the first level, those impressive features begin to work their magic — the most obvious of which is the incredible look of the game (especially tasty in 640x480 or 800x600 mode) that makes use of 3D Realms' touted Build engine. Forget the sluggishness and dark look of Capstone's *Witchaven* and *TekWar* (both of which used early versions of



■ The freeze-thrower is one of the clever new weapons in the final release. This lizard-man feels quite a chill before Duke rocks his world.

Build) because *Duke*'s engine has been refined to deliver a silky-smooth frame rate and some of the tastiest visuals we've seen in a game of this type.

The levels are huge, with towering skyscrapers, wide open areas, and a wide variety of environments in which to do your killing. You'll have to negotiate everything from underwater passages and huge mesas to creepy alien strongholds and underground subway systems using the wide range of controls at your disposal.

Like *Heretic* or *Hexen*, you have the ability to look up, down, jump, duck, fly, and even swim. The level design definitely pushes your dexterity to the limit by forcing you to use those abilities to complete the game or reach

# YOU,
## some kind of
## SCUM-SUCKING, algae-eater

s Duke tries to uncover the mystery of the missing Earth-women, he'll encounter all sorts of nasty critters that'll try to stand in his way. Just so you'll know what kind of force you're up against, here are a few of the nastier villains you'll meet along the way.

### LIZARDMAN

These chaingun-wielding freaks are a sinister bunch, with the ability to close in quick on an unsuspecting hero with just a few powerful leaps. Fight fire with fire to put these bad boys in their place by keeping your chaingun handy.

### FLYING SAUCER

These saucer-riding menaces are one of the deadliest of Duke's adversaries, with a missile attack that'll have you pushing up daisies. But if you keep your shotgun at the ready, you can keep those missiles at bay.

### PIG COP

One of the tougher enemies you'll find early in the game, you can turn the Pig Cop into to pork sausage with a couple of blasts from the shotgun.

### OCTABRAIN

These fleshy subterranean dwellers like to stick to underwater hide-outs and dark, damp sewers, and deliver a powerful energy attack. Make 'em do the chaingun dance, and they'll float!

### EXPLODING DRONES
Definitely the sneakiest of Duke's enemies, these heat-seeking drones like to catch you off-guard, so when you see one of these flying nightmares coming, keep pumping 'em with lead until they're dead.

### ALIEN COMMANDER

The Alien Trooper and this teleporting variant, the Alien Commander, are the most plentiful enemies you'll face in Duke. Kill one of these baddies during a teleport phase, and you'll hear a pleasant squish when they reappear.

### FIRST BOSS
He's big and ugly, but this first episode end-level goon is far from the worst you'll find. Keep your distance and use heavy rockets, because the chaingun-wielding creep also delivers a powerful grenade attack.

### SECOND BOSS

If you can survive the second episode long enough to face this missile-launching reptilian villain, you'll need to stock up on lots of steroids and heavy weapons to bring him down.

### FINAL BOSS

This butt-ugly monstrosity is named Bad-Ass, and when Duke finally gets to face the big boss, he'll have to take him on in a football stadium. Take out the blimp above the field for more weapons and powerups.



■ Duke's intense levels and silky smooth controls make for exciting DukeMatch fun. Here a few PC Gamer staffers mug for the camera before letting the lead fly.

less, and you'll need to grab every available weapon and power-up to complete it, even on the easiest level.

And if you can finally put down that final boss (see sidebar) and complete the single-player game, the multiplayer (DukeMatch) sessions more than make up for the lack of additional episodes and feature full support for modem, network, serial links, and even the TEN network. The PC Gamer staff has been putting Duke through its paces since we first received the shareware version, and with the arrival of the final game, it doesn't look like we're going to stop anytime soon.

Incredibly, 3D Realms has even gone to the extreme of adding their Build level-creation system, so users can create their own single- or multiplayer maps (there's even a utility that allows you to convert Doom .WADs for use with Duke Nukem 3D!). I've only spent a brief amount of time tinkering with the level design, and while it's not quite the user-friendly system you might hope for, the amount of flexibility it provides ensures we'll be seeing a lot more of Duke over the coming months.

If you've been disappointed by countless Doom-clones and want real satisfaction, you simply can't go wrong with Duke Nukem 3D. It's bloody, violent, and a little campy, but it's a nonstop thrill ride from start to finish.
—Todd Vaughn

important items. But don't let that scare you away; these advanced controls are implemented as simply as you'd expect from this type of game. Once you've gotten the hang of jumping and ducking, you'll find that inventory items such as the jetpack and scuba gear use the same simple controls.

There are so many unique little touches in Duke that create the sense of actually being there, it's hard to mention them all. When you walk over a fallen alien you'll leave bloody footprints behind, and bullet holes pepper the walls whenever you miss your target. It may not sound like much, but

those little details jack up the quality factor from fun shoot-'em-up to top-notch entertainment.

In its single-player mode, Duke uses every trick in the book to capture the same intensity as the original Doom. Sometimes you'll stumble into an empty room and flip an innocuous-looking switch only to find yourself hammered from all sides by a horde of slimy gun-wielding fiends. Every corner seems to hide a monster waiting to rip your lungs out. If you completed the shareware version of Duke, you've only gotten at taste of what the full game is like. The new episodes are downright relent-

**PC GAMER** FINAL VERDICT

# 93%

Incredible graphics; more nonstop violence than a John Woo film; level editor; addictive multi-player action.

Some levels are disorienting, and some bosses are very, very tough.

There's no subtle way to put it — Duke kicks ass.

# REVIEWS

## YOUR ULTIMATE GUIDE TO NEW GAME RELEASES

# Let's Rock!

uke Nukem 3D is one of our favorite games, so getting the first interview with Duke himself has been a big priority. When we ran into him in Los Angeles at the Electronic Entertainment Expo, we tempted the big guy with a cold beer and a box of 12-gauge shells and got him to sit down long enough to impart his unique philosophy in his own words.

**PC GAMER:** Hi, Duke. Let's get down to business. Can I ask you a few questions?
**DUKE:** What are you waiting for, Christmas?

**PC GAMER:** First off, congratulations on your recent Editors' Choice Award in our July issue.
**DUKE:** Damn, I'm good.

**PC GAMER:** You were also featured on the cover of our May CD, which was one of our most popular ever. How does that make you feel?
**DUKE:** Groovy.

**PC GAMER:** I hesitate to bring this up, Duke, but certain critics have cited *Duke Nukem 3D* as a prime example of why there should be a rating system in computer games. Is there anything you'd like to say to your detractors?
**DUKE:** Come get some.

**PC GAMER:** Fair enough. There's no question that you've risen in the world, and are enjoying quite a bit of fame right now. But it's been said that you'll be forgotten when *Quake* comes out, that people will stop playing *Duke*. Are you worried?
**DUKE:** What are you, some kind of bottom-feeding, scum-sucking algae eater?

**PC GAMER:** Er — no, I'm not. And you didn't really answer the question: Does id Software's upcoming game worry you?
**DUKE:** I ain't afraid o' no quake.

**PC GAMER:** Come on Duke, don't get mad! We were your friends way back when you were starring in little shareware side-scrollers, hopping around the screen like a low-budget Mario Brother. Don't forget your roots!
**DUKE:** You're gonna die for that.

# Hardware Requirements

With each *PC Gamer* review, you'll find two very important pieces of information: the game's minimum hardware requirements and the hardware configurations we recommend as the *least* you'll need to really enjoy the game. While a game will run on the minimum system the manufacturer specifies, it might not run all that well. Because of this, we test each game on several systems so we can bring you a more realistic assessment of what you'll *really* need.

## THE PC GAMER RATINGS SYSTEM

### 100%-90% CLASSIC
Not many games can earn a rating over 90%, and even fewer can approach the magic 100. Anything that we rate over 90% is an instant classic — a game that's truly significant in both content and design, and one that we'd recommend without reservation to anyone interested in PC gaming.

### 89%-80% EXCELLENT
These are excellent games. Anything that scores in this range is well worth your attention, though it may not make any significant advances over its rivals. Also, some genuine benchmark games of decidedly specialist taste will fall into this area — it may be the best 7th Cavalry simulation on the market, but not all of us want to relive Little Bighorn.

### 79%-70% VERY GOOD
These are pretty good games, which we would recommend to fans of the particular genre —

although it's a safe bet that there are probably better games out there.

### 69%-60% GOOD
A reasonable, above-average game. It may be worth buying, but probably has a few significant flaws that keep it from earning a higher rating.

### 59%-50% FAIR
Very ordinary games. Not completely worthless, but not a very good way to spend your gaming dollar, either.

### 49%-40% BELOW AVERAGE
Poor quality. Only a few, slightly redeeming features keep them from falling into the abyss of the next category...

### 39%-0% DON'T BOTHER
Just terrible games — and the lower you go, the worse they get. Avoid these titles like the Plague — and don't say we didn't warn you!

## PC Gamer Editors' Choice Awards

Every month, we honor the best games we see — those earning 88% or above — with our Editors' Choice award. It's not easy to earn, and there are a lot of excellent games that fall just short of the honor. So when you see the *PCG* Editors' Choice logo on a game at a local software shop, you can bet it's among the best.



BATTLEGROUND: WATERLOO
p.82



EARTHWORM JIM 1 & 2
p.123



FIRE FIGHT
p.91



# Nukin' The Competition

## DUKE NUKEM Ushers In The Next Generation of 3D Action

### by Peter Olafson

Duke is king. The veteran of Todd Replogle's two Apogee arcaders has been resurrected in DUKE NUKEM 3D, and he rules the roost. For action gamers, this is heaven. DUKE's pretty much the same citizen soldier as in those early platformers: shock of yellow hair, tank top, blue jeans, big damn gun. The differences: He talks, he's lost the Coke habit and he wears trendy wraparound black sunglasses. Oh, and he's now running around in a 3D world like none other.

DUKE is very much a DOOM-style game: a sort of 2.75D splatterfest in which our hero lays waste the local population, opens keycarded doors, collects



▶ **DUKIN' IT OUT** DUKE has a truly interactive environment; when you kill the aliens and watch their blood permanently stain the floors and walls, you'll agree.



**Price: $39.95**
**System Requirements:**
IBM compatible 486-66, 8 MB RAM, VGA graphics, 2x CD-ROM drive, 25 MB hard drive space; supports Sound Blaster compatible sound cards
**# of Players:** 1-8
**Protection:** None
**Designer:** 3DRealms
**Publisher:** FormGen Scottsdale, AZ 1-800-APOGEE1
**Reader Service #:** 322



▶ **BULLS-EYE** A handy feature in DUKE is the optional crosshair, which comes in handy when you want to lodge a rocket in an alien's forehead.

bigger and better mousetraps and activates end-of-level auto-destruct mechanisms. It starts out in downtown LA, moves to near space and then back to Planet Hollywood for the denouement. But while DOOM set the stage, DUKE fills in the details in splendid fashion on almost every level.

### IT'S TIME TO KICK ASS...

Never before has this genre seen a game that transports you to such a totally immersive environment. When your shots hit home, they spatter enemy blood on the walls behind them, and it will be there when you come back. Walk through blood, and you'll leave behind bloody footprints. When your shots miss, they leave bullet holes in the walls—and not some generalized notion of bullet holes, but the holes from your particular bullets. At the end of each level, Duke doesn't calculate abstract percentages, but tells you how many aliens you've actually scratched.

DUKE's creators know the value of secret levels as well. There's at least one for each episode, sometimes more, and finding them is a task that will have you coming back to a level again and again.

### GROOVY

In the classic DOOM, weapons were essentially ever-more-powerful incarnations of the shotgun—you pointed it, pulled the trigger and the aliens went down. DUKE certainly has its share of similar weapons. But there's also the Freezethrower, which fires a stream of reflecting ice crystals, setting up frozen aliens to be shattered with a well-placed kick from Duke's jack-booted leg. The Shrinker temporarily reduces all but the strongest enemies to the size of a kewpie doll, which said leg happily smushes to pulp.

My favorites weapons are the pipe and tripbombs, which allow you the luxury of hitting the enemy where you ain't. The former is effectively a grenade which can be thrown and then remotely detonated to delightful effect. The tripbomb is a TV-remote-sized box that, fastened to a wall, emits a thin red beam. Break the beam, and anything nearby is cooked.

The inventory in DUKE is an improvement over id's HERETIC: It's a real tool belt

## REVIEW • DUKE NUKEM 3D

which you'll call on throughout the game. The items you'll find and load into the belt are essential to winning. The jetpack allows you to reach otherwise inaccessible high places. Night vision goggles will display enemy silhouettes in utter darkness,

and, sometimes, reveal hints inscribed on walls. Boots delay the toxic effects of muck underfoot, and scuba gear allows you to breathe underwater.

If you can't use it, or open it, or otherwise interact with it, there's a chance you

can just blow it up. Mirrors shatter to expose their plywood backing. Toilets collapse in fragments, unleashing mini geysers of blue water. Bunks disintegrate. And certain walls can be destroyed to reveal new paths, hidden regions and shortcuts

### Duke's Hollywood Adventures



**D**UKE NUKEM 3D is a regular cornucopia of references to movies, other computer games and recent history. Here's a sample of what awaits popular-culture vultures, and tips on where to find them.

**Doom**
In a secret area behind the prison chapel in E1L3, you'll find a familiar-looking corpse clutching its bloody throat. Duke's comment: "Hmmm. That's one Doomed space marine."

**Star Trek: The Next Generation**
The layout of the spaceship you explore in E2L3 should look familiar. A rough replica of the bridge of the starship Enterprise—complete with Ready Room (and a few non-regulation surprises)—can be found above the main body of the ship. After you use the conveyor belt to reach the circular forward area, open the lighted panel to the right and shoot the button high on its left wall. This opens a secret door on the left side of the room's central hub that will lead you to the turbo-lift. "Hmmm," says Duke. "Looks like I have the con."

**O.J. Simpson Case**
On E1L1, you'll find a huge billboard read-

ing, "Innocent?" after you drop down the shaft from the starting point. You'll find Duke's answer to that question in E3L7. A large "GUILTY!" sign (with the exclamation point painted in blood) can be found in a crate-filled room on your right once you clear this level's first key-card door. And check out the TV at the far end of the bar in E1L2 for a chopper-eye view of the white Bronco and the "low-speed chase."

**2001: A Space Odyssey**
Beyond the forcefield off the arena in E2L8, you'll find a scarred rock wall. Destroy it, and follow the corridor it concealed, and you start to hear a familiar chorus and, eventually, find a familiar black, rectangular shape.



**Indiana Jones**
On E3L8, take the elevator to the upper level of the hotel and find the "L"-shaped swimming pool. Step into the waterfall that

supplies it, and you'll teleport into a hidden enclosure. Here you'll find the entrance to a secret level ("Freeway") and, at the enclosure's farthest reaches, a familiar figure hanging impaled on the wall. "We meet again, Dr. Jones," says Duke.

**The Empire Strikes Back**
On E2L7, descend the shaft in the right-hand barracks in the Crew Quarters, and enter the circular vent opposite your landing point. This will bring you to the brink of a deep, DARK FORCES-like ravine. In the opposite cliff, out of sight and slightly to your left, you'll find a jagged opening. Within, you'll find young master Luke strung up by his feet, a Shrinker in place of his light saber. "Now, this is a Force to be reckoned with," says Duke.

**Quake**
Once you emerge from the tunnels at the start of E3L4, you'll find yourself facing a black office building with a triangular sign designating it a "Quake site." This is a replica of the Texas HQ of id Software. Jump up on the ledge that fronts the building, and you'll set off an earthquake that leaves the structure in ruins. "I ain't afraida no Quake," says Duke.

**The Simpsons**
If you can find a spare moment in your battle with the final boss in E3L9, check out the sky for a blimp advertising Homer Simpson's favorite brew. (It's spelled "Duf" instead of "Duff.") Blow it up for an extra surprise.

## REVIEW • DUKE NUKEM 3D

to previously explored areas. The levels in DUKE are a solid move in the direction of the mutable environment — one in which only the player is a given.

Of course, if you want more flexible levels, you can always build your own with the Build editor that is included on the CD, along with a range of utilities (including a DOOM-to-Build converter) and 40-odd pages of documentation. Also on the



**CHILL OUT** The Freezethrower, which turns enemies to ice, isn't the only unique weapon in DUKE, but it is the coolest. Kick frozen enemies for some earth-shattering effects.

CD are the complete versions of the original DUKE NUKUM and DUKE NUKEM II, a raft of Apogee demos and screens for DUKE follow-ups SHADOW WARRIOR and BLOOD, and 3D Realms' next-generation game, the QUAKE-like PREY.

### NOT QUITE 3D

And yet, for all that, it is not perfect. Duke's 3D is not true 3D, as will be immediately apparent from its textured 2D map mode. It's an effective simulation of 3D, with bridges, overpasses and ramps, but lacks the visceral appeal of a FUTURE SHOCK.

While the opening and closing episodes are consistently inspired, the middle space episode seems comparatively tame in layout, depth and challenge. (What happened to the notion of being blown out into space by blowing up the wrong wall?)

Technically, DUKE's very clean. However, the rich explosions sometimes

appear in front of some background objects but behind others — and in later levels I occasionally found graphical garbage tracking Duke's passage. Moreover, in certain respects, DUKE is too close to DOOM. The episode-ending confrontations with giant bosses are all set in arena-style levels. Indeed, the final one is in a real arena — a football stadium, complete with cheerleaders and goal posts.

There has to be another way to do this: the boss could pursue Duke into a section of city built almost entirely of destroy-able walls. Duke's task would be to avoid his enemy and the detonations around him and search for the one building that the boss can't destroy. This ending would have been more consistent with the interactivity of the previous levels of DUKE.

And last, but not least, DUKE is bound to elicit criticism that it demeans women. The original shareware version set off a small firestorm online when the reference "killbitch" was found embedded in the



"I don't want to read the manual!"

As seen on PBS's "Computer Chronicles" and reviewed in Sept-95 CGW.

the

# GAME DOCTOR™

**NOT ENOUGH MEMORY!**

## NEVER USE A BOOT DISK AGAIN.

You have enough RAM and your games still say "INSUFFICIENT MEMORY!" All games are not created equal; different configurations ARE necessary to run different games. If your computer meets a game's requirements, then you already have everything you need! The Game Doctor simply arranges it PROPERLY -- you just pick from a menu.

**Windows 95 Version Available NOW!**

### - EASY TO INSTALL
Type 'install' and you're done. The Game Doctor scans your system for information about your hardware and uses it to build effective startup files.

### - COMPLETELY AUTOMATIC
Every time you start your computer you will be presented with a menu of configuration choices (e.g.: Old Configuration, Windows, DOS, Games or Custom). Just pick the configuration that fits. No more making boot disks or Windows 95 shortcuts.

### - INCLUDES CUSTOM CONFIGURATION BUILDER
Make your own additional configurations that automatically launch games at startup -- all you do is pick from the menu!

The Game Doctor
P.O. Box 611764
Port Huron, Michigan
48061-1764

**Only $19.95**
*add $2.50 s&h
Windows '95/DOS DUAL Version $29.95

**ORDER NOW!: 1-800-558-6674**

Visit us on the internet: http://www.tcel.com/~gdoc

*Circle Reader Service #231*

ACTION

They won't have to look that far this [time]. Women here are represented as [ex]otic dancers, cheerleaders and naked alien captives. And lest you think Duke should somehow be excused because of his ostensible role as rescuer and Earth savior, well, think again. Encountering a bikini-clad dancer, his contribution to her is: "Shake it, baby." When he takes the mike at a liberated radio station, his spiel for KTIT is "playing the breast...uh, the best tunes in town."

One other note on DUKE is its multi-player mode. It is incredibly fun blasting your friends in a DUKEMATCH, but the levels in DUKE are much too large when playing with only a few people. You could end up spending more time looking for your friends and less time actually shooting them. The major problem with multi-play, though, is that you can't enter and exit the multiplayer matches at will. So if you wanted to exit DUKE and change your name, or if a newcomer wanted to join a game in progress, you'd have to wait till everyone else quit and start a new game.

But, having said all that, DUKE is absolute fun. It's great deconstructing the alien aggressors into component eye-balls, teeth and limbs while listening to Duke's throaty bon mots. DUKE's environment isn't the most compelling 3D world I've seen, but it is the most fully realized: densely populated with things to



▶ **WHAT'S IN THE EGG?** The women in DUKE are treated poorly, appearing in demeaning roles or as captives, like this woman in what looks like an *Aliens*-style egg.

discover, things to interact with and things to blow to hell. Yeah, the juvenile humor gets thin after awhile, but it gives the game attitude and personality. There certainly is room for improvement in DUKE, but the environment is right and the gameplay is fun. So maybe next time, we'll get a game that aims a little higher. Until then, I'll be shattering some aliens with my boot and the trusty ol' Freezethrower. 

▶ **APPEAL:** DUKE is for those who want to play the next level of fast, visceral 3D action in an immersive world with attitude.

▶ **PROS:** The most interactive game of its genre; incredible graphics; cool weapons, levels and monsters; campy humor and a built-in scenario-editor.

▶ **CONS** It's not true 3D, there are some graphic inconsistencies in later levels, and the overall treatment of women is demeaning.



★★★★★ CG RATED

---

# Plant Trees for America™

Trees provide food, shelter, and nesting sites for songbirds.

Trees increase property values, and make our homes and neighborhoods more livable.

Trees help conserve energy. They cool our homes and entire cities in the summer, and slow cold winter winds. Shade trees and windbreaks can cut home utility bills 15-35%.

Trees clear the air we breathe. They provide life-giving oxygen while they remove particulates from the air and reduce atmospheric carbon dioxide.

## America needs more trees

The United States has lost a third of its forest cover in the last 200 years.

Our towns should have twice as many street trees as they have today.

We need more trees around our homes and throughout our communities. We need more trees to protect our farm fields and our rivers and streams. To provide wood for our homes and a thousand products we use every day.

### 10 Free Trees

Ten Colorado blue spruces, or other conifers selected to grow in your area will be given to each person who joins the Arbor Day Foundation.

Your trees will be shipped postpaid at the right time for planting in your area, February through May in the spring or October through mid December in the fall. The six to twelve inch trees are guaranteed to grow, or they will be replaced free.

To become a member and to receive your free trees, send a $10 membership contribution to Ten Blue Spruces, National Arbor Day Foundation, 100 Arbor Avenue, Nebraska City, NE 68410.

Join today, and plant your Trees for America!





**The National Arbor Day Foundation**

LIFESTYLE

TECHNOLOGY

# Log On and Shoot

### New online networks let you blast foes in the next house—or the next state



Die, alien scum! *Duke Nukem 3D, shown here played on TEN, is just one of several fast-action games coming to The Net. Humans in your field of vision represent real people.*

BY KATIE HAFNER

WENDY METZLER, A 23-YEAR-old homemaker in Benicia, Calif., was a computer-game widow. Her husband was a "beta tester"—or trial customer—for a company called the Total Entertainment Network (TEN) and had become addicted to a game called Duke Nukem 3D. For a month, he played it almost every night until morning. "I told him I was tired of sitting alone in bed," she says. Finally, two months ago, he persuaded Wendy to try logging on. Did she like it? "I haven't got off the thing yet," she whispers, sounding a bit embarrassed.

Now, once dinner is over and her 5-year-old daughter is in bed, Wendy sits down to her PC with enough Ho Ho's and chips to last her till dawn. Why the fascination? For Metzler, it's not just that Duke Nukem 3D, a gruesome shoot-'em-up where players navigate post-apocalyptic Los Angeles hunting down aliens, is fun. It's also that TEN links her with people through the Internet; that means Metzler (a.k.a. Daisy-Duke) can spend her nights meeting friends and new opponents. With screen names like Chen, Javamamma and HellKnight, her playmates challenge opponents who have logged in from places like Beaumont, Texas, and Short Hills, N.J. "Everyone knows me," she says.

Since coming online in recent months, TEN and its chief rivals (Mpath Interactive, Engage and Dwango) have been introducing hard-core gamers to something totally new. Until recently, game fanatics played shoot-'em-ups either alone on a PC or head to head with friends on TV consoles made by the likes of Nintendo and Sony. Now gaming companies, and the major online services, are marrying the two by creating networks that allow trigger-happy users to play against human opponents who live down the street—or as far away as the global Internet reaches. Analysts estimate that "multiplayer online gaming" will be a $1 billion industry by the year 2000. Americans spent more than $6 billion on computer games bought off store shelves last year, according to technology-research firm Dataquest. Companies from Sega to CompuServe are betting that you will pay even more money to play these games online—either through the Internet or on private networks. The networks will most likely charge by the minute, though some are toying with flat-rate pricing. Whatever the billing scheme, executives are confident. "This," says Jack Heistand, CEO of TEN, "is going to be huge."

That's big talk for a business that by most accounts is unproven. A few well-funded start-ups are testing the waters by offering online versions of the most popular computer games—Air Warrior, an air combat game; DOOM, the highly addictive 3-D world of gore and destruction, and SimCity, the best-selling simulation game. Their hope is that the titles themselves will lure audiences to try this new way to play



COURTESY APOGEE SOFTWARE (1)

them. TEN, scheduled to debut officially in early September, will allow hundreds of people to play simultaneously. The Cupertino, Calif.-based Mpath Interactive hopes to launch at the same time.

The commercial online services are right in step. Click on America Online's games channel and you'll find connections to 46 games in eight different categories. In 1995 Prodigy had no games but will have more than a dozen by year's end. CompuServe recently revamped an old games area, now called New Game City. It offers a variety of fast-action fun. And earlier this summer, Microsoft acquired Electric Gravity Inc., already known on the Net for its Internet Gaming Zone, a multiplayer Web site devoted to classic board and card games.

People have played interactive games over the Internet for years, but the choices were largely limited to the slow-moving, text-based world of MUDs (multiuser dungeons) or turn-based games like chess. The trick now is to create "social worlds" rich in graphics for games of all kinds, featuring chat spaces where players can boast to one another, commiserate over a defeat or just pass the time of day. Mpath allows players with microphones on their computers to talk to each other—convenient for yelling "DIE!" while obliterating an opponent.

Moving these graphic-rich "twitch" games to the Internet isn't easy. The biggest obstacle to playing fast-action games over the Net is "latency"—the amount of time between, say, when you push the fire button on your keyboard and when the bullet shows up on your opponents' screens. Most twitch games require split-second responses, and that's difficult to achieve with consistency over the Internet, a collection of networks whose performance is impossible to predict. The Internet-based services have each concocted strategies—software "fixes," partnerships, games customized for Net play—to combat the latency problem. TEN, for example, won't let users play fast-action games if its network software detects that their connections are bad. The beta tests haven't inspired confidence: games often freeze in midaction. Some services, such as AOL, CompuServe, Dwango and the forthcoming Wireplay network by MCI, will avoid the problem entirely by using private, "proprietary" networks where regular Internet traffic doesn't slow you down. Despite technical glitches, online gaming already appears to be the stuff of addiction. Even calmer diversions such as hearts and bridge are turning into virtual parties. On Prodigy, for example, checkers has a separate chat screen next to the board. The game itself is often overshadowed by the conversation that starts up. A game that might ordinarily take 10 minutes stretches



to an hour. "We're learning that something as simple as checkers is more than checkers," says Josh Grotstein, Prodigy's senior vice president of content. "What it turns out to be is like sitting on the porch talking to someone."

Which is exactly what the emerging gaming networks have in mind. "The fact that it's a social environment is what makes it the killer app of the online medium," says Lawrence Schick, AOL's general manager for games. Virgin Interactive's Subspace, a Net-based multiplayer rendition of Asteroids now in beta test, has inspired a unique social order, complete with codes of conduct, a hierarchy based on scores and nightly tournaments of 200 players where that hierarchy is constantly tested. One

player, 17-year-old Kevin Jarrett of Grandbury, Texas, wakes up at 7 a.m. every day to hang out with friends he originally met in an Internet Relay Chat channel. "It was a chance to blow them up," he says. "It's become a community."

For now, online gaming is a niche market catering to a devoted clientele. As beta testers, gamers can go on 15-hour binges,



and, if they're dialing locally into the game service, it's all free. The true test will come when the gaming services go fully commercial. Metzler doesn't plan to stop playing once TEN starts billing her. Anyway, she says, "it's my husband's credit card."

*With JENNIFER TANAKA and BRAD STONE in New York and DEBORAH BRANSCUM in San Francisco*

Case 3:96-cv-03445-H-CAB Document 61 Filed 08/09/96 PageID.115 Page 37 of

# CHARTS

**Compiled by** ChartTrack



ELSPA

## COMMENT

And sales continue to grow...Thanks to the end of the school exam period, the change in weather and the fact that there was no football on TV, the market last week increased by another 12 per cent.

Up by some 13 per cent to claim two thirds of the total market, the All Formats CD sector boasted a new number one with the Flashback sequel *Fade To Black* debuting at the top, thanks to the arrival of the PlayStation version.

Further down the chart, EA enjoyed another new entry, with the arrival of *Space Hulk: Vengeance of the Blood Angels* at number 14.

Elsewhere on the chart, there was little significant movement, although the release (at last) of MicroProse's *Grand Prix 2* this week will surely make a major impact (and then stick around for ages).

The more observant of our readers will notice that the Full Price Home Computer chart has this week been replaced by ChartTrack's PC CD-ROM top 20 listing. This has obviously been introduced as a reflection of the ever-growing importance of the format within the overall leisure market.

*Lisa Foster*

## TOP 20 — COMPACT DISC

| TW | LW | TITLE | LABEL | FORMATS |
|----|----|----|----|----|
| 1 | — | Fade To Black | Electronic Arts | PL, PR |
| 2 | 1 | International Track & Field | Konami | PL |
| 3 | 3 | Duke Nukem 3D | US Gold | PR |
| 4 | 6 | Theme Park | EA/Bullfrog | PR, PL, SA, DO |
| 5 | 4 | FIFA Soccer '96 | Electronic Arts | PR, PL, SA |
| 6 | 2 | Euro '96 | Sega/Gremlin | SA, PR |
| 7 | 9 | Worms | Ocean/Team 17 | PR, PL, SA, CD |
| 8 | 5 | Settlers 2: Veni, Vidi, Vici | Blue Byte | PR |
| 9 | 10 | Championship Manager 2 | Domark | PR |
| 10 | 7 | Civilization 2 | MicroProse | PR |
| 11 | — | Wing Commander 3 | Electronic Arts | PL, PR, DO |
| 12 | 15 | The Need For Speed | Electronic Arts | PL, PR, DO |
| 13 | 12 | Command & Conquer | Virgin | PR |
| 14 | — | Space Hulk VOTBA | Electronic Arts | PL, PR, DO |
| 15 | 8 | Adidas Power Soccer | Psygnosis | PL |
| 16 | 11 | Ridge Racer Revolution | Namco | PL |
| 17 | 14 | Encarta '96 | Microsoft | PR, AC |
| 18 | 16 | Little Big Adventure | Electronic Arts | PR |
| 19 | 17 | Alien Trilogy | Acclaim | PL |
| 20 | 19 | Magic Carpet Plus | EA/Bullfrog | PR |

## TOP 20 — CARTRIDGE

| TW | LW | TITLE | LABEL | FORMATS |
|----|----|----|----|----|
| 1 | 1 | FIFA Soccer '96 | EA/THQ | MD, SN, GA, GG |
| 2 | 5 | Olympic Summer Games | THQ | MD, SN, GA |
| 3 | 2 | Brian Lara Cricket '96 | Codemasters | MD |
| 4 | 3 | Toy Story | Sega/THQ | MD, SN |
| 5 | 6 | PGA Tour Golf '96 | Electronic Arts/THQ | MD, GA, SN, GG |
| 6 | 8 | Pete Sampras Tennis '96 | Codemasters | MD |
| 7 | 7 | Micro Machines 2 | Codemasters/Ocean | MD, GG, SN, GA |
| 8 | 4 | Tazmania: Escape from Mars | Sega | MD, GG |
| 9 | 10 | Donkey Kong Land | Nintendo | GA |
| 10 | 12 | Sonic & Knuckles | Sega | MD |
| 11 | 11 | Killer Instinct | Nintendo | SN, GA |
| 12 | 14 | Mega Bomberman | Sega | MD |
| 13 | 13 | Sonic The Hedgehog 2 | Sega | GG, MD, SG |
| 14 | 15 | Donkey Kong Country 2 | Nintendo | SN |
| 15 | 23 | Pete Sampras Tennis | Codemasters | MD, GG |
| 16 | 24 | Batman Forever | Acclaim | MD, SN, GA |
| 17 | 16 | Dynamite Headdy | Sega | MD, GG |
| 18 | 17 | Primal Rage | Time Warner | MD, SN, GA, GG |
| 19 | 19 | Ecco 2: The Tides of Time | Sega | MD, GG |
| 20 | 22 | Streets of Rage 2 | Sega | MD |

## Format Monitor By units

| Cartridge | | Home Computer (Full Price) | |
|----|----|----|----|
| Total market share | 22.4% | Total market share | 5.3% |
| Total sales this week | +11% | Total sales this week | +6% |

| Compact Disc | | Home Computer (Budget) | |
|----|----|----|----|
| Total market share | 66.0% | Total market share | 6.2% |
| Total sales this week | +13% | Total sales this week | +11% |

| Total leisure software sales this week | +12% |
|----|----|

*All chart and market share information is compiled from data collected from Chart Track's sampled retail panel over a seven day period.*

## TOP 20 — PC CD-ROM

| TW | LW | TITLE | LABEL |
|----|----|----|----|
| 1 | 1 | Duke Nukem 3D | US Gold |
| 2 | 5 | Theme Park | EA CD-ROM Classics |
| 3 | 2 | Settlers 2: Veni, Vidi, Vici | Blue Byte |
| 4 | 6 | Championship Manager 2 | Domark |
| 5 | 3 | Civilization 2 | MicoProse |
| 6 | — | Wing Commander 3 | EA CD-ROM Classics |
| 7 | 4 | Euro '96 | Gremlin Interactive |
| 8 | 8 | Worms | Ocean/Team 17 |
| 9 | 7 | Command & Conquer | Virgin |
| 10 | 10 | Little Big Adventure | EA CD-ROM Classics |
| 11 | 9 | Encarta '96 | Microsoft |
| 12 | 12 | Magic Carpet Plus | EA CD-ROM Classics |
| 13 | 14 | Worms: Reinforcements | Ocean/Team 17 |
| 14 | 11 | FIFA Soccer '96 | Electronic Arts |
| 15 | 13 | C&C: Covert Operations | Virgin |
| 16 | 15 | Warcraft 2 | Blizzard/Zablac |
| 17 | 23 | FIFA International Soccer | EA CD-ROM Classics |
| 18 | 19 | The 7th Guest | The White Label |
| 19 | 27 | TFX: EF2000 | Ocean/DID |
| 20 | 16 | AH-64D Longbow | Electronic Arts |

KEY: MD (Mega Drive), SG (Master System), GG (Game Gear), MC (Mega CD), PR (PC CD-ROM), DO (Amiga), SN (SNES), NI (NES), GA (Gameboy), CI (CD-i), AC (Mac CD), AG (Amiga 500/600), AA (Amiga 1200), PC (IBM PC compatible), AP (Mac), DO (3DO), JA (Jaguar), MX (32X), PI (PICO), SA (Saturn), PL (PlayStation), JC (Jaguar CD), HC (Hybrid CD), W95 (Windows 95)

**Software piracy information?** Call the ELSPA Crime Unit now on 01386 833810

The above charts have been compiled from the Chart Track Weekly Report, which is the strict copyright of ELSPA. It is available on subscription, and features Total Market Statistics and Software Charts & Analysis for all leisure formats. For more information, write to the general secretary at ELSPA, Station Road, Offenham, Near Evesham, Worcestershire WR11 5LW, Tel: 01386 830642.

MS DOS
'GAMES
Adventure



A foul lizard. Taste the rough end of my blaster.

# Duke Nukem 3D

**D** uke Nukem 3D offers no pretensions. If *Doom* was a celebration of out and out mindless violence, this game embraces the idea and wholeheartedly takes the mickey out of it. It is violence with a punchline. The whole thing reeks of a group of programmers having a right old giggle. The plot printed in the manual is one of the shortest I've seen. No rambling scene-setting or pages of background to enhance the atmosphere. Just a single short paragraph stating that Los Angeles has been overrun by aliens and Duke goes in to, and I quote "Kick alien ASS!"

Job done. We know exactly what to expect. But far from simply churning out a game which takes delight in just throwing up a load of death and destruction, the product itself is anything but mindless. In fact it seems a huge amount of effort has been put into making it a refreshing experience. Okay, so essentially it is just a *Doom* clone with all the simple wandering and blasting that that entails, but there's a heap of original touches included which lift it above the status of just another clone.

As is tradition there's a series of episodes (three in this case) and five levels of difficulty to master. There's also a parental lock option to keep the gory elements away from the kids. But beyond that it's anything but standard. There are loads of weapons available. You can simply kick things, or, when you've collected them, you can use pistols, shotguns, a chaingun, grenades, pipe bombs, a shrinker (which, yes, shrinks your enemies so you can just walk over them to destroy them), a devastator, a trip bomb and a

A post-modern Doom clone with a sense of humour or another bloodthirsty blast-'em-up? **Andy Dyer** doesn't care either way.



WARNING: ADULT CONTENT



▲ Use the monitor screens to, uh, monitor what's going on elsewhere.

freezer. The last few of these weapons add a strategic element to the game and really come into their own only in certain situations. So at times you actually have to think about your combat tactics.

Then there are the levels themselves. Power-ups include a jetpack, night vision goggles, scuba gear and a holoduke which, respectively, allow you to to fly vertically through, uh, vertical sections, see in the dark areas, swim through waterlogged parts of the game and outfox the enemy by

projecting a fake version of yourself. Add to this the inclusion of ten vile enemies, a smattering of door and key related puzzles, teleports, video monitors and secret areas to be discovered and you have a cracking adventure ahead of you.

I'd like to be able to sum up by talking about this being cleverly satirical and having all sorts of subtle gameplay nuances and all that other poncey stuff, but at the end of the day *Duke Nukem* is just a right good laugh, plain and simple.

▲ That's Duke. He's a bit barmy. That's not just macho posturing there, that's him on his day off.

✔ Stacks of humour, weapons, varied levels and action.

✗ Not a lot to fault it, unless you're bored of blasters.

£ 34.99

☎ US Gold 0121 625 3366

💾 486, 8Mb RAM



▲ Go into the projection room of the cinema and watch the girlie show.



▲ The space station in chapter three. A shuttle will be along in a minute.

| *Gameplay* | |
| *Presentation* | |
| *Value* | |

*Overall Rating* ★★★★☆









# "NUKE IT" ™

(UNLESS PURCHASED)

## Over 300 new levels for Duke Nukem 3D



So, you've conquered Duke Nukem 3D and now you're looking for more hair-raising, mind-numbing, adrenaline-pumping, pulse-pounding, butt-kickin', post-apocalyptic action! What do you do now?

Fire up "NUKE IT" and prepare to use every trick you can muster to battle your way through over 300 new levels for the hottest 3D action game ever. These new levels will have you roaring through quake-ravaged buildings and battling hideous aliens until your eyeballs bleed! Lightweights need not apply.

For added challenge, choose a new and completely unexplored level at random for a multi-player game with your (soon to be "Ex-") friends.

What are you waiting for. Get in there, rip off their heads and - well you know what to do!







 



ISBN 157811000-9



7  26285 97026  4

Requires the full version of Duke Nukem 3D, IBM or 100% compatible 486 computer with 8 Mb RAM, VGA graphics card, CD-ROM drive, minimum 2 Mb free hard disk space.

DO NOT BREAK SEAL

"NUKE IT" is a registered trademark of Micro-Star. All rights reserved.

Case 3:96-cv-03435-H-LAB     Document 6     Filed 08/09/96     PageID.123     Page 45 of 50



# "NUKE IT"
## Over 300 new levels for DUKE NUKEM 3D

## BEFORE YOU BEGIN

Before you begin, make sure you have installed the complete version of Duke Nukem 3D on your hard drive. These new Duke Nukem levels will not work with the shareware version of Duke Nukem 3D.

## WHAT'S ON THE CD

Since there are so many .MAP files on the CD, we have broken them down into several directories for you convenience. The directories you will find on the CD are:

| | |
|---|---|
| <A-B> | <M-Q> |
| <C> | <R-S> |
| <D> | <T-Z> |
| <E-I> | <DETHMACH> |
| <J-L> | |

We have also included some extra files that you might find useful, including hints and tips, in directories called:

<EXTRAS>
<MAPFAQ>

And we have included all of the cheat codes in a directory called

<CHEATS>

## PLAYING NEW LEVELS

To play a new level, you first need to copy the file for that level into your Duke Nukem directory. You can use Windows File Manager, Windows '95 Explorer or a third party file manager to copy these files into your Duke 3D directory, or you can use the DOS **COPY** command, as in the example below. *Consult the DOS or Windows manuals, or the documentation that came with your computer for more information on copying, moving, and deleting files.*

Duke Nukem files are all stored with the same last 3 letters (.MAP), so that they are easily recognizable as Duke 3D levels. For example, if a level was created and given the name BAR1, it would be saved as BAR1.MAP

If you wanted to play BAR1.MAP, and that file was in the <A-B> directory on the CD, you would type the following:

**COPY  <CD-ROM DRIVE LETTER>:\A-B\BAR1.MAP  C:\DUKE3D**

For example, if your CD-ROM drive is drive D: you would type:

**COPY  D:\A-B\BAR1.MAP C:\DUKE3D**

If you have installed Duke Nukem to any drive or directory other than the default, change the C:\DUKE3D on that line to indicate the drive and directory holding Duke Nukem.

Once you have copied the .MAP file(s) you would like to play, change to the Duke Nukem directory and perform the following steps:

1. Type **SETUP**  and press the [Enter] key
2. From the menu that appears, choose **Select User Level**
3. Choose the .MAP file that you want to play (In our example, it would be BAR1.MAP)
4. Choose **Save and Launch Duke Nukem 3D**
5. Enjoy your new level!

If you would like to copy several files at a time, you can do that easily. Duke Nukem's setup program can handle up to 40 .MAP files at a time. For example, if you wanted to copy ALL of the levels from the <A-B> directory instead of just BAR1.MAP, you would type;

**COPY  <CD-ROM DRIVE LETTER>:\A-B\*.MAP  C:\DUKE3D**

After you have played a level, you might want to remove that .MAP file from the Duke Nukem directory so that you won't exceed Duke's 40 .MAP file limit.

To remove a .MAP file, change to the Duke directory and type:
**DEL** <Filename> and press the [Enter] key.

For example, if you were done with BAR1.MAP and wanted to remove it from the hard drive, you would just type:  **DEL BAR1.MAP** and press the [Enter] key.

**3**

**4**

# USING THE WINDOWS WALLPAPER

If you are running Windows 3.1x or Windows '95, there are .BMP files on the CD that you can use as wallpaper. To install the files as wallpaper, begin by copying all of the .BMP files from the \EXTRAS directory on the CD to your C:WINDOWS, directory. One way to do this:

- Get to a DOS prompt
- Change to the CD-ROM drive
- Type CD\EXTRAS and press the [Enter] key
- Type COPY *.BMP C:\WINDOWS and press the [Enter] key (if your Windows directory is something other than C:\WINDOWS, insert the appropriate destination for the files.

After that you will need to get back into Windows and do the following:

## For Windows 3.1x

From Program Manager
- Open the "Main" group
- Double click on "Control Panel"
- Double click on "Desktop"
- From the "Wallpaper" section of the Desktop menu, choose one of the .BMP files. The names of the Duke 3D screens all begin with the letters SCRNS
- Click on OK.

**5**

## For Windows '95

- Click on "Start"
- Click on "Settings"
- Click on "Control Panels"
- Click on "Display"
- From the "Display" menu , choose Background
- Click on the "Browse" button
- Choose a file for your background. All of the Duke 3D files begin with the letters SCRNS

You should now have a lovely screen of death and mayhem from Duke Nukem 3D as your Windows wallpaper.

> **To receive free Technical Support, fill out and send in the registration form in the back of this booklet, then call Micro Star at 619-931-4949.**

**6**

# CRYSTALVISION Software Registration

COMPLETE THIS FORM ... SEE INSTRUCTIONS ON THE REVERSE SIDE. RETURN COMPLETED TO MICRO STAR AT 2245 CAMINO VIDA ROBLE, CARLSBAD, CALIFORNIA 92009. PLEASE PRINT CLEARLY ...

Primary User

|___|___|___|___|___|___|___|___|___|___|___|___|___|___|   |___|   |___|___|___|___|___|___|___|___|___|___|___|

|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|

|___|___|___|___|___|   |___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|   |___|___|

|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|___|   |___|___|___|
City                                                                                                          State/Prov

|___|___|___|___|___|___|___|___|   |___|___|___|___|___|           |___|___|___|___|-|___|___|___|___|-|___|___|___|
Postal code                                                                          Daytime telephone

|___|___|___|___|-|___|___|___|___|-|___|___|___|                |___|___|___|___|-|___|___|___|___|-|___|___|___|
Evening telephone                                                   Fax number

|___|___|___|/|___|___|
month    year
Date of Birth

MI KE IT    printed