USDC SCAN INDEX SHEET











MICRO STAR

FORMGEN INC

LMM

3:96-CV-03435

*7*

*DECL.*

**ORIGINAL**

Michael L. Kirby (050895)
**POST KIRBY NOONAN & SWEAT**
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone No.: (619) 231-8666
Facsimile: (619) 231-9593

Michael S. Oberman (9838)
Jeffrey S. Trachtman (7956)
Gregory A. Horowitz (0797)
**KRAMER, LEVIN, NAFTALIS & FRANKEL**
919 Third Avenue
New York, New York 10022
Telephone No.: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Defendants/Counterclaim-Plaintiffs
FORMGEN, INC., GT INTERACTIVE SOFTWARE
CORP. and APOGEE SOFTWARE, LTD.

**FILED**

AUG 9 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRO STAR, | Case No. 96-3435 H (CM) |
| Plaintiff, | **DECLARATION OF ALLEN H. BLUM III IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| FORMGEN, INC., a corporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |
| FORMGEN, INC. and APOGEE SOFTWARE, LTD. d/b/a 3D REALMS ENTERTAINMENT, | |
| Counterclaim-Plaintiffs, | DATE: September 9, 1996 |
| v. | TIME: 10:30 a.m. |
| MICRO STAR, | CTRM: Honorable Marilyn L. Huff |
| Counterclaim-Defendant. | |

Allen H. Blum III, under penalty of perjury, declares as follows:

1.    My name is Allen H. Blum III. I am employed by Apogee Software, Ltd. ("Apogee") as the Producer for the "Duke Nukem 3D Plutonium Add-on Pack," a collection of new levels for a

computer game program known as "Duke Nukem 3D." The following facts are within my personal knowledge and, if called as a witness, I could and would testify competently to them.

2. My association with Apogee began about four years ago, when I worked as an independent contractor designing levels for "Duke Nukem," the first version of the game. After Duke Nukem, Apogee released a second version known as "Duke Nukem II." Duke Nukem 3D ("DN3D") is the third and most recent version of the game. As a level designer, I helped create all three versions of the Duke Nukem games. I was the head of level design for the development of DN3D and I am now the Producer of new DN3D levels currently in development. As head of level design, and now as the Producer, I am responsible for creating, designing, and programming for DN3D.

3. DN3D is a realistic, three dimensional computer game. The main character of the game is a super action hero named Duke Nukem ("Duke"). When playing the game, the player "sees" in three dimensions, as if looking through the eyes of Duke. The game is played on "levels" -- simulated physical environments populated by monsters and potentially useful items. For example, the first level takes place in the future in and around a movie theater in Hollywood, California. Duke must explore each level, killing monsters and picking up weapons, armor, and other objects while searching for the exit to the next level.

4. The scenery, characters, and other audiovisual elements (including music and sound clips) of DN3D are some of the most important aspects of the game. DN3D has a dark, mysterious, and futuristic look that is consistent throughout the game. Different enemy characters have different personalities and capabilities, which are readily identifiable by players of the game. Playing DN3D is like being part of an action adventure story in which the computer user plays the part of the hero and leading character.

5. Prior versions of Duke Nukem were "platform" games played in two dimensions where the player moves along flat surfaces or platforms. DN3D is three dimensional and supports higher resolution video modes, creating an even more realistic environment. In addition, DN3D has an interactive environment. This allows the player to interact with the environment by picking up objects, talking to people, and engaging in other activities. For example, one scene in the game includes a pool

- 2 -

table. The player can move Duke to the pool table and make a shot. The high level of interactivity in the game is part of its tremendous appeal to consumers of computer games.

6. A copy of the packaging for the DN3D program is attached as Exhibit 1. The front cover of the package shows Duke holding various weapons with a nuclear explosion and mushroom cloud in the background. The back cover of the box shows various scenes from the game. The program itself is on a compact disk (CD), which comes in a "jewel box." The jewel box contains an insert booklet, a copy of which is attached as Exhibit 2. This booklet shows pictures and descriptions of various elements of DN3D, including weapons, characters, and inventory items.

7. DN3D is replete with distinctive characters and weapons (many of which are described in Exhibit 2). For example, one of the monsters is "Octabrain," whose abundant brain mass and specialized trifocal vision combine to make it a formidable alien weapon against all sentient life on Earth. Octabrain's method of attack is a powerful blast of mental energy released against its prey, thus weakening and confusing its intended victim. If the victim does not die from the mind blast, the Octabrain's powerful razor sharp teeth are ready to finish the job. Duke is himself a highly distinctive character. He has appeared on the covers of several print magazines devoted to computer games and is very recognizable.

8. We began work on DN3D in January 1994. The development team included about twenty-three Apogee employees, who worked on DN3D for a period of two years to create DN3D. A shareware version of the game was released in January 1996, containing only a simple episode with 6 levels. The full version of DN3D was released in March 1996 and has three episodes with 29 levels.

9. Duke is the only character in DN3D from prior versions. All the other characters in DN3D were created specially for DN3D. The appearance of the characters (including Duke himself), scenes, weapons, textures, and colors were created through a mutual effort between graphic artists and the level designers at Apogee. The level designers worked with the graphic artists to develop scenes, signs, instrument panels, and other elements of the computer game. Original sounds and music were also created for DN3D by musicians at Apogee.

10. The levels on both the shareware and full versions of DN3D were created using a "Build

- 3 -

Editor" written by Ken Silverman of Apogee. Using the Build Editor, a level designer chooses among pre-existing game elements, such as walls, weapons, and characters, to create a level. The level is stored electronically in a "map" file that is identified by the extension ".map". These map files use a format of codes and data structures that is proprietary and unique to DN3D. The map files are uniquely arranged and structured to work with DN3D. The DN3D map files are not compatible with any other computer game. The map files tell the DN3D program what elements to include in a level and where to place them.

11.    The Build Editor included on the DN3D CD is the same one we used to create the original 29 levels and that I am presently using to create new levels. Users with the Build Editor from the DN3D CD may modify existing elements somewhat using three control files (games.con, defs.con, and users.con), but may not add additional elements. The control files are source code files compiled into the DN3D program at program startup. Together with the object code file "duke3d.exe," the three compiled control files constitute the run time game environment. The source code for the control files is included in DN3D to allow users to modify portions of the game relating to elements. The control files of DN3D are included as Exhibit 3.

12.    Apogee is currently developing ten to twelve new levels for DN3D which will be packaged and sold in a level pack. To achieve the high quality Apogee requires for its commercial levels of DN3D, each new level takes a team of software engineers approximately two weeks to complete. It will take our team of two programmers, three level designers, three graphics artists, one sound artist, and one producer about 5,000 total hours to complete the levels for the planned level pack. Our plans are to have the new levels completed and ready for release as a retail package within 6 to 8 weeks.

13.    I have reviewed the Nuke It product distributed by Micro Star and have made the following observations. Overall, the product quality is very poor. The product consists mainly of user-created levels downloaded from the Internet. The user-created levels are mostly amateurish and do not appear to have been edited by Micro Star. The map files of the user-created levels do not always have accompanying text files, and if present, the text files have many grammatical errors. The authors, and often their Internet addresses, are included in the text files. Many of the authors are from foreign

- 4 -

countries, and at least one such text file is in German. Micro Star did not even catch the fact that the very first text file included on the disk (labeled 2009.txt) includes the level author's specific instruction to "feel free to spread it around ... to anyone you please as long as no fee is charged." A copy of this text file is attached as Exhibit 4.

14.   The Nuke It package does not disclose that most of the map files may be found free on the Internet. Consumers looking at the package would think they were getting something new and professional in quality. They are not. I have viewed about one-half of the 300 levels. The levels consist entirely of characters, elements, and weapons from DN3D. They are far less interesting than the levels created by Apogee.

15.   There is no apparent editing of the user created levels, nor was Micro Star discriminating in which levels to include. It appears that for the most part Micro Star gathered any available user-created levels from the Internet and merely placed the user-created levels in various directories alphabetically. The Nuke It disk contains eleven directories: "a-b", "c", "cheats", "d", "dethmach", "e-i", "extras", "j-k", "m-q", "mapfaq", "r-s" and "t-z". The files beginning with the letters a and b are in the "a-b" directory, the "c" directory contains files beginning with letter c, etc. If a map file and its corresponding text file begin with different letters the two files are in different directories. A copy of the directory listings is attached as Exhibit 5.

16.   Three files (users.con, defs.con, and games.con) on the Nuke It CD (in the directories "t-z", "d", and "e-i") are from the DN3D program. The defs.con file on the Nuke It CD is identical to the defs.con file in our DN3D program; the users.con and games.con files on the Nuke It CD have slifht modifications, but are substantially identical copies of the users.con and games.con files from DN3D. All three of these files are ASCII files containing readable English test. Part of the text in each file is the original copyright notice "(c) 1996 3D Realms Entertainment." A copy of these files from Nuke It is attached as Exhibit 6. These three files are control files and are used to customize various elements of DN3D, such as characters, weapons, and other elements.

17.   Three of the map files included on the Nuke It CD (_zoo.map, _zoo4.map, and E1L1WEAP.map), are identical to, or contain only slight modifications of, map files included on the

- 5 -

DN3D CD. Both the text and the underlying code from each of these files are identical to the files contained on DN3D.

18.    To illustrate the similarities between the levels included in DN3D and those included in the Nuke It product, I have attached as Exhibits 7 and 8 print outs of screen views from two different levels. Exhibit 7 contains screen shots from the first level of "L.A. Meltdown" in DN3D. Exhibit 8 contains screen shots from the map file on the Nuke It CD labeled "E1L1WEAP.map." A comparison of these exhibits shows that the graphical elements in the "E1L1WEAP.map" file on the Nuke It product are exact copies of the graphical elements from the DN3D program.

19.    Micro Star also copied the file "tiles014.art" from the DN3D program. This file is meant to provide a place for users to insert their own artwork. This file is included on the DN3D CD and contains original graphical elements from DN3D.

20.    The Nuke It packaging also proudly advertises as a "free" bonus that it includes "25 Duke Nukem scenes for use as Wallpaper in Windows or Windows 95." These scenes are stored in bitmap files contained in the "extras" subdirectory of the Nuke It CD. The files are called bitmap files, as they consist of a copy of a computer image stored as a series of bits or digital units of information. A person does not need DN3D to view these images.

21.    I have viewed the bitmap files on the Nuke It CD. The bitmap files appear to be computer "snapshots" of images from game play on user-created levels. The pictures are comprised entirely of cut and paste elements from DN3D. For example, the scene attached as Exhibit 9 is from one of the bitmap files on Nuke It. The status bar at the bottom of the scene is an exact copy of the status bar from the DN3D program, as is the machine gun shown in the shot. The color and texture of the rooftop walls and floor are copied from DN3D. The spaceship is also copied from DN3D. The human figure shown in the shot is duplicated from DN3D. The medkit on the wall is copied from DN3D. The buildings in the background are copied from DN3D. In short, all the objects, textures, and other elements shown in the scene were taken directly from DN3D. All 25 of the bitmap files on the Nuke It CD are similarly composed of elements copied from DN3D. They appear to have been created by saving screen images while playing DN3D.

- 6 -

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed this 8th day of August, 1996, at Garland, Texas.

_____
ALLEN H. BLUM III

VEDAL01:2367.1

- 7 -












"This is simply the hottest PC game of the year."
X-GEN

"Duke Nukem 3D truly looks like a 3D supermodel of a game: sleek, sexy, and gory with lead-thrashing action."
Strategy Plus

"It's the ultimate game for unleashing all your pent-up aggression. It is the most astonishing game we've laid eyes on for ages! In fact, it makes pretty much every PC game we've ever seen - DOOM included - look slightly dull. Honestly!"
PC Gamer

## ☢ Prepare Yourself for the Ultimate 3D Slugfest ☢

Murderous aliens have landed in futuristic Los Angeles, and the humans suddenly find themselves atop the endangered species list. The odds are a million-to-one, just the way Duke likes it!

## ☢ Butt Kickin' Features ☢

DIVE INTO REALISTIC 3D SCENARIOS, with 28 totally realistic levels, as you drive the sinister aliens through the streets of L.A., out to an orbiting station, and onto the surface of the moon itself!

LEADING-EDGE BUILD 3D TECHNOLOGY lets you explore an interactive, fully immersive world of towering skyscrapers, deep canyons, and murky bodies of water—with many realistic effects like level-altering earthquakes, exploding buildings, working security monitors and functional subways.

ARMED TO THE TEETH with 10 hi-tech weapons: Clear crowds with the pump action Assault Shotgun, blast through enemies and walls with the Rocket Propelled Grenade, splat enemies under foot after blasting them with the Shrinker, cut through trouble with the 3-barrel Ripper machine gun, set DukeMatch traps with the wall-mounted Laser Mine, watch enemies shatter after cooling them off with the Freeze Cannon, and 4 more!

FULL MOVEMENT CONTROL lets you run, jump, crawl, swim, and jetpack your way through hostile environments as you look up and down.

DEATH-DEALING DUKEMATCH lets you duke it out one-on-one via modem, and enables up to 8 player battlefests over your network. Also, send prerecorded cut-downs via Duke's RemoteRidicule™ system.

TOTAL PENTIUM® SUPPORT with advanced options like hi-res SVGA graphics that add detail and realism, and dynamic (moving) real-time shadows.

BUILD YOUR OWN LEVELS in 3D mode with an easy-to-use editor, included as a FREE BONUS. Creating your own worlds has never been easier!

WITH PARENTAL PASSWORD PROTECTION, you can select a password and lock out younger players from any mature content or language.

FREE GET THE TWO ORIGINAL DUKE NUKEM GAMES, plus 5 of the hottest shareware titles for free!

### The Future of 3D Gaming Will Never Be the Same.

| COMPLETE VERSION | |
| --- | --- |
| NUMBER OF LEVELS | 28 |
| NUMBER OF WEAPONS | 10 |
| NUMBER OF MULTIPLAYERS | 8 |

Developed by



PLAY CABLE COMPATIBLE

WWW Site (http://www.3drealms.com)   AOL (Keyword 3D REALMS)   Software Creations Web BBS (http://www.swcbbs.com)   CIS (Go REALMS)
Exclusively Distributed Commercially by FormGen, Inc., 15649 Greenway-Hayden Loop, Scottsdale, AZ 85260
Duke Nukem 3D is a trademark of 3D Realms Entertainment. All rights reserved. All other trademarks are the property of their respective owners.



☢ 28 Totally Realistic Levels ☢



☢ Battle Against Huge Aliens ☢



☢ 10 Weapons Designed To Kick Ass ☢



☢ 8 Player DukeMatch Net Games ☢



☢ Jarring Scares and Surprises ☢



☢ Incredibly Lifelike Scenes & Effects ☢



☢ Full High Resolution SVGA Support ☢





☢ Dive Into The Underwater Action ☢

☢ Interactive Environments ☢

Recommended for Mature Players: Violence - Adult Themes

Complete Version

PC CD-ROM

Requirements On Bottom



**USER GUIDE**

# DUKE NUKEM ™

## 3D

# TABLE OF CONTENTS

System Requirements..................................................................................................I

Installation..............................................................................................................I

Getting Started and Main Menu...............................................................................2

New Game..............................................................................................................3

Options...................................................................................................................4

Record Demos and 2D Automap...............................................................................5

Weapons and Ammo.............................................................................................6-7

Items and Keys....................................................................................................8-9

Enemies and Characters.....................................................................................10-11

The Status Bar.....................................................................................................12

Hints....................................................................................................................13

Dukematch Choices (Modem/Network Play).......................................................14-15

Controlling the Action.......................................................................................16-17

Warranty..............................................................................................................18

Technical Assistance And Cheat Codes.....................................................................19

Total Entertainment Network....................................................................................20

Where to Find Us Online and Duke Team Legend......................................................21

Duke Team Photo...........................................................................Back Cover

## PLEASE DON'T MAKE ILLEGAL COPIES OF THIS SOFTWARE

Duke Nukem 3D was produced through the efforts of many people. Please, don't make illegal copies for others who have not paid for the right to use the program.

This program is protected by federal and international copyright. To report copyright violations to the Software Publishers Association call **1-800-388-PIR8** or write:

    Software Publishers Association
    1730 M St. NW Suite 700
    Washington, DC 20036–4510
    Fax: 1–202–223–8756

## SYSTEM REQUIREMENTS

**Minimum:** An IBM® or 100% compatible 486 with 8 Mb RAM, a VGA graphics card, 30 Mb free space on a hard disk drive, and a CD-ROM drive.

**Recommended:** A 486 DX2/66 (Pentium™ required for SVGA modes) with 16 Mb RAM, VGA local bus video, 30 Mb free space on a hard disk drive, CD-ROM drive, and a sound card.

**Supported Input Devices:** Joystick, mouse, GamePad™, Cyberman™, and Space Player™.

**Supported Graphics:** VGA and SVGA.

**Supported Sound Devices:** Gravis UltraSound™, Sound Blaster/Pro/16/AWE32™, SoundMan16™, Pro Audio Spectrum™, SoundScape™, WaveBlaster™, Sound Canvas™, Adlib™, Disney Sound Source™ and General MIDI.

## INSTALLATION

To play **Duke Nukem 3D**, you must first install the game. The program's installation utility will place all of the necessary files onto your hard drive. To install the game:

1. Place the CD into the CD-ROM drive. Type the letter of the drive followed by a colon and press the ENTER key. Example: D:<ENTER>.
2. Type INSTALL and press the ENTER key.
3. Follow the instructions in the installation program.
4. After installation is complete, type SETUP and press ENTER to configure the game for your computer.
5. Once the setup is complete, select the "Save and Launch Duke Nukem 3D" option from the setup program to play the game. To run the game from the DOS prompt, type DUKE3D and press the ENTER key.

Note: This is a DOS-only game. **Duke Nukem 3D** is not designed to run error-free within the Windows™ or Win95™ operating systems. It is advisable to boot into DOS before playing.

 1

# GETTING STARTED

To start a game of **Duke Nukem 3D**, first run **SETUP** to configure sound, video, and controls. Then, go to your **Duke Nukem 3D** game directory and type **DUKE3D**. Once at the Main Menu, select "New Game" to start a game. If you want to learn how to start a multi-player game, please see the section of this manual titled "DukeMatch Choices" (on page 14).

# DUKE'S MISSION

Murderous aliens have landed in Los Angeles, and the human race suddenly finds itself atop the endangered species list. Now, it's up to Duke Nukem to stop the onslaught against Earth, by doing what he does best — KICKING ALIEN ASS!

# MAIN MENU

After setting up the game and launching **Duke Nukem 3D**, the Main Menu will appear. From the Main Menu, you can play a new game, restore a previously saved game, and configure the game to the way you prefer. To access each selection, use the arrow keys or your input device to move the Nuke Symbol by the desired option and press the ENTER key. At any time, you may press the ESC key to move back to the previous menu.



Options Screen




Main Menu

2

# NEW GAME

Once you've selected "New Game", you will be prompted for the name of the episode you wish to play:

**SELECT AN EPISODE** - Choose from three different episodes:

| | |
|---|---|
| "L.A. MELTDOWN" | EPISODE 1 |
| "LUNAR APOCALYPSE" | EPISODE 2 |
| "SHRAPNEL CITY" | EPISODE 3 |

**DIFFICULTY LEVEL** - Choose from four difficulty levels:

| | |
|---|---|
| "PIECE OF CAKE" | EASY - Few enemies, and lots of stuff. |
| "LET'S ROCK" | MEDIUM - Normal difficulty. |
| "COME GET SOME" | HARD - For experienced players. |
| "DAMN I'M GOOD" | EXPERTS - Lots of enemies, plus they respawn! |

Note: At anytime while playing the game, press the F1 key for a list of hot keys and their use and the game's story.

## SAVE GAME (Press F2 during game play)

You can save your game anywhere in a level. If you have not started a game, this option will be dimmed, and not selectable. Your saved game is stored with a picture of where you were. Select a saved game slot, type in a name or description of the game to be saved, and press the ENTER key.



Save Game

3

# OPTIONS

Under the **Options Menu**, there are nine selections. Most are self explanatory.

**DETAIL:** High\Low

**SHADOWS:** On\Off

**SCREEN TILTING:** On\Off

**SCREEN SIZE:** Adjust

**BRIGHTNESS:** Adjust

**MOUSE SENSITIVITY:** Adjust

**SOUNDS:**

    Sound: On\Off

    Music: On\Off

    Sound: Volume Adjust

    Music: Volume Adjust

    Duke Talk: On\Off

    Ambience: On\Off

    Flip Stereo: On\Off



Options Screen

Parental Lock

**PARENTAL LOCK**

    This option is strongly advised for the parents of younger gamers. By placing a Parental Lock on Duke, the strong violence and adult themes are for the most part not displayed in the game. Once a password is entered, you cannot select "Adult Mode" without entering that password.

**RECORD: On/Off** (This option allows you to record a demo of the game.)

# LOAD GAME (Press F3 during game play)

You can resume a previously saved game with this option. When loading a saved game, select the game you wish to continue, and then press the ENTER key.

4

# RECORDING DEMOS

It's cool to record and playback your Duke Nukem play sessions, and pass them around to your friends. From the Options Menu, select "RECORD ON" before starting a game. Or, from DOS type DUKE3D /L# /V# /R to record a specific level (see Cheats section). When you select "RECORD OFF", quit, or die, the recording will end and be saved to disk as DEMO1.DMO. You can rename the demo for passing around, but it must be in the game directory as DEMO#.DMO to be seen when you run DUKE3D. To restore the original demos that come with the game, delete all .DMO files in the game directory.

# 2D AUTOMAP (Press the TAB key during game play)

The 2D Automap can be used to help Duke find his way. By pressing the TAB key, a top down view of the areas where Duke has been will be displayed. Also displayed is a top down picture of Duke.

Press the **TAB** key <u>once</u> to display a top down outline view of the automap over the game screen. In this mode, you can use the automap while still viewing the 3D action around Duke.

Press the **TAB** key <u>again</u> to display a top down textured view. In this mode, the map is textured and sometimes more helpful for navigating your surroundings. In this mode, you cannot view the 3D action around Duke.



Map One Episode One

Press the F key to activate "Map Follow Mode" in order to view the entire map. You can zoom in and out in the automap by pressing the "+" key to enlarge the map and press the "-" key to reduce the map.

 5

2D Automap

## WEAPONS AND AMMO

There are many weapons Duke Nukem can have in his arsenal. Pressing the number of the weapon (using the top row of your keyboard) during game play will activate that weapon, unless you don't have it or have run out of ammo for it. Each weapon has its own type of ammo.

**MIGHTY FOOT** - (Press "1" to select.) Use this when Duke needs to do a little ass kicking.

**PISTOL** - (Press "2" to select.) This is an automatic pistol which does normal damage.
Ammo: Packs found in the game have 12 rounds and you can carry a maximum of 200 rounds.

**SHOTGUN** - (Press "3" to select.) This shotgun packs a far more powerful blast than the pistol.
Ammo: Packs found in the game have 10 shells and you can carry a maximum of 50 shells.

**RIPPER** - (Press "4" to select.) This rapid fire chaingun is a good weapon for dispersing several enemies at once.
Ammo: Packs found in the game have 50 rounds and you can carry a maximum of 200 rounds.

**ROCKET PROPELLED GRENADE** - (Press "5" to select.) The rocket launched weapon is great for dealing with enemies from a distance. When the rocket hits, it explodes with enough force to affect anything right around it, Duke included, so beware.
Ammo: Packs found in the game have 5 rockets and you can carry a maximum of 50 rockets.

**PIPE BOMBS** - (Press "6" to select.) To toss a bomb, press FIRE. The longer the FIRE button is held, the farther the bomb will go. After tossing the bomb, the thumb-activated detonator will appear. To blow up the bomb, just press FIRE again. To detonate more than one pipe bomb at once, throw the first one, press "6" again, then throw another.
Ammo: Packs found in the game have 5 bombs and you can carry a maximum of 50 pipe bombs.

6



**SHRINKER** - (Press "7" to select.) This slick weapon will shrink your enemies to pint-sized for several seconds. During that time, Duke can stomp and squish the shrunken foes by walking on top of them.
Ammo: Crystals found in the game have 5 shots and you can carry a maximum of 50 shots.



**DEVASTATOR** - (Press "8" to select.) Straight out of the Pentagon's top secret labs comes this double barreled brute of a weapon which lets loose swarms of miniature stinger missiles in the direction of your enemies.
Ammo: Packs found in the game have 50 rockets and you can carry a maximum of 99 rockets.



**TRIPBOMB** - (Press "9" to select.) Another strategic weapon which you place on flat walled surfaces. After a 2 second delay, a bright red laser beam is emitted across to the opposite wall. Crossing the beam sets off a powerful directional blast. Perfect for setting devious traps and barriers.
Ammo: Found in single units only and you can carry a maximum of 10 units.



**FREEZER** - (Press "0" to select.) Streams of freezing nitrogen discharge through the environment as this weapon chills its victim down to the point of death and ultimate crystallization. Once an enemy is frozen, you'll have only a few seconds to shatter him beyond the point of recovery.
Note: If an enemy is frozen and you can get next to him, Duke will auto-kick to shatter him.
Ammo: Each box of ammo contains 50 shots, and you can carry a maximum of 99 shots.

 7

# POWERUPS, ITEMS AND KEYS

The world of Duke Nukem 3D is littered with an array of items that help Duke accomplish his mission. Some items are utilized the instant they are touched, other items are put in Duke's inventory for later use. Inventory items may be used by either pressing their hotkey or by using the inventory selection interface which involves using the bracket keys ( [ ] ) and status panel to scroll through the available list.

## HEALTH ITEMS


**SMALL MEDKIT** - This item gives Duke an instant boost of 10 health points. It will not take Duke's health over 100 points.


**LARGE MEDKIT** - This item gives Duke an instant boost of 30 health points. It will not take Duke's health over 100 points.


**ATOMIC HEALTH** - This prized health item will instantly boost Duke's health by 50 health points, and may take Duke's health as high as 200 points.


**ARMOR** - When this item is worn, Duke will suffer less damage from attacks. Armor eventually wears out and needs replacing.

## INVENTORY ITEMS


**PORTABLE MEDKIT** - (Press "M" to activate.) Take health with you and use it as needed. The medkit holds 100 health points which can be applied to Duke's health at anytime. It will not take Duke's health over 100 points.


**JETPACK** - (Press "J" to turn on\off.) Duke's government-issue jetpack is one of his greatest tools, whether in mortal conflict against raging aliens or in personal grudge matches in DukeMatch. Turn it on, then use the jump and crouch keys to raise and lower yourself.

**NIGHT VISION GOGGLES** - (Press "N" to turn on\off.) Flip 'em on and your view takes on a bright greenish hue — and your opponents will glow like neon bull's-eyes. Battery life is limited on this item, so use only when needed.

8

**STEROIDS** - (Press "R" to activate.) This performance booster pumps up Duke's adrenaline glands, making him move with blinding speed and enables him to deliver strong kicks. Like most medications, once ingested 'roids must play-out until finished — you cannot turn them off. So use them only when you're ready, and hang on tight.


**PROTECTIVE BOOTS** - Once worn, this high tech footwear will automatically protect Duke when he's standing on toxic, hot, or otherwise harmful surfaces. They have only a limited wear cycle before they burn up, so always keep your eyes open for replacements.

**SCUBA GEAR** - Duke can hold his breath a long time, but not long enough to fully explore some underwater areas he will encounter. Scuba gear will automatically feed Duke with life-sustaining air while he is swimming in the murky depths. Especially useful in prolonged multiplay DukeMatches, scuba gear should be grabbed whenever possible.

**HOLODUKE** - (Press "H" to turn on\off.) It took the tech labs 8 years to perfect this clever device, but now Duke can fool his enemies by projecting a holographic duplicate of himself which they'll fall for over and over again. In DukeMatch, the HoloDuke is the source of great deception and trap setting. The HoloDuke can be turned off and placed elsewhere as long as its battery life holds out.


**KEYCARDS** - Doors into certain areas of the world will be protected by color-coded Keycard Security Locks, requiring Duke to present the appropriately colored matching key card at time of entry. Press the SPACEBAR when standing in front of the lock, and the appropriate keycard will be utilized.

9

Case 3:96-cv-03435-H-LAB   Document 7   Filed 08/09/96   PageID.147   Page 19 of 315

# ENEMIES AND CHARACTERS

Here are some of the enemies that Duke Nukem will encounter during the game:



**ASSAULT TROOPER -** The green suited Assault Trooper is the basic alien ground assault trooper sent by the ruthless alien leaders to serve as the first offensive wave against Earth's defenses. They attack using a laser pistol, and can attack from the air by using jetpacks. When these characters are killed, they will sometimes drop pistol ammunition that you can take and use.

**ASSAULT CAPTAIN -** The red suited Assault Captains have a wrist-mounted Phase Induced Teleporter Device (PITD) capable of physically translocating its user to any destination within the device's range. Used as a tactical assault instrument, the PITD enables the Assault Captain to launch surprise attacks against his intended human targets at will. They will also sometimes drop pistol ammunition that you can take and use.

**PIG COP -** The Pig Cops come from mutated Earth police forces and are positioned to suppress residual human opposition and to police the new alien power on Earth. These characters exhibit an extremely high intolerance to the presence of humans, and are filled with rage when they detect human scent. When killed, this character may drop either their shotgun or body armor.

**RECON PATROL VEHICLE -** This sleek and deadly anti-gravity powered reconnaissance vehicle is operated by specially trained Pig Cops for the purpose of maintaining alien control in areas of human resistance. The attack mode of this craft is aerial strafing by side mounted laser cannons. The pilots of these craft are protected by an automatic pilot ejection mechanism that activates milliseconds before impact during a crash.

 10

**OCTABRAIN -** This character's abundant brain mass and specialized trifocal vision combine to make the Octabrain a formidable alien weapon against all sentient life on Earth. Their method of attack is a powerful blast of mental energy released against its prey, thus weakening and confusing its intended victim. If the victim doesn't die from the mind blast, the Octabrain's powerful razor sharp teeth are ready to finish the job.

**PROTOZOID SLIMER -** It emerges from its egg pod with a simple nervous system and only one mission in life — to suck your brains out through your nose and leave you a lifeless heap on the floor. The Protozoid Slimer is evasive as it stretches its elastic body from ceiling to floor, and then creeps up your pant leg for the coup de gras. Get them before they get you.

**SENTRY DRONE -** Mechanized death — there's no better way to describe these airborne alien watchdogs. By the time you hear their high pitched whine as they engage their anti-grav propulsion units, it's probably too late. The Drone will swiftly collide with its target and explode with great force.

**ENFORCER -** With ripper blazing, the armored Enforcer can make fast business of dispatching any remaining human opposition. Powerful hind legs enable the Enforcer to leap to many places where an unsuspecting Duke may be caught off guard... so beware. The Enforcer may drop either ripper ammo or his armored breastplate when killed.

**ASSAULT COMMANDER -** The free-floating Assault Commander knows how to throw his weight around as he engages his anti-grav spin-deck in your face. When at greater distances, he fires deadly rockets from his rear port which dangles below his anti-grav spin-deck. The Assault Commander may drop a supply of rockets when killed.

 11

## THE STATUS BAR

During game play, the status bar at the bottom of the screen reveals plenty of info. Here is a description of all the items in the status bar, from left to right:

**HEALTH** - Shows Duke's health level. If this drops to zero, you're dead.

**ARMOR** - Shows the percentage of Duke's armor that is left.

**WEAPONS** - Shows the status of Duke's weapons. (For each weapon, there is a two part number. The first set of numbers are the amount of ammo you have for that weapon, the second set is the maximum amount of ammo possible for that weapon.) If the numbers are brightly lit, it is the currently selected weapon. If it is of medium brightness, it means you have the weapon, but it is not currently selected. If it is dark, it means you have not found that weapon yet.

**AMMO** - Shows the amount of ammo left for the currently selected weapon.

**INVENTORY** - Shows the percentage and status (if applicable) of the currently selected inventory item. To change the currently selected item, use either the "[" or "]" keys.



**KEYS** - Shows the keys currently in your possession. Keys are required to unlock certain doors in the game. Once you have used a key to unlock a door, the key used no longer appears in this window.

1- Health
2- Armor
3- Weapons
4- Ammo
5- Inventory
6- Keys
7- Cool! Duke's reflection

Status Bar

12

## HINTS

Here are some hints regarding useful objects that Duke Nukem will encounter during the game:

 **EXIT SYMBOL** - (Press SPACEBAR near the symbol to exit.) Find this symbol to exit the level and then, nuke the mother.

 **CANISTERS** - Exploding barrels and canisters are located in strategic areas within the game. Shoot them and watch-out!

 **TELEPORTERS** - Just walk through these state-of-the-art doorways and then find yourself in a different part of the level.

 **WATER** - Duke can make small health gains by drinking deeply from such sources as water fountains, broken fire hydrants, and broken toilets.

 **MONITORS AND CAMERAS** - (Press SPACEBAR to use.) Cameras are placed throughout the level. Walk up to a monitor and press the SPACEBAR to scroll through the views of each camera available to that monitor.

 **VENTS** - You can crawl through vents where you will often find powerups and other helpful items. Just blast a hole through it and jump into the vent.

 **CRACKS IN WALLS** - Look for secret areas that are sometimes hidden behind cracked walls. Use an explosive weapon to open a hole in the wall.

 **THE BABES** - If for some sick reason you shoot these hot vixens, look out! This causes some really PO'ed aliens to spawn around you.

13

# DUKEMATCH CHOICES

You have not really experienced **Duke Nukem 3D** in its fullest until you play a DukeMatch game. There is nothing more challenging than playing against another human character,
and the thrill of hunting them down like dogs cannot be overstated. This section will get you started with playing DukeMatch games over your network or modem. This manual does not provide us with space enough to do anything more than cover the high points, so please run DN3DHELP.EXE for more detailed information.

# NETWORK GAMES

1. Run SETUP.EXE and select the menu option "Network Game".

2. Select the number of players (1-8), leave the socket number at "default" (unless you have problems), and select a "Player Name" if you like.

3. Select the "Launch Duke Nukem 3D" menu item under the "Network Game" menu.

4. The game will "look" for all the players and start.

# MODEM GAMES

1. Run SETUP.EXE and select the menu option "Modem Game".

2. Select whether you will "Wait for Call" or "Dial your opponent".

3. Select "Setup COM Port" and select which COM port your modem uses. Leave the other options as they are for now, unless you experience problems.

4. Under "Setup Modem", choose your modem type. (NOTE: The default ATZ string will work in most cases. Try it first).

5. Under "Player Name", select a name for yourself if you like.

6. If you are the "caller", you will need to setup a phone number under "Phone Number List".

7. Select the "Launch Duke Nukem 3D" menu item under the "Modem Game" menu.

8. The modem initialization will begin, followed by **Duke Nukem 3D**.

14

# SERIAL GAMES

1. Run SETUP.EXE and select the menu option "Serial Game".

2. Select "Setup COM Port" and select which COM port you want to use. Leave the other options as they are for now, unless you experience problems.

3. Under "Player Name", select a name for yourself if you like.

4. Select the "Launch Duke Nukem 3D" menu item under the "Serial Game" menu.

5. The serial initialization will begin, followed by Duke Nukem 3D.

## RemoteRidicule™

RemoteRidicule is used to "taunt" your opponent(s) during DukeMatch. By pressing ALT F1-F10 during play, your opponents will hear your taunts. These sounds come from a file called DUKE3D.RTS. You can select which RTS file to use during play in the SETUP program. We have included software on the CD that will allow you to create your own RTS files.

## SENDING MESSAGES

You will need to "chat" with your opponents while playing DukeMatch. You can do so by pressing "T" during play, then typing a message to them. It's a good way to laugh at their pitiful play, or suggest a new level to try. Say what you want, we're not the FCC.



**Kill Count Screen**

1- List of DukeMatch players.

2- Total number of kills each player scored.

3- Total number of times each player was killed.

4- Record of individual kills by each player, including how many times each player killed himself.

15

# CONTROLLING THE ACTION

You can play Duke Nukem 3D by using a joystick, mouse, GamePad™, or the keyboard. The following outlines the default player input actions and the functions they control:

**MOUSE**

| | |
|---|---|
| Button 1 | Fires the selected weapon |
| Button 2 | Walk forward |
| Button 3 | Strafe |

**JOYSTICK**

| | |
|---|---|
| Movement | Direction |
| Button 1 | Fires the selected weapon |
| Button 2 | Walk forward |
| Button 3 | Strafe |

**GAMEPAD**

| | |
|---|---|
| Movement | Direction |
| Button 1 | Fires the selected weapon |
| Button 2 | Walk forward |
| Button 3 | Use items or open doors |
| Button 4 | Strafe |

**KEYBOARD**

| | |
|---|---|
| Arrows | Movement |
| Spacebar | Use items or open doors |
| Tab | 2D map modes |
| Shift + Arrow | Run in direction of arrow key |
| Caps Lock | Auto run |
| Alt + Arrow | Strafe in direction of arrow key |
| Ctrl | Fire current weapon |
| A | Jump |
| Z | Crouch |
| Backspace | 180° Turn |
| [ or ] | Select inventory item |
| Enter | Use current inventory item |

16

**KEYBOARD**

| | |
|---|---|
| H | Use HoloDuke       (if owned) |
| J | Use Jetpack        (if owned) |
| N | Use Night Vision   (if owned) |
| M | Use Medkit         (if owned) |
| R | Use Steroids       (if owned) |
| #'s 1-0 | Weapons selection |
| ; or ' | Previous weapon or next weapon |
| Scroll Lock | Holster weapon |
| Keypad 5 | Center view |
| Home\End | Aim up\Aim down |
| PgUp\PgDn | Look up\Look down |
| Ins\Del | Peek left\Peek right |
| Pause | Pause game (hold **Shift** to avoid message) |
| ESC | Escape back to Main Menu |
| F1 | Help and game story |
| F2 | Save game |
| F3 | Load game |
| F4 | Sound\Music settings |
| F5 | Jukebox |
| F6 | Quick save |
| F7 | Chase view |
| F8 | Toggle messages On\Off |
| F9 | Quick load |
| F10 | Quit to DOS |
| F11 | Brightness |
| F12 | Take a PCX screen shot |

**Comm-bat Options for DukeMatch play**

| | |
|---|---|
| Alt + F1-F10 | RemoteRidicule using preset sounds |
| Shift + F1-F10 | Send pre-defined Macro Messages |
| T | Type a message to everyone |
| W | Show opponent's weapon |
| K | See Co-Op view |

17

# LIMITED 90-DAY WARRANTY

3D Realms warrants to the original purchaser of this computer software product that the media on which the software program is recorded will be free from defects in material and workmanship under normal use for ninety (90) days from the date of purchase. This warranty is limited to the media containing the software program originally provided by 3D Realms. This warranty shall not be applicable and shall be void if the defect has arisen through abuse, mistreatment, or neglect. Any implied warranties applicable to this product are limited to the 90-day period.

To be eligible for warranty protection, the original purchaser must fully complete and mail the Registration Card to 3D Realms within thirty (30) days of purchase. (If the product was purchased directly from 3D Realms through mail order, the product was automatically registered.) Failure to send in a completed Registration Card will result in the loss of your warranty protection. 3D Realms reserves the exclusive right to determine warranty eligibility.

If the media is found defective within ninety (90) days from original purchase, 3D Realms will replace the item(s) free of charge. After the warranty period, replacement disks will be issued for a nominal fee.

EXCEPT AS SET FORTH ABOVE, THE PRODUCT IS PROVIDED "AS-IS", AND NO WARRANTIES OF ANY KIND (INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE), EXPRESS OR IMPLIED, ARE MADE AS TO IT OR ANY MEDIUM IT MAY BE ON. OUR ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY IS SUCH REPLACEMENT. AND UNDER NO CIRCUMSTANCES WILL WE PROVIDE ANY OTHER REMEDY FOR DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, PUNITIVE, INCIDENTAL OR OTHER DAMAGES ARISING FROM IT, INCLUDING SUCH FROM NEGLIGENCE, STRICT LIABILITY, OR BREACH OF WARRANTY OR CONTRACT, EVEN AFTER NOTICE OF THE POSSIBILITY OF SUCH DAMAGES. Some states do not allow the exclusion or limitation of implied warranties or liability for incidental or consequential damages, so this may not apply to buyers of the Program. This gives you specific legal rights, and you may also have other rights which vary from state to state.

To receive a replacement:

1. Contact 3D Realms Customer Support Department at (214) 278-5655 and request a Return Authorization Number (RA#). Customer Support may be reached between the hours of 8:00 a.m. to 6:00 p.m., Monday through Friday. Items received without an RA# will be returned to the sender without consideration.

2. Place the original product media, a photocopy of your dated purchase receipt, and your name and address in protective packaging. If requesting a non-warranty replacement, also include a check or money order in the amount of $12.00 ($13.00 for Canada and Mexico; $15.00 for all other countries). Only funds which are payable in U.S. dollars and drawn against a U.S. bank will be accepted.

3. Clearly print the RA# on the outside of the packaging and return by certified mail or by other suitable means of postage prepaid shipping in which tracking is possible to: Duke Nukem 3D Replacement, 3D Realms Entertainment, P.O. Box 496419, Garland, TX 75049.

18

# DO YOU REQUIRE TECHNICAL ASSISTANCE?

You are welcome to contact our Technical Support Department for any assistance required. Technical support may be received by calling (214) 278-5655, Monday through Friday, between 8:00 a.m. and 6:00 p.m., Central Standard Time. Or fax us at (214) 278-4670, 24 hours a day. If you prefer to write, send correspondence to:

**3D Realms Entertainment**
**Technical Support / Game Hints Department**
**P.O. Box 496419**
**Garland, TX 75049-6389**

To assist us in providing you with faster service, please be at your computer system when you make the call. Written inquires should include your system type and accessories, and printed copies of your CONFIG.SYS and AUTOEXEC.BAT files.

There is a file included with the Duke Nukem 3D CD which contains detailed technical support information. This file is named DN3DHELP.EXE. If you are having difficulty running Duke Nukem 3D once it has been installed, please consult this file before you call 3D Realms Entertainment. The file contains solutions to the most commonly encountered problems of our customers, as well as changes and additions that were not available at the time of the printing of this manual.

# CHEAT CODES

If you are really getting your butt kicked and need some help, type:

**DNKROZ / DNCORNHOLIO** - GOD mode.
**DNSTUFF** - All weapons, keys and extra ammo.
**DNSCOTTY** *Episode # Level ###* - Warp.
(example: DNSCOTTY105 - goes to episode 1, level 5)

19

## TOTAL ENTERTAINMENT NETWORK

You don't have time to play with yourself.

Play Duke Nukem 3D on the Internet with gamers across the country on the **Total Entertainment Network.** TEN is the premier consumer network for gaming on the Internet. Want to know more? Check out TEN's web page at http://www.ten.net. Call TEN at 1-(800)-8040-TEN or e-mail them at questions@ten.net.

To get started: Select "TEN Game" from the Main Menu in Setup. This will install TEN on your machine and allow you to login to TEN. All subsequent games on TEN can either be launched from Setup or from the TEN icon under Windows '95. For the latest updates and changes regarding playing **Duke Nukem 3D** on TEN, check out TEN's web page.

To play Duke on TEN, you'll need Windows '95, a Pentium 60MHz. 8 Mb RAM (16 Mb recommended), a VLB or PCI SVGA card and a 14.4 modem.



Save Game

If you have problems: 3D Realms should not be contacted in regards to problems encountered while playing **Duke Nukem 3D** on TEN, instead call TEN technical support directly at 1-(800)-8040-TEN.

20

## WHERE TO FIND US ONLINE

**CompuServe**
Go "Realms"

**America Online**
Keyword "3D Realms"

**Internet/Web Site**
http://www.3drealms.com

**Software Creations Web BBS**
http://www.swcbbs.com

Visit 3D Realms Entertainment on the World Wide Web today! Reachable with your WWW browser, the 3D Realms Web BBS is more than a web page, more than a web site, it's a Web BBS! Get the latest information on the hottest new games from 3D Realms and Apogee Software, Ltd! You'll also find message bases, file areas containing all our latest games, patches, and user submitted files as well! Don't forget to take a look at our "Live Shot" spy camera. It's hooked up to one of our development computers; you'll get to see screen shots of our upcoming games! All of this and a whole lot more is available to you right now for FREE on our Web BBS, which is reachable at http://www.3drealms.com!

WEB Screen

## DUKE TEAM ("Thank you for buying *Duke Nukem 3D!*")

This legend is for the Duke team photo on the back cover

| | | |
|---|---|---|
| 1. Greg Malone | 2. Stephen Hornback | 3. James Storey |
| 4. Todd Replogle | 5. Allen Blum | 6. David Demaret |
| 7. George Broussard | 8. Jim Dose | 9. Duke Nukem |
| 10. Doug Wood | 11. Dirk A. Jones | 12. Mark Dochtermann |
| 13. Lee Jackson | 14. Richard Gray | 15. Chuck Jones |

Not Pictured: Robert M. Atkins, Michael Hadwin, Bobby Prince, and Ken Silverman

21

## DUKE TEAM



### REALITY IS OUR GAME.™

Duke Nukem 3D © 1996 3D Realms Entertainment.
All other copyrights and trademarks are the property of their respective owners.

```
/*

-------------------------------------------------------------------------
Duke Nukem 3D USER.CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
-------------------------------------------------------------------------

IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.

How many ways can you die?

-------------------------------------------------------------------------
*/

// ******************
// MISC GAME SETTINGS
// ******************

define CAMERASDESTRUCTABLE   NO          // YES
define FREEZERHURTOWNER       YES

define MAXPLAYERHEALTH        100
define MAXWATERFOUNTAINHEALTH  50

define YELLHURTSOUNDSTRENGTH    40
define YELLHURTSOUNDSTRENGTHMP  50
```

```
define MAXPLAYERATOMICHEALTH   200   // doubles as maxarmor.
define DOUBLEMAXPLAYERHEALTH   MAXPLAYERATOMICHEALTH
define STARTARMORHEALTH       0
define RETRIEVEDISTANCE       844
define SQUISHABLEDISTANCE     1024 // For actors only!
define DEFAULTVISIBILITY      512
define FROZENQUICKKICKDIST    980

define GENERICIMPACTDAMAGE    10
define SWEARFREQUENCY         42

define MAXPISTOLAMMO          200
define MAXSHOTGUNAMMO         50
define MAXCHAINGUNAMMO        200
define MAXRPGAMMO             50
define MAXHANDBOMBAMMO        50
define MAXSHRINKERAMMO        50
define MAXDEVISTATORAMMO      99
define MAXFREEZEAMMO          99
define MAXTRIPBOMBAMMO        10

define RESPAWNACTORTIME       768
define RESPAWNITEMTIME        768

// The BLIMP has a high respawn time (any value smaller runs the risk
// of spawning too many sprites, resulting in "Bog City")
define BLIMPRESPAWNTIME 2048

define NUMFREEZEBOUNCES       3  // 0 - 255


define RUNNINGSPEED 53200

define PLAYDEADTIME 120

define SHRUNKCOUNT 270
define SHRUNKDONECOUNT 304

define FROZENDRIPTIME 90
define THAWTIME 138


// Various blast radius distances

define RPGBLASTRADIUS         1780
```

```
define PIPEBOMBRADIUS          2500
define SHRINKERBLASTRADIUS      650
define TRIPBOMBBLASTRADIUS     3880
define MORTERBLASTRADIUS       2500
define BOUNCEMINEBLASTRADIUS   2500
define SEENINEBLASTRADIUS      2048

gamestartup   DEFAULTVISIBILITY GENERICIMPACTDAMAGE MAXPLAYERHEALTH
             STARTARMORHEALTH  RESPAWNACTORTIME RESPAWNITEMTIME
RUNNINGSPEED
             RPGBLASTRADIUS  PIPEBOMBRADIUS  SHRINKERBLASTRADIUS
TRIPBOMBBLASTRADIUS
      MORTERBLASTRADIUS BOUNCEMINEBLASTRADIUS SEENINEBLASTRADIUS
      MAXPISTOLAMMO MAXSHOTGUNAMMO MAXCHAINGUNAMMO
      MAXRPGAMMO MAXHANDBOMBAMMO MAXSHRINKERAMMO
      MAXDEVISTATORAMMO MAXTRIPBOMBAMMO MAXFREEZEAMMO
      CAMERASDESTRUCTABLE NUMFREEZEBOUNCES FREEZERHURTOWNER


// Weapon Strengths
define KNEE_WEAPON_STRENGTH          10
define PISTOL_WEAPON_STRENGTH         6  // Adds rand()%5 (0 to 5)
define HANDBOMB_WEAPON_STRENGTH      140



// For direct hits with the rocket launcher,
// this amount is actually doubled.  Otherwise,
// damage values depend on distance. The
// further, the weaker.

define RPG_WEAPON_STRENGTH           140


define SHRINKER_WEAPON_STRENGTH       0
define SHOTGUN_WEAPON_STRENGTH       10
define CHAINGUN_WEAPON_STRENGTH       9
define FREEZETHROWER_WEAPON_STRENGTH  16
define COOL_EXPLOSION_STRENGTH       38
define TRIPBOMB_STRENGTH            100
define FIRELASER_WEAPON_STRENGTH      7
define MORTER_WEAPON_STRENGTH        50
define BOUNCEMINE_WEAPON_STRENGTH   150
define SPIT_WEAPON_STRENGTH           8
define BULLET_WEAPON_STRENGTH        30
```

// Enemy strengths (hit points).

```
define TROOPSTRENGTH          30
define PIGCOPSTRENGTH         100
define PIG_SHIELD_AMOUNT1      75
define PIG_SHIELD_AMOUNT2      50
define LIZSTRENGTH            100
define LIZGETTINGDAZEDAT       15
define LIZEATINGPLAYER         -2
define OCTASTRENGTH           175
define OCTASCRATCHINGPLAYER   -11
define RECONSTRENGTH           50
define TURRETSTRENGTH          30
define ROTTURRETSTRENGTH       40
define DRONESTRENGTH          150
define CAPTAINSTRENGTH         50
define CAPTSPINNINGPLAYER     -11
define COMMANDERSTRENGTH      350
define SHARKSTRENGTH           35
define SHARKBITESTRENGTH       -9


define PISTOLAMMOAMOUNT        12
define SHOTGUNAMMOAMOUNT       10
define CHAINGUNAMMOAMOUNT      50
define RPGAMMOBOX               5
define CRYSTALAMMOAMOUNT        5
define DEVISTATORAMMOAMOUNT    15
define FREEZEAMMOAMOUNT        25
define HANDBOMBBOX              5



define BOSS1STRENGTH         4500
define BOSS1PALSTRENGTH      1000
define BOSS2STRENGTH         4500
define BOSS3STRENGTH         4500
```

// Miscellaneous strengths.

```
define WEAKEST          1
define WEAK             5
define MEDIUMSTRENGTH   10
define TOUGH           20
define REALLYTOUGH      30
define HBOMBTOUGH      100
```

```
define GOTTASMART      90
define BOMBTOUGH       100


// Players' inventory amounts.

define STEROID_AMOUNT        400
define SHIELD_AMOUNT         100
define SCUBA_AMOUNT          6400
define HOLODUKE_AMOUNT       2400
define JETPACK_AMOUNT        1600
define HEAT_AMOUNT           1200
define FIRSTAID_AMOUNT       MAXPLAYERHEALTH
define BOOT_AMOUNT           200

define SPAWNAMMOODDS         96


// Maximum quote size is 64 characters.

definequote  0     AUTO AIMING
definequote  1     SHOW MAP: OFF
definequote  2     ACTIVATED
definequote  3     PORTABLE MEDKIT
definequote  4     LOCKED
definequote  5     GIVING EVERYTHING!
definequote  6     BOOTS
definequote  7     WASTED!
definequote  8     UNLOCKED
definequote  9     A SECRET PLACE!
definequote 10     SQUISH!
definequote 11     ALL DOORS UNLOCKED
definequote 12     USED STEROIDS
definequote 13     PRESS SPACE TO RESTART LEVEL
definequote 14     AMMO FOR DEVASTATOR
definequote 15     DEACTIVATED
definequote 16     SWITCH OPERATED ONLY!
definequote 17     GOD MODE: ON
definequote 18     GOD MODE: OFF
definequote 19     ATOMIC HEALTH!
definequote 20     CROSSHAIR: ON
definequote 21     CROSSHAIR: OFF
definequote 22     YOU'RE TOO GOOD TO BE CHEATING!
definequote 23     MESSAGES: ON
definequote 24     MESSAGES: OFF
```

definequote 25    TYPE THE CHEAT CODE:
definequote 26    DETAIL: LOW
definequote 27    DETAIL: HIGH
definequote 28    < EMPTY >
definequote 29    BRIGHTNESS LEVEL: ONE
definequote 30    BRIGHTNESS LEVEL: TWO
definequote 31    BRIGHTNESS LEVEL: THREE
definequote 32    BRIGHTNESS LEVEL: FOUR
definequote 33    BRIGHTNESS LEVEL: FIVE
definequote 34    SOUND: ON
definequote 35    SOUND: OFF
definequote 36    SCREEN CAPTURED
definequote 37    STEROIDS
definequote 38    ARMOR
definequote 39    SCUBA GEAR
definequote 40    Press F1 for Help
definequote 41    JETPACK
definequote 42    BODY SUIT
definequote 43    ACCESS CARD
definequote 44    MOUSE AIMING OFF
definequote 45    MOUSE AIMING ON
definequote 46    CHEAT CODE:  UNRECOGNIZED
definequote 47    HOLODUKE ON
definequote 48    HOLODUKE OFF
definequote 49    HOLODUKE NOT FOUND YET!
definequote 50    JETPACK NOT FOUND YET!
definequote 51    HOLODUKE
definequote 52    JETPACK ON
definequote 53    JETPACK OFF
definequote 54    CHAINGUN CANNON!
definequote 55    PIPEBOMB!
definequote 56    RPG!
definequote 57    SHOTGUN
definequote 58    LASER TRIPBOMB!
definequote 59    FREEZETHROWER!
definequote 60    SHRINKER!
definequote 61    SMALL MEDKIT: +10
definequote 62    LARGE MEDKIT: +30
definequote 63    AMMO FOR CHAINGUN CANNON!
definequote 64    AMMO FOR RPG!
definequote 65    AMMO FOR PISTOL!
definequote 66    AMMO FOR FREEZETHROWER!
definequote 67    BOOTS OFF
definequote 68    BOOTS ON
definequote 69    AMMO FOR SHOTGUN

| | |
|---|---|
| definequote 70 | BLUE ACCESS CARD REQUIRED |
| definequote 71 | RED ACCESS CARD REQUIRED |
| definequote 72 | YELLOW ACCESS CARD REQUIRED |
| definequote 73 | WEAPON LOWERED |
| definequote 74 | WEAPON RAISED |
| definequote 75 | PROTECTIVE BOOTS ON |
| definequote 76 | SCUBA GEAR ON |
| definequote 77 | SPACE SUIT ON |
| definequote 78 | AMMO FOR SHRINKER |
| definequote 79 | BUY MAJOR STRYKER |
| definequote 80 | MIGHTY FOOT ENGAGED |
| definequote 81 | WEAPON MODE ON |
| definequote 82 | WEAPON MODE OFF |
| definequote 83 | FOLLOW MODE OFF |
| definequote 84 | FOLLOW MODE ON |
| definequote 85 | RUN MODE OFF |
| definequote 86 | RUN MODE ON |
| definequote 87 | DEVASTATOR WEAPON |
| definequote 88 | JET PACK |
| definequote 89 | AIRTANK |
| definequote 90 | STEROIDS |
| definequote 91 | HOLODUKE |
| definequote 92 | MUSIC: ON |
| definequote 93 | MUSIC: OFF |
| definequote 94 | SCROLL MODE: ON |
| definequote 95 | SCROLL MODE: OFF |
| definequote 96 | BRIGHTNESS LEVEL: SIX |
| definequote 97 | BRIGHTNESS LEVEL: SEVEN |
| definequote 98 | BRIGHTNESS LEVEL: EIGHT |
| definequote 99 | REGISTER COSMO TODAY! |
| definequote 100 | ALL LOCKS TOGGLED |
| definequote 101 | NIGHT VISION GOGGLES |
| definequote 102 | WE'RE GONNA FRY YOUR ASS, NUKEM! |
| definequote 103 | SCREEN SAVED |
| definequote 104 | GOT USED ARMOR |
| definequote 105 | PIRATES SUCK! |
| definequote 106 | NIGHT VISION ON |
| definequote 107 | NIGHT VISION OFF |
| definequote 108 | YOU'RE BURNING! |
| definequote 109 | VIEW MODE OFF |
| definequote 110 | VIEW MODE ON |
| definequote 111 | SHOW MAP: ON |
| definequote 112 | CLIPPING: ON |
| definequote 113 | CLIPPING: OFF |
| definequote 114 | !!! INCORRECT VERSION !!! |

```
definequote 115      <Please Leave Blank>
definequote 116      <Please Leave Blank>
definequote 117      <Please Leave Blank>
definequote 118      YOU CAN NOT "QUICK SAVE" WHEN DEAD.
definequote 119      GOT ALL WEAPONS/AMMO
definequote 120      GOT ALL INVENTORY
definequote 121      GOT ALL KEYS



// Level file names cannot excede 13 characters.
// Level par cannot excede 5 characters (min:sec)
// Level titles cannot excede 32 characters.

definelevelname 0 0 E1L1.map 01:45 00:53 HOLLYWOOD HOLOCAUST
definelevelname 0 1 E1L2.map 05:10 03:21 RED LIGHT DISTRICT
definelevelname 0 2 E1L3.map 05:35 03:41 DEATH ROW
definelevelname 0 3 E1L4.map 07:20 04:40 TOXIC DUMP
definelevelname 0 4 E1L5.map 09:10 05:00 THE ABYSS
definelevelname 0 5 E1L6.map 05:15 02:58 LAUNCH FACILITY
definelevelname 0 6 E1L7.map 00:00 00:00 FACES OF DEATH
definelevelname 0 7 E1L8.map 00:00 00:00 USER MAP
definelevelname 0 8 E1L9.map 00:00 00:00 MULTIPLAYER 3
definelevelname 0 9 E1L10.map 00:00 00:00 MULTIPLAYER 4
definelevelname 0 10 E1L11.map 00:00 00:00 MULTIPLAYER 5

definelevelname 1 0 E2L1.map 02:30 01:19 SPACEPORT
definelevelname 1 1 E2L2.map 02:30 01:26 INCUBATOR
definelevelname 1 2 E2L3.map 05:00 02:26 WARP FACTOR
definelevelname 1 3 E2L4.map 04:30 02:14 FUSION STATION
definelevelname 1 4 E2L5.map 03:00 01:26 OCCUPIED TERRITORY
definelevelname 1 5 E2L6.map 02:30 01:04 TIBERIUS STATION
definelevelname 1 6 E2L7.map 04:45 02:15 LUNAR REACTOR
definelevelname 1 7 E2L8.map 11:30 04:59 DARK SIDE
definelevelname 1 8 E2L9.map 05:00 02:26 OVERLORD
definelevelname 1 9 E2L10.map 03:00 01:19 SPIN CYCLE
definelevelname 1 10 E2L11.map 03:00 00:52 LUNATIC FRINGE

definelevelname 2 0 E3L1.map 02:30 01:11 RAW MEAT
definelevelname 2 1 E3L2.map 04:45 02:18 BANK ROLL
definelevelname 2 2 E3L3.map 03:00 01:57 FLOOD ZONE
definelevelname 2 3 E3L4.map 03:15 01:46 L.A. RUMBLE
definelevelname 2 4 E3L5.map 02:30 01:04 MOVIE SET
definelevelname 2 5 E3L6.map 03:30 01:30 RABID TRANSIT
definelevelname 2 6 E3L7.map 02:00 00:55 FAHRENHEIT
```

```
definelevelname 2 7 E3L8.map 02:15 01:09 HOTEL HELL
definelevelname 2 8 E3L9.map 02:45 01:17 STADIUM
definelevelname 2 9 E3L10.map 00:45 00:10 TIER DROPS
definelevelname 2 10 E3L11 map 02:00 01:07 FREEWAY

// Music will not play if the .MID file excedes 72000 bytes.


// If you are an owner of a Gravis Ultrasound and wish to change the
// MIDI files, you may want to delete the ULTRAMID.INI file that we
// supply since it does not contain a full General MIDI patch set.
// Deleting the ULTRAMID.INI will cause the game to use the file found
// in your Ultrasound directory.  Remember to keep a backup of ours,
// or the music might not sound as good!

// Music for title and end
music 0 GRABBAG.MID ITSGREEN.MID

// Music for the individual levels
music 1 stalker.mid dethtoll.mid streets.mid watrwld1.mid snake1.mid
      thecall.mid ahgeez.mid dethtoll.mid streets.mid watrwld1.mid snake1.mid


music 2 futurmil.mid storm.mid gutwrnch.mid robocrep.mid stalag.mid
      pizzed.mid alienz.mid xplasma.mid alfredh.mid gloomy.mid intents.mid


music 3 inhiding.mid FATCMDR.mid NAMES.MID subway.mid invader.mid gotham.mid
      233c.mid lordofla.mid urban.mid spook.mid whomp.mid


/*
----------------------------------------------------------------------
```

ABOUT CHANGING SOUND FX

■ Duke may have up to 348 different sounds, currently there
  are aprox. 254 slots used.

The sound fx section follows this explanation.

1. The program expects to find any sound file that is in a
   .VOC or .WAV file format.
2. You can either change the VOC name listed below to match your new
   sound, or you can rename your file to match the name here.
3. New sound files should be added to the game directory.  Though
   all sound files shipped with the game are included inside the
   .GRP file, the program will know if there are sound files outside
   the .GRP file, and will use them instead.
4. The numbers that are to the right of the sound file name are technical

parameters which will not be explained here, except as follows...
- The first 2 numbers define a random pitch variation range.  They
  can be positive or negative numbers.
- The 3rd number is a priority flag.
- The 4th number is a bit parsed set of technical variables that identify
  the type of sound it is in the game.
- The 5th number is volume adjustment.


```
--------------------------------------------------------------------
*/


// *****************************************
//    ACTOR SOUNDS
// *****************************************


// Predator Trooper
definesound PRED_ROAM     roam06.voc      0  0  3 0  0
definesound PRED_ROAM2    roam58.voc      0  0  3 0  0
definesound PRED_RECOG    predrg.voc      0  0  3 0  0
definesound PRED_ATTACK   gblasr01.voc    256 256 3 0  7680
definesound PRED_PAIN     predpn.voc      200 500 3 0  0
definesound PRED_DYING    preddy.voc      0  400 3 0  0
definesound LIZARD_BEG    chokn12.voc     0  0  3 0  0


// Lizard Captain
definesound CAPT_ROAM     predrm.voc      0  200 3  0  0
definesound CAPT_RECOG    predrg.voc     -400 0  3  0  0
definesound CAPT_ATTACK   chaingun.voc    0  0  3  0 -200
definesound CAPT_PAIN     predpn.voc     -200 100 3  0  0
definesound CAPT_DYING    preddy.voc     -200 100 3  0  0
definesound LIZARD_SPIT   lizspit.voc     0  0  0  0  0


// Pig Cop
definesound PIG_ROAM      roam29.voc     -200 400 3  0  0
definesound PIG_ROAM2     roam67.voc     -200 400 3  0  0
definesound PIG_ROAM3     pigrm.voc      -200 400 3  0  0
definesound PIG_RECOG     pigrg.voc      -200 400 3  0  0
definesound PIG_ATTACK    shotgun7.voc   -256 256 4  0  0
definesound PIG_PAIN      pigpn.voc       100 800 3  0  0
definesound PIG_DYING     pigdy.voc      -800 100 3  0  0
definesound PIG_CAPTURE_DUKE !pig.voc     0  0  255 8  0


// Recon car
definesound RECO_ROAM     jetpaki.voc     0  0  3  0  0
definesound RECO_RECOG    pigrg.voc       0  0  3  0  0
```

```
definesound RECO_ATTACK  gblasr01.voc      256 256 3 0  7680
definesound RECO_PAIN    pigpn.voc         0  0  3  0  0
definesound RECO_DYING   pigdy.voc         0  0  3  0  0


// Drone drone
definesound DRON_ROAM     snakrm.voc       0  0  3  0  0
definesound DRON_RECOG    snakrg.voc       0  0  3  0  0
definesound DRON_ATTACK1  snakatA.voc      0  0  3  0  0
definesound DRON_ATTACK2  snakatB.voc      0  0  3  0  0
definesound DRON_PAIN     snakpn.voc       0  0  3  0  0
definesound DRON_DYING    snakdy.voc       0  0  3  0  0
definesound DRON_JETSND   ENGHUM.VOC       1300 1300 0  0  0



// Fat Commander
definesound COMM_ROAM     commrm.voc       0  0  3  0  0
definesound COMM_RECOG    commrg.voc       0  0  3  0  0
definesound COMM_ATTACK   commat.voc       0  0  3  0  0
definesound COMM_PAIN     commpn.voc       0  0  3  0  0
definesound COMM_DYING    commdy.voc       0  0  3  0  0
definesound COMM_SPIN     commsp.voc       0  0  3  0  0

// Octabrain
definesound OCTA_ROAM     octarm.voc       -200  0  3  0  0
definesound OCTA_RECOG    octarg.voc       0  0  3  0  0
definesound OCTA_ATTACK1  octaat1.voc      0  0  3  0  0
definesound OCTA_ATTACK2  octaat2.voc      0  600 3  0  0
definesound OCTA_PAIN     octapn.voc       -400  0  3  0  0
definesound OCTA_DYING    octady.voc       -400 -100 3  0  0
definesound WIERDSHOT_FLY octaat1.voc      0  0  3  0  0

// Organic turret
definesound TURR_ROAM     turrrm.voc       0  0  3  0  0
definesound TURR_RECOG    turrrg.voc       0  0  3  0  0
definesound TURR_ATTACK   turrat.voc       0  0  3  0  0
definesound TURR_PAIN     turrpn.voc       0  0  3  0  0
definesound TURR_DYING    turrdy.voc       0  0  3  0  0

// Green slimer
definesound SLIM_HATCH    slhtch01.voc     0  0  3  0  0
definesound SLIM_ROAM     sliroa02.voc     0  0  3  0  0
definesound SLIM_RECOG    slirec06.voc     0  0  3  0  0
definesound SLIM_ATTACK   slimat.voc       0  0  3  0  0
// definesound SLIM_PAIN   slimpn.voc       0  0  3  0  0
definesound SLIM_DYING    slidie03.voc     0  0  3  0  0
```

```
// BOSS2
definesound BOS2_ROAM     b2atk01.voc        0  0  3  0  0
definesound BOS2_RECOG    b2rec03.voc        0  0  3  0  0
definesound BOS2_ATTACK   b2atk02.voc        0  0  ?  0  0
definesound BOS2_PAIN     b2pain03.voc       0  0  3  0  0
definesound BOS2_DYING    b2die03.voc        0  0  3  0  0

// BOSS3
definesound BOS3_ROAM     b3roam01.voc       0  0  3  0  0
definesound BOS3_RECOG    b3pain04.voc       0  0  3  0  0
definesound BOS3_ATTACK1  b3atk01.voc        0  0  3  0  0
definesound BOS3_ATTACK2  b3atk01.voc        0  0  3  0  0
definesound BOS3_PAIN     b3rec03g.voc       0  0  3  0  0
definesound BOS3_DYING    b3die03g.voc       0  0  3  0  0


// BOSS1
definesound BOS1_ROAM     bos1rm.voc         0  0  3  0  0
definesound BOS1_RECOG    bos1rg.voc         0  0  5  0  0
definesound BOS1_ATTACK1  chaingun.voc       0  0  3  0  0
definesound BOS1_ATTACK2  rpgfire.voc        0  0  3  0  0
definesound BOS1_PAIN     bos1pn.voc         0  0  3  0  0
definesound BOS1_DYING    bos1dy.voc         0  0  3  0  0
definesound BOS1_WALK     thud.voc           0  0  3  0  0


// *************
// WEAPON SOUNDS
// *************
definesound KICK_HIT          kickhit.voc     0    0    4  0  0
definesound PISTOL_RICOCHET   ricochet.voc    0    0    0  0 4096
definesound PISTOL_BODYHIT    bulithit.voc    0    0    0  0  0
definesound PISTOL_FIRE       pistol.voc     -64    0  254  0  0
definesound EJECT_CLIP        clipout.voc     0    0    3  0  0
definesound INSERT_CLIP       clipin.voc     512  512   3  0  0
definesound CHAINGUN_FIRE     chaingun.voc   -204 -204 254  0 512
definesound SHOTGUN_FIRE      shotgun7.voc    0   512  254  0  0
definesound SHOTGUN_COCK      shotgnck.voc    96  192   3  0  0
definesound RPG_SHOOT         rpgfire.voc    -32    0    4  0  0
definesound FLY_BY            flyby.voc      -256  256   3  0  0
definesound RPG_EXPLODE       bombexpl.voc  -1024 1024 254  0  0
definesound CAT_FIRE          catfire.voc    512  768   4  0  0
definesound SHRINKER_FIRE     shrinker.voc  -512    0    4  0  0
definesound ACTOR_SHRINKING   shrink.voc      0    0    2  0  0
definesound PIPEBOMB_BOUNCE   pbombbnc.voc    0    0    2  0 6144
```

```
definesound PIPEBOMB_EXPLODE     bombexpl.voc -512    0    128 0   0
definesound LASERTRIP_ONWALL     lsrbmbpt.voc    0    0    3   0   0
definesound LASERTRIP_ARMING     lsrbmbwn.voc    0    0    3   0   0
definesound LASERTRIP_EXPLODE    bombexpl.voc -512    0    4   0   0
definesound NITEVISION_ONOFF     goggle12.voc    0    0    0   0   0
definesound SELECT_WEAPON        WPNSEL21.VOC     128  128  3   0   0
```

// Affect Environment Sounds
```
definesound VENT_BUST            ventbust.voc    -32  32 2  0   0
definesound GLASS_BREAKING       glass.voc       -412 0  3  0  8192
definesound GLASS_HEAVYBREAK     glashevy.voc    -412 0  3  0  8192
definesound SHORT_CIRCUIT        shorted.voc      0 0 0 0 6500
definesound ITEM_SPLASH          splash.voc       0 0 2 0 0
definesound BONUSMUSIC           bonus.voc        0 0 255 1 0
```

// Duke's Body Sounds
```
definesound DUKE_BREATHING       hlminhal.voc    0    0   255 4  0
definesound DUKE_EXHALING        hlmexhal.voc    0    0   255 4  0
definesound DUKE_GASP            gasp.voc        0    0   255 4  0
definesound DUKE_URINATE         pissing.voc     0    0   4   0  0
definesound DUKE_CRACK2          COMEON02.voc    0    0   255 4  0
definesound DUKE_CRACK           WAITIN03.voc    0    0   255 4  0
definesound DUKE_TALKTOBOSSFALL DIESOB03.voc     0    0   255 12 0
definesound DUKE_CRACK_FIRST     knuckle.voc     0    0   3   0  0
definesound DUKE_GET             getitm19.voc   -64   64  255 0  0
definesound DUKE_GETWEAPON1      cool01.voc      0    0   255 4  0
definesound DUKE_GETWEAPON2      getsom1a.voc    0    0   255 4  0
definesound DUKE_GETWEAPON3      groovy02.voc    0    0   255 4  0
definesound DUKE_GETWEAPON4      wansom4a.voc    0    0   255 4  0
definesound JIBBED_ACTOR13       LETGOD01.VOC    0    0   255 4  0
definesound DUKE_GETWEAPON6      HAIL01.VOC      0    0   255 4  0
definesound DUKE_GOTHEALTHATLOW needed03.voc     0    0   255 4  0

definesound DUKE_SEARCH          pain87.VOC      0    0   2   4   0
definesound DUKE_SEARCH2         whrsit05.voc    0    0   255 4  0
definesound DUKE_LONGTERM_PAIN  gasps07.voc    -192  0   255 4  0
definesound DUKE_LONGTERM_PAIN2 dscrem15.voc    0    0   255 4  0
definesound DUKE_LONGTERM_PAIN3 dscrem16.voc    0    0   255 4  0
definesound DUKE_LONGTERM_PAIN4 dscrem17.voc    0    0   255 4  0
definesound DUKE_LONGTERM_PAIN5 pain54.voc      0    0   255 4  0
definesound DUKE_LONGTERM_PAIN6 pain75.voc      0    0   255 4  0
definesound DUKE_LONGTERM_PAIN7 pain93.voc      0    0   255 4  0
definesound DUKE_LONGTERM_PAIN8 pain68.voc      0    0   255 4  0

definesound DUKE_PISSRELIEF      ahmuch03.voc    0    0   255 4  0
```

```
// Duke Health Sounds
definesound SOMETHINGHITFORCE  teleport.voc    0  0  2  0  8192
definesound DUKE_DRINKING       drink18.voc   -128 128  2  4  0
definesound DUKE_KILLED1        damn03.voc   .  0  0  255 12 0
definesound DUKE_KILLED2        damnit04.voc    0  0  255 12 0
definesound DUKE_KILLED3        thsuk13a.voc    0  0  255 12 0
definesound DUKE_KILLED4        dscrem18.voc    0  0  255 4  0
definesound DUKE_KILLED5        pisses01.voc    0  0  255 12 0
definesound DUKE_GRUNT          exert.voc     0  0  2  4  0
definesound DUKE_DEAD           DMDEATH.VOC   -64 64  255 4  0
definesound DUKE_HARTBEAT       hartbeat.voc    0  0  0  0  0
definesound DUKE_STEPONFECES    happen01.voc    0  0  0  12 0

// Duke Movement Sounds
definesound DUKE_ONWATER        wetfeet.voc     0  0  4  0  0
definesound DUKE_LAND           land02.voc    0  0  2  0  0
definesound DUKE_LAND_HURT      pain39.voc      0  0  255 4  0
definesound DUKE_WALKINDUCTS    ductwlk.voc   -64 128  2  0  0
definesound DUKE_LOOKINTOMIRROR lookin01.voc    0  0  255 12 0

definesound DUKE_TIP1           dance01.voc    0  0  255 4  0
definesound DUKE_TIP2           shake2a.voc    0  0  255 4  0
definesound DUKE_BOOBY          BOOBY04.voc    0  0  255 4  0
definesound DUKE_HIT_STRIPPER1  damnit04.voc    0  0  255 12 0
definesound DUKE_HIT_STRIPPER2  damn03.voc      0  0  255 12 0
definesound ALIEN_TALK1         MUSTDIE.voc    0  0  255 12 0
definesound ALIEN_TALK2         DEFEATED.VOC    0  0  255 12 0
definesound BONUS_SPEECH1       letsrk03.voc    0  0  255 4  0
definesound BONUS_SPEECH2       ready2a.voc     0  0  255 4  0
definesound BONUS_SPEECH3       ripem08.voc     0  0  255 4  0
definesound BONUS_SPEECH4       rockin02.voc    0  0  255 4  0
definesound DUKE_YES            yes.voc     0  0  255 4  0
definesound DUKE_USEMEDKIT      ahh04.voc     0  0  255 4  0
definesound DUKE_TAKEPILLS      gulp01.voc      0  0  255 4  0
definesound DUKETALKTOBOSS      duknuk14.voc    0  0  255 12 0
definesound BOSSTALKTODUKE      !boss.voc      0  0  255 0  0
definesound SHRINKER_HIT        thud.voc     0  0  3  0  0
definesound SOMETHINGFROZE      freeze.voc     0  0  3  0  0

// Duke Equipment Sounds
definesound DUKE_UNDERWATER     scuba.voc     0  0  2  0  0
definesound DUKE_JETPACK_ON     jetpakon.voc    0  0  4  0  0
definesound DUKE_JETPACK_IDLE   jetpaki.voc     0  0  1  0  0
definesound DUKE_JETPACK_OFF    jetpakof.voc    0  0  2  0  0
```

```
// Common Death Sounds
definesound FLESH_BURNING     fire09.voc   -256  0  0  0  6100
definesound THUD              thud.voc      0  0  0  0  0
definesound SQUISHED          squish.voc    0  0  3  0  0

// Equipment Sounds
definesound TELEPORTER        teleport.voc  0  0  0  0  0
definesound ELEVATOR_ON       gbelev01.voc  0  0  0  0  0
definesound ELEVATOR_OFF      gbelev02.voc  0  0  0  0  0
definesound ALIEN_ELEVATOR1   hydro43.voc   0  0  0  0  0
definesound SUBWAY            subway.voc    0  0  0  0  0
definesound SWITCH_ON         switch.voc    0  0  0  0  0

definesound FAN               fan.voc       0  0  0  0  0
definesound FLUSH_TOILET      flush.voc     0  0  3  2  0
definesound HOVER_CRAFT       hover.voc     0  0  0  0  0
definesound EARTHQUAKE        quake.voc     0  0  0  0  0

// Warning Sounds
definesound INTRUDER_ALERT    alert.voc     0  0  0  0  0
definesound END_OF_LEVEL_WARN monitor.voc   0  0  0  0  0
definesound POOLBALLHIT       poolbal1.voc  0  0  0  0  0

// Ambience Sounds

definesound ENGINE_OPERATING  onboard.voc   0  0  0  2  0
definesound REACTOR_ON        reactor.voc   0  0  0  2  0
definesound COMPUTER_AMBIENCE compamb.voc   0  0  0  2  0
definesound GEARS_GRINDING    geargrnd.voc  0  0  0  2  0
definesound BUBBLE_AMBIENCE   bubblamb.voc -256  0  0  2  0
definesound MACHINE_AMBIENCE  machamb.voc   0  0  0  2  0
definesound SEWER_AMBIENCE    drip3.voc     0  0  0  0  0
definesound WIND_AMBIENCE     wind54.voc    0  0  0  2  0
definesound WIND_REPEAT       wind54.voc    0  0  0  3  0

definesound SOMETHING_DRIPPING drip3.voc    0  0  0  0  9000
definesound STEAM_HISSING     steamhis.voc  0  0  0  1  8192
definesound BAR_MUSIC         barmusic.voc  0  0 254  3  0
definesound DUKE_SCREAM       DSCREM04.voc  0  0 255  0  0
definesound KILLME            killme.voc  -128  0  0  0  0

// Miscellaneous Sounds

definesound GETATOMICHEALTH   teleport.voc  2048 2048 255 0 0
definesound DOOR_OPERATE1     slidoor.voc  -256  0  0  0  0
```

```
definesound DOOR_OPERATE2       opendoor.voc   -256  0  0  0  0
definesound DOOR_OPERATE3       edoor10.voc    -256  0  0  0  0
definesound DOOR_OPERATE4       edoor11.voc    -256  0  0  0  0
definesound BORNTOBEWILDSND     2bwild.voc       0  0 254  2  0
definesound KTIT                ktitx.voc        0  0 254  2  0
definesound LADY_SCREAM         FSCRM10.voc    -256  0 254  8  0
definesound MONITOR_ACTIVE      monitor.voc      0  0  0  0  0
definesound WATER_GURGLE        h2ogrgl2.voc     0  0  1  2  9000
definesound EXITMENUSOUND       item15.voc       0  0  0  0  0
definesound RATTY               mice3.voc      0  0  0  0  0
definesound INTO_MENU           bulithit.voc  1024 1024  0  0  0


// Six misc ambience city sounds

definesound GENERIC_AMBIENCE1       grind.voc      0  0  0  1  0
definesound GENERIC_AMBIENCE2       enghum.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE3       lava06.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE4       bubblamb.voc -256  0  0  2  0
definesound GENERIC_AMBIENCE5       phonbusy.voc   0  0  0  0  0
definesound GENERIC_AMBIENCE6       roam22.voc     0  0  0  2  0
definesound SECRETLEVELSND          secret.voc     0  0 255  0  0
definesound GENERIC_AMBIENCE8       amb81b.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE9       roam98b.voc    0  0  0  2  0
definesound GENERIC_AMBIENCE10      h2orush2.voc   0  0  0  3  0
definesound GENERIC_AMBIENCE11      projrun.voc    0  0  0  3  0
definesound GENERIC_AMBIENCE12      blank.voc      0  0  0  0  0
definesound GENERIC_AMBIENCE13      pay02.voc      0  0 255 12  0
definesound GENERIC_AMBIENCE14      onlyon03.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE15      rides09.voc    0  0 255  4  0
definesound GENERIC_AMBIENCE16      doomed16.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE17      myself3a.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE18      monolith.voc   0  0  0  2  0
definesound GENERIC_AMBIENCE19      hydro50.voc    0  0  0  2  0
definesound GENERIC_AMBIENCE20      con03.voc      0  0  0  4  0
definesound GENERIC_AMBIENCE21      !prison.voc    0  0 255  4  0
definesound GENERIC_AMBIENCE22      vpiss2.voc     0  0 255  4  0
definesound GENERIC_AMBIENCE23      2ride06.voc    0  0 255  4  0


definesound FIRE_CRACKLE        fire09.voc     0  0 254  2  0
definesound DUMPSTER_MOVE       grind.voc      0  0  0  0  0


definesound JIBBED_ACTOR1       AMESS06.voc    0  0 255  4  0
definesound JIBBED_ACTOR2       BITCHN04.voc   0  0 255 12  0
definesound JIBBED_ACTOR3       HOLYCW01.voc   0  0 255  4  0
definesound JIBBED_ACTOR4       HOLYSH02.voc   0  0 255 12  0
```

```
definesound JIBBED_ACTOR5      IMGOOD12.voc    0  0  255 12 0
definesound JIBBED_ACTOR6      PIECE02.voc    0  0  255 4  0
definesound JIBBED_ACTOR7      GOTHRT01.voc    0  0  255 4  0
definesound JIBBED_ACTOR8      BLOWIT01.VOC    0  0  255 12 0
definesound JIBBED_ACTOR9      EATSHT01.VOC    0  0  255 12 0
definesound JIBBED_ACTOR10     FACE01.VOC    0  0  255 12 0
definesound JIBBED_ACTOR11     INHELL01.VOC    0  0  255 12 0
definesound WHIPYOURASS        WHIPYU01.VOC    0  0  255 4  0
definesound JIBBED_ACTOR12     SUKIT01.VOC    0  0  255 4  0

definesound WAR_AMBIENCE1    WARAMB13.VOC -512  0  255 16 0
definesound WAR_AMBIENCE2    WARAMB21.VOC -512  0  254 16 0
definesound WAR_AMBIENCE3    WARAMB23.VOC -512  0  254 16 0
definesound WAR_AMBIENCE4    WARAMB29.VOC -512  0  254 16 0
definesound WAR_AMBIENCE5    FORCE01.VOC  0  0  0  4 0
definesound WAR_AMBIENCE6    QUAKE06.VOC  0  0  0  4 0
definesound WAR_AMBIENCE7    TERMIN01.VOC  0  0  0  4 0
definesound WAR_AMBIENCE8    BORN01.VOC    0  0  254 20 0
definesound WAR_AMBIENCE9    NOBODY01.VOC  0  0  0  4 0
definesound WAR_AMBIENCE10   CHEW05.VOC    0  0  0  12 0

definesound SPACE_DOOR1    hydro22.voc    0  0  0  0 8192
definesound SPACE_DOOR2    hydro24.voc    0  0  0  0 0
definesound SPACE_DOOR3    hydro27.voc    0  0  0  0 8192
definesound SPACE_DOOR4    hydro34.voc    0  0  0  0 0
definesound SPACE_DOOR5    hydro40.voc    0  0  0  0 0

definesound SPACE_AMBIENCE1   monolith.voc    0  0  0 16 0
definesound SPACE_AMBIENCE2   hydro50.voc    0  0  0 16 0
definesound VAULT_DOOR        vault04.voc    0  0  0  0 0

definesound ALIEN_ELEVATOR1  hydro43.voc    0  0  0  0  0
definesound ALIEN_DOOR1    adoor1.voc    0  0  0  0 0
definesound ALIEN_DOOR2    adoor2.voc    0  0  0  0 0

definesound ALIEN_SWITCH1    aswtch23.voc    0  0  0  0  0
definesound COMPANB2       CTRLRM25.VOC 0  0  0  2 0
definesound HELICOP_IDLE    hlidle03.voc 0  0  255  3  0
definesound FOUNDJONES      jones04.voc 0  0  0 4 0
definesound STEPNIT         LIZSHIT3.VOC 0  0  254 12 0
definesound RIPHEADNECK     rip01.voc 0  0  254 12 0

definesound ENDSEQVOL2SND1   gunhit2.voc  0  0  249 0  0
definesound ENDSEQVOL2SND2   headrip3.VOC  0  0  250 0  0
definesound ENDSEQVOL2SND3   buckle.VOC    0  0  251 0  0
```

```
definesound ENDSEQVOL2SND4    jetp2.VOC      0   0   252 0   0
definesound ENDSEQVOL2SND5    zipper2.voc    0   0   253 0   0
definesound ENDSEQVOL2SND6    news.voc       0   0   254 0   0
definesound ENDSEQVOL2SND7    whistle.voc    0   0   255 0   0

definesound ENDSEQVOL3SND1    KICKHEAD.VOC   0   0   254 0   0
definesound ENDSEQVOL3SND2    GMEOVR05.VOC   0   0   254 0   0
definesound ENDSEQVOL3SND3    CHEER.VOC      0   0   254 0   0
definesound ENDSEQVOL3SND4    GRABBAG.VOC    0   0   254 1   0
definesound ENDSEQVOL3SND5    name01.voc     0   0   250 0   0
definesound ENDSEQVOL3SND6    r&r01.voc      0   0   251 0   0
definesound ENDSEQVOL3SND7    lani05.voc     0   0   252 0   0
definesound ENDSEQVOL3SND8    lani08.voc     0   0   253 0   0
definesound ENDSEQVOL3SND9    laniduk2.voc   0   0   254 0   0
```

```
/*
---------------------------------------------------------------------
Duke Nukem 3D .CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
---------------------------------------------------------------------

IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.


---------------------------------------------------------------------


*/



define SECTOREFFECTOR 1
define ACTIVATOR 2
define TOUCHPLATE 3
define ACTIVATORLOCKED 4
define MUSICANDSFX 5
define LOCATORS 6
define CYCLER 7
define MASTERSWITCH 8
define RESPAWN 9
define GPSPEED 10
define ARROW 20
define FIRSTGUNSPRITE 21
define CHAINGUNSPRITE 22
define RPGSPRITE 23
define FREEZESPRITE 24
```

```
define SHRINKERSPRITE 25
define HEAVYHBOMB 26
define TRIPBOMBSPRITE 27
define SHOTGUNSPRITE 28
define DEVISTATORSPRITE 29
define HEALTHBOX 30
define AMMOBOX 31
define INVENTORYBOX 33
define FREEZEAMMO 37
define AMMO 40
define BATTERYAMMO 41
define DEVISTATORAMMO 42
define RPGAMMO 44
define CRYSTALAMMO 46
define HBOMBAMMO 47
define AMMOLOTS 48
define SHOTGUNAMMO 49
define COLA 51
define SIXPAK 52
define FIRSTAID 53
define SHIELD 54
define STEROIDS 55
define AIRTANK 56
define JETPACK 57
define HEATSENSOR 59
define ACCESSCARD 60
define BOOTS 61
define MIRRORBROKE 70
define MOONSKY1 80
define MOONSKY2 81
define MOONSKY3 82
define MOONSKY4 83
define BIGORBIT1 84
define BIGORBIT2 85
define BIGORBIT3 86
define BIGORBIT4 87
define BIGORBIT5 88
define LA 89
define ATOMICHEALTH 100
define TECHLIGHT2 120
define TECHLIGHTBUST2 121
define TECHLIGHT4 122
define TECHLIGHTBUST4 123
define WALLLIGHT4 124
define WALLLIGHTBUST4 125
```



```
define ACCESSSWITCH 130
define SLOTDOOR 132
define LIGHTSWITCH 134
define SPACEDOORSWITCH 136
define SPACELIGHTSWITCH 138
define FRANKENSTINESWITCH 140
define NUKEBUTTON 142
define MULTISWITCH 146
define DOORTILE5 150
define DOORTILE6 151
define DOORTILE1 152
define DOORTILE2 153
define DOORTILE3 154
define DOORTILE4 155
define DOORTILE7 156
define DOORTILE8 157
define DOORTILE9 158
define DOORTILE10 159
define DOORSHOCK 160
define DIPSWITCH 162
define DIPSWITCH2 164
define TECHSWITCH 166
define DIPSWITCH3 168
define ACCESSSWITCH2 170
define REFLECTWATERTILE 180
define FLOORSLIME 200
define BIGFORCE 230
define EPISODE 247
define MASKWALL9 255
define W_LIGHT 260
define SCREENBREAK1 263
define SCREENBREAK2 264
define SCREENBREAK3 265
define SCREENBREAK4 266
define SCREENBREAK5 267
define SCREENBREAK6 268
define SCREENBREAK7 269
define SCREENBREAK8 270
define SCREENBREAK9 271
define SCREENBREAK10 272
define SCREENBREAK11 273
define SCREENBREAK12 274
define SCREENBREAK13 275
define MASKWALL1 285
define W_TECHWALL1 293
```

```
define W_TECHWALL2 297
define W_TECHWALL3 301
define W_TECHWALL4 305
define WATERTILE2 336
define BPANNEL1 341
define PANNEL1 342
define PANNEL2 343
define WATERTILE 344
define STATIC 351
define W_SCREENBREAK 357
define W_HITTECHWALL3 360
define W_HITTECHWALL4 361
define W_HITTECHWALL2 362
define W_HITTECHWALL1 363
define MASKWALL10 387
define MASKWALL11 391
define DOORTILE22 395
define FANSPRITE 407
define FANSPRITEBROKE 411
define FANSHADOW 412
define FANSHADOWBROKE 416
define DOORTILE18 447
define DOORTILE19 448
define DOORTILE20 449
define SPACESHUTTLE 487
define SATELLITE 489
define VIEWSCREEN2 499
define VIEWSCREENBROKE 501
define VIEWSCREEN 502
define GLASS 503
define GLASS2 504
define STAINGLASS1 510
define MASKWALL5 514
define SATELITE 516
define FUELPOD 517
define SLIMEPIPE 538
define CRACK1 546
define CRACK2 547
define CRACK3 548
define CRACK4 549
define FOOTPRINTS 550
define DOMELITE 551
define CAMERAPOLE 554
define CHAIR1 556
define CHAIR2 557
```

```
define BROKENCHAIR 559
define MIRROR 560
define WATERFOUNTAIN 563
define WATERFOUNTAINBROKE 567
define FEMMAG1 568
define TOILET 569
define STALL 571
define STALLBROKE 573
define FEMMAG2 577
define REACTOR2 578
define REACTOR2BURNT 579
define REACTOR2SPARK 580
define GRATE1 595
define BGRATE1 596
define SOLARPANNEL 602
define NAKED1 603
define ANTENNA 607
define MASKWALL12 609
define TOILETBROKE 615
define PIPE2 616
define PIPE1B 617
define PIPE3 618
define PIPE1 619
define CAMERA1 621
define BRICK 626
define SPLINTERWOOD 630
define PIPE2B 633
define BOLT1 634
define W_NUMBERS 640
define WATERDRIP 660
define WATERBUBBLE 661
define WATERBUBBLEMAKER 662
define W_FORCEFIELD 663
define VACUUM 669
define FOOTPRINTS2 672
define FOOTPRINTS3 673
define FOOTPRINTS4 674
define EGG 675
define SCALE 678
define CHAIR3 680
define CAMERALIGHT 685
define MOVIECAMERA 686
define IVUNIT 689
define POT1 694
define POT2 695
```

```
define POT3 697
define PIPE3B 700
define WALLLIGHT3 701
define WALLLIGHTBUST3 702
define WALLLIGHT1 703
define WALLLIGHTBUST1 704
define WALLLIGHT2 705
define WALLLIGHTBUST2 706
define LIGHTSWITCH2 712
define WAITTOBESEATED 716
define DOORTILE14 717
define STATUE 753
define MIKE 762
define VASE 765
define SUSHIPLATE1 768
define SUSHIPLATE2 769
define SUSHIPLATE3 774
define SUSHIPLATE4 779
define DOORTILE16 781
define SUSHIPLATE5 792
define OJ 806
define MASKWALL13 830
define HURTRAIL 859
define POWERSWITCH1 860
define LOCKSWITCH1 862
define POWERSWITCH2 864
define ATM 867
define STATUEFLASH 869
define ATMBROKE 888
define BIGHOLE2 893
define STRIPEBALL 901
define QUEBALL 902
define POCKET 903
define WOODENHORSE 904
define TREE1 908
define TREE2 910
define CACTUS 911
define MASKWALL2 913
define MASKWALL3 914
define MASKWALL4 915
define FIREEXT 916
define TOILETWATER 921
define NEON1 925
define NEON2 926
define CACTUSBROKE 939
```

```
define BOUNCEMINE 940
define BROKEFIREHYDRENT 950
define BOX 951
define BULLETHOLE 952
define BOTTLE1 954
define BOTTLE2 955
define BOTTLE3 956
define BOTTLE4 957
define FEMPIC5 963
define FEMPIC6 964
define FEMPIC7 965
define HYDROPLANT 969
define OCEANSPRITE1 971
define OCEANSPRITE2 972
define OCEANSPRITE3 973
define OCEANSPRITE4 974
define OCEANSPRITE5 975
define GENERICPOLE 977
define CONE 978
define HANGLIGHT 979
define HYDRENT 981
define MASKWALL14 988
define TIRE 990
define PIPE5 994
define PIPE6 995
define PIPE4 996
define PIPE4B 997
define BROKEHYDROPLANT 1003
define PIPE5B 1005
define NEON3 1007
define NEON4 1008
define NEON5 1009
define BOTTLE5 1012
define BOTTLE6 1013
define BOTTLE8 1014
define SPOTLITE 1020
define HANGOOZ 1022
define MASKWALL15 1024
define BOTTLE7 1025
define HORSEONSIDE 1026
define GLASSPIECES 1031
define HORSELITE 1034
define NEON6 1046
define MASKWALL6 1059
define CLOCK 1060
```

```
define RUBBERCAN 1062
define BROKENCLOCK 1067
define PLUG 1069
define OOZFILTER 1079
define FLOORPLASMA 1082
define REACTOR 1088
define REACTORSPARK 1092
define REACTORBURNT 1096
define DOORTILE15 1102
define HANDSWITCH 1111
define CIRCLEPANNEL 1113
define CIRCLEPANNELBROKE 1114
define PULLSWITCH 1122
define MASKWALL8 1124
define BIGHOLE 1141
define ALIENSWITCH 1142
define DOORTILE21 1144
define HANDPRINTSWITCH 1155
define BOTTLE10 1157
define BOTTLE11 1158
define BOTTLE12 1159
define BOTTLE13 1160
define BOTTLE14 1161
define BOTTLE15 1162
define BOTTLE16 1163
define BOTTLE17 1164
define BOTTLE18 1165
define BOTTLE19 1166
define DOORTILE17 1169
define MASKWALL7 1174
define JAILBARBREAK 1175
define DOORTILE11 1178
define DOORTILE12 1179
define VENDMACHINE 1212
define VENDMACHINEBROKE 1214
define COLAMACHINE 1215
define COLAMACHINEBROKE 1217
define CRANEPOLE 1221
define CRANE 1222
define BARBROKE 1225
define BLOODPOOL 1226
define NUKEBARREL 1227
define NUKEBARRELDENTED 1228
define NUKEBARRELLEAKED 1229
define CANWITHSOMETHING 1232
```

```
define MONEY 1233
define BANNER 1236
define EXPLODINGBARREL 1238
define EXPLODINGBARREL2 1239
define FIREBARREL 1240
define SEENINE 1247
define SEENINEDEAD 1248
define STEAM 1250
define CEILINGSTEAM 1255
define PIPE6B 1260
define TRANSPORTERBEAM 1261
define RAT 1267
define TRASH 1272
define FEMPIC1 1280
define FEMPIC2 1289
define BLANKSCREEN 1293
define PODFEM1 1294
define FEMPIC3 1298
define FEMPIC4 1306
define FEM1 1312
define FEM2 1317
define FEM3 1321
define FEM5 1323
define BLOODYPOLE 1324
define FEM4 1325
define FEM6 1334
define FEM6PAD 1335
define FEM8 1336
define HELECOPT 1346
define FETUSJIB 1347
define HOLODUKE 1348
define SPACEMARINE 1353
define INDY 1355
define FETUS 1358
define FETUSBROKE 1359
define MONK 1352
define LUKE 1354
define COOLEXPLOSION1 1360
define WATERSPLASH2 1380
define FIREVASE 1390
define SCRATCH 1393
define FEM7 1395
define APLAYERTOP 1400
define APLAYER 1405
define PLAYERONWATER 1420
```

```
define DUKELYINGDEAD 1518
define DUKETORSO 1520
define DUKEGUN 1528
define DUKELEG 1536
define SHARK 1550
define BLOOD 1620
define FIRELASER 1625
define TRANSPORTERSTAR 1630
define SPIT 1636
define LOOGIE 1637
define FIST 1640
define FREEZEBLAST 1641
define DEVISTATORBLAST 1642
define SHRINKSPARK 1646
define TONGUE 1647
define MORTER 1650
define SHRINKEREXPLOSION 1656
define RADIUSEXPLOSION 1670
define FORCERIPPLE 1671
define LIZTROOP 1680
define LIZTROOPRUNNING 1681
define LIZTROOPSTAYPUT 1682
define LIZTOP 1705
define LIZTROOPSHOOT 1715
define LIZTROOPJETPACK 1725
define LIZTROOPDSPRITE 1734
define LIZTROOPONTOILET 1741
define LIZTROOPDUCKING 1744
define HEADJIB1 1768
define ARMJIB1 1772
define LEGJIB1 1776
define OCTABRAIN 1820
define OCTABRAINSTAYPUT 1821
define OCTATOP 1845
define OCTADEADSPRITE 1855
define INNERJAW 1860
define DRONE 1880
define EXPLOSION2 1890
define COMMANDER 1920
define COMMANDERSTAYPUT 1921
define RECON 1960
define PIGCOP 2000
define PIGCOPSTAYPUT 2001
define PIGCOPDIVE 2045
define PIGCOPDEADSPRITE 2060
```

```
define PIGTOP 2061
define LIZMAN 2120
define LIZMANSTAYPUT 2121
define LIZMANSPITTING 2150
define LIZMANFEEDING 2160
define LIZMANJUMP 2165
define LIZMANDEADSPRITE 2185
define FECES 2200
define LIZMANHEAD1 2201
define LIZMANARM1 2205
define LIZMANLEG1 2209
define EXPLOSION2BOT 2219
define USERWEAPON 2235
define HEADERBAR 2242
define JIBS1 2245
define JIBS2 2250
define JIBS3 2255
define JIBS4 2260
define JIBS5 2265
define BURNING 2270
define FIRE 2271
define JIBS6 2286
define BLOODSPLAT1 2296
define BLOODSPLAT3 2297
define BLOODSPLAT2 2298
define BLOODSPLAT4 2299
define OOZ 2300
define WALLBLOOD1 2301
define WALLBLOOD2 2302
define WALLBLOOD3 2303
define WALLBLOOD4 2304
define WALLBLOOD5 2305
define WALLBLOOD6 2306
define WALLBLOOD7 2307
define WALLBLOOD8 2308
define BURNING2 2310
define FIRE2 2311
define CRACKKNUCKLES 2324
define SMALLSMOKE 2329
define SMALLSMOKEMAKER 2330
define FLOORFLAME 2333
define ROTATEGUN 2360
define GREENSLIME 2370
define WATERDRIPSPLASH 2380
define SCRAP6 2390
```

```
define SCRAP1 2400
define SCRAP2 2404
define SCRAP3 2408
define SCRAP4 2412
define SCRAP5 2416
define ORGANTIC 2420
define BETAVERSION 2440
define PLAYERISHERE 2442
define PLAYERWASHERE 2443
define SELECTDIR 2444
define F1HELP 2445
define NOTCHON 2446
define NOTCHOFF 2447
define BACKGROUNDSCREEN 2448
define DUKEICON 2452
define BADGUYICON 2453
define FOODICON 2454
define GETICON 2455
define MENUSCREEN 2456
define MENUBAR 2457
define KILLSICON 2458
define FIRSTAID_ICON 2460
define HEAT_ICON 2461
define BOTTOMSTATUSBAR 2462
define BOOT_ICON 2463
define FRAGBAR 2465
define JETPACK_ICON 2467
define AIRTANK_ICON 2468
define STEROIDS_ICON 2469
define HOLODUKE_ICON 2470
define ACCESS_ICON 2471
define DIGITALNUM 2472
define DUKECAR 2491
define CAMCORNER 2482
define CAMLIGHT 2484
define LOGO 2485
define TITLE 2486
define NUKEWARNINGICON 2487
define MOUSECURSOR 2488
define SLIDEBAR 2489
define DREALMS 2492
define BETASCREEN 2493
define WINDOWBORDER1 2494
define TEXTBOX 2495
define WINDOWBORDER2 2496
```

```
define DUKENUKEM 2497
define THREEDEE 2498
define INGAMEDUKETHREEDEE 2499
define DEVISTATOR 2510
define KNEE 2521
define CROSSHAIR 2523
define FIRSTGUN 2524
define FIRSTGUNRELOAD 2528
define FALLINGCLIP 2530
define CLIPINHAND 2531
define HAND 2532
define SHELL 2533
define SHOTGUNSHELL 2535
define CHAINGUN 2536
define RPGGUN 2544
define RPGMUZZLEFLASH 2545
define FREEZE 2548
define CATLITE 2552
define SHRINKER 2556
define HANDHOLDINGLASER 2563
define TRIPBOMB 2566
define LASERLINE 2567
define HANDHOLDINGACCESS 2568
define HANDREMOTE 2570
define HANDTHROW 2573
define TIP 2576
define GLAIR 2578
define SCUBAMASK 2581
define SPACEMASK 2584
define FORCESPHERE 2590
define SHOTSPARK1 2595
define RPG 2605
define LASERSITE 2612
define SHOTGUN 2613
define BOSS1 2630
define BOSS1STAYPUT 2631
define BOSS1SHOOT 2660
define BOSS1LOB 2670
define BOSSTOP 2696
define BOSS2 2710
define BOSS3 2760
define SPINNINGNUKEICON 2813
define BIGFNTCURSOR 2820
define SMALLFNTCURSOR 2821
define STARTALPHANUM 2822
```

```
define ENDALPHANUM 2915
define BIGALPHANUM 2940
define BIGPERIOD 3002
define BIGCOMMA 3003
define BIGX 3004
define BIGQ 3005
define BIGSEMI 3006
define BIGCOLIN 3007
define THREEBYFIVE 3010
define BIGAPPOS 3022
define BLANK 3026
define MINIFONT 3072
define BUTTON1 3164
define GLASS3 3187
define RESPAWNMARKERRED 3190
define RESPAWNMARKERYELLOW 3200
define RESPAWNMARKERGREEN 3210
define BONUSSCREEN 3240
define VIEWBORDER 3250
define VICTORY1 3260
define ORDERING 3270
define TEXTSTORY 3280
define BORNTOBEWILDSCREEN 3370
define BLIMP 3400
define FEM9 3450
define FOOTPRINT 3701
define POOP 3998
define FRAMEEFFECT1 3999


define KNEE_WEAPON        0
define PISTOL_WEAPON      1
define SHOTGUN_WEAPON     2
define CHAINGUN_WEAPON    3
define RPG_WEAPON         4
define HANDBOMB_WEAPON    5
define SHRINKER_WEAPON    6
define DEVISTATOR_WEAPON  7
define TRIPBOMB_WEAPON    8
define FREEZE_WEAPON      9


define faceplayer 1
define geth 2
define getv 4
```

```
define randomangle 8
define faceplayerslow 16
define spin 32
define faceplayersmart 64
define fleeenemy 128
define jumptoplayer 257
define seekplayer 512
define furthestdir 1024
define dodgebullet 4096


define NO      0
define YES     1


define pstanding 1
define pwalking 2
define prunning 4
define pducking 8
define pfalling 16
define pjumping 32
define phigher 64
define pwalkingback 128
define prunningback 256
define pkicking 512
define pshrunk 1024
define pjetpack 2048
define ponsteroids 4096
define ponground 8192
define palive 16384
define pdead 32768
define pfacing 65536



define GET_STEROIDS    0
define GET_SHIELD    1
define GET_SCUBA      2
define GET_HOLODUKE    3
define GET_JETPACK     4
define GET_ACCESS      6
define GET_HEATS      7
define GET_FIRSTAID    9
define GET_BOOTS      10
```

```
define KICK_HIT                   0
define PISTOL_RICOCHET               1
define PISTOL_BODYHIT               2
define PISTOL_FIRE               3
define EJECT_CLIP               4
define INSERT_CLIP               5
define CHAINGUN_FIRE               6
define RPG_SHOOT               7
define POOLBALLHIT               8
define RPG_EXPLODE               9
define CAT_FIRE               10
define SHRINKER_FIRE               11
define ACTOR_SHRINKING               12
define PIPEBOMB_BOUNCE               13
define PIPEBOMB_EXPLODE               14
define LASERTRIP_ONWALL               15
define LASERTRIP_ARMING               16
define LASERTRIP_EXPLODE               17
define VENT_BUST               18
define GLASS_BREAKING               19
define GLASS_HEAVYBREAK               20
define SHORT_CIRCUIT               21
define ITEM_SPLASH               22
define DUKE_BREATHING               23
define DUKE_EXHALING               24
define DUKE_GASP               25
define SLIM_RECOG               26
define ENDSEQVOL3SND1               27
define DUKE_URINATE               28
define ENDSEQVOL3SND2               29
define ENDSEQVOL3SND3               30
define DUKE_PASSWIND               32
define DUKE_CRACK               33
define SLIM_ATTACK               34
define SOMETHINGHITFORCE               35
define DUKE_DRINKING               36
define DUKE_KILLED1               37
define DUKE_GRUNT               38
define DUKE_HARTBEAT               39
define DUKE_ONWATER               40
define DUKE_DEAD               41
define DUKE_LAND               42
define DUKE_WALKINDUCTS               43
define DUKE_GLAD               44
define DUKE_YES               45
```

```
define DUKE_HEHE               46
define DUKE_SHUCKS             47
define DUKE_UNDERWATER         48
define DUKE_JETPACK_ON         49
define DUKE_JETPACK_IDLE       50
define DUKE_JETPACK_OFF        51
define LIZTROOP_GROWL          52
define LIZTROOP_TALK1          53
define LIZTROOP_TALK2          54
define LIZTROOP_TALK3          55
define DUKETALKTOBOSS          56
define LIZCAPT_GROWL           57
define LIZCAPT_TALK1           58
define LIZCAPT_TALK2           59
define LIZCAPT_TALK3           60
define LIZARD_BEG              61
define LIZARD_PAIN             62
define LIZARD_DEATH            63
define LIZARD_SPIT             64
define DRONE1_HISSRATTLE       65
define DRONE1_HISSSCREECH      66
define DUKE_TIP2               67
define FLESH_BURNING           68
define SQUISHED                69
define TELEPORTER              70
define ELEVATOR_ON             71
define DUKE_KILLED3            72
define ELEVATOR_OFF            73
define DOOR_OPERATE1           74
define SUBWAY                  75
define SWITCH_ON               76
define FAN                     77
define DUKE_GETWEAPON3         78
define FLUSH_TOILET            79
define HOVER_CRAFT             80
define EARTHQUAKE              81
define INTRUDER_ALERT          82
define END_OF_LEVEL_WARN       83
define ENGINE_OPERATING        84
define REACTOR_ON              85
define COMPUTER_AMBIENCE       86
define GEARS_GRINDING          87
define BUBBLE_AMBIENCE         88
define MACHINE_AMBIENCE        89
define SEWER_AMBIENCE          90
```

```
define WIND_AMBIENCE            91
define SOMETHING_DRIPPING            92
define STEAM_HISSING            93
define THEATER_BREAT"            94
define BAR_MUSIC            95
define BOS1_ROAM            96
define BOS1_RECOG            97
define BOS1_ATTACK1            98
define BOS1_PAIN            99
define BOS1_DYING            100
define BOS2_ROAM            101
define BOS2_RECOG            102
define BOS2_ATTACK            103
define BOS2_PAIN            104
define BOS2_DYING            105
define GETATOMICHEALTH            106
define DUKE_GETWEAPON2            107
define BOS3_DYING            108
define SHOTGUN_FIRE            109
define PRED_ROAM            110
define PRED_RECOG            111
define PRED_ATTACK            112
define PRED_PAIN            113
define PRED_DYING            114
define CAPT_ROAM            115
define CAPT_ATTACK            116
define CAPT_RECOG            117
define CAPT_PAIN            118
define CAPT_DYING            119
define PIG_ROAM            120
define PIG_RECOG            121
define PIG_ATTACK            122
define PIG_PAIN            123
define PIG_DYING            124
define RECO_ROAM            125
define RECO_RECOG            126
define RECO_ATTACK            127
define RECO_PAIN            128
define RECO_DYING            129
define DRON_ROAM            130
define DRON_RECOG            131
define DRON_ATTACK1            132
define DRON_PAIN            133
define DRON_DYING            134
define COMM_ROAM            135
```

```
define COMM_RECOG              136
define COMM_ATTACK             137
define COMM_PAIN               138
define COMM_DYING              139
define OCTA_ROAM               140
define OCTA_RECOG              141
define OCTA_ATTACK1            142
define OCTA_PAIN               143
define OCTA_DYING              144
define TURR_ROAM               145
define TURR_RECOG              146
define TURR_ATTACK             147
define DUMPSTER_MOVE           148
define SLIM_DYING              149
define BOS3_ROAM               150
define BOS3_RECOG              151
define BOS3_ATTACK1            152
define BOS3_PAIN               153
define BOS1_ATTACK2            154
define COMM_SPIN               155
define BOS1_WALK               156
define DRON_ATTACK2            157
define THUD                    158
define OCTA_ATTACK2            159
define WIERDSHOT_FLY           160
define TURR_PAIN               161
define TURR_DYING              162
define SLIM_ROAM               163
define LADY_SCREAM             164
define DOOR_OPERATE2           165
define DOOR_OPERATE3           166
define DOOR_OPERATE4           167
define BORNTOBEWILDSND         168
define SHOTGUN_COCK            169
define GENERIC_AMBIENCE1       170
define GENERIC_AMBIENCE2       171
define GENERIC_AMBIENCE3       172
define GENERIC_AMBIENCE4       173
define GENERIC_AMBIENCE5       174
define GENERIC_AMBIENCE6       175
define BOS3_ATTACK2            176
define GENERIC_AMBIENCE17      177
define GENERIC_AMBIENCE18      178
define GENERIC_AMBIENCE19      179
define GENERIC_AMBIENCE20      180
```

```
define GENERIC_AMBIENCE21        181
define GENERIC_AMBIENCE22        182
define SECRETLEVELSND            183
define GENERIC_AMBIENCE8         184
define GENERIC_AMBIENCE9         185
define GENERIC_AMBIENCE10        186
define GENERIC_AMBIENCE11        187
define GENERIC_AMBIENCE12        188
define GENERIC_AMBIENCE13        189
define GENERIC_AMBIENCE14        190
define GENERIC_AMBIENCE15        192
define GENERIC_AMBIENCE16        193
define FIRE_CRACKLE              194
define BONUS_SPEECH1             195
define BONUS_SPEECH2             196
define BONUS_SPEECH3             197
define PIG_CAPTURE_DUKE          198
define BONUS_SPEECH4             199
define DUKE_LAND_HURT            200
define DUKE_HIT_STRIPPER1        201
define DUKE_TIP1                 202
define DUKE_KILLED2              203
define PRED_ROAM2                204
define PIG_ROAM2                 205
define DUKE_GETWEAPON1           206
define DUKE_SEARCH2              207
define DUKE_CRACK2               208
define DUKE_SEARCH               209
define DUKE_GET                  210
define DUKE_LONGTERM_PAIN        211
define MONITOR_ACTIVE            212
define NITEVISION_ONOFF          213
define DUKE_HIT_STRIPPER2        214
define DUKE_CRACK_FIRST          215
define DUKE_USEMEDKIT            216
define DUKE_TAKEPILLS            217
define DUKE_PISSRELIEF           218
define SELECT_WEAPON             219
define WATER_GURGLE              220
define DUKE_GETWEAPON4           221
define JIBBED_ACTOR1             222
define JIBBED_ACTOR2             223
define JIBBED_ACTOR3             224
define JIBBED_ACTOR4             225
define JIBBED_ACTOR5             226
```

```
define JIBBED_ACTOR6              227
define JIBBED_ACTOR7              228
define DUKE_GOTHEALTHATLOW           229
define BOSSTALKTODUKE            230
define WAR_AMBIENCE1             231
define WAR_AMBIENCE2             232
define WAR_AMBIENCE3             233
define WAR_AMBIENCE4             234
define WAR_AMBIENCE5             235
define WAR_AMBIENCE6             236
define WAR_AMBIENCE7             237
define WAR_AMBIENCE8             238
define WAR_AMBIENCE9             239
define WAR_AMBIENCE10             240
define ALIEN_TALK1          241
define ALIEN_TALK2          242
define EXITMENUSOUND            243
define FLY_BY             244
define DUKE_SCREAM            245
define SHRINKER_HIT           246
define RATTY            247
define INTO_MENU            248
define BONUSMUSIC            249
define DUKE_BOOBY            250
define DUKE_TALKTOBOSSFALL          251
define DUKE_LOOKINTOMIRROR          252
define PIG_ROAM3             253
define KILLME              254
define DRON_JETSND            255
define SPACE_DOOR1            256
define SPACE_DOOR2            257
define SPACE_DOOR3            258
define SPACE_DOOR4            259
define SPACE_DOOR5            260
define ALIEN_ELEVATOR1           261
define VAULT_DOOR            262
define JIBBED_ACTOR13            263
define DUKE_GETWEAPON6            264
define JIBBED_ACTOR8          265
define JIBBED_ACTOR9          266
define JIBBED_ACTOR10           267
define JIBBED_ACTOR11           268
define JIBBED_ACTOR12           269
define DUKE_KILLED4          270
define DUKE_KILLED5          271
```

```
define ALIEN_SWITCH1              272
define DUKE_STEPONFECES              273
define DUKE_LONGTERM_PAIN2              274
define DUKE_LONGTERM_PAIN3              275
define DUKE_LONGTERM_PAIN4              276
define COMPANB2              277
define KTIT              278
define HELICOP_IDLE              279
define STEPNIT              280
define SPACE_AMBIENCE1              281
define SPACE_AMBIENCE2              282
define SLIM_HATCH              283
define RIPHEADNECK              284
define FOUNDJONES              285
define ALIEN_DOOR1              286
define ALIEN_DOOR2              287
define ENDSEQVOL3SND4              288
define ENDSEQVOL3SND5              289
define ENDSEQVOL3SND6              290
define ENDSEQVOL3SND7              291
define ENDSEQVOL3SND8              292
define ENDSEQVOL3SND9              293
define WHIPYOURASS              294
define ENDSEQVOL2SND1              295
define ENDSEQVOL2SND2              296
define ENDSEQVOL2SND3              297
define ENDSEQVOL2SND4              298
define ENDSEQVOL2SND5              299
define ENDSEQVOL2SND6              300
define ENDSEQVOL2SND7              301
define GENERIC_AMBIENCE23              302
define SOMETHINGFROZE              303
define DUKE_LONGTERM_PAIN5              304
define DUKE_LONGTERM_PAIN6              305
define DUKE_LONGTERM_PAIN7              306
define DUKE_LONGTERM_PAIN8              307
define WIND_REPEAT              308
```

```
/*
----------------------------------------------------------------------
Duke Nukem 3D GAME.CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
----------------------------------------------------------------------


IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.


----------------------------------------------------------------------

*/

include DEFS.CON
include USER.CON

state genericshrunkcode
   ifcount 32 { ifpdistl SQUISHABLEDISTANCE pstomp }
   else { sizeto 9 8 spawn FRAMEEFFECT1 }
ends

move SHUTTLEVELS 16

actor SPACESHUTTLE TOUGH
 // ifmove 0 { move SHUTTLEVELS getv geth }
enda
```

```
actor SATELLITE TOUGH
 //  ifmove 0 { move SHUTTLEVELS getv geth }
 //  ifcount 120 move SHUTTLEVELS getv geth randomangle
enda


action ASHARKCRUZING 0 8 5 1 24
action ASHARKFLEE   0 8 5 1 10
action ASHARKATACK  0 8 5 1 6
action ASHARKSHRUNK  0 8 5 1 24
action ASHARKFROZEN  0 1 5 1 24


move SHARKVELS 24
move SHARKFASTVELS 72
move SHARKFLEEVELS 40


actor SHARK SHARKSTRENGTH ASHARKCRUZING SHARKVELS randomangle geth
   ifaction ASHARKSHRUNK
   {
     ifcount SHRUNKDONECOUNT action ASHARKCRUZING
     else ifcount SHRUNKCOUNT sizeto 24 24
     else state genericshrunkcode
   }
   else ifaction ASHARKFROZEN
   {
     fall

     ifcount THAWTIME { action ASHARKFLEE getlastpal }
     else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

     ifhitweapon
     {
       ifwasweapon FREEZEBLAST { strength 0 break }
       lotsofglass 30
       sound GLASS_BREAKING
       killit
     }
     else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
     break
   }
   else ifaction ASHARKFLEE
   {
     ifcount 16 ifrnd 48 { action ASHARKCRUZING move SHARKVELS randomangle geth }
   }
   else ifaction ASHARKCRUZING
```

```
    {
            ifcansee ifcount 48 ifrnd 2 { action ASHARKATACK move SHARKFASTVELS
faceplayerslow getv break }
        ifcount 32 ifnotmoving
        {
            ifrnd 128 move SHARKVELS randomangle geth
            else move SHARKFASTVELS randomangle geth
        }
    }
    else ifaction ASHARKATACK
    {
        ifcount 4
        {
            ifpdistl 1280
            {
                ifp palive ifcanshoottarget
                {
                    sound DUKE_GRUNT
                    palfrom 32 32
                    addphealth SHARKBITESTRENGTH
                }
                action ASHARKFLEE
                move SHARKFLEEVELS fleeenemy
            }
        }
        else ifnotmoving
            { ifcount 32 { action ASHARKCRUZING move SHARKVELS randomangle geth } }
        else ifcount 48 ifrnd 2
            { action ASHARKCRUZING move SHARKFASTVELS randomangle geth }
    }

    ifhitweapon
    {
        ifdead
            { sound SQUISHED guts JIBS6 5 killit }
        else
        {
            ifwasweapon SHRINKSPARK
            {
                action ASHARKSHRUNK
                sound ACTOR_SHRINKING
            }
            else ifwasweapon FREEZEBLAST
            {
                action ASHARKFROZEN
```

```
        sound SOMETHINGFROZE
        move 0
    }
      else move SHARKVELS randomangle geth
   }
  }
enda


action BLIMPWAITTORESPAWN

state blimphitstate
   cstat 0
   spawn FIRSTGUNSPRITE
   spawn EXPLOSION2

   debris SCRAP1 40        // Weapons and ammo!
   debris SCRAP2 32
   debris SCRAP3 32
   debris SCRAP4 32
   debris SCRAP5 32

   sound PIPEBOMB_EXPLODE
   ifrespawn { action BLIMPRESPAWNTIME move 0 cstat 32768 }
   else killit
ends

actor BLIMP 1

  ifaction BLIMPWAITTORESPAWN
  {
    ifcount RESPAWNACTORTIME
    {
      action 0
      cstat 0
      move 0
    }
    break
  }

  ifhitweapon
  {
    ifwasweapon RADIUSEXPLOSION state blimphitstate
    ifwasweapon RPG state blimphitstate
    strength 1
```

```
    }
  enda



  state rats
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
     ifrnd 128 spawn RAT
  ends

  move RESPAWN_ACTOR_FLAG

  action RUBCANDENT 1 1 1 1 1
  action RUBCAN

  actor RUBBERCAN WEAK
     ifaction RUBCANDENT { ifactioncount 16 { strength 0 action RUBCAN break } }
     else ifhitweapon
     {
        ifwasweapon RADIUSEXPLOSION { state rats ifrnd 48 spawn BURNING debris SCRAP3
12 killit }
        else action RUBCANDENT
     }
  enda

  state headhitstate
  // Unrem the following line to involving screen tilting during
  // low player hitpoint damage.



  // wackplayer



  ends



  action EXPBARRELFRAME      0  2  1  1  15
  actor EXPLODINGBARREL 26
     fall
```

```
ifaction EXPBARRELFRAME
{
    ifactioncount 2
    {
        hitradius 1024 WEAKEST WEAK MEDIUMSTRENGTH TOUGH
        spawn EXPLOSION2
        debris SCRAP2 2
        sound PIPEBOMB_EXPLODE
        killit
    }
    break
}
ifsquished
{
    debris SCRAP1 5
    killit
    break
}
ifhitweapon
    action EXPBARRELFRAME
enda

action BURNING_FLAME    0   12   1   1   2
move BURNING_VELS

state burningstate

    ifgapzl 16 break
    ifpdistg 10240 break

    ifcount 128
    {
        ifspawnedby TIRE
        {
            ifactioncount 512
            {
                sizeto 16 16
                killit
            }
            ifrnd 16 sizeto 64 48
        }
        else
        {
            sizeto 8 8 sizeto 8 8
            ifactioncount 192 killit
```

```
        }
    }
    else
    {
        ifmove 0 move BURNING_VELS

        ifspawnedby BOX
            { sizeto 32 32 ifcount 32 { spawn SMALLSMOKE killit } }
        else ifspawnedby TREE1 sizeto 96 96
        else ifspawnedby TREE2 sizeto 96 96
        else ifspawnedby APLAYER { sizeto 40 40 sizeto 40 40 }
        else sizeto 52 52
        ifp palive ifpdistl 844 ifrnd 32 ifcansee { soundonce DUKE_LONGTERM_PAIN addphealth
-1 palfrom 24 16 }
    }

ends

actor BURNING WEAK BURNING_FLAME
    state burningstate
enda

actor BURNING2 WEAK BURNING_FLAME
    state burningstate
enda

action TOILETWATERFRAMES 0 4 1 1 1
actor TOILETWATER 0 TOILETWATERFRAMES
    ifpdistl 8192
    {
        soundonce WATER_GURGLE
        ifspawnedby TOILET sizeto 34 34
        else
        {
            ifspawnedby WATERFOUNTAINBROKE
                sizeto 6 15
            else ifspawnedby TOILETWATER { } else sizeto 24 32
        }

        ifp palive ifpdistl RETRIEVEDISTANCE ifp pfacing ifactioncount 32
            ifphealthl MAXPLAYERHEALTH ifhitspace ifcansee
        {
            addphealth 1
            globalsound DUKE_DRINKING
            resetactioncount
```

```
        }
      }
    enda

  action WOODENHORSEFRAME  0  1  4
  action WOODENFALLFRAME  122  1  5

  actor HORSEONSIDE WEAKEST cactor WOODENHORSE action WOODENFALLFRAME enda
  actor WOODENHORSE WEAK WOODENHORSEFRAME
      fall
      ifhitweapon
      {
        ifdead
        {
          debris SCRAP1 4
          debris SCRAP2 3
          killit
        }
        else action WOODENFALLFRAME
      }
    enda

  state steamcode
      ifpdistl 8192 soundonce STEAM_HISSING

      ifcount 20
      {
        resetcount
        ifp palive ifpdistl 1024
        {
          addphealth -1
          palfrom 16 16
        }
      }
      else
      {
        ifspawnedby STEAM break ifspawnedby CEILINGSTEAM break
        sizeto 24 24
      }
    ends

  action STEAMFRAMES    0    5    1    1    1
  actor STEAM 0 STEAMFRAMES
      state steamcode
    enda
```

```
actor CEILINGSTEAM 0 STEAMFRAMES
    state steamcode
enda

actor WATERBUBBLEMAKER 0 0 randomangle
    ifpdistl 3084 ifrnd 24 spawn WATERBUBBLE
enda

action BUBBLE
action CRACKEDBUBBLE    1
move BUBMOVE          -10 -36
move BUBMOVEFAST        -10 -52

actor WATERBUBBLE 0 BUBBLE BUBMOVE getv geth randomangle

    ifaction CRACKEDBUBBLE
    {
        ifinwater ifrnd 192 killit
        ifactioncount 7 killit
    }
    else
    {
        ifcount 4
        {
            ifrnd 192 move BUBMOVE getv geth randomangle
            else move BUBMOVEFAST getv geth randomangle
            resetcount
        }

        ifonwater
        {
            iffloordistl 8 action CRACKEDBUBBLE
        }
        else ifactioncount 40 action CRACKEDBUBBLE
    }
enda


move SMOKEVEL 8 -16
move ENGINE_SMOKE 64 -64
move SMOKESHOOTOUT -192
action SMOKEFRAMES 0 4 1 1 10
actor SMALLSMOKE 0 SMOKEFRAMES
    ifmove 0
    {
```

```
        ifspawnedby RECON
            move SMOKESHOOTOUT geth
        else ifspawnedby SECTOREFFECTOR
            move ENGINE_SMOKE geth getv
        else move SMOKEVEL geth getv faceplayer
        ifspawnedby RPG
        cstat 2
    }
    ifpdistl 1596 ifspawnedby RPG killit
    ifactioncount 4 killit
enda


action BARREL_DENTING  2 2 1 1 6
action BARREL_DENTED   1
action BARREL_DENTED2  2


move SPAWNED_BLOOD


actor NUKEBARRELDENTED WEAK
    cactor NUKEBARREL
    action BARREL_DENTED
enda


actor NUKEBARRELLEAKED WEAK
    cactor NUKEBARREL
    action BARREL_DENTED2
enda


actor NUKEBARREL MEDIUMSTRENGTH
    ifsquished
    {
        debris SCRAP1 32
        spawn BLOODPOOL
        spawn OOZ
        killit
    }
    fall
    ifaction BARREL_DENTING
    {
        ifactioncount 2
        {
            debris SCRAP1 10
            ifrnd 2 spawn BLOODPOOL
            killit
        }
```

```
      }
   else ifhitweapon
   {
      ifdead
      {
         sound VENT_BUST

         ifrnd 128
            spawn BLOODPOOL
         action BARREL_DENTING
      },
      else
      {
      ifaction 0
         action BARREL_DENTED
      else ifaction BARREL_DENTED
      {
         action BARREL_DENTED2
         spawn BLOODPOOL
      }
      else ifaction BARREL_DENTED2
         action BARREL_DENTING

      }
   }
enda

state burningbarrelcode
   fall
   ifcount 32
   {
      resetcount
      ifp palive ifpdistl 1480 ifp phigher
      {
         addphealth -1
         palfrom 16 16
         ifrnd 96 sound DUKE_LONGTERM_PAIN
      }
   }
   ifhitweapon
   {
      sound VENT_BUST
      debris SCRAP1 10
      ifrnd 128 spawn BURNING
      else spawn BURNING2
      killit
```

```
    }
ends

actor FIREBARREL state burningbarrelcode enda
actor FIREVASE state burningbarrelcode enda

action SHRINKERFRAMES 0 4 1 1 10
actor SHRINKEREXPLOSION 0 SHRINKERFRAMES
    ifactioncount 4 killit
enda

action EXPLOSION_FRAMES 0 20 1 1  4
actor EXPLOSION2 1 EXPLOSION_FRAMES
    ifactioncount 20 killit
enda

actor EXPLOSION2BOT 1 EXPLOSION_FRAMES
    ifactioncount 20 killit
enda

action FFLAME_FR 0 16 1 1 1
action FFLAME 0 1 1 1 1

actor FLOORFLAME 0 FFLAME_FR
    ifaction FFLAME_FR
    {
        ifpdistl 1024 hitradius 1024 WEAKEST WEAKEST WEAKEST WEAKEST
        ifactioncount 16
            action FFLAME
    }
    ifaction FFLAME ifrnd 4
    {
        action FFLAME_FR
        sound CAT_FIRE
        resetactioncount
    }

enda


action ASATNSPIN  0 5 1 1 4
action ASATSHOOTING -10 3 5 1 40
action ASATWAIT 0 1 5 1 1
move TURRVEL
```

```
actor ROTATEGUN ROTTURRETSTRENGTH
// ASATSHOOTING TURRVEL faceplayer

    ifaction 0
    {
        action ASATSHOOTING
        move TURRVEL faceplayer
    }
    else ifaction ASATNSPIN
        { ifactioncount 32 { action ASATWAIT move TURRVEL faceplayer } }
    else ifaction ASATSHOOTING
    {
        ifactioncount 12 { ifrnd 32 action ASATWAIT }
        ifcount 32 resetcount
        else ifcount 16 { ifcount 17 { } else { sound PRED_ATTACK shoot FIRELASER } }
        else ifcount 4 { ifcount 5 { } else { ifcansee ifcanshoottarget { sound PRED_ATTACK shoot
FIRELASER } } }
    }
    else ifaction ASATWAIT
        { ifactioncount 64 ifrnd 32 ifp palive ifcansee { action ASATSHOOTING move TURRVEL
faceplayer } }
    ifhitweapon { ifdead { addkills 1 sound LASERTRIP_EXPLODE debris SCRAP1 15 spawn
EXPLOSION2 killit }
        else { action ASATNSPIN debris SCRAP1 4 } move 0 }

enda

action RIP_F 0 8 1 1 1
actor FORCERIPPLE 0 RIP_F
    ifactioncount 8 killit
enda

action TRANSFOWARD 0  6  1  1  2
action TRANSBACK   5  6  1 -1  2
actor TRANSPORTERSTAR 0 TRANSFOWARD
    ifaction TRANSFOWARD
    {
        ifactioncount 6
            action TRANSBACK
    }
    else
        ifactioncount 6 killit
enda

action BEAMFOWARD  0  4  1  1  9
```

```
actor TRANSPORTERBEAM 0 BEAMFOWARD
   sizeto 32 64 sizeto 32 64 sizeto 32 64
   ifactioncount 4 killit
enda

state getcode
   ifactor ATOMICHEALTH globalsound GETATOMICHEALTH
   else globalsound DUKE_GET
   palfrom 16 0 32
   ifrespawn
   {
      move RESPAWN_ACTOR_FLAG
      spawn RESPAWNMARKERRED
      cstat 32768
   }
   else killit
ends

state randgetweapsnds
   ifrnd 64 globalsound DUKE_GETWEAPON1
   else ifrnd 96 globalsound DUKE_GETWEAPON2
   else ifrnd 128 globalsound DUKE_GETWEAPON3
   else ifrnd 140 globalsound DUKE_GETWEAPON4
   else globalsound DUKE_GETWEAPON6
ends

state getweaponcode

   state randgetweapsnds

   palfrom 32 0 32
   ifgotweaponce 1 break
   ifrespawn
   {
      move RESPAWN_ACTOR_FLAG
      spawn RESPAWNMARKERRED
      cstat 32768
   }
   else killit
ends

state respawnit
   ifcount RESPAWNITEMTIME { spawn TRANSPORTERSTAR move 0 cstat 0 sound
TELEPORTER }
```

```
ends

state quikget
    ifactor ATOMICHEALTH globalsound GETATOMICHEALTH
    else globalsound DUKE_GET
    palfrom 16 0 32
    killit
ends

state quikweaponget
    state randgetweapsnds
    palfrom 32 0 32
    ifgotweaponce 1 break
    killit
ends

actor STEROIDS
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE
        ifpinventory GET_STEROIDS STEROID_AMOUNT ifcanseetarget
    {
        addinventory GET_STEROIDS STEROID_AMOUNT quote 37 state getcode
        ifspawnedby STEROIDS state getcode
        else state quikget
    }
enda

actor HEATSENSOR
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    . else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_HEATS HEAT_AMOUNT
        ifcanseetarget
    {
        addinventory GET_HEATS HEAT_AMOUNT quote 101 state getcode
        ifspawnedby HEATSENSOR state getcode
        else state quikget
    }
enda

actor BOOTS
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
```

```
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_BOOTS BOOT_AMOUNT
       ifcanseetarget
    {
       addinventory GET_BOOTS BOOT_AMOUNT quote 6
       ifspawnedby BOOTS state getcode
       else state quikget
    }
enda

actor SHIELD
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_SHIELD SHIELD_AMOUNT
       ifcanseetarget
    {
       ifspawnedby PIGCOP
       {
          ifrnd 128 addinventory GET_SHIELD PIG_SHIELD_AMOUNT1
          else addinventory GET_SHIELD PIG_SHIELD_AMOUNT2
          quote 104
          sound KICK_HIT palfrom 24 0 32 killit
       }
       else addinventory GET_SHIELD SHIELD_AMOUNT quote 38
       ifspawnedby SHIELD state getcode
       else state quikget
    }
enda

actor AIRTANK
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_SCUBA SCUBA_AMOUNT
       ifcanseetarget
    {
       addinventory GET_SCUBA SCUBA_AMOUNT quote 39 state getcode
       ifspawnedby AIRTANK state getcode
       else state quikget
    }
enda

action HOLODUKE_FRAMES 0 4 1 1 8
actor HOLODUKE 0 HOLODUKE_FRAMES
```

```
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_HOLODUKE HOLODUKE_AMOUNT
     ifcanseetarget
   {
     addinventory GET_HOLODUKE HOLODUKE_AMOUNT quote 51 state getcode
     ifspawnedby HOLODUKE state getcode
     else state quikget
   }
 enda

 actor JETPACK
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifpinventory
GET_JETPACK JETPACK_AMOUNT ifcanseetarget
   {
     addinventory GET_JETPACK JETPACK_AMOUNT quote 41 state getcode
     ifspawnedby JETPACK state getcode
     else state quikget
   }
 enda

 actor ACCESSCARD
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
   {
     ifpinventory GET_ACCESS 0 break
     addinventory GET_ACCESS 1
     quote 43
     state getcode
   }
 enda

 // test boss_recod


 actor AMMO
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
   {
     addammo PISTOL_WEAPON PISTOLAMMOAMOUNT quote 65
```

```
         ifspawnedby AMMO state getcode
         else state quikget
      }
   enda


   actor FREEZEAMMO
      fall
      ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
      {
         addammo FREEZE_WEAPON FREEZEAMMOAMOUNT quote 66
         ifspawnedby FREEZEAMMO state getcode
         else state quikget
      }
   enda




   actor SHOTGUNAMMO
      fall
      ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
      {
         addammo SHOTGUN_WEAPON SHOTGUNAMMOAMOUNT quote 69
         ifspawnedby SHOTGUNAMMO state getcode
         else state quikget
      }
   enda

   actor AMMOLOTS
      fall
      ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
      {
         addammo PISTOL_WEAPON 48 quote 65
         ifspawnedby AMMOLOTS state getcode
         else state quikget
      }
   enda

   actor CRYSTALAMMO
      fall
      ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
      {
```

```
        addammo SHRINKER_WEAPON CRYSTALAMMOAMOUNT quote 78
        ifspawnedby CRYSTALAMMO state getcode
        else state quikget
    }
enda


actor BATTERYAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo CHAINGUN_WEAPON CHAINGUNAMMOAMOUNT quote 63
        ifspawnedby BATTERYAMMO state getcode
        else state quikget
    }
enda


actor DEVISTATORAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo DEVISTATOR_WEAPON DEVISTATORAMMOAMOUNT quote 14
        ifspawnedby DEVISTATORAMMO state getcode
        else state quikget
    }
enda


actor RPGAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo RPG_WEAPON RPGAMMOBOX quote 64
        ifspawnedby RPGAMMO state getcode
        else state quikget
    }
enda


actor HBOMBAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break // ( Multiplayer (mode 3) only )
```

```
        addweapon HANDBOMB_WEAPON 1 quote 55
        addammo HANDBOMB_WEAPON HANDBOMBBOX

        ifspawnedby F™OMBAMMO state getweaponcode
        else state quikweaponget
    }
enda

actor RPGSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break // ( Multiplayer (mode 3) only )

        addweapon RPG_WEAPON RPGAMMOBOX quote 56
        ifspawnedby RPGSPRITE state getweaponcode
        else state quikweaponget
    }
enda

// 531.89 GTE.
// IMA.
// PO BOX 4629
// Rocford ill, 61110-4629
// Ms. Lee

actor SHOTGUNSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifspawnedby PIGCOP
        {
            addweapon SHOTGUN_WEAPON 0
            ifrnd 64 addammo SHOTGUN_WEAPON 4
            else ifrnd 64 addammo SHOTGUN_WEAPON 3
            else ifrnd 64 addammo SHOTGUN_WEAPON 2
            else addammo SHOTGUN_WEAPON 1
        }
        else
        {
            ifgotweaponce 0 break // Multiplayer only
            addweapon SHOTGUN_WEAPON SHOTGUNAMMOAMOUNT quote 57
        }
```

```
      ifspawnedby SHOTGUNSPRITE state getweaponcode
      else state quikweaponget
  }
enda



actor SIXPAK
  fall
  ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifphealthl
MAXPLAYERHEALTH ifcanseetarget
  {
    addphealth 30 quote 62
    ifspawnedby SIXPAK state getcode
    else state quikget
  }
enda

actor COLA
  fall
  ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifphealthl
MAXPLAYERHEALTH // ifcanseetarget
  {
    addphealth 10 quote 61
    ifspawnedby COLA state getcode
    else state quikget
  }
enda

actor ATOMICHEALTH
  fall
  ifmove RESPAWN_ACTOR_FLAG state respawnit
  else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    ifphealthl MAXPLAYERATOMICHEALTH
  {
    addphealth 50 quote 19
    ifspawnedby ATOMICHEALTH state getcode
    else state quikget
  }
enda
```

```
actor FIRSTAID
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifp distl RETRIEVEDISTANCE ifcount 6
        ifpinventory GET_FIRSTAID FIRSTAID_AMOUNT ifcanseetarget
    {
        addinventory GET_FIRSTAID FIRSTAID_AMOUNT quote 3

        ifspawnedby FIRSTAID state getcode
        else state quikget
    }
enda


actor FIRSTGUNSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break

        addweapon PISTOL_WEAPON 48
        ifspawnedby FIRSTGUNSPRITE state getweaponcode
        else state quikweaponget
    }
enda


actor TRIPBOMBSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break

        addweapon TRIPBOMB_WEAPON 1
        quote 58
        ifspawnedby TRIPBOMBSPRITE state getweaponcode
        else state quikweaponget
    }
enda

actor CHAINGUNSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
```

```
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break

        addweapon CHAINGUN_WEAPON 50 quote 54
        ifspawnedby CHAINGUNSPRITE state getweaponcode
        else state quikweaponget
    }
enda




actor SHRINKERSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break

        addweapon SHRINKER_WEAPON 10 quote 60
        ifspawnedby SHRINKERSPRITE state getweaponcode
        else state quikweaponget
    }
enda

actor FREEZESPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break

        addweapon FREEZE_WEAPON FREEZEAMMOAMOUNT quote 59
        ifspawnedby FREEZESPRITE state getweaponcode
        else state quikweaponget
    }
enda

actor DEVISTATORSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break // ( Multiplayer (mode 3) only )
```

```
        addweapon DEVISTATOR_WEAPON DEVISTATORAMMOAMOUNT quote 87
        ifspawnedby DEVISTATORSPRITE state getweaponcode
        else state quikweaponget
    }
enda


state firestate

    ifgapzl 16 break
    ifinwater killit

    ifp palive ifpdistl 844 ifrnd 32 ifcansee { soundonce DUKE_LONGTERM_PAIN addphealth -1
palfrom 32 32 }

    ifactor FIRE ifspawnedby FIRE break
    else ifactor FIRE2 ifspawnedby FIRE2 break

    iffloordistl 128
    {
        ifcount 32 sizeto 8 8
        ifcount 64 killit
    }
    else killit

ends

action FIRE_FRAMES    -1 14 1 1 1
move FIREVELS
actor FIRE WEAK FIRE_FRAMES FIREVELS state firestate enda
actor FIRE2 WEAK FIRE_FRAMES FIREVELS state firestate enda

actor FECES
    ifcount 24
    {
        ifpdistl RETRIEVEDISTANCE
        {
            soundonce DUKE_STEPONFECES
            sound STEPNIT

            spawn BLOODPOOL   // Will be brown
            killit
        }
    }
    else sizeto 32 32
```

```
enda

state drop_ammo ifrnd SPAWNAMMOODDS spawn AMMO ends
state drop_battery ifrnd SPAWNAMMOODDS spawn BATTERYAMMO ends
state drop_sgshells ifrnd SPAWNAMMOODDS spawn SHOTGUNAMMO ends
state drop_shotgun ifrnd SPAWNAMMOODDS spawn SHOTGUNSPRITE ends
state drop_chaingun
    ifrnd SPAWNAMMOODDS
    {
        ifrnd 32 spawn CHAINGUNSPRITE
        else spawn BATTERYAMMO
    }
ends

state jib_sounds
    ifrnd SWEARFREQUENCY
    {
        ifrnd 16 globalsound JIBBED_ACTOR1
        else ifrnd 16 globalsound JIBBED_ACTOR2
        else ifrnd 16 globalsound JIBBED_ACTOR3
        else ifrnd 16 globalsound JIBBED_ACTOR5
        else ifrnd 16 globalsound JIBBED_ACTOR6
        else ifrnd 16 globalsound JIBBED_ACTOR10
        else ifrnd 16 globalsound JIBBED_ACTOR7
        else ifrnd 16 globalsound JIBBED_ACTOR4
        else ifrnd 16 globalsound JIBBED_ACTOR8
        else ifrnd 16 globalsound JIBBED_ACTOR13
        else ifrnd 16 globalsound JIBBED_ACTOR9
        else ifrnd 16 globalsound JIBBED_ACTOR11
        else ifrnd 16 globalsound JIBBED_ACTOR12
    }
ends

state standard_jibs
    guts JIBS2 1
    guts JIBS3 2
    guts JIBS4 3
    guts JIBS5 2
    guts JIBS6 3
    ifrnd 4 { guts JIBS1 1 spawn BLOODPOOL }         // spine
    state jib_sounds
ends

action FEMSHRUNK
action FEMFROZEN1 1
```

```
action FEMFROZEN2
action FEMDANCE1 19 1 1 1 16
action FEMDANCE3 19 1 1 1 26

action FEMDANCE2 20 2 1 1 10
action FEMANIMATE

state femcode

    ifactor NAKED1 { } else ifactor FEM6 { } else
    {
        fall
        ifactor BLOODYPOLE ifhitweapon ifdead
            { state standard_jibs killit }
    }

    ifaction FEMSHRUNK
    {
        ifcount SHRUNKDONECOUNT action FEMANIMATE
        else ifcount SHRUNKCOUNT sizeto 40 40
        else state genericshrunkcode
    }
    else ifaction FEMDANCE1 { ifactioncount 2 action FEMDANCE2 }
    else ifaction FEMDANCE2 { ifactioncount 8 action FEMDANCE3 }
    else ifaction FEMDANCE3 { ifactioncount 2 action FEMANIMATE }
    else ifaction FEMFROZEN1
    {
        ifcount THAWTIME { action FEMANIMATE getlastpal }
        else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

        ifhitweapon
        {
            ifwasweapon FREEZEBLAST { strength 0 break }
            lotsofglass 30
            sound GLASS_BREAKING
            respawnhitag
            ifrnd 84 spawn BLOODPOOL
            killit
        }
        else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
        break
    }
    else ifaction FEMFROZEN2
    {
```

```
  ifcount THAWTIME { action FEMANIMATE getlastpal }
  else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

  ifhitweapon
  {
    ifwasweapon FREEZEBLAST { strength 0 break }
    lotsofglass 30

    sound GLASS_BREAKING
    ifrnd 84 spawn BLOODPOOL
    respawnhitag

    ifrnd 128 sound DUKE_HIT_STRIPPER1
    else sound DUKE_HIT_STRIPPER2

    killit
  }
  else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
  break
}

ifhitweapon
{
  ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING count 0 action FEMSHRUNK
break }

  ifdead
  {
    ifwasweapon FREEZEBLAST
    {
      ifaction FEMSHRUNK break

      ifactor NAKED1 action FEMFROZEN2
      else ifactor FEM5 action FEMFROZEN2
      else ifactor FEM6 action FEMFROZEN2
      else ifactor FEM8 action FEMFROZEN2
      else ifactor FEM9 action FEMFROZEN2
      else ifactor PODFEM1 action FEMFROZEN2
      else action FEMFROZEN1

      move 0
      spritepal 1
      strength 0
```

```
        sound SOMETHINGFROZE

        break
    }

    ifrnd 128 sound DUKE_HIT_STRIPPER1
    else sound DUKE_HIT_STRIPPER2

    respawnhitag
    state standard_jibs

    shoot BLOODSPLAT1
    shoot BLOODSPLAT2
    shoot BLOODSPLAT3
    shoot BLOODSPLAT4
    spawn BLOODPOOL

    ifactor FEM1 money 5
    else ifactor FEM2 { money 7 cactor BARBROKE cstat 0 }
    else ifactor FEM3 money 4
    else ifactor FEM7 money 8

    ifactor FEM5 { strength TOUGH cactor BLOODYPOLE }
    else ifactor FEM6 { cstat 0 cactor FEM6PAD }
    else ifactor FEM8 { strength TOUGH cactor BLOODYPOLE }
    else
    {
        spritepal 6
        soundonce LADY_SCREAM
        ifactor NAKED1 debris SCRAP3 18
        else ifactor PODFEM1 debris SCRAP3 18
        killit
    }
    }
    else
    {
        sound SQUISHED
        guts JIBS6 1
        ifactor FEM8 break
        soundonce LADY_SCREAM
    }
    }
ends

state killme
```

```
      ifp pfacing ifpdistl 1280 ifhitspace soundonce KILLME
   ends

   state tipme
      ifp pfacing ifpdistl 1280 ifhitspace
      {
         tip
         ifrnd 128 soundonce DUKE_TIP1
         else soundonce DUKE_TIP2
         ifactor FEM1 action FEMDANCE1
      }
   ends

   actor FEM1 TOUGH FEMANIMATE state tipme state femcode enda
   actor FEM2 TOUGH FEMANIMATE state tipme state femcode enda
   actor FEM3 TOUGH FEMANIMATE state tipme state femcode enda
   actor FEM4 TOUGH FEMANIMATE state femcode enda
   actor FEM5 TOUGH FEMANIMATE state killme state femcode enda
   actor FEM6 TOUGH FEMANIMATE state killme state femcode enda
   actor FEM7 TOUGH FEMANIMATE state tipme state femcode enda
   actor FEM8 TOUGH FEMANIMATE state femcode enda
   actor FEM9 TOUGH FEMANIMATE state femcode enda
   actor NAKED1 TOUGH FEMANIMATE state killme state femcode enda
   actor PODFEM1 TOUGH FEMANIMATE state killme state femcode enda
   actor BLOODYPOLE TOUGH state femcode enda

   actor STATUEFLASH fall // state statuehit
      ifcount 32 cactor STATUE
   enda

   actor STATUE fall
      ifp pfacing ifpdistl 1280 ifhitspace { cactor STATUEFLASH move 0 }
   enda

   actor MIKE
      ifp pfacing ifpdistl 1280 ifhitspace mikesnd
   enda

   state troop_body_jibs
      ifrnd 64 guts HEADJIB1 1
      ifrnd 64 guts LEGJIB1 2
      ifrnd 64 guts ARMJIB1 1
      ifrnd 48 spawn BLOODPOOL
   ends
```

```
state liz_body_jibs
ifrnd 64 guts LIZMANHEAD1 1
   ifrnd 64 guts LIZMANLEG1 2
   ifrnd 64 guts LIZMANARM1 1
   ifrnd 48 spawn BLOODPOOL
ends

state delete_enemy killit ends


action BLOODFRAMES 0 4 1 1 15
actor BLOOD 0 BLOODFRAMES
   sizeto 72 72 sizeto 72 72 sizeto 72 72
   ifpdistg 3144 killit
   ifactioncount 4 killit
enda

action EGGOPEN1 1 1 1 1 4
action EGGOPEN2 2 1 1 1 4
action EGGOPEN3 2 1 1 1 4
action EGGWAIT  0
action EGGFROZEN 1
action EGGSHRUNK 1

actor EGG TOUGH
  ifaction 0
  {
    ifcount 64
    {
      ifrnd 128 { action EGGWAIT move 0 }
      else
      {
        sound SLIM_HATCH
        action EGGOPEN1
      }
    }
  }
  else ifaction EGGOPEN1 ifactioncount 4 action EGGOPEN2
  else ifaction EGGOPEN2 ifactioncount 4 { spawn GREENSLIME action EGGOPEN3 }
  else ifaction EGGSHRUNK
  {
    ifcount SHRUNKDONECOUNT action EGGOPEN2
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
  }
```

```
    else ifaction EGGFROZEN
  {
    ifcount THAWTIME { action 0 getlastpal }
    else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

    ifhitweapon
    {
      ifwasweapon FREEZEBLAST { strength 0 break }
      lotsofglass 30

      sound GLASS_BREAKING
      ifrnd 84 spawn BLOODPOOL

      addkills 1
      killit
    }

    // ifp pducking
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick

    break
  }

  ifhitweapon
  {
    ifwasweapon SHRINKSPARK { move 0 sound ACTOR_SHRINKING action EGGSHRUNK
break }

    ifdead
    {
      ifwasweapon FREEZEBLAST
        { sound SOMETHINGFROZE spritepal 1 move 0 action EGGFROZEN strength 0 break
}

      addkills 1

      sound SQUISHED

      state standard_jibs
      state delete_enemy
    }
  }
  else ifaction EGGWAIT
  {
```

```
        ifcount 512 ifrnd 2
        {
            ifaction EGGSHRUNK break
            sound SLIM_HATCH
            action EGGOPEN1
        }
    }

enda

actor KNEE KNEE_WEAPON_STRENGTH enda
actor SPIT SPIT_WEAPON_STRENGTH enda
actor CHAINGUN CHAINGUN_WEAPON_STRENGTH enda
actor SHOTGUN SHOTGUN_WEAPON_STRENGTH enda
actor FIRELASER FIRELASER_WEAPON_STRENGTH enda
actor HEAVYHBOMB HANDBOMB_WEAPON_STRENGTH enda
actor BOUNCEMINE BOUNCEMINE_WEAPON_STRENGTH enda
actor MORTER MORTER_WEAPON_STRENGTH enda
actor SHRINKSPARK SHRINKER_WEAPON_STRENGTH enda
actor RPG RPG_WEAPON_STRENGTH enda
actor FREEZEBLAST FREEZETHROWER_WEAPON_STRENGTH enda
actor DEVISTATORBLAST FREEZETHROWER_WEAPON_STRENGTH enda
actor COOLEXPLOSION1 COOL_EXPLOSION_STRENGTH enda
actor TRIPBOMB TRIPBOMB_STRENGTH enda

action WEAP2FRAMES 0  4  1  1  6
actor SHOTSPARK1 PISTOL_WEAPON_STRENGTH WEAP2FRAMES
    ifdead killit
    ifactioncount 4 killit
    else
    {
        ifactioncount 3 { ifinwater spawn WATERBUBBLE }
        else ifcount 2 { } else ifonwater spawn WATERSPLASH2
    }
enda

state standard_pjibs
    guts JIBS1 1
    guts JIBS3 2
    guts JIBS4 1
    guts JIBS5 1
    guts JIBS6 2
    guts DUKETORSO 1
    guts DUKELEG 2
    guts DUKEGUN 1
```

```
      ifrnd 16 money 1
   ends

   movr DUKENOTMOVING
   state handle_dead_dukes
      fall
      ifmove 0     // 1st time initializiation...
      {
         ifrnd 128 cstat 4
         else cstat 0
         move DUKENOTMOVING
      }

      ifsquished
      {
         sound SQUISHED
         spawn OOZ
         killit
      }
      else ifcount 1024 ifpdistg 4096 killit
      else
      {
         strength 0
         ifhitweapon ifwasweapon RADIUSEXPLOSION
         {
            state standard_jibs
            killit
         }
      }
   ends

   action PLYINGFRAMES 0 1 0 1 1
   actor DUKELYINGDEAD 0 PLYINGFRAMES
      state handle_dead_dukes
   enda

   action PSTAND      0  1  5  1   1
   action PEXPLODE    106  5  1  1  10
   action PEXPLODEAD   113  1  1

   action PJPHOUVER   15  1  5  1
   action PWALK       20  4  5  1  16
   action PRUN        20  4  5  1  10
   action PWALKBACK   45  4  5 -1  16
   action PRUNBACK    45  4  5 -1  10
```

```
action PJUMPING    50  4  5  1  30
action PFALLING    65  1  5
action PDUCKING    86  1  5
action PCRAWLING   86  3  5  1  20
action PAKICKING   40  2  5  1  25
action PFLINTCHING 106 1  1  1  10
action PTHROWNBACK 106 5  1  1  18
action PFROZEN     20  1  5
action PLYINGDEAD  113 1  1

action PSWIMMINGGO   375 1  5  1  10
action PSWIMMING     375 4  5  1  13
action PSWIMMINGWAIT 395 1  5  1  13
action PTREDWATER    395 2  5  1  17

move PSTOPED
move PSHRINKING // used as a var only

state check_dead_thrown_back
   ifdead
   {
      strength 0
      action PTHROWNBACK
   }
ends

state check_pstandard
   ifp pwalking action PWALK
   else ifp pkicking action PAKICKING
   else ifp pwalkingback action PWALKBACK
   else ifp prunning action PRUN
   else ifp prunningback action PRUNBACK
   else ifp pjumping
       action PJUMPING
   else ifp pducking action PDUCKING
ends

state random_wall_jibs
   ifrnd 96 shoot BLOODSPLAT1
   ifrnd 96 shoot BLOODSPLAT2
   ifrnd 96 shoot BLOODSPLAT3
   ifrnd 96 shoot BLOODSPLAT4
   ifrnd 96 shoot BLOODSPLAT1
ends
```

```
actor APLAYER 100 PSTAND 0 0

  ifaction 0 action PSTAND
  ifdead
  {
     ifsquished palfrom 32 63 63 63
     else fall

     ifactioncount 7 { move 0 } else ifactioncount 6
     {
       ifmultiplayer { }
       else
       {
         ifrnd 32 sound DUKE_KILLED5
         else ifrnd 32 sound DUKE_KILLED3
         else ifrnd 32 sound DUKE_KILLED1
         else ifrnd 32 sound DUKE_KILLED2
       }
     }

     ifaction PLYINGDEAD
     {
       ifactioncount 3 move PSTOPED
       quote 13
       ifhitspace
       {
         action PSTAND
         spawn DUKELYINGDEAD
         resetplayer
       }
       break
     }
     else ifaction PTHROWNBACK
     {
       ifactioncount 5
       {
         spawn BLOODPOOL
         action PLYINGDEAD
       }
       else ifactioncount 1 move 0
       break
     }
     else ifaction PFROZEN
     {
       cstat 257
```

```
    palfrom 16 0 0 24

    ifhitweapon
    {
       ifwasweapon FREEZEBLAST break
       lotsofglass 60
       ifrnd 84 spawn BLOODPOOL

       getlastpal
       sound GLASS_BREAKING
       spawn ATOMICHEALTH
       cstat 32768
       action PLYINGDEAD
       break
    }

    ifactioncount THAWTIME { getlastpal strength 1 move 0 action PSTAND }
    else ifactioncount FROZENDRIPTIME { ifrnd 32 spawn WATERDRIP }

    ifp pfacing   // assumes some other player
       ifpdistl FROZENQUICKKICKDIST pkick

    break
}
else ifaction PEXPLODEAD
{
    quote 13
    ifhitspace
    {
       action PSTAND
       resetplayer
    }
    break
}
else ifaction PEXPLODE
{
    ifactioncount 5
    {
       action PEXPLODEAD
       spawn BLOODPOOL
    }
    break
}

else ifp pshrunk
```

```
        {
          state standard_pjibs
          spawn BLOODPOOL

          sound SQUISHED
          sound DUKE_DEAD

          cstat 32768          // Hide the sprite

          action PLYINGDEAD
        }

      else
      {
        ifinwater
        {
          action PLYINGDEAD
          spawn WATERBUBBLE
          spawn WATERBUBBLE
        }
        else
        {
          action PEXPLODE
          state standard_pjibs
          cstat 32768
          sound SQUISHED
          sound DUKE_DEAD
        }
      }
      break
    }

  ifsquished
  {
    strength -1
    sound SQUISHED
    spawn OOZ
    break
  }

  ifp ponsteroids
  {
    ifp pstanding { }
    else spawn FRAMEEFFECT1
  }
```

```
ifmove PSHRINKING
{
   ifcount 32
   {
      ifcount SHRUNKDONECOUNT move 0
      else ifcount SHRUNKCOUNT
      {
         sizeto 42 36
         ifgapzl 24
         {
            strength 0
            sound SQUISHED
            palfrom 48 64
            break
         }
      }
      else ifp ponsteroids count SHRUNKCOUNT
   }
   else
   {
      ifp ponsteroids count SHRUNKCOUNT
      else { sizeto 8 9 spawn FRAMEEFFECT1 }
   }
}

else ifhitweapon
{
   ifdead { ifmultiplayer sound DUKE_KILLED4 }
   else
   {
      ifmultiplayer
      {
         ifphealthl YELLHURTSOUNDSTRENGTHMP
         {
            ifrnd 64 sound DUKE_LONGTERM_PAIN2
            else ifrnd 64 sound DUKE_LONGTERM_PAIN3
            else ifrnd 64 sound DUKE_LONGTERM_PAIN4
            else sound DUKE_DEAD
         }
         else
         {
            ifrnd 64 sound DUKE_LONGTERM_PAIN5
            else ifrnd 64 sound DUKE_LONGTERM_PAIN6
            else ifrnd 64 sound DUKE_LONGTERM_PAIN7
            else sound DUKE_LONGTERM_PAIN8
```

```
            }
        }
        else
        {
            ifphealthl YELLHURTSOUNDSTRENGTH
            {
                ifrnd 74 sound DUKE_LONGTERM_PAIN2
                else ifrnd 8 sound DUKE_LONGTERM_PAIN3
                else sound DUKE_LONGTERM_PAIN4
            }
            ifrnd 128 sound DUKE_LONGTERM_PAIN
        }
    }
    ifstrength TOUGH
    {
        state headhitstate
        sound DUKE_GRUNT
        ifp pstanding action PFLINTCHING
    }

    ifwasweapon RPG
    {
        ifrnd 32 spawn BLOOD
        ifdead state standard_pjibs
        palfrom 48 52
        break
    }
    ifwasweapon RADIUSEXPLOSION
    {
        ifrnd 32 spawn BLOOD
        ifdead state standard_pjibs
        palfrom 48 52
        break
    }
    ifwasweapon FIREEXT
    {
        ifrnd 32 spawn BLOOD
        ifdead state standard_pjibs
        palfrom 48 52
        break
    }

    ifwasweapon SHRINKSPARK
    {
        palfrom 48 0 48
```

```
      move PSHRINKING // used as a var only.
      sound ACTOR_SHRINKING
      break
   }


   ifwasweapon SHOTSPARK1 palfrom 24 48
   else ifwasweapon FREEZEBLAST
   {
      palfrom 48 0 0 48
      ifdead { sound SOMETHINGFROZE spritepal 1 action PFROZEN break }
   }
   else ifwasweapon COOLEXPLOSION1 palfrom 48 48 0 48
   else ifwasweapon KNEE palfrom 16 32
   else ifwasweapon FIRELASER palfrom 32 32
   state check_dead_thrown_back
   state random_wall_jibs

   break
}

ifaction PFLINTCHING
{
   ifactioncount 2 action PSTAND
   break
}

ifinwater
{
   ifaction PTREDWATER
   {
      ifp pwalking prunning action PSWIMMINGGO
   }
   else ifp pstanding pwalkingback prunningback action PTREDWATER
   else
   {
      ifaction PSWIMMING
      {
         ifrnd 4 spawn WATERBUBBLE
         ifactioncount 4
            action PSWIMMINGWAIT
      }
      else ifaction PSWIMMINGWAIT
      {
         ifactioncount 2
            action PSWIMMINGGO
```

```
        }
        else ifaction PSWIMMINGGO
        {
          ifactioncount 2
            action PSWIMMING
        }
        else action PTREDWATER
    }

    ifrnd 4 spawn WATERBUBBLE // For effect

    break
}
else ifp pjetpack
{
    ifaction PJPHOUVER
    {
        ifactioncount 4
          resetactioncount
    }
    else action PJPHOUVER
    break
}
else
{
    ifaction PTREDWATER action PSTAND
    ifaction PSWIMMING action PSTAND
    ifaction PSWIMMINGWAIT action PSTAND
    ifaction PSWIMMINGGO action PSTAND
    ifaction PJPHOUVER action PFALLING
}

ifaction PFALLING
{
    ifp ponground
      action PSTAND
    else
    {
        ifp pfalling break
        else state check_pstandard
    }
}

ifaction PDUCKING
{
```



```
    ifgapzl 48
    {
        ifp pwalking pwalkingback prunning prunningback action PCRAWLING
    }
    else ifp pducking
    {
        ifp pwalking pwalkingback prunning prunningback action PCRAWLING
    }
    else
    {
        ifp pstanding action PSTAND
        else state check_pstandard
    }
}

else ifaction PCRAWLING
{
    ifgapzl 48
    {
        ifp pstanding action PCRAWLING
    }
    else ifp pducking
    {
        ifp pstanding action PDUCKING
    }
    else
    {
        ifp pstanding action PSTAND
        else state check_pstandard
    }
}
else ifgapzl 48 action PDUCKING

else ifaction PJUMPING
{
    ifp ponground action PSTAND
    else ifactioncount 4 ifp pfalling action PFALLING
}

ifp pfalling action PFALLING
else ifaction PSTAND state check_pstandard
else ifaction PAKICKING
{
    ifactioncount 2 action PSTAND
    break
```

```
        }
        else ifaction PWALK
        {
            ifp pfalling action PFALLING
            else ifp pstanding action PSTAND
            else ifp prunning action PRUN
            else ifp pwalkingback action PWALKBACK
            else ifp prunningback action PRUNBACK
            else ifp pjumping
                action PJUMPING
            else ifp pducking action PDUCKING
        }

        else ifaction PRUN
        {
            ifp pstanding action PSTAND
            else ifp pwalking action PWALK
            else ifp pwalkingback action PWALKBACK
            else ifp prunningback action PRUNBACK
            else ifp pjumping
                action PJUMPING
            else ifp pducking action PDUCKING
        }

        else ifaction PWALKBACK
        {
            ifp pstanding action PSTAND
            else ifp pwalking action PWALK
            else ifp prunning action PRUN
            else ifp prunningback action PRUNBACK
            else ifp pjumping
                action PJUMPING
            else ifp pducking action PDUCKING
        }

        else ifaction PRUNBACK
        {
            ifp pstanding action PSTAND
            else ifp pwalking action PWALK
            else ifp prunning action PRUN
            else ifp pwalkingback action PWALKBACK
            else ifp pjumping
                action PJUMPING
            else ifp pducking action PDUCKING
        }
```

```
enda

actor ORGANTIC TURRETSTRENGTH
    ifcount 48 resetcount
    else { ifcount 32 sizeto 32 32 }
    else ifcount 16 { sizeto 48 18 ifpdistl 2048 { sound TURR_ATTACK addphealth -2 palfrom 32
16 } }
    ifhitweapon { ifdead { addkills 1 sound TURR_DYING guts JIBS5 10 state delete_enemy } sound
TURR_PAIN break }
    ifrnd 1 soundonce TURR_ROAM
enda

state rf
    ifrnd 128 cstat 4
    else cstat 0
ends


//
//
//    TROOP/LIZTROOP CODE
//
//

action ATROOPSTAND      0   1   5   1   1
action ATROOPSTAYSTAND -2   1   5   1   1
action ATROOPWALKING    0   4   5   1   12
action ATROOPWALKINGBACK 15 4   5  -1   12
action ATROOPRUNNING    0   4   5   1   8
action ATROOPSHOOT      35  1   5   1   30
action ATROOPJETPACK    40  1   5   1   1
action ATROOPJETPACKILL 40  2   5   1   50
action ATROOPFLINTCH    50  1   1   1   6
action ATROOPDYING      50  5   1   1   16
action ATROOPDEAD       54
action ATROOPPLAYDEAD   54
action ATROOPSUFFERDEAD 58  2   1  -4   24
action ATROOPSUFFERING  59  2   1   1   21
action ATROOPDUCK       64  1   5   1   3
action ATROOPDUCKSHOOT  64  2   5   1   25
action ATROOPABOUTHIDE  74  1   1   1   25
action ATROOPHIDE       79  1   1   1   25
action ATROOPREAPPEAR   74  1   1   1   25
action ATROOPFROZEN     0   1   5
```

```
move TROOPWALKVELS 72
move TROOPWALKVELSBACK -72
move TROOPJETPACKVELS 64 -84
move TROOPJETPACKILLVELS 192 -38
move TROOPRUNVELS 108
move TROOPSTOPPED
move DONTGETUP
move SHRUNKVELS 32


ai AITROOPSEEKENEMY  ATROOPWALKING   TROOPWALKVELS seekplayer
ai AITROOPSEEKPLAYER ATROOPWALKING   TROOPWALKVELS seekplayer
ai AITROOPFLEEING   ATROOPWALKING  TROOPWALKVELS fleeenemy
ai  AITROOPFLEEINGBACK  ATROOPWALKINGBACK      TROOPWALKVELSBACK
faceplayer
ai AITROOPDODGE    ATROOPWALKING  TROOPRUNVELS  dodgebullet
ai AITROOPSHOOTING  ATROOPSHOOT   TROOPSTOPPED  faceplayer
ai AITROOPDUCKING   ATROOPDUCK    TROOPSTOPPED  faceplayer
ai AITROOPJETPACK   ATROOPJETPACK  TROOPJETPACKVELS seekplayer
ai AITROOPSHRUNK   ATROOPWALKING   SHRUNKVELS fleeenemy
ai AITROOPHIDE     ATROOPABOUTHIDE TROOPSTOPPED faceplayer


state troophidestate
   ifaction ATROOPREAPPEAR
   {
      ifactioncount 2 { sound TELEPORTER ai AITROOPSHOOTING cstat 257 }
      else { sizeto 41 40 sizeto 41 40 sizeto 41 40 sizeto 41 40 spawn FRAMEEFFECT1 }
   }
   else ifaction ATROOPWALKING
   {
      ifpdistl 2448 ifpdistg 1024
      {
         ifceilingdistl 48 break
         ifp pfacing break

                 ifgapzl 64 { } else ifawayfromwall { spawn TRANSPORTERSTAR action
ATROOPREAPPEAR move 0 break }
      }
   }
   else ifaction ATROOPHIDE
   {
      ifactioncount 2
      {
         spawn TRANSPORTERSTAR
         sound TELEPORTER
         action ATROOPWALKING move TROOPWALKVELS faceplayer
```

```
          cstat 32768
      }
      else
      {
        sizeto 0 40
        sizeto 0 40
        sizeto 0 40
        sizeto 0 40
        spawn FRAMEEFFECT1
      }
    }
    else ifaction ATROOPABOUTHIDE ifactioncount 2 { action ATROOPHIDE cstat 0 }
ends


state troopgunnashoot
    ifp palive
    {
      ifpdistl 1024 ai AITROOPSHOOTING
      else ifactornotstayput
      {
        ifactioncount 12 ifrnd 16 ifcanshoottarget
        {
          ifspritepal 21 ifrnd 4 ifpdistg 4096 ai AITROOPHIDE
          else
          {
            ifpdistl 1100 ai AITROOPFLEEING
            else
            {
              ifpdistl 4096 ifcansee ifcanshoottarget ai AITROOPSHOOTING
              else { move TROOPRUNVELS seekplayer action ATROOPRUNNING }
            }
          }
        }
      }
      else ifcount 26 ifrnd 32 ai AITROOPSHOOTING
    }
ends

state troopseekstate
    state troopgunnashoot
    ifinwater { ai AITROOPJETPACK break }
    ifcansee
    {
      ifmove TROOPRUNVELS ifpdistl 1596 ai AITROOPDUCKING
```

```
        ifp phigher { ifceilingdistl 128 { } else ifactornotstayput ai AITROOPJETPACK break }
        else ifrnd 2
        {
            ifspritepal 21 ifpdistg 1596 { ai AITROOPHIDE break }
            ifbulletnear { ifrnd 128 ai AITROOPDODGE else ai AITROOPDUCKING break }
        }
    }
        ifnotmoving { ifrnd 32 operate else ifcount 32 ifp palive ifcansee ifcanshoottarget ai
AITROOPSHOOTING }
    ifrnd 1
    {
        ifrnd 128 soundonce PRED_ROAM
        else soundonce PRED_ROAM2
    }
ends

state troopduckstate
    ifaction ATROOPDUCK
        { ifactioncount 8 { ifp palive { ifrnd 128 action ATROOPDUCKSHOOT } else ifmove
DONTGETUP break else ai AITROOPSEEKPLAYER } }
    else ifaction ATROOPDUCKSHOOT
    {
        ifcount 64
        {
            ifmove DONTGETUP resetcount
            else
            {
                ifpdistl 1100
                    ai AITROOPFLEEING
                else ai AITROOPSEEKPLAYER
            }
        }
        else ifactioncount 2 { ifcanshoottarget { sound PRED_ATTACK resetactioncount shoot
FIRELASER } else ai AITROOPSEEKPLAYER }
    }
ends

state troopshootstate
    ifactioncount 2
    {
        ifcanshoottarget
        {
            shoot FIRELASER sound PRED_ATTACK resetactioncount
            ifrnd 128 ai AITROOPSEEKPLAYER
            ifcount 24
```

```
        {
            ifrnd 96 ifpdistg 2048 ai AITROOPSEEKPLAYER
            else
            (
                ifpdistg 1596 ai AITROOPFLEEING
                else ai AITROOPFLEEINGBACK
            }
        }
    }
    else ai AITROOPSEEKPLAYER
}
ends

state troopfleestate
    ifactioncount 7
    {
        ifpdistg 3084 { ai AITROOPSEEKPLAYER break }
        else ifrnd 32 ifp palive ifcansee ifcanshoottarget { ifrnd 128 ai AITROOPDUCKING else ai
AITROOPSHOOTING break }
    }
    ifnotmoving
    {
        ifrnd 32 operate else ifcount 32 ifp palive ifcansee ifcanshoottarget
            { ifrnd 128 ai AITROOPSHOOTING else ai AITROOPDUCKING }
    }
ends

state troopdying
        iffloordistl 32 { ifactioncount 5 { cstat 0 iffloordistl 8 sound THUD ifrnd 64 spawn
BLOODPOOL state rf strength 0 move TROOPSTOPPED action ATROOPDEAD } break }
    else { state rf move 0 action ATROOPDYING }
ends

state checktroophit
    ifaction ATROOPSUFFERING { stopsound LIZARD_BEG sound PRED_DYING cstat 0
strength 0 action ATROOPSUFFERDEAD break }
    ifdead
    {
        ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ATROOPFROZEN strength 0 break }

        state drop_ammo
        state random_wall_jibs
        addkills 1
```

```
            ifwasweapon RPG { sound SQUISHED state troop_body_jibs state standard_jibs state
    delete_enemy }
            else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
    standard_jibs state delete_enemy }
                else { sound PRED_DYING ifrnd 32 iffloordistl 32 { sound LIZARD_BEG spawn
    BLOODPOOL strength 0 move 0 action ATROOPSUFFERING break } action ATROOPDYING
    break }
        }
        else
        {
            state random_wall_jibs
            sound PRED_PAIN
            ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AITROOPSHRUNK }
            else iffloordistl 32 ifrnd 96 action ATROOPFLINTCH
        }
    ends

    state troopjetpackstate
        ifaction ATROOPJETPACKILL
        {
            ifcansee ifactioncount 2
            {
                resetactioncount
                sound PRED_ATTACK
                shoot FIRELASER
            }

            ifp phigher ai AITROOPJETPACK
            else ifinwater ai AITROOPJETPACK
            else ifcount 26 iffloordistl 32 ai AITROOPSEEKPLAYER
        }
        else ifcount 48 ifcansee
            { action ATROOPJETPACKILL move TROOPJETPACKILLVELS seekplayer }
    ends

    state checksquished
        ifsquished { addkills 1 sound SQUISHED state standard_jibs spawn OOZ state delete_enemy }
    ends

    state troopsufferingstate
        ifactioncount 2
        {
            ifrnd 16 spawn WATERDRIP
            ifactioncount 14 { stopsound LIZARD_BEG cstat 0 strength 0 action ATROOPSUFFERDEAD
    break }
```

```
        }
ends

state troopshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state troopcode fall
    ifinwater ifrnd 1 spawn WATERBUBBLE
            ifaction ATROOPSTAND { ifrnd 192 ai AITROOPSHOOTING else ai
AITROOPSEEKPLAYER }
    else ifaction ATROOPFROZEN
    {
        ifcount THAWTIME { ai AITROOPSEEKENEMY getlastpal }
        else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }
        ifhitweapon
        {
            ifwasweapon FREEZEBLAST { strength 0 break }
            addkills 1

            ifrnd 84 spawn BLOODPOOL
            lotsofglass 30
            sound GLASS_BREAKING
            killit
        }
        ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
        break
    }
    else ifaction ATROOPPLAYDEAD
    {
        ifhitweapon
        {
            ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
standard_jibs state delete_enemy }
            break
        }
        else state checksquished

        ifcount PLAYDEADTIME { addkills -1 soundonce PRED_ROAM cstat 257 strength 1 ai
AITROOPSHOOTING }
        else ifp pfacing resetcount
```

```
        break
    }
    else ifaction ATROOPDEAD
    {
        strength 0
            ifrespawn ifcount RESPAWNACTORTIME { spawn TRANSPORTERSTAR cstat 257
strength TROOPSTRENGTH ai AITROOPSEEKENEMY }
        ifhitweapon
        {
                ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
standard_jibs state delete_enemy }
            break
        }
        else state checksquished
        break
    }
    else ifaction ATROOPSUFFERDEAD
    {
        ifactioncount 2
        {
            ifrnd 64 { resetcount action ATROOPPLAYDEAD }
            else { soundonce PRED_DYING action ATROOPDEAD }
        }
    }
    else ifaction ATROOPDYING { state troopdying break }
    else ifaction ATROOPSUFFERING
        { state troopsufferingstate ifhitweapon state checktroophit break }
    else ifaction ATROOPFLINTCH { ifactioncount 4 ai AITROOPSEEKENEMY }
    else
    {
        ifai AITROOPSEEKPLAYER state troopseekstate
        else ifai AITROOPJETPACK
        {
            state troopjetpackstate
            ifinwater { } else soundonce DUKE_JETPACK_IDLE
        }
        else ifai AITROOPSEEKENEMY state troopseekstate
        else ifai AITROOPSHOOTING state troopshootstate
        else ifai AITROOPFLEEING state troopfleestate
        else ifai AITROOPFLEEINGBACK state troopfleestate
        else ifai AITROOPDODGE state troopseekstate
        else ifai AITROOPDUCKING state troopduckstate
        else ifai AITROOPSHRUNK state troopshrunkstate
        else ifai AITROOPHIDE { state troophidestate break }
    }
```

```
        ifhitweapon state checktroophit else state checksquished
ends



actor LIZTROOPJETPACK TROOPSTRENGTH ai AITROOPJETPACK cactor LIZTROOP enda
actor LIZTROOPDUCKING TROOPSTRENGTH
    ai AITROOPDUCKING cactor LIZTROOP
    ifgapzl 48 move DONTGETUP
enda

actor LIZTROOPSHOOT TROOPSTRENGTH ATROOPSTAND ai AITROOPSHOOTING cactor
LIZTROOP enda
actor    LIZTROOPSTAYPUT    TROOPSTRENGTH    ATROOPSTAYSTAND    ai
AITROOPSEEKPLAYER cactor LIZTROOP enda
actor LIZTROOPRUNNING TROOPSTRENGTH ATROOPSTAND ai AITROOPSEEKPLAYER
cactor LIZTROOP enda
actor LIZTROOPONTOILET TROOPSTRENGTH ifcount 24 { sound FLUSH_TOILET operate
ai AITROOPSEEKPLAYER cactor LIZTROOP } enda
actor LIZTROOP TROOPSTRENGTH ATROOPSTAND state troopcode enda

action ALIZWALKING      0   4   5   1   15
action ALIZRUNNING      0   4   5   1   11
action ALIZTHINK       20   2   5   1   40
action ALIZSCREAM      30   1   5   1   2
action ALIZJUMP        45   3   5   1   20
action ALIZFALL        55
action ALIZSHOOTING    70   2   5   1   7
action ALIZDYING       60   6   1   1   15
action ALIZLYINGDEAD   65   1
action ALIZFROZEN       0   1   5

move LIZWALKVEL 72
move LIZRUNVEL 192
move LIZJUMPVEL 184
move LIZSTOP

ai AILIZGETENEMY ALIZWALKING LIZWALKVEL seekplayer
ai AILIZDODGE ALIZRUNNING LIZRUNVEL dodgebullet
ai AILIZCHARGEENEMY ALIZRUNNING LIZRUNVEL seekplayer
ai AILIZFLEENEMY ALIZWALKING LIZWALKVEL fleeenemy
ai AILIZSHOOTENEMY ALIZSHOOTING LIZSTOP faceplayer
ai AILIZJUMPENEMY ALIZJUMP LIZJUMPVEL jumptoplayer
ai AILIZTHINK ALIZTHINK LIZSTOP faceplayerslow
ai AILIZSHRUNK ALIZWALKING SHRUNKVELS fleeenemy
ai AILIZSPIT ALIZSCREAM LIZSTOP faceplayerslow
```

```
ai AILIZDYING ALIZDYING LIZSTOP faceplayer

state lizseekstate

    ifactornotstayput
    {
        ifcansee ifp palive ifpdistl 2048 ifcount 16 ifcanshoottarget { ai AILIZSHOOTENEMY break
}
        ifai AILIZCHARGEENEMY
        {
            ifcount 72 ifcanshoottarget { ai AILIZSHOOTENEMY break }
            ifp phigher ifpdistg 2048 ifrnd 6 { ai AILIZJUMPENEMY break }
        }
         else ifpdistg 4096 { ifrnd 92 { ifcount 48 ifcanshoottarget ai AILIZSHOOTENEMY } else
ifcount 24 { ai AILIZCHARGEENEMY break } }

        iffloordistl 16 { ifcount 48 ifnotmoving ifcansee { ai AILIZJUMPENEMY break } }
        else { ifpdistg 1280 ai AILIZJUMPENEMY break }

        ifrnd 4 ifnotmoving operate
        else ifrnd 1 ifbulletnear
        {
            ifgapzl 128 ai AILIZDODGE
            else ifactornotstayput { ifrnd 32 ai AILIZJUMPENEMY else ai AILIZDODGE }
        }
    }
    else
    {
        ifactioncount 16 { ifp palive ifrnd 32 ifcansee ifcanshoottarget ai AILIZSHOOTENEMY }
        ifcount 16 ifrnd 32 move LIZWALKVEL randomangle geth
    }

ends

state lizshrunkstate
    ifcount SHRUNKDONECOUNT ai AILIZGETENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state lizfleestate
    ifcount 16 { ifrnd 48 ifp palive ifcansee ai AILIZSPIT }
    else { iffloordistl 16 { } else ai AILIZGETENEMY break }
ends
```

```
state lizthinkstate
   ifrnd 8 soundonce CAPT_ROAM
   ifactioncount 3
   {
      ifrnd 32 ifp palive ifcansee ai AILIZSPIT
      else ifrnd 96 ai AILIZGETENEMY
   }
   else ifactioncount 2 ifrnd 1 spawn FECES
   ifrnd 1 ifbulletnear
   {
      ifgapzl 96 ai AILIZDODGE
      else { ifrnd 128 ai AILIZJUMPENEMY else ai AILIZDODGE }
   }
ends

state lizshootstate
   ifcount 20 ifrnd 8
   {
      ifcansee ifpdistl 2048 { ifrnd 128 ai AILIZFLEENEMY break }
      ifrnd 80 ai AILIZTHINK else ai AILIZGETENEMY
   }
   ifactioncount 2
   {
      ifcansee
      {
         ifcanshoottarget { sound CAPT_ATTACK shoot SHOTSPARK1 resetactioncount }
         else ai AILIZTHINK
      }
      else ai AILIZGETENEMY
   }
ends

state checklizhit
   spawn BLOOD
   ifai AILIZSHRUNK
      { addkills 1 sound SQUISHED state standard_jibs state delete_enemy }
   ifdead
   {
      ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ALIZFROZEN strength 0 break }

      state drop_chaingun
      addkills 1
```

```
            ifwasweapon RPG { sound SQUISHED state liz_body_jibs state standard_jibs state
delete_enemy }
            else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state liz_body_jibs state
standard_jibs state delete_enemy }
        else { state rf ai AILIZDYING ifrnd 64 spawn BLOODPOOL }
        sound CAPT_DYING
    }
    else
    {
        sound CAPT_PAIN
        ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AILIZSHRUNK break }
        state random_wall_jibs
        ifp palive ifcansee ifcanshoottarget { ai AILIZSHOOTENEMY break }
    }
ends

state lizjumpstate
    ifaction ALIZFALL { iffloordistl 16 ai AILIZGETENEMY }
    else ifactioncount 3 action ALIZFALL
ends

state lizdyingstate
    ifaction ALIZLYINGDEAD
    {
        strength 0
        ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state standard_jibs state
delete_enemy }
        ifcount RESPAWNACTORTIME ifrespawn
        {
            spawn TRANSPORTERSTAR cstat 257 strength LIZSTRENGTH ai AILIZGETENEMY
        }
    }
    else ifai AILIZDYING ifactioncount 6 { iffloordistl 8 sound THUD move LIZSTOP action
ALIZLYINGDEAD }
ends

state lizdodgestate
    ifcount 13 ai AILIZGETENEMY
ends

actor LIZMANSTAYPUT LIZSTRENGTH ai AILIZGETENEMY cactor LIZMAN enda
actor LIZMANSPITTING LIZSTRENGTH ai AILIZSPIT cactor LIZMAN enda
actor LIZMANJUMP LIZSTRENGTH ai AILIZJUMPENEMY cactor LIZMAN enda

actor LIZMAN LIZSTRENGTH fall
```

```
state checksquished
ifai 0 ai AILIZGETENEMY
else ifaction ALIZLYINGDEAD { fall state lizdyingstate break }
else ifaction ALIZFROZEN
{
   ifcount THAWTIME { ai AILIZGETENEMY getlastpal }
   else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

   ifhitweapon
   {
      ifwasweapon FREEZEBLAST { strength 0 break }
      addkills 1

      ifrnd 84 spawn BLOODPOOL
      lotsofglass 30
      sound GLASS_BREAKING
      killit
   }
   ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
   break
}
else ifai AILIZJUMPENEMY state lizjumpstate
else
{
   fall
   ifai AILIZGETENEMY state lizseekstate
   else ifai AILIZCHARGEENEMY state lizseekstate
   else ifai AILIZDODGE state lizdodgestate
   else ifai AILIZSHOOTENEMY state lizshootstate
   else ifai AILIZFLEENEMY state lizfleestate
   else ifai AILIZTHINK state lizthinkstate
   else ifai AILIZSHRUNK state lizshrunkstate
   else ifai AILIZDYING state lizdyingstate
   else ifai AILIZSPIT
         { ifcount 26 ai AILIZGETENEMY else ifcount 18 ifrnd 96 { shoot SPIT sound
LIZARD_SPIT } }
}

ifai AILIZSHRUNK break
ifhitweapon state checklizhit
enda

action DRONEFRAMES    0  1  7  1  1
action DRONESCREAM    0  1  7  1  1
```

```
move DRONERUNVELS 128 64
move DRONERUNUPVELS 128 -64
move DRONEBULLVELS 252 -64
move DRONEBACKWARDS -64 -64
move DRONERISE 32 -32
move DRONESTOPPED -16

ai AIDRONEGETE DRONESCREAM DRONERUNVELS faceplayerslow getv
ai AIDRONEWAIT DRONEFRAMES DRONESTOPPED faceplayerslow
ai AIDRONEGETUP DRONESCREAM DRONERUNUPVELS faceplayer getv
ai AIDRONEPULLBACK DRONEFRAMES DRONEBACKWARDS faceplayerslow
ai AIDRONEHIT DRONESCREAM DRONEBACKWARDS faceplayer
ai AIDRONESHRUNK DRONEFRAMES SHRUNKVELS fleeenemy
ai AIDRONEDODGE DRONEFRAMES DRONEBULLVELS dodgebullet geth
ai AIDRONEDODGEUP DRONEFRAMES DRONERISE getv geth

state checkdronehitstate

  ifdead
  {
    addkills 1
    debris SCRAP1 8
    debris SCRAP2 4
    debris SCRAP3 7
    spawn EXPLOSION2
    sound RPG_EXPLODE
    hitradius 2048 15 20 25 30
    killit
  }
  else
  {
    sound DRON_PAIN
    ifbulletnear
    {
      ifceilingdistl 64 ifrnd 48 ai AIDRONEDODGE
      ai AIDRONEDODGEUP
    }
    else ai AIDRONEGETE
  }
ends

state droneshrunkstate
  ifcount 24 state delete_enemy
  else sizeto 1 1
ends
```

```
state checkdronenearplayer

   ifp palive ifpdistl 1596
   {
      ifcount 8
      {
         addkills 1
         sound DRON_ATTACK2
         debris SCRAP1 8
         debris SCRAP2 4
         debris SCRAP3 7
         spawn EXPLOSION2
         sound RPG_EXPLODE
         hitradius 2048 15 20 25 30
         killit
      }
      else ifcount 3 { } else sound LASERTRIP_ARMING
   }

ends

state dronegetstate
   ifrnd 192
   {
      ifcansee
      {
         ifbulletnear { ai AIDRONEDODGE break }
         ifmove DRONEBULLVELS
         {
            ifcount 64 ai AIDRONEPULLBACK
            else ifnotmoving ifcount 16 ai AIDRONEPULLBACK
         }
         else ifcount 32
         {
            ifp phigher move DRONEBULLVELS geth getv
            else move DRONEBULLVELS geth
         }
      }
      else ifrnd 1 operate
   }
ends

state dronedodgestate
   ifai AIDRONEDODGEUP
   {
```

```
      ifcount 8 ai AIDRONEGETE
      else ifnotmoving ai AIDRONEGETE
    }
    else
    {
      ifcount 8 ai AIDRONEGETE
      else ifnotmoving ai AIDRONEGETE
    }
ends

actor DRONE DRONESTRENGTH
    state checksquished
    state checkdronenearplayer

    ifrnd 2 fall
    else soundonce DRON_JETSND

    ifaction 0 ai AIDRONEGETE

    else ifai AIDRONEWAIT
    {
      ifactioncount 4 ifrnd 16
              ifcansee { sound DRON_ATTACK1 ifp phigher ai AIDRONEGETUP else ai
AIDRONEGETE }
    }
    else ifai AIDRONEGETE state dronegetstate
    else ifai AIDRONEGETUP state dronegetstate
    else ifai AIDRONEPULLBACK { ifcount 32 ai AIDRONEWAIT }
    else ifai AIDRONEHIT { ifcount 8 ai AIDRONEWAIT }
    else ifai AIDRONESHRUNK state droneshrunkstate
    else ifai AIDRONEDODGE state dronedodgestate
    else ifai AIDRONEDODGEUP state dronedodgestate

    ifhitweapon state checkdronehitstate

    ifrnd 1 soundonce DRON_ROAM

enda


action AOCTAWALK      0  3  5  1  15
action AOCTASTAND     0  1  5  1  15
action AOCTASCRATCH   0  4  5  1  15
action AOCTAHIT      30  1  1  1  10
```

```
action AOCTASHOOT    20 1 5 1 10
action AOCTADYING    30 8 1 1 17
action AOCTADEAD     38 1 1 1  1
action AOCTAFROZEN    0 1 5

move OCTAWALKVELS 96 -30
move OCTAUPVELS 96 -70
move OCTASTOPPED 0 -30
move OCTAINWATER 96 24

ai AIOCTAGETENEMY AOCTAWALK OCTAWALKVELS seekplayer
ai AIOCTASHOOTENEMY AOCTASHOOT OCTASTOPPED faceplayer
ai AIOCTASCRATCHENEMY AOCTASCRATCH OCTASTOPPED faceplayer
ai AIOCTAHIT AOCTAHIT OCTASTOPPED faceplayer
ai AIOCTASHRUNK AOCTAWALK SHRUNKVELS faceplayer
ai AIOCTADYING AOCTADYING OCTASTOPPED faceplayer

state octagetenemystate

    ifcansee
    {
            ifactioncount 32 { ifrnd 48 ifcanshoottarget { sound OCTA_ATTACK1 ai
AIOCTASHOOTENEMY break } }
        else ifpdistl 1280 ai AIOCTASCRATCHENEMY
    }

ends

state octascratchenemystate
    ifpdistg 1280 ai AIOCTAGETENEMY
        else ifcount 32 { resetcount sound OCTA_ATTACK2 palfrom 8 32 addphealth
OCTASCRATCHINGPLAYER }
ends

state octashootenemystate
    ifcount 25 { ifcount 27 ai AIOCTAGETENEMY }
    else ifcount 24 shoot COOLEXPLOSION1
    else ifactioncount 6 resetactioncount
ends

state checkoctahitstate
    ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIOCTASHRUNK }
    else
    {
      ifdead
```

```
    {
        ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
AOCTAFROZEN strength 0 break }

        addkills 1
        ifwasweapon RPG { sound SQUISHED state standard_jibs state delete_enemy }
            else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state standard_jibs state
delete_enemy }
        else { state rf ai AIOCTADYING }
        sound OCTA_DYING
    }
    else
    {
        ifwasweapon RPG
        {
            sound OCTA_DYING
            addkills 1
            state standard_jibs
            killit
        }
        sound OCTA_PAIN spawn BLOOD
        ifrnd 64 ai AIOCTAHIT

    }
  }
    state random_wall_jibs
ends

state octashrunkstate
    ifcount SHRUNKDONECOUNT ai AILIZGETENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state octadyingstate
    ifactioncount 8 { ifrnd 64 spawn BLOODPOOL move OCTASTOPPED action AOCTADEAD
break }
    else ifactioncount 5 { } else ifactioncount 4 iffloordistl 8 sound THUD
ends

actor OCTABRAINSTAYPUT OCTASTRENGTH ai AIOCTAGETENEMY cactor OCTABRAIN
enda

actor OCTABRAIN OCTASTRENGTH fall
```

```
state checksquished

ifai 0 ai AIOCTAGETENEMY
el-- ifaction AOCTADEAD
{
  strength 0
  ifcount RESPAWNACTORTIME ifrespawn
       { addkills -1 spawn TRANSPORTERSTAR cstat 257 strength OCTASTRENGTH ai
AIOCTAGETENEMY }
  ifhitweapon ifwasweapon RADIUSEXPLOSION { state standard_jibs killit }
  break
}
else ifaction AOCTAFROZEN
{
  ifcount THAWTIME { ai AIOCTAGETENEMY getlastpal }
  else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

  ifhitweapon
  {
    addkills 1
    ifwasweapon FREEZEBLAST { strength 0 break }

    lotsofglass 30
    ifrnd 84 spawn BLOODPOOL
    sound GLASS_BREAKING
    killit
  }
  ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
  break
}
else
{
  ifrnd 1 soundonce OCTA_ROAM

  ifai AIOCTAGETENEMY state octagetenemystate
  else ifai AIOCTAHIT { ifcount 8 ai AIOCTASHOOTENEMY }
  else ifai AIOCTADYING { state octadyingstate break }
  else ifai AIOCTASCRATCHENEMY state octascratchenemystate
  else ifai AIOCTASHOOTENEMY state octashootenemystate
  else ifai AIOCTASHRUNK state octashrunkstate

  ifmove OCTAUPVELS { } else ifp phigher move OCTAUPVELS seekplayer
  else ifmove OCTAINWATER { } else ifinwater move OCTAINWATER seekplayer
```

```
        ifhitweapon state checkoctahitstate
    }
enda

action APIGWALK      0 4 5 1 20
action APIGRUN       0 4 5 1 11
action APIGSHOOT     30 2 5 1 58
action APIGCOCK      25 1 5 1 16
action APIGSTAND     30 1 5 1 1
action APIGDIVE      40 2 5 1 40
action APIGDIVESHOOT   45 2 5 1 58
action APIGDYING     55 5 1 1 15
action APIGHIT       55 1 1 1 10
action APIGDEAD      60 1 1 1 1
action APIGFROZEN    0 1 5

move PIGWALKVELS 72
move PIGRUNVELS 108
move PIGSTOPPED

ai AIPIGSEEKENEMY APIGWALK PIGWALKVELS seekplayer
ai AIPIGSHOOTENEMY APIGSHOOT PIGSTOPPED faceplayer
ai AIPIGFLEEENEMY APIGWALK PIGWALKVELS fleeenemy
ai AIPIGSHOOT APIGSHOOT PIGSTOPPED faceplayer
ai AIPIGDODGE APIGRUN PIGRUNVELS dodgebullet
ai AIPIGCHARGE APIGRUN PIGRUNVELS seekplayer
ai AIPIGDIVING APIGDIVE PIGSTOPPED faceplayer
ai AIPIGDYING APIGDYING PIGSTOPPED faceplayer
ai AIPIGSHRINK APIGWALK SHRUNKVELS fleeenemy
ai AIPIGHIT APIGHIT PIGSTOPPED faceplayer

state pigseekenemystate

    ifai AIPIGCHARGE
    {
        ifcansee ifpdistl 3084
        {
            ifnotmoving ai AIPIGSEEKENEMY
            else ai AIPIGDIVING
        }
        break
    }
    else iffloordistl 32
    {
        ifpdistg 4096 { ifactornotstayput ai AIPIGCHARGE }
```

```
      ifrnd 8 { ifbulletnear ai AIPIGDODGE }
   }

   ifrnd 128 ifcansee
   {
      ifai AIPIGDODGE { ifcount 32 ai AIPIGCHARGE break }
      iffloordistl 32
      {
         ifpdistl 1024 ifp palive ifcanshoottarget
            { ai AIPIGSHOOTENEMY break }
         ifcount 48 { ifrnd 8 ifp palive ifcanshoottarget { ifrnd 192 ai AIPIGSHOOTENEMY else ai
AIPIGDIVING break } }
      }
   }
ends


state pigshootenemystate
//   ifcansee
   {
      ifcount 12 { } else ifcount 11
      {
            ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN shoot SHOTGUN }
         else ai AIPIGSEEKENEMY
      }
      ifcount 25 { } else ifcount 24 { action APIGCOCK sound SHOTGUN_COCK }
      ifcount 48 { } else ifcount 47
      {
            ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN shoot SHOTGUN }
         else ai AIPIGSEEKENEMY
      }
      ifcount 60 { } else ifcount 59 { action APIGCOCK sound SHOTGUN_COCK }
      ifcount 72
      {
         ifrnd 64 resetcount
         else
         {
            ifpdistl 768 ai AIPIGFLEEENEMY
            else ai AIPIGSEEKENEMY
         }
      }
      ifaction APIGCOCK ifactioncount 2 action APIGSHOOT
   }
```

```
      else ai AIPIGSEEKENEMY
ends

state pigfleeenemystate
    ifactioncount 8 ai AIPIGSEEKENEMY
    else ifnotmoving ai AIPIGSEEKENEMY
ends

state pigdivestate
    ifaction APIGDIVESHOOT
    {
      ifcansee
      {
        ifcount 12 { } else ifcount 11
        {
              ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN }
            else ai AIPIGSEEKENEMY
        }
        ifcount 25 { } else ifcount 24 { sound SHOTGUN_COCK }
        ifcount 48 { } else ifcount 47
        {
              ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN }
            else ai AIPIGSEEKENEMY
        }
        ifcount 60 { } else ifcount 59
        {
          sound SHOTGUN_COCK
          ifgapzl 32 ai AIPIGDIVING
          else
          {
            ifpdistl 4096 ai AIPIGFLEEENEMY
            else ai AIPIGSEEKENEMY
          }
        }
      }
      else ifgapzl 32 ai AIPIGDIVING else ai AIPIGSEEKENEMY
    }
    else ifactioncount 2 ifp palive { resetcount action APIGDIVESHOOT }
ends

state checkpighitstate
    spawn BLOOD
    ifdead
```

```
    {
        state random_wall_jibs
        ifrnd 16 spawn SHIELD else state drop_shotgun
            ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
APIGFROZEN strength 0 break }

        addkills 1
                ifwasweapon RADIUSEXPLOSION { sound SQUISHED state standard_jibs state
delete_enemy }
        else ifwasweapon RPG { sound SQUISHED state standard_jibs state delete_enemy }
        ai AIPIGDYING sound PIG_DYING
    }
    else
    {
        sound PIG_PAIN
        state random_wall_jibs

        ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIPIGSHRINK }
        else ifrnd 64 ai AIPIGHIT
        else ifrnd 64 ai AIPIGSHOOTENEMY
        else ifrnd 64 { ai AIPIGDIVING action APIGDIVESHOOT }
    }
ends

state pigshrinkstate
    ifcount SHRUNKDONECOUNT ai AIPIGSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state pigdyingstate
    ifactioncount 5 { ifrnd 64 spawn BLOODPOOL state rf iffloordistl 8 sound THUD action
APIGDEAD move PIGSTOPPED break }
ends




actor PIGCOPDIVE PIGCOPSTRENGTH ai AIPIGDIVING action APIGDIVESHOOT cactor
PIGCOP enda
actor PIGCOPSTAYPUT PIGCOPSTRENGTH ai AIPIGSEEKENEMY cactor PIGCOP enda
actor PIGCOP PIGCOPSTRENGTH APIGSTAND fall
    state checksquished
    ifaction APIGSTAND ai AIPIGSEEKENEMY
    else ifaction APIGDEAD
    {
```

```
        ifrespawn ifcount RESPAWNACTORTIME
                  { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH ai
AIPIGSEEKENEMY }
      else { strength 0 ifhitweapon ifwasweapon RADᵀᵀ'SEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
   }
   else ifaction APIGFROZEN
   {
     ifcount THAWTIME { ai AIPIGSEEKENEMY getlastpal }
     else ifcount FROZENDRIPTIME ifrnd 8 spawn WATERDRIP

     ifhitweapon
     {
        ifwasweapon FREEZEBLAST { strength 0 break }
        addkills 1

        lotsofglass 30
        ifrnd 84 spawn BLOODPOOL
        sound GLASS_BREAKING
        killit
     }
     ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
     break
   }
   else ifai AIPIGDYING state pigdyingstate
   else ifai AIPIGHIT { ifactioncount 3 ai AIPIGSEEKENEMY }
   else ifai AIPIGSHRINK state pigshrinkstate
   else
   {
     ifai AIPIGSEEKENEMY state pigseekenemystate
     else ifai AIPIGDODGE state pigseekenemystate
     else ifai AIPIGSHOOTENEMY state pigshootenemystate
     else ifai AIPIGFLEEENEMY state pigfleeenemystate
     else ifai AIPIGDIVING state pigdivestate
     else ifai AIPIGCHARGE state pigseekenemystate
     ifhitweapon state checkpighitstate
     ifrnd 1
     {
        ifrnd 32 soundonce PIG_ROAM
        else ifrnd 64 soundonce PIG_ROAM2
        else soundonce PIG_ROAM3
     }
   }
enda
```

```
action ABOSS1WALK        0 4 5 1 12
action ABOSS1FROZEN        30 1 5
action ABOSS1RUN         0 6 5 1 5
action ABOSS1SHOOT        30 2 5 1 4
action ABOSS1LOB         40 2 5 1 35
action ABOSS1DYING        50 5 1 1 50
action BOSS1FLINTCH       50 1 1 1 1
action ABOSS1DEAD        55

move PALBOSS1SHRUNKRUNVELS 32
move PALBOSS1RUNVELS 128
move BOSS1WALKVELS 208
move BOSS1RUNVELS 296
move BOSS1STOPPED

ai AIBOSS1SEEKENEMY ABOSS1WALK BOSS1WALKVELS seekplayer
ai AIBOSS1RUNENEMY ABOSS1RUN BOSS1RUNVELS faceplayer
ai AIBOSS1SHOOTENEMY ABOSS1SHOOT BOSS1STOPPED faceplayer
ai AIBOSS1LOBBED ABOSS1LOB BOSS1STOPPED faceplayer // faceplayersmart
ai AIBOSS1DYING ABOSS1DYING BOSS1STOPPED faceplayer
ai AIBOSS1PALSHRINK ABOSS1WALK PALBOSS1SHRUNKRUNVELS furthestdir

state boss1palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends

state checkboss1seekstate
    ai AIBOSS1SEEKENEMY
    ifspritepal 0 { } else    // a fake way of doing a ifspritepal NOT.
        move PALBOSS1RUNVELS seekplayer
ends

state boss1runenemystate
    ifpdistl 2048 { ifp palive ai AIBOSS1SHOOTENEMY break }
    else ifcansee { ifactioncount 6 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else
ai AIBOSS1SEEKENEMY } }
    else ai AIBOSS1SEEKENEMY
ends

state boss1seekenemystate
    ifrnd 2 soundonce BOS1_ROAM
```

```
    else ifactioncount 6 { resetactioncount sound BOS1_WALK }

    ifpdistl 2548 ifp palive { ai AIBOSS1SHOOTENEMY break }

    ifcansee ifcount 32
    {
        ifrnd 32 { ifp palive ifcanshoottarget ai AIBOSS1SHOOTENEMY }
        else ifpdistg 2548 ifrnd 192
            ifcanshoottarget
            {
                ifrnd 64
                {
                    ai AIBOSS1RUNENEMY
                    ifspritepal 0 { } else move PALBOSS1RUNVELS seekplayer
                }
                else ai AIBOSS1LOBBED
            }
    }

ends

state boss1dyingstate
  ifaction ABOSS1DEAD
  {
    ifspritepal 0 break
    ifrespawn ifcount RESPAWNACTORTIME
            { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss1seekstate }
    else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  ifactioncount 5 { iffloordistl 8 sound THUD action ABOSS1DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss1lobbedstate
  ifcansee
  {
    ifactioncount 2
    {
        resetactioncount
        sound BOS1_ATTACK2
        shoot MORTER
    }
    else ifcount 64 ifrnd 16 state checkboss1seekstate
```

```
    }
    else state checkboss1seekstate
ends

state boss1shootenemy
    ifcount 72 state checkboss1seekstate
    else ifaction ABOSS1SHOOT ifactioncount 2
    {
      sound BOS1_ATTACK1
      shoot SHOTSPARK1
      shoot SHOTSPARK1
      shoot SHOTSPARK1
      shoot SHOTSPARK1
      shoot SHOTSPARK1
      shoot SHOTSPARK1
      resetactioncount
    }
ends

state checkboss1hitstate
    ifrnd 2 spawn BLOODPOOL
    ifdead
    {
      ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
      else
      {
        ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
        ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS1FROZEN strength 0 break }
      }

      sound BOS1_DYING

      addkills 1
      ai AIBOSS1DYING
    }
    else
    {
      ifrnd 32 { action BOSS1FLINTCH move 0 }

      ifspritepal 0 { }
      else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS1PALSHRINK
break }

      soundonce BOS1_PAIN
```

```
      debris SCRAP1 1
      guts JIBS6 1
   }
ends

state boss1code

   ifaction ABOSS1FROZEN
   {
      ifcount THAWTIME { ai AIBOSS1SEEKENEMY spritepal 21 }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

      ifhitweapon
      {
         ifwasweapon FREEZEBLAST { strength 0 break }
         addkills 1
         lotsofglass 30

         ifrnd 84 spawn BLOODPOOL
         sound GLASS_BREAKING
         killit
      }
      ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
      break
   }
   ifai 0 { ifspritepal 0 ai AIBOSS1RUNENEMY else { strength BOSS1PALSTRENGTH ai
AIBOSS1SHOOTENEMY } }
   else ifaction BOSS1FLINTCH { ifactioncount 3 ai AIBOSS1SHOOTENEMY }
   else ifai AIBOSS1SEEKENEMY state boss1seekenemystate
   else ifai AIBOSS1RUNENEMY state boss1runenemystate
   else ifai AIBOSS1SHOOTENEMY state boss1shootenemy
   else ifai AIBOSS1LOBBED state boss1lobbedstate
   else ifai AIBOSS1PALSHRINK state boss1palshrunkstate

   ifai AIBOSS1DYING state boss1dyingstate
   else
   {
      ifhitweapon state checkboss1hitstate
      else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
   }
ends

actor BOSS1STAYPUT BOSS1STRENGTH cactor BOSS1 enda
actor BOSS1 BOSS1STRENGTH fall state boss1code enda
```

```
action ABOSS2WALK          0 4 5 1 30
action ABOSS2FROZEN          0 1 5
action ABOSS2RUN           0 4 5 1 15
action ABOSS2SHOOT          20 2 5 1 15
action ABOSS2LOB           30 2 5 1 105
action ABOSS2DYING          40 8 1 1 35
action BOSS2FLINTCH         40 1 1 1 1
action ABOSS2DEAD          48

move PALBOSS2SHRUNKRUNVELS 32
move PALBOSS2RUNVELS 84
move BOSS2WALKVELS 192
move BOSS2RUNVELS 256
move BOSS2STOPPED

ai AIBOSS2SEEKENEMY ABOSS2WALK BOSS2WALKVELS seekplayer
ai AIBOSS2RUNENEMY ABOSS2RUN BOSS2RUNVELS faceplayer
ai AIBOSS2SHOOTENEMY ABOSS2SHOOT BOSS2STOPPED faceplayer
ai AIBOSS2LOBBED ABOSS2LOB BOSS2STOPPED faceplayer
ai AIBOSS2DYING ABOSS2DYING BOSS2STOPPED faceplayer
ai AIBOSS2PALSHRINK ABOSS2WALK PALBOSS2SHRUNKRUNVELS furthestdir

state boss2palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends

state checkboss2seekstate
    ai AIBOSS2SEEKENEMY
    ifspritepal 0 { } else     // a fake way of doing a ifspritepal NOT.
        move PALBOSS2RUNVELS seekplayer
ends

state boss2runenemystate
    ifcansee
    {
        ifactioncount 3 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else ai
AIBOSS2SEEKENEMY }
      ifcount 48 ifrnd 2 { ifp palive { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY } break
}
    }
    else ai AIBOSS2SEEKENEMY
ends
```

```
state boss2seekenemystate
    ifrnd 2 soundonce BOS2_ROAM
    else ifactioncount 3 { resetactioncount sound BOS1_WALK }

    ifcansee ifcount 32 ifp palive ifrnd 48 ifcanshoottarget
    {
      ifrnd 64 ifpdistg 4096
      {
        ai AIBOSS2RUNENEMY
        ifspritepal 0 { }
        else move PALBOSS2RUNVELS seekplayer
        break
      }

      ifpdistl 10240 { ifrnd 128 { sound BOS2_ATTACK ai AIBOSS2LOBBED } }
      else { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY }
    }
ends

state boss2dyingstate
  ifaction ABOSS2DEAD
  {
    ifspritepal 0 break
    ifrespawn ifcount RESPAWNACTORTIME
              { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss2seekstate }
    else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  ifactioncount 8 { iffloordistl 8 sound THUD action ABOSS2DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss2lobbedstate
    ifcansee
    {
      ifactioncount 2 resetactioncount
      else ifactioncount 1 { ifrnd 128 shoot COOLEXPLOSION1 }
      else ifcount 64 ifrnd 16 state checkboss2seekstate
    }
    else state checkboss2seekstate
ends

state boss2shootenemy
    ifcount 72 state checkboss2seekstate
```



```
      else ifaction ABOSS2SHOOT ifactioncount 2
      {
         shoot RPG
         resetactioncount
      }
   ends

state checkboss2hitstate
   ifrnd 2 spawn BLOODPOOL
   ifdead
   {
      ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
      else
      {
         ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
         ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS2FROZEN strength 0 break }
      }

      sound BOS2_DYING

      addkills 1

      ai AIBOSS2DYING
   }
   else
   {
      ifrnd 144
      {
         ifrnd 32 { action BOSS2FLINTCH move 0 }
         else { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY }
      }

      ifspritepal 0 { }
      else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS2PALSHRINK
break }

      soundonce BOS2_PAIN

      debris SCRAP1 1
      guts JIBS6 1
   }
ends

state boss2code
```

```
    ifaction ABOSS2FROZEN
    {
       ifcount THAWTIME { ai AIBOSS2SEEKENEMY spritepal 21 }
       else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
 } }

       ifhitweapon
       {
          ifwasweapon FREEZEBLAST { strength 0 break }
          addkills 1

          lotsofglass 30
          sound GLASS_BREAKING
          ifrnd 84 spawn BLOODPOOL
          killit
       }
       ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
       break
    }
    ifai 0 { ifspritepal 0 ai AIBOSS2RUNENEMY else { strength 1 { sound BOS2_ATTACK ai
 AIBOSS2SHOOTENEMY } } }
    else ifaction BOSS2FLINTCH { ifactioncount 3 ai AIBOSS2SEEKENEMY }
    else ifai AIBOSS2SEEKENEMY state boss2seekenemystate
    else ifai AIBOSS2RUNENEMY state boss2runenemystate
    else ifai AIBOSS2SHOOTENEMY state boss2shootenemy
    else ifai AIBOSS2LOBBED state boss2lobbedstate
    else ifai AIBOSS2PALSHRINK state boss2palshrunkstate

    ifai AIBOSS2DYING state boss2dyingstate
    else
    {
       ifhitweapon state checkboss2hitstate
       else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
    }


ends

actor BOSS2 BOSS2STRENGTH fall state boss2code enda


action ABOSS3WALK        0 4 5 1 30
action ABOSS3FROZEN       0 1 5
action ABOSS3RUN        0 4 5 1 15
action ABOSS3LOB       20 4 5 1 50
```

```
action ABOSS3LOBBING         30 2 5 1 15
action ABOSS3DYING           40 8 1 1 20
action BOSS3FLINTCH          40 1 1 1 1
action ABOSS3DEAD            48


move PALBOSS3SHRUNKRUNVELS 32
move PALBOSS3RUNVELS 84
move BOSS3WALKVELS 208
move BOSS3RUNVELS 270
move BOSS3STOPPED


ai AIBOSS3SEEKENEMY ABOSS3WALK BOSS3WALKVELS seekplayer
ai AIBOSS3RUNENEMY ABOSS3RUN BOSS3RUNVELS faceplayerslow
ai AIBOSS3LOBENEMY ABOSS3LOB BOSS3STOPPED faceplayer
ai AIBOSS3DYING ABOSS3DYING BOSS3STOPPED faceplayer
ai AIBOSS3PALSHRINK ABOSS3WALK PALBOSS3SHRUNKRUNVELS faceplayer

state boss3palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends

state checkboss3seekstate
    ai AIBOSS3SEEKENEMY
    ifspritepal 0 { } else    // a fake way of doing a ifspritepal NOT.
        move PALBOSS3RUNVELS seekplayer
ends

state boss3runenemystate
    ifcansee { ifactioncount 3 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else ai
AIBOSS3SEEKENEMY } }
    else ai AIBOSS3SEEKENEMY
ends

state boss3seekenemystate
    ifrnd 2 soundonce BOS3_ROAM
    else ifactioncount 3 { resetactioncount sound BOS1_WALK }

    ifcansee ifcount 32 ifrnd 48 ifcanshoottarget
    {
        ifrnd 64
            ifpdistg 4096
            {
                ai AIBOSS3RUNENEMY
```

```
            ifspritepal 0 break
            move PALBOSS3RUNVELS seekplayer
            break
        }

    ifp palive
        ai AIBOSS3LOBENEMY

    }
ends

state boss3dyingstate
  ifaction ABOSS3DEAD
  {
    ifspritepal 0 break
    ifrespawn ifcount RESPAWNACTORTIME
            { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss3seekstate }
      else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  ifactioncount 8 { iffloordistl 8 sound THUD action ABOSS3DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss3lobbedstate
    ifcansee
    {
      ifaction ABOSS3LOBBING
        ifactioncount 2
      {
        shoot RPG
        resetactioncount
        ifrnd 8 ai AIBOSS3SEEKENEMY
      }

      ifactioncount 3 { action ABOSS3LOBBING resetcount }
    }
    else state checkboss3seekstate
ends

state checkboss3hitstate
  ifrnd 2 spawn BLOODPOOL
  ifdead
  {
    ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
```

```
        else
        {
            ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
            ifwaswear  n FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS3FROZEN strength 0 break }
        }

        addkills 1
        ai AIBOSS3DYING

        sound BOS3_DYING
        sound JIBBED_ACTOR9

    }
    else
    {
        ifrnd 32 { action BOSS3FLINTCH move 0 }

        ifspritepal 0 { }
        else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS3PALSHRINK
break }

        soundonce BOS3_PAIN

        debris SCRAP1 1
        guts JIBS6 1
    }
ends

state boss3code

    ifaction ABOSS3FROZEN
    {
        ifhitweapon
        {
            ifwasweapon FREEZEBLAST { strength 0 break }

            addkills 1
            lotsofglass 30

            ifrnd 84 spawn BLOODPOOL
            sound GLASS_BREAKING
            killit
        }
        ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
```

```
    break
}
ifai 0 { ifspritepal 0 ai AIBOSS3RUNENEMY else { strength 1 ai AIBOSS3LOBENEMY } }
else ifaction BOSS3FLINTCH { ifactioncount 3 ai AIBOSS3SEEKENEMY }
else ifai AIBOSS3SEEKENEMY state boss3seekenemystate
else ifai AIBOSS3RUNENEMY state boss3runenemystate
else ifai AIBOSS3LOBENEMY state boss3lobbedstate
else ifai AIBOSS3PALSHRINK state boss3palshrunkstate

ifai AIBOSS3DYING state boss3dyingstate
else
{
    ifhitweapon state checkboss3hitstate
    else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
}
ends

actor BOSS3 BOSS3STRENGTH fall state boss3code enda


action ACOMMBREETH  0  3  5  1  40
action ACOMMFROZEN  0  1  5
action ACOMMSPIN   -5  1  5  1  12
action ACOMMGET    0  3  5  1  30
action ACOMMSHOOT 20  1  5   1 35
action ACOMMABOUTTOSHOOT 20 1 5 1 30
action ACOMMDYING 30  8  1  1  12
action ACOMMDEAD  38  1  1  1  1


move COMMGETUPVELS 128 -64
move COMMGETVELS 128 64
move COMMSLOW 64 24
move COMMSTOPPED

ai AICOMMWAIT ACOMMBREETH COMMSTOPPED faceplayerslow
ai AICOMMGET ACOMMGET COMMGETVELS seekplayer
ai AICOMMSHOOT ACOMMSHOOT COMMSTOPPED faceplayerslow
ai AICOMMABOUTTOSHOOT ACOMMABOUTTOSHOOT COMMSTOPPED faceplayerslow
ai AICOMMSPIN ACOMMSPIN COMMGETVELS spin
ai AICOMMDYING ACOMMDYING COMMSTOPPED faceplayer
ai AICOMMSHRUNK ACOMMGET COMMSLOW furthestdir

state checkcommhitstate
```

```
        ifhitweapon
        {

            guts JIBS6 2

            ifdead
            {
                ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ACOMMFROZEN strength 0 break }

                addkills 1

                    ifwasweapon RADIUSEXPLOSION { spawn BLOODPOOL sound SQUISHED state
standard_jibs state delete_enemy }
                    else ifwasweapon RPG { sound SQUISHED spawn BLOODPOOL state standard_jibs state
delete_enemy }

                sound COMM_DYING
                ai AICOMMDYING
            }
            else
            {
                soundonce COMM_PAIN
                ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AICOMMSHRUNK }
                else ifrnd 24 ai AICOMMABOUTTOSHOOT
            }
        }
ends

actor  COMMANDERSTAYPUT  COMMANDERSTRENGTH  cactor  COMMANDER  ai
AICOMMABOUTTOSHOOT enda
actor COMMANDER COMMANDERSTRENGTH

    state checksquished

    ifaction ACOMMFROZEN
    {
        fall

        ifcount THAWTIME { getlastpal ai AICOMMWAIT }
        else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

        ifhitweapon
        {
```

```
            ifwasweapon FREEZEBLAST { strength 0 break }
            addkills 1

            ifrnd 84 spawn BLOODPOOL
            lotsofglass 30
            sound GLASS_BREAKING
            killit
          }
          ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
          break
        }
      ifai 0 ai AICOMMSHOOT
      else ifai AICOMMWAIT { ifcount 20 { ifcansee { ifcanshoottarget { ifrnd 96 ai AICOMMGET
  else ai AICOMMABOUTTOSHOOT } } else ai AICOMMGET } }
      else ifai AICOMMABOUTTOSHOOT
      {
        ifactioncount 2 { ifcansee ai AICOMMSHOOT else { ai AICOMMGET break } }
        soundonce COMM_ATTACK
      }
      else ifai AICOMMSHOOT
      {
        ifcanshoottarget
        {
          ifcount 24 ifrnd 16 ai AICOMMWAIT
          ifactioncount 2 { shoot RPG resetactioncount }
        }
        else ai AICOMMGET
      }
    else ifai AICOMMSHRUNK
    {
      ifcount SHRUNKDONECOUNT ai AICOMMGET
      else ifcount SHRUNKCOUNT sizeto 48 40
      else state genericshrunkcode
    }
    else ifai AICOMMGET
    {
      ifnotmoving ifrnd 4 operate
      ifpdistl 1024 ifp palive { sound COMM_SPIN ai AICOMMSPIN break }

      ifcansee
      {
        ifp phigher move COMMGETUPVELS getv geth faceplayer
        else move COMMGETVELS getv geth faceplayer
      }
      ifactioncount 8 ifrnd 2 ai AICOMMABOUTTOSHOOT
```

```
    }
    else ifai AICOMMSPIN
    {
      soundonce COMM_SPIN
      ifcount 16
      {
        ifpdistl 1280 { addphealth CAPTSPINNINGPLAYER sound DUKE_GRUNT palfrom 32
16 resetcount }
        else ifpdistg 2300 ai AICOMMWAIT
      }
      ifactioncount 52 ai AICOMMWAIT
      ifnotmoving ifrnd 32 operate
    }

    ifai AICOMMDYING
    {
      fall
      strength 0

      ifhitweapon ifwasweapon RADIUSEXPLOSION
        { sound SQUISHED spawn BLOODPOOL state standard_jibs state delete_enemy }

      ifaction ACOMMDYING
        ifactioncount 8 { iffloordistl 8 sound THUD cstat 0 action ACOMMDEAD }
    }
    else
    {
      ifrnd 2 soundonce COMM_ROAM
      state checkcommhitstate
    }
enda
```

| Title | : 2009 - A Space Oddity |
|---|---|
| Filename | : 2009.map |
| Author | : Matt Harris A.K.A. MattCake |
| Email Address | : 101502.1440@compuserve.com |

Single Player          : Yes Indeedio
Co-operative 2-8 Player : If you like
DukeMatch 2-8 Player    : Aye, Captain
Difficulty Settings    : No
New Sounds             : No
New Graphics           : No
New Music              : No
Demos Replaced         : None

* Construction *

Base              : Scratch Level
Editor used       : BUILD
Build Time        : About 150 hours...(Had to learn BUILD as well, don't forget)
Known Bugs        : Shouldn't be any, but just maybe...

* Copyright / Permissions *

Please don't use this map as a base for your own levels. Examine it, rip it
apart and learn from it but don't copy it. It's much more satisfying to
start from scratch and you'll learn more that way too.

* Where to get this cool MAP *

Only at GO APOGEE or GO REALMS at the moment but feel free to spread it
around (The map that is) to anyone you please as long as no fee is charged
and that this file is included. Stick it on yonder Internet if you like.

* Other MAPS on the way*

Yep. Maybe not today, maybe not tomorrow, but soon, and for the rest of my
life.

Send all comments and suggestions to me at address above. Only constructive
criticism please, don't E-Mail me with the message "It's rubbish" or "It's

too hard". Tell me why and I'll fix the problem in future levels.


This file was designed to be viewed with NotePad.
If it looks all weird, then sorry.

```
                         Print File List
                         8/1/96    2:04PM
                              D:\

Total Files:   1
Total Bytes:   41,008

a-b           <Dir>
c             <Dir>
cheats        <Dir>
d             <Dir>
dethmach      <Dir>
e-i           <Dir>
extras        <Dir>
j-l           <Dir>
m-q           <Dir>
mapfaq        <Dir>
r-s           <Dir>
t-z           <Dir>
revision.txt  48          6/25/96   9:08PM
```

```
                          Print File List
                          8/1/96   9:29PM
                             D:\A-B

Total Files:   38
Total Bytes:   1,216,475


2009.map        105,738    6/9/96   11:06PM
2009.txt          1,780    6/5/96    7:29PM
2story.map       29,054    5/17/96   9:25PM
2story.txt        3,164    5/17/96   9:30PM
aadywarz.map     18,630    5/18/96   7:47PM
aadywarz.txt      3,514    5/18/96   8:05PM
abbys.map       117,990    6/11/96   2:20PM
airmobil.map     21,214    5/14/96   5:31AM
alley.map        98,358    6/5/96    4:59PM
allwest.map     109,086    6/2/96    2:59AM
allwest.txt       1,027    6/2/96    2:18AM
amtrak.map       33,906    6/10/96   4:16PM
aquapool.map     34,390    5/27/96   3:16AM
aquapool.txt      2,345    5/27/96   3:36AM
aren.map         11,462    6/10/96   4:13PM
arena.map        32,770    6/10/96   4:15PM
arena.txt         1,599    5/16/96  11:06PM
arena2.map       18,494    6/10/96   4:16PM
assault.map      10,714    6/10/96   4:50PM
atlantis.map     51,550    6/1/96    4:38PM
awesome9.map     14,730    6/10/96   4:17PM
bar2.map         15,930    5/23/96   7:44AM
bar2play.map     35,938    5/29/96   2:45PM
bestestx.map     68,926    6/10/96   4:13PM
bestfrag.map     31,674    4/27/96  12:12PM
body.map         36,206    5/27/96   3:17PM
body.txt          1,552    5/27/96   3:19PM
brawl.map        37,798    6/6/96   10:27AM
brawl.txt         1,459    6/6/96   12:24PM
break_in.map     55,102    5/28/96  12:18PM
bridge.map          574    5/17/96  11:57PM
bridgeod.map     46,286    6/9/96    7:11PM
bridgeod.txt      1,021    6/9/96    9:43PM
building.map     19,522    6/10/96   4:47PM
bunker.map       27,446    5/20/96   9:22AM
bunker.txt        1,502    5/20/96  12:27PM
bunker08.map    100,478    5/29/96   2:48AM
bunker2.map      13,546    5/17/96   3:47AM
```

```
                              Print File List
                              8/1/96   9:29PM
                                  D:\C

Total Files:   34
Total Bytes:   999,558

cafe.map        9,542       5/7/96   10:17AM
californ.map    90,878      5/24/96  12:45AM
canyon.map      23,014      5/26/96   5:02PM
canyon.txt      986         5/26/96   5:31PM
canyon3.map     51,458      6/3/96    9:06AM
canyon3.txt     1,482       6/3/96    9:22AM
castle.map      47,830      6/6/96    4:56PM
castle.txt      864         6/6/96    7:46PM
cavern.map      66,298      6/10/96    4:17PM
cement.map      18,814      6/1/96    3:39PM
cement.txt      1,399       6/1/96    4:58PM
chambers.map    26,177      6/10/96    4:50PM
chekrbrd.map    17,698      5/20/96  11:38AM
chips.map       29,134      6/8/96    2:53AM
chips.mid       8,302       6/7/96    6:16PM
chips.txt       2,941       6/8/96    5:58AM
chris.map       16,986      5/24/96    3:27PM
city.map        50,078      5/15/96    4:48PM
city.txt        2,537       5/15/96    4:51PM
citylit.map     80,078      5/26/96    8:05PM
citypark.map    21,242      6/1/96    9:00PM
citypark.txt    276         6/1/96   10:24PM
citywar1.map    27,274      5/25/96    5:12PM
clarkst.map     99,930      6/7/96    2:42PM
clarkst.txt     2,075       6/7/96    2:59PM
club.map        15,462      5/11/96  10:04PM
congo4.map      15,518      5/15/96  12:43AM
coolclub.map    56,770      6/10/96    4:14PM
coreba9.map     72,386      6/10/96    4:50PM
corebase.map    72,386      6/10/96    4:45PM
corprate.map    14,282      5/10/96    6:59PM
crap.map        18,606      5/29/96    2:47PM
crtyard.map     35,422      6/6/96   11:48AM
crtyard.txt     1,433       6/6/96    1:35PM
```

```
                        Print File List
                        8/1/96   9:29PM
                          D:\CHEATS
Total Files:  2
Total Bytes:  12,491

cheats.doc    11,776    5/30/96   2:28PM
cheats.txt    715       5/30/96   2:28PM
```

Print File List
8/1/96    9:29PM
D:\D

Total Files:   49
Total Bytes:   1,137,564

```
d3darena.map   31,790    5/13/96   5:59PM
d3darena.txt    2,915    5/13/96   6:31PM
d3drill.map    17,850    5/17/96   5:10AM
d3drill.txt     2,418    5/17/96   5:17AM
dan2.map       17,862    5/20/96   9:13AM
darkcity.map   19,266    6/10/96   4:44PM
dave1.map       9,602    5/26/96   6:53PM
davepyr.map     3,862    5/7/96    3:15PM
dayoff.map     94,962    6/6/96    7:23AM
dayoff.txt      3,716    6/6/96    7:33AM
death.map       2,202    6/10/96   4:48PM
defs.con       28,893    4/19/96   1:30PM
demo1.dmo       9,711    5/24/96   5:32AM
demolish.map   46,142    5/18/96  11:29PM
demolish.nfo    1,923    5/19/96  12:51AM
dethtoll.mid   15,646   10/30/94  10:26AM
devmap5.map    10,794    5/21/96  10:16PM
devmap5.txt     1,269    5/21/96  10:52PM
devmap7.map    13,210    5/22/96  12:21AM
devmap7.txt     1,574    5/22/96  12:25AM
devmap9.map    15,622    5/22/96  11:38PM
devmap9.txt     1,557    5/22/96  11:42PM
dfest.map      44,910    5/28/96  12:10PM
dfest.txt       1,480    5/28/96   3:59PM
dhouse.map     77,842    5/11/96   8:11AM
disaster.map   69,730    5/24/96   5:20AM
discrete.dsc      885    5/23/96  10:45PM
discrete.map  108,570    5/23/96  10:48PM
dmarena1.map   11,666    6/10/96   4:14PM
dmatch22.map   20,622    6/10/96   4:49PM
dmduke1.map    22,610    6/10/96   4:18PM
dmduke1.txt     2,350    5/10/96   1:46AM
doom2.map      23,230    5/14/95  10:54AM
doomed.map     36,430    5/15/96   3:08AM
doomnukm.map   34,946    5/12/96  11:12PM
doompool.map   14,914    5/14/96   4:31PM
doompool.txt    2,491    5/14/96   4:40PM
dropdead.map   23,254    5/27/96  10:11PM
dropdead.txt    1,749    5/27/96  10:47PM
dstar.map     124,006    5/28/96   9:23PM
dta.map        11,714    6/1/96   12:40PM
dta.txt         1,412    6/1/96    4:11PM
```

2

```
                      Print File List
                      8/1/96    9:29PM
                            D:\D
duke.txt        1,023     5/28/96   7:31PM
duke1.map      28,174     6/10/96   4:47PM
duke98.map     46,602     5/31/96  10:49PM
duke98.txt      1,036     5/31/96  11:40PM
dukemall.map   40,900     6/10/96   4:14PM
dwl2duke.map   29,266     5/23/96   8:44AM
dwl2duke.txt    2,966     5/23/96   9:58AM
```

```
                       Print File List
                        8/1/96    9:29PM
                         D:\DETHMACH

Total Files:    92
Total Bytes:    2,466,650


canyon3.map     51,458     6/3/96     9:06AM
canyon3.txt      1,482     6/3/96     9:22AM
cement.map      18,814     6/1/96     3:39PM
cement.txt       1,399     6/1/96     4:58PM
church.map      72,122     5/29/96    5:26PM
church.txt       1,412     5/29/96    5:22PM
d.bat               51     5/26/96    9:36PM
desslit.map     42,210     5/29/96    9:41AM
desslit.txt        339     5/29/96   10:04AM
dm1.map         31,790     5/13/96    5:59PM
dm10.map        14,806     4/16/96   12:52AM
dm11.map        21,858     5/16/96    5:11AM
dm12.map        14,398     5/13/96    6:07PM
dm13.map        39,066     5/20/96   10:18PM
dm14.map        17,850     5/17/96    5:10AM
dm15.map        13,546     5/17/96    3:47AM
dm16.map        31,066     5/20/96    2:34AM
dm17.map        15,622     5/22/96   11:38PM
dm18.map        33,606     5/23/96   10:12PM
dm19.map        44,718     5/22/96    2:19AM
dm2.map         40,106     5/15/96   11:54AM
dm20.map        23,230     5/14/95   10:54AM
dm21.map        80,702     5/24/96    2:44PM
dm22.map        28,970     5/17/96    1:57AM
dm3.map         25,338     5/15/96    6:02AM
dm4.map         21,214     5/14/96    5:31AM
dm5.map         45,810     5/16/96    3:09PM
dm6.map         50,078     5/15/96    4:48PM
dm7.map         67,814     5/14/96    6:05AM
dm8.map         29,054     5/17/96    9:25PM
dm9.map         15,682     5/7/96    12:35PM
doomnukm.map    34,946     5/12/96   11:12PM
doomnukm.txt     2,074     5/12/96   10:42AM
dropdead.map    23,254     5/27/96   10:11PM
dropdead.txt     1,749     5/27/96   10:47PM
duke97.map      44,270     5/30/96    8:35PM
duke97.txt         991     5/30/96   10:05PM
dukem69.map     23,602     6/2/96     2:09PM
dukem69.txt        765     6/4/96     6:03PM
dukeprox.map   161,142     6/4/96     9:47PM
dukeprox.txt     2,509     6/4/96     1:34PM
echerry.map     65,638     5/27/96    4:50PM
```

2

Print File List
8/1/96    9:29PM
D:\DETHMACH

```
echerry.txt    1,634      5/27/96   4:54PM
fbs.map       21,070      5/24/96  11:42AM
fbs.txt        1,454      5/29/96   5:18PM
foxbase.map   60,494      5/26/96   5:52PM
foxbase.txt    2,282      5/26/96   3:03PM
homerdm2.map   9,182      5/24/96   9:42AM
homerdm2.txt     751      5/18/96  10:35PM
homerdm3.map   6,022      5/18/96   9:37PM
homerdm3.txt     751      5/18/96   9:47PM
install.txt      236      5/18/96   1:46PM
jbond.mid     26,040      4/30/96  12:51AM
jl-aptmt.map  62,802      5/30/96   2:42AM
jl-aptmt.txt   1,543      5/30/96   2:45AM
lenhouse.map  91,154       6/2/96  11:00AM
lenhouse.txt   1,806       6/2/96  11:05AM
mancar2.map   43,734      5/25/96   2:08AM
mancar2.txt    1,016      5/31/96   1:46PM
match.map    104,578      5/20/96   8:32PM
match.txt      1,499       6/5/96  12:48PM
mt-duke.map   32,182      5/20/96   7:10PM
mt-duke.txt    2,178      5/20/96   9:14PM
museum.map    55,682      5/29/96   5:24PM
museum.txt       817      5/29/96   3:56PM
newfort.map   57,098      5/27/96   6:06PM
newfort.txt    1,177      5/27/96   2:43PM
oneway.map    18,206      5/29/96   9:31AM
oneway.txt       894      5/29/96  11:02AM
planetdk.map  49,738      5/28/96   1:33PM
planetdk.txt   1,762      5/28/96   1:53PM
quad.map     119,762      5/30/96   8:38PM
quad.txt       1,590      5/29/96   6:48PM
rooms.map     24,502      5/26/96   6:02PM
rooms.txt      1,895      5/26/96   6:34PM
ryanb01.map   27,034      5/27/96   5:23PM
ryanb01.txt    1,077      5/27/96   5:21PM
slufest.txt      988      5/28/96  11:10PM
slugfest.map  44,878      5/28/96  11:07PM
sniper.map    19,054       6/1/96   5:17PM
sniper.txt     2,239       6/1/96   5:38PM
street.map    45,810      5/16/96   3:09PM
street.txt       945      5/17/96   1:43PM
tinz.map      82,414      5/29/96   9:02PM
tinz.txt       1,288      5/29/96   9:02PM
tommap.map    55,874      5/24/96   1:32PM
tommap.txt       386      5/28/95   4:42PM
```

3

Print File List
8/1/96    9:29PM
D:\DETHMACH

| | | | |
|---|---|---|---|
| toodark.map | 40,058 | 5/19/96 | 6:29PM |
| toodark.txt | 1,280 | 5/21/96 | 5:29PM |
| user.con | 36,883 | 5/27/96 | 12:01AM |
| z-trobe.map | 42,606 | 5/18/96 | 8:01PM |
| z-trobe.txt | 1,754 | 5/18/96 | 8:00PM |

```
                         Print File List
                         8/1/96   2:28PM
                            D:\E-I

Total Files:   61
Total Bytes:   1,909,835


e111weap.map   103,730    5/18/96    9:02AM
e1m4.map        52,074    5/15/96    1:58PM
echerry.map     65,638    5/27/96    4:50PM
echerry.txt      1,634    5/27/96    4:54PM
evilcity.map    62,262    1/4/80     8:25AM
fate.map         7,187    5/27/96    1:17PM
ffest96.map     44,718    6/10/96    4:48PM
file_id.diz         73    6/6/96     9:43PM
firelane.txt       659    5/23/96    5:41PM
flanor.map      67,814    5/14/96    6:05AM
flash01.map     28,098    5/14/96    7:32PM
flash01.txt        843    5/17/96    1:29PM
flood.map       45,014    6/10/96    4:44PM
fludcity.map    45,682    6/8/96    11:43AM
fly&die.map     17,086    6/10/96    4:47PM
fox.map         38,558    5/29/96   11:51PM
fox.txt          1,039    6/10/96    8:11PM
fphouse.map     35,362    5/28/96    6:39PM
frag.txt           250    5/19/96   12:22AM
fragcity.map    25,330    5/17/96    2:30PM
fulmovie.map   103,774    5/18/96    7:33PM
fulmovie.txt     1,438    5/19/96   12:15AM
funhouse.map    17,446    5/21/96    5:57PM
funhouse.txt       942    5/21/96    6:17PM
game.con        99,664    6/5/96     4:18PM
geo.txt          2,068    5/29/96    7:46PM
geo1.map        23,290    5/29/96    7:46PM
good12.map      18,962    5/5/96     7:35PM
h_ledges.map    22,654    6/6/96    12:22PM
h_ledges.txt     1,865    6/6/96     1:08PM
hangar.map      36,458    5/13/96    3:51PM
harena.map      49,514    6/1/96     2:07PM
harm1.con       36,867    5/18/96    1:37AM
harm1.map       32,906    5/18/96    1:45AM
harm1.txt        4,342    5/18/96    1:29AM
hell.map        15,450    5/29/96   10:29PM
hellt.map       33,025    6/10/96    4:17PM
history.txt      1,164    5/26/96    5:15PM
hockey.map      15,682    5/9/96     6:53PM
hockey1.map     16,078    6/10/96    4:14PM
hol_hell.map    10,130    5/27/96    1:15PM
hol_hell.txt     1,264    5/27/96    1:16PM
```

2                          Print File List
                           8/1/96    2:28PM
                                D:\E-I

```
hole.map        1,166      5/11/96 12:05AM
horror.map      96,266     6/17/96  2:40AM
hospital.map    35,554     6/10/96  4:46PM
hotel.map       90,878     5/24/96 12:45AM
hotel.txt       1,239      5/23/96  7:52PM
hotel3.map      43,756     6/10/96  4:49PM
house29.map     46,062     6/10/96  4:13PM
htf.map         66,262     6/9/96   3:24AM
htf.txt         2,502      6/10/96  1:43PM
htrain.map      31,754     6/10/96  4:16PM
huge10.map      123,190    5/18/96 12:35AM
iga.map         63,226     6/14/96  8:18PM
ihotel.map      43,566     5/20/96  4:21PM
indust.doc      1,552      5/27/96  7:25PM
indust.map      11,146     5/27/96  2:12PM
info.txt        2,326      5/15/96  2:11AM
island1.bat     29         5/28/96 12:52AM
island1.map     59,038     5/28/96  1:17AM
island1.txt     2,289      5/28/96  1:19AM
```

Print File List
8/1/96    9:30PM
D:\EXTRAS

Total Files:    50
Total Bytes:    7,612,050

```
buildfaq.txt    10,440      5/14/96    5:09AM
current.val     125         3/3/96     4:34AM
door20.map      3,198       5/17/96    9:57PM
door20.txt      2,561       5/17/96    9:57PM
door23.map      2,698       5/17/96    9:57PM
door23.txt      2,291       5/17/96    9:57PM
door26.map      3,922       5/17/96    9:57PM
door26.txt      1,606       5/17/96    9:57PM
door9.map       3,730       5/17/96    9:57PM
door9.txt       1,659       5/17/96    9:57PM
doors.txt       1,242       5/17/96   10:47PM
editcon.exe     76,128      3/3/96     4:39AM
glass.map       878         5/17/96    9:57PM
glass.txt       1,974       5/17/96    9:57PM
mapedit.txt     62,192      1/16/96    8:00PM
mirror.map      3,758       5/16/96    6:36PM
mirror.txt      1,704       5/16/96    6:48PM
mltistep.map    16,230      5/17/96    9:57PM
multiflo.txt    1,408       5/17/96    9:57PM
readme.txt      3,495       3/3/96     4:48AM
scrns01.bmp     308,278     6/3/96    12:11PM
scrns02.bmp     308,278     6/3/96    12:33PM
scrns03.bmp     308,278     6/3/96    12:34PM
scrns04.bmp     308,278     6/3/96    12:34PM
scrns05.bmp     308,278     6/3/96    12:35PM
scrns06.bmp     308,278     6/3/96    12:35PM
scrns07.bmp     308,278     6/3/96    12:35PM
scrns09.bmp     308,278     6/3/96    12:36PM
scrns10.bmp     308,278     6/3/96    12:36PM
scrns13.bmp     308,278     6/3/96    12:28PM
scrns19.bmp     308,278     6/3/96    12:29PM
scrns21.bmp     308,278     6/3/96    12:29PM
scrns32.bmp     308,278     6/3/96    12:29PM
scrns36.bmp     308,278     6/3/96    12:30PM
scrns37.bmp     308,278     6/3/96    12:30PM
scrns50.bmp     308,278     6/3/96    12:30PM
scrns51.bmp     308,278     6/3/96    12:30PM
scrns59.bmp     308,278     6/3/96    12:31PM
scrns71.bmp     308,278     6/3/96    12:31PM
scrns72.bmp     308,278     6/3/96    12:32PM
scrns75.bmp     308,278     6/3/96    12:32PM
scrns84.bmp     308,278     6/3/96    12:32PM
```

Print File List
8/1/96    9:30PM
D:\EXTRAS

scrns90.bmp    308,278    6/3/96    12:33PM
scrns93.bmp    308,278    6/3/96    12:33PM
subtmp.map     2,278      5/17/96   9:57PM
subway.doc     4,131      5/17/96   9:57PM
undrwtr.map    618        5/17/96   9:57PM
water.txt      1,579      5/17/96   9:57PM
windows.map    2,274      5/17/96   9:57PM
windows.txt    1,259      5/17/96   9:57PM

```
                          Print File List
                         8/1/96    9:30PM
                            D:\J-L

Total Files:   43
Total Bytes:   1,174,048


jail3.map       37,778      6/12/91   5:23PM
jdoe.map        21,630      6/1/96    9:17AM
jell1v1.map     115,230     5/28/96   9:07PM
jell1v1.txt     1,578       5/29/96   5:17PM
jeff1.map       12,374      5/20/96   7:00PM
jeff2.map       9,378       5/20/96   5:47PM
jenn-apt.map    56,842      5/21/96   1:44PM
jm-base.map     100,578     6/2/96    12:40AM
jm-base.txt     4,682       6/2/96    12:47AM
jmcity.map      71,106      6/9/96    12:32PM
jmcity.txt      2,963       6/9/96    12:34PM
jumpfire.mid    71,606      8/18/94   3:47PM
junk            13,543      6/11/96   10:02AM
junkyard.map    48,830      6/7/96    3:17PM
junkyard.txt    3,528       6/7/96    3:34PM
justin1.map     15,098      5/19/96   1:58AM
kickass.map     3,106       5/7/96    9:28AM
kickass2.map    7,242       5/8/96    3:43PM
killa.map       21,694      5/15/96   10:31PM
killa.txt       1,245       5/15/96   10:32PM
killer.map      51,930      5/26/96   5:13PM
killer.txt      3,191       5/26/96   5:16PM
killersu.map    14,898      6/4/96    1:50AM
killersu.txt    1,119       6/6/96    8:05PM
kilo10.txt      1,032       5/31/96   5:49PM
kitchen.map     12,118      5/26/96   3:58AM
kraven.map      52,802      5/30/96   4:18PM
lagoon.map      12,038      6/10/96   4:49PM
lbdwango.map    46,498      5/24/96   8:21PM
le_rock.bat     25          5/18/96   9:36PM
le_rock.map     37,182      5/23/96   1:50AM
le_rock.txt     5,837       5/23/96   2:08AM
legoland.map    31,926      6/2/96    10:02PM
legoland.txt    1,942       6/6/96    12:32PM
level1.map      116,286     5/24/96   5:52PM
level1.txt      2,277       5/26/96   12:24AM
lilpig2.map     7,398       5/7/96    3:15PM
logic.dsc       1,628       6/3/96    8:53PM
logic.map       78,514      6/3/96    8:07PM
lunar1.map      30,650      5/16/96   6:33PM
lunar1.txt      1,617       5/16/96   11:28PM
lunar2.map      42,062      5/17/96   5:34PM
```

2

```
                        Print File List
                        8/1/96   9:30PM
                              D:\J-L
lunar2.txt     1,047     5/17/96  6:18PM
```

```
                              Print File List
                              8/1/96    9:30PM
                                 D:\M-Q

Total Files:   52
Total Bytes:   1,770,670


mall.map         110,706    6/5/96     4:14PM
mall.txt         1,203      6/5/96     4:40PM
mancer01.map     27,526     5/14/96    4:32PM
mancer01.txt     3,157      5/14/96    9:58PM
map10.map        28,786     5/31/96    5:39PM
mapedit.txt      62,192     1/16/96    8:00PM
mapinfo.txt      290        5/18/96    3:02PM
martbeta.map     41,274     6/8/96     5:09PM
martbeta.txt     854        6/8/96     5:08PM
martin.map       15,610     5/20/96   11:41AM
maze3.map        14,778     5/26/96    9:51PM
maze3.txt        1,963      5/29/96    2:37PM
mhouse.map       62,334     6/5/96    10:50AM
mhouse.txt       1,115      6/7/96     3:06PM
mm1.map          104,938    6/10/96    4:13PM
moonbas1.map     65,634     5/29/96    7:52PM
music.txt        475        6/1/96     1:07PM
myhous2.map      26,002     6/10/96    4:48PM
myhous3.map      26,002     6/10/96    4:47PM
myhous4.map      26,002     6/10/96    4:48PM
myhous6.map      26,002     6/10/96    4:49PM
myhous7.map      36,002     6/10/96    4:49PM
myhouse.map      26,002     6/10/96    4:45PM
nail.map         63,006     5/20/96    1:57PM
nail.txt         1,263      5/21/96    5:00PM
nailed.map       83,002     5/23/96    5:06AM
nailed.txt       1,627      5/23/96   12:06PM
napalm2.map      30,318     6/19/96    6:16PM
napalm2.txt      1,061      6/19/96    6:17PM
nascar.map       38,054     6/2/96     8:41AM
nasty24.map      66,706     5/29/96    7:30AM
nasty24.txt      1,014      5/29/96    7:39AM
nest.map         17,938     6/10/96    4:15PM
newboard.map     10,522     5/5/96     7:35PM
newyork.map      32,894     6/10/96    4:15PM
night1.map       9,490      5/10/96    6:34PM
nihil01.map      108,298    5/26/96    7:19PM
nihil01.txt      1,539      5/27/96   10:54PM
nitestlk.map     21,858     5/16/96    5:11AM
ourhouse.map     27,918     6/10/96    4:44PM
panic.map        38,170     5/19/96   12:24PM
panic.txt        808        5/19/96   12:43PM
```

2

Print File List
8/1/96    9:30PM
D:\M-Q

```
park.map       90,914    5/31/96   1:27PM
parking.map    89,614    6/7/96   11:04AM
pitfal2.map    18,470    6/10/96   4:46PM
pitfall.map    18,470    6/10/96   4:15PM
pool.map       53,794    6/10/96   4:44PM
prey.map       70,146    6/10/96   4:17PM
pyramid.map    15,598    5/15/96   4:22AM
pyro1.map      29,058    5/27/96   6:35PM
pyro1.txt         511    6/7/96    1:35PM
quad.map      119,762    5/30/96   8:38PM
```

```
                       Print File List
                       8/1/96    9:30PM
                         D:\MAPFAQ

Total Files:  17
Total Bytes:  80,948


bridge.map     574        5/17/96 11:57PM
camera.map     1,550      5/17/96  9:31PM
clites.map     1,466      5/18/96 11:49PM
conveyor.map   5,258      5/12/96 12:59AM
glass.map      658        5/17/96  8:51PM
hole.map       1,166      5/11/96 12:05AM
lifts.map      7,574      5/11/96 11:24PM
mapfaq01.faq   48,652     5/19/96  1:34AM
mirror.map     1,614      5/18/96  8:55PM
slstdoor.map   1,338      5/18/96  6:00PM
sos.map        3,362      5/18/96  2:20AM
spstdoor.map   1,274      5/18/96  6:23PM
subway.map     1,930      5/18/96  9:26PM
swdoor.map     1,106      5/18/96 12:43AM
tdoor.map      1,382      5/12/96  2:55AM
teleport.map   1,002      5/11/96  7:11PM
water.map      1,042      5/19/96  1:36AM
```

```
                        Print File List
                        8/1/96    9:30PM
                             D:\R-S

Total Files:   53
Total Bytes:   1,751,432


radman.map     14,398      5/13/96   6:07PM
rando2.map     97,286      5/15/96   1:24AM
rattrap.map    22,654      6/10/96   4:14PM
readme.ger     2,372       6/7/96   12:59PM
readme.txt     2,028       6/7/96   11:32AM
reallyc.map    4,902       6/10/96   4:49PM
redsky.map     72,346      6/14/96   2:21PM
rob1.map       26,482      6/10/96   4:14PM
rob2.map       19,746      6/10/96   4:44PM
rob3.map       14,374      6/10/96   4:16PM
robot.map      26,866      8/13/95   8:30PM
robot.txt      1,261       8/13/95   8:41PM
ross1b5.map    25,998      6/10/96   4:47PM
rpgzone.map    178,114     5/25/96   5:10PM
ruins.map      62,466      5/28/96  10:29PM
ruins.txt      1,141       5/28/96  10:31PM
run.map        9,442       5/29/96   3:08PM
run.txt        1,508       5/28/96   9:36PM
runngun.map    35,602      5/15/96  11:47PM
s-days.map     53,706      6/4/96    3:49PM
sactown.map    44,710      6/1/96    9:29PM
sactown.txt    2,049       6/1/96    6:41PM
sand.map       151,498     6/4/96    8:24PM
sand.txt       876         6/4/96   10:29PM
sc.map         3,610       6/10/96   4:18PM
school.map     118,130     5/17/96   3:41PM
school.txt     1,255       5/17/96   4:32PM
screw-u2.map   73,670      6/6/96    6:00PM
screw-u2.txt   3,029       6/6/96    9:50PM
se7en.txt      1,051       5/26/96  10:23PM
se7en04.map    56,974      5/29/96   7:54PM
ship.map       31,066      5/20/96   2:34AM
shroom.map     30,074      6/9/96    8:16PM
shroom.txt     1,171       6/9/96    8:28PM
siege2.map     23,314      5/14/96   7:21PM
sinister.map   23,346      5/22/96   4:56PM
sinister.txt   1,314       5/22/96   6:18PM
skydive.map    4,378       6/10/96   4:18PM
slufest.txt    988         5/28/96  11:10PM
sluts.map      20,098      5/19/96   8:22PM
soidm1.map     22,994      6/3/96   10:13AM
soidm1.txt     1,323       6/4/96   12:28PM
```

Print File List
8/1/96    9:30PM
D:\R-S

```
songtong.map   84,350    6/3/96   11:03AM
songtong.txt    3,693    6/14/96   7:45PM
sos.map         3,362    5/18/96   2:20AM
splish1.map    18,098    6/4/96   12:02PM
stadium2.map    6,946    5/22/96   6:51AM
strmine.map    78,718    4/16/96   8:08PM
subcityp.txt    1,500    6/12/96   7:14PM
subpart2.map  165,490    6/12/96   6:26PM
subway.map     55,758    5/31/96  12:43AM
subway.txt        845    5/31/96  12:56AM
suprcomp.map   43,062    5/21/96   5:02AM
```

```
                              Print File List
                             8/1/96    9:30PM
                                  D:\T-Z

Total Files:    47
Total Bytes:    1,912,417


_zoo.map         55,426      6/10/96    4:15PM
_zoo4.map        55,426      6/10/96    4:47PM
{boom!}.map      69,670      6/10/96    7:18PM
{boom!}.txt      2,054       6/10/96    8:08PM
telebase.map     34,350      6/2/96     1:17PM
template.txt     1,362       6/5/96     5:12PM
test.map         18,906      5/18/96    2:07AM
test.txt         1,070       5/20/96    1:58PM
thehole.map      18,018      5/22/96    8:09PM
thehole.txt      1,024       5/22/96    8:07PM
themaze.map      81,374      6/10/96    9:49PM
themaze.txt      1,915       6/19/96    7:20PM
thepond.map      30,866      6/10/96    4:16PM
thestand.map     74,902      6/6/96     9:36PM
thestand.txt     3,283       6/6/96     9:36PM
tidepool.map     7,566       4/14/96    7:00PM
tikkanen.map     90,282      6/6/96     3:06AM
tiles014.art     70,160      6/5/96    12:32PM
tiles014.lgc     158,890     6/2/96     4:12PM
tiles015.art     313,360     5/27/96    9:09PM
tinz.map         82,414      5/29/96    9:02PM
towers.map       31,154      5/29/96    7:54PM
train.map        20,050      6/10/96    4:50PM
trapped.map      1,646       6/8/96     5:00PM
trapped.txt      1,444       6/8/96     5:00PM
trenches.dsc     734         5/17/96    6:32PM
trenches.map     26,690      5/17/96    6:20PM
tripzon2.map     8,590       5/26/96    9:37AM
tripzone.map     10,038      5/25/96    5:12PM
ultimate.map     15,958      5/31/96    1:24PM
user.con         37,193      6/4/96     8:25PM
version2         4           5/24/96    8:31PM
vimdeath.map     14,806      4/16/96   12:52AM
waldo.map        10,378      5/20/96    9:13AM
war.map          121,218     5/28/96    7:20PM
warehs12.map     72,510      5/25/96   11:36PM
warhose.map      12,230      6/10/96    4:46PM
water7.map       65,634      5/14/96    4:22AM
waterone.map     28,142      5/14/96    2:58AM
waterway.map     35,378      5/14/96    1:43AM
weird5.map       8,586       5/16/96    9:26AM
whore03.map      16,258      5/16/96   12:14PM
```

Print File List
8/1/96   9:30PM
D:\T-Z

| | | | |
|---|---|---|---|
| whore0m.map | 33,750 | 5/19/96 | 1:24AM |
| wicked.map | 14,114 | 3/19/96 | 10:58PM |
| wolf.map | 80,702 | 5/24/96 | 2:44PM |
| yep.map | 30,286 | 5/13/96 | 1:27AM |
| z-trobe.map | 42,606 | 5/18/96 | 8:01PM |

```
/*

-----------------------------------------------------------------------
Duke Nukem 3D USER.CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
-----------------------------------------------------------------------

IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.

How many ways can you die?

-----------------------------------------------------------------------
*/

// ******************
// MISC GAME SETTINGS
// ******************

define CAMERASDESTRUCTABLE     YES          // YES
define FREEZERHURTOWNER        YES

define MAXPLAYERHEALTH          999
define MAXWATERFOUNTAINHEALTH   150

define YELLHURTSOUNDSTRENGTH    900
define YELLHURTSOUNDSTRENGTHMP  900
define MAXPLAYERATOMICHEALTH    500    // doubles as maxarmor.
```

```
define DOUBLEMAXPLAYERHEALTH   MAXPLAYERATOMICHEALTH
define STARTARMORHEALTH        0
define RETRIEVEDISTANCE        844
define SQUISHABLEDISTANCE      1024 // For actors only!
define DEFAULTVISIBILITY       888
define FROZENQUICKKICKDIST     980

define GENERICIMPACTDAMAGE     900
define SWEARFREQUENCY          999

define MAXPISTOLAMMO           300
define MAXSHOTGUNAMMO          150
define MAXCHAINGUNAMMO         400
define MAXRPGAMMO              150
define MAXHANDBOMBAMMO         100
define MAXSHRINKERAMMO         100
define MAXDEVISTATORAMMO       200
define MAXFREEZEAMMO           100
define MAXTRIPBOMBAMMO         50

define RESPAWNACTORTIME        768
define RESPAWNITEMTIME         768

// The BLIMP has a high respawn time (any value smaller runs the risk
// of spawning too many sprites, resulting in "Bog City")
define BLIMPRESPAWNTIME 2048

define NUMFREEZEBOUNCES        20  // 0 - 255


define RUNNINGSPEED 53650

define PLAYDEADTIME 120

define SHRUNKCOUNT 270
define SHRUNKDONECOUNT 304

define FROZENDRIPTIME 90
define THAWTIME 100


// Various blast radius distances

define RPGBLASTRADIUS          1780
define PIPEBOMBRADIUS          9999
```

```
define SHRINKERBLASTRADIUS      650
define TRIPBOMBBLASTRADIUS      9999
define MORTERBLASTRADIUS        2500
define BOUNCEMINEBLASTRADIUS  2500
define SEENINEBLASTRADIUS       2048


gamestartup   DEFAULTVISIBILITY GENERICIMPACTDAMAGE MAXPLAYERHEALTH
              STARTARMORHEALTH   RESPAWNACTORTIME RESPAWNITEMTIME
RUNNINGSPEED
              RPGBLASTRADIUS PIPEBOMBRADIUS  SHRINKERBLASTRADIUS
TRIPBOMBBLASTRADIUS
       MORTERBLASTRADIUS BOUNCEMINEBLASTRADIUS SEENINEBLASTRADIUS
       MAXPISTOLAMMO MAXSHOTGUNAMMO MAXCHAINGUNAMMO
       MAXRPGAMMO MAXHANDBOMBAMMO MAXSHRINKERAMMO
       MAXDEVISTATORAMMO MAXTRIPBOMBAMMO MAXFREEZEAMMO
       CAMERASDESTRUCTABLE NUMFREEZEBOUNCES FREEZERHURTOWNER



// Weapon Strengths
define KNEE_WEAPON_STRENGTH          10
define PISTOL_WEAPON_STRENGTH         6  // Adds rand()%5 (0 to 5)
define HANDBOMB_WEAPON_STRENGTH      999



// For direct hits with the rocket launcher,
// this amount is actually doubled.  Otherwise,
// damage values depend on distance. The
// further, the weaker.

define RPG_WEAPON_STRENGTH           300



define SHRINKER_WEAPON_STRENGTH      900
define SHOTGUN_WEAPON_STRENGTH       400
define CHAINGUN_WEAPON_STRENGTH       50
define FREEZETHROWER_WEAPON_STRENGTH  100
define COOL_EXPLOSION_STRENGTH       100
define TRIPBOMB_STRENGTH             999
define FIRELASER_WEAPON_STRENGTH       7
define MORTER_WEAPON_STRENGTH         50
define BOUNCEMINE_WEAPON_STRENGTH    150
define SPIT_WEAPON_STRENGTH            8
define BULLET_WEAPON_STRENGTH        100
```



```
// Enemy strengths (hit points).

    define TROOPSTRENGTH        30
    define PIGCOPSTRENGTH        100
    define PIG_SHIELD_AMOUNT1     75
    define PIG_SHIELD_AMOUNT2     50
    define LIZSTRENGTH           100
    define LIZGETTINGDAZEDAT      15
    define LIZEATINGPLAYER       -2
    define OCTASTRENGTH          175
    define OCTASCRATCHINGPLAYER  -11
    define RECONSTRENGTH          50
    define TURRETSTRENGTH         30
    define ROTTURRETSTRENGTH      40
    define DRONESTRENGTH         150
    define CAPTAINSTRENGTH        50
    define CAPTSPINNINGPLAYER    -11
    define COMMANDERSTRENGTH     350
    define SHARKSTRENGTH          35
    define SHARKBITESTRENGTH     -9


    define PISTOLAMMOAMOUNT       50
    define SHOTGUNAMMOAMOUNT     100
    define CHAINGUNAMMOAMOUNT    250
    define RPGAMMOBOX             50
    define CRYSTALAMMOAMOUNT     100
    define DEVISTATORAMMOAMOUNT   50
    define FREEZEAMMOAMOUNT      100
    define HANDBOMBBOX            35



    define BOSS1STRENGTH        9500
    define BOSS1PALSTRENGTH     1000
    define BOSS2STRENGTH        9500
    define BOSS3STRENGTH        1000



// Miscellaneous strengths.

    define WEAKEST            1
    define WEAK              5
    define MEDIUMSTRENGTH    10
    define TOUGH             20
    define REALLYTOUGH       30
    define HBOMBTOUGH       100
```

```
define GOTTASMART      90
define BOMBTOUGH       100


// Players' inventory amounts.

define STEROID_AMOUNT      400
define SHIELD_AMOUNT       100
define SCUBA_AMOUNT        6400
define HOLODUKE_AMOUNT     3500
define JETPACK_AMOUNT      9999
define HEAT_AMOUNT         1200
define FIRSTAID_AMOUNT     MAXPLAYERHEALTH
define BOOT_AMOUNT         200

define SPAWNAMMOODDS       100


// Maximum quote size is 64 characters.

definequote 0     AUTO AIMING
definequote 1     SHOW MAP: OFF
definequote 2     ACTIVATED
definequote 3     PORTABLE MEDKIT
definequote 4     LOCKED
definequote 5     GIVING EVERYTHING!
definequote 6     BOOTS
definequote 7     WASTED!
definequote 8     UNLOCKED
definequote 9     A SECRET PLACE YOU ARE SO COOL!  loser...
definequote 10    SQUISH!
definequote 11    ALL DOORS UNLOCKED
definequote 12    HOW ARE YER BALLS??
definequote 13    PRESS SPACE TO RESTART LEVEL
definequote 14    AMMO FOR DEVASTATOR HUAHH!!!
definequote 15    DEACTIVATED
definequote 16    SWITCH OPERATED ONLY!
definequote 17    GOD MODE: ON
definequote 18    GOD MODE: OFF
definequote 19    ATOMIC HEALTH!
definequote 20    CROSSHAIR: ON
definequote 21    CROSSHAIR: OFF
definequote 22    YOU'RE TOO GOOD TO BE CHEATING!
definequote 23    MESSAGES: ON
definequote 24    MESSAGES: OFF
```

| | |
|---|---|
| definequote 25 | TYPE THE CHEAT CODE: |
| definequote 26 | DETAIL: HORRID |
| definequote 27 | DETAIL: HIGH |
| definequote 28 | < EMPTY > |
| definequote 29 | BRIGHTNESS LEVEL: ONE |
| definequote 30 | BRIGHTNESS LEVEL: TWO |
| definequote 31 | BRIGHTNESS LEVEL: THREE |
| definequote 32 | BRIGHTNESS LEVEL: FOUR |
| definequote 33 | BRIGHTNESS LEVEL: FIVE |
| definequote 34 | SOUND: ON |
| definequote 35 | SOUND: OFF |
| definequote 36 | SCREEN CAPTURED |
| definequote 37 | Shrink Yer Balls brand STEROIDS |
| definequote 38 | ARMOR |
| definequote 39 | SCUBA GEAR |
| definequote 40 | Press F1 for Help loser. . . |
| definequote 41 | JETPACK |
| definequote 42 | BODY SUIT |
| definequote 43 | ACCESS CARD |
| definequote 44 | MOUSE AIMING OFF |
| definequote 45 | MOUSE AIMING ON |
| definequote 46 | CHEAT CODE:  UNRECOGNIZED |
| definequote 47 | HOLODUKE ON |
| definequote 48 | HOLODUKE OFF |
| definequote 49 | HOLODUKE NOT FOUND YET! |
| definequote 50 | JETPACK NOT FOUND YET! |
| definequote 51 | HOLODUKE |
| definequote 52 | GOING UP! |
| definequote 53 | GOING DOWN! |
| definequote 54 | RED RYDER BB GUN! (military issue) |
| definequote 55 | PIPEBOMB! |
| definequote 56 | RPG! |
| definequote 57 | COBAIN ISSUE SHOTGUN! |
| definequote 58 | LASER TRIPBOMB!  (oh god. . .) |
| definequote 59 | FREEZETHROWER! |
| definequote 60 | SHRINKER! |
| definequote 61 | SMALL MEDKIT: +10 |
| definequote 62 | LARGE MEDKIT: +30 |
| definequote 63 | BB's FOR RED RYDER BB GUN! (military issue) |
| definequote 64 | AMMO FOR RPG! |
| definequote 65 | AMMO FOR PISTOL! |
| definequote 66 | AMMO FOR FREEZETHROWER! |
| definequote 67 | BOOTS OFF |
| definequote 68 | BOOTS ON |
| definequote 69 | AMMO FOR COBAIN ISSUE SHOTGUN! |

| | |
|---|---|
| definequote 70 | BLUE ACCESS CARD REQUIRED |
| definequote 71 | RED ACCESS CARD REQUIRED |
| definequote 72 | YELLOW ACCESS CARD REQUIRED |
| definequote 73 | WEAPON LOWERED |
| definequote 74 | WEAPON RAISED |
| definequote 75 | PROTECTIVE BOOTS ON |
| definequote 76 | SCUBA GEAR ON |
| definequote 77 | SPACE SUIT ON |
| definequote 78 | AMMO FOR SHRINKER |
| definequote 79 | BUY MAJOR STRYKER |
| definequote 80 | KICK HIM IN THE NADS!! |
| definequote 81 | WEAPON MODE ON |
| definequote 82 | WEAPON MODE OFF |
| definequote 83 | FOLLOW MODE OFF |
| definequote 84 | FOLLOW MODE ON |
| definequote 85 | RUN MODE OFF |
| definequote 86 | RUN MODE ON |
| definequote 87 | DEVASTATOR (oh fuck. . .) |
| definequote 88 | SIEGFRIED SHALL PISS ON YOUR MOTHER! |
| definequote 89 | AIRTANK |
| definequote 90 | STEROIDS |
| definequote 91 | HOLODUKE |
| definequote 92 | MUSIC: ON |
| definequote 93 | MUSIC: OFF |
| definequote 94 | SCROLL MODE: ON |
| definequote 95 | SCROLL MODE: OFF |
| definequote 96 | BRIGHTNESS LEVEL: SIX |
| definequote 97 | BRIGHTNESS LEVEL: SEVEN |
| definequote 98 | BRIGHTNESS LEVEL: I'M BLIND! |
| definequote 99 | REGISTER COSMO TODAY! |
| definequote 100 | ALL LOCKS TOGGLED |
| definequote 101 | NIGHT VISION GOGGLES |
| definequote 102 | WE'RE GONNA FRY YOUR ASS, NUKEM! |
| definequote 103 | SCREEN SAVED |
| definequote 104 | GOT USED ARMOR |
| definequote 105 | PIRATES SUCK! |
| definequote 106 | NIGHT VISION ON |
| definequote 107 | NIGHT VISION OFF |
| definequote 108 | YOU'RE BURNING YA BASTARD! |
| definequote 109 | VIEW MODE OFF |
| definequote 110 | VIEW MODE ON |
| definequote 111 | SHOW MAP: ON |
| definequote 112 | CLIPPING: ON |
| definequote 113 | CLIPPING: OFF |
| definequote 114 | !!! INCORRECT VERSION !!! |

```
definequote 115    <Please Leave Blank>
definequote 116    <Please Leave Blank>
definequote 117    <Please Leave Blank>
definequote 118    YOU CAN NOT "QUICK SAVE" WHEN DEAD
definequote 119    GOT ALL WEAPONS/AMMO
definequote 120    GOT ALL INVENTORY
definequote 121    GOT ALL KEYS



// Level file names cannot excede 13 characters.
// Level par cannot excede 5 characters (min:sec)
// Level titles cannot excede 32 characters.

definelevelname 0 0 E1L1.map 01:45 00:53 HOLLYWOOD HOLOCAUST
definelevelname 0 1 E1L2.map 05:10 03:21 RED LIGHT DISTRICT
definelevelname 0 2 E1L3.map 05:35 03:41 DEATH ROW
definelevelname 0 3 E1L4.map 07:20 04:40 TOXIC DUMP
definelevelname 0 4 E1L5.map 09:10 05:00 THE ABYSS
definelevelname 0 5 E1L6.map 05:15 02:58 LAUNCH FACILITY
definelevelname 0 6 E1L7.map 00:00 00:00 FACES OF DEATH
definelevelname 0 7 E1L8.map 00:00 00:00 USER MAP
definelevelname 0 8 E1L9.map 00:00 00:00 MULTIPLAYER 3
definelevelname 0 9 E1L10.map 00:00 00:00 MULTIPLAYER 4
definelevelname 0 10 E1L11.map 00:00 00:00 MULTIPLAYER 5

definelevelname 1 0 E2L1.map 02:30 01:19 SPACEPORT
definelevelname 1 1 E2L2.map 02:30 01:26 INCUBATOR
definelevelname 1 2 E2L3.map 05:00 02:26 WARP FACTOR
definelevelname 1 3 E2L4.map 04:30 02:14 FUSION STATION
definelevelname 1 4 E2L5.map 03:00 01:26 OCCUPIED TERRITORY
definelevelname 1 5 E2L6.map 02:30 01:04 TIBERIUS STATION
definelevelname 1 6 E2L7.map 04:45 02:15 LUNAR REACTOR
definelevelname 1 7 E2L8.map 11:30 04:59 DARK SIDE
definelevelname 1 8 E2L9.map 05:00 02:26 OVERLORD
definelevelname 1 9 E2L10.map 03:00 01:19 SPIN CYCLE
definelevelname 1 10 E2L11.map 03:00 00:52 LUNATIC FRINGE

definelevelname 2 0 E3L1.map 02:30 01:11 RAW MEAT
definelevelname 2 1 E3L2.map 04:45 02:18 BANK ROLL
definelevelname 2 2 E3L3.map 03:00 01:57 FLOOD ZONE
definelevelname 2 3 E3L4.map 03:15 01:46 L.A. RUMBLE
definelevelname 2 4 E3L5.map 02:30 01:04 MOVIE SET
definelevelname 2 5 E3L6.map 03:30 01:30 RABID TRANSIT
definelevelname 2 6 E3L7.map 02:00 00:55 FAHRENHEIT
```

definelevelname 2 7 E3L8.map 02:15 01:09 HOTEL HELL
definelevelname 2 8 E3L9.map 02:45 01:17 STADIUM
definelevelname 2 9 E3L10.map 00:45 00:10 TIER DROPS
definelevelname 2 10 E3L11.map 02:00 01:07 FREEWAY

// Music will not play if the .MID file excedes 72000 bytes.

// If you are an owner of a Gravis Ultrasound and wish to change the
// MIDI files, you may want to delete the ULTRAMID.INI file that we
// supply since it does not contain a full General MIDI patch set.
// Deleting the ULTRAMID.INI will cause the game to use the file found
// in your Ultrasound directory.  Remember to keep a backup of ours,
// or the music might not sound as good!

// Music for title and end
music 0 GRABBAG.MID ITSGREEN.MID

// Music for the individual levels
music 1 stalker.mid dethtoll.mid streets.mid watrwld1.mid snake1.mid
     thecall.mid ahgeez.mid dethtoll.mid streets.mid watrwld1.mid snake1.mid

music 2 futurmil.mid storm.mid gutwrnch.mid robocrep.mid stalag.mid
     pizzed.mid alienz.mid xplasma.mid alfredh.mid gloomy.mid intents.mid

music 3 inhiding.mid FATCMDR.mid NAMES.MID subway.mid invader.mid gotham.mid
     233c.mid lordofla.mid urban.mid spook.mid whomp.mid

/*
--------------------------------------------------------------------------------
ABOUT CHANGING SOUND FX

■ Duke may have up to 348 different sounds, currently there
  are aprox. 254 slots used.

The sound fx section follows this explanation.

1. The program expects to find any sound file that is in a
   .VOC or .WAV file format.
2. You can either change the VOC name listed below to match your new
   sound, or you can rename your file to match the name here.
3. New sound files should be added to the game directory.  Though
   all sound files shipped with the game are included inside the
   .GRP file, the program will know if there are sound files outside
   the .GRP file, and will use them instead.
4. The numbers that are to the right of the sound file name are technical

parameters which will not be explained here, except as follows...
- The first 2 numbers define a random pitch variation range.  They
  can be positive or negative numbers.
- The 3rd number is a priority flag.
- The 4th number is a bit parsed set of technical variables that identify
  the type of sound it is in the game.
- The 5th number is volume adjustment.

```
------------------------------------------------------------------------
*/


// ******************************************
//    ACTOR SOUNDS
// ******************************************

// Predator Trooper
definesound PRED_ROAM     roam06.voc        0  0  3  0  0
definesound PRED_ROAM2    roam58.voc        0  0  3  0  0
definesound PRED_RECOG    predrg.voc        0  0  3  0  0
definesound PRED_ATTACK   gblasr01.voc    256 256  3  0  7680
definesound PRED_PAIN     predpn.voc      200 500  3  0  0
definesound PRED_DYING    preddy.voc        0 400  3  0  0
definesound LIZARD_BEG    chokn12.voc       0  0  3  0  0

// Lizard Captain
definesound CAPT_ROAM     predrm.voc        0 200  3  0  0
definesound CAPT_RECOG    predrg.voc     -400  0  3  0  0
definesound CAPT_ATTACK   chaingun.voc      0  0  3  0  -200
definesound CAPT_PAIN     predpn.voc     -200 100  3  0  0
definesound CAPT_DYING    preddy.voc     -200 100  3  0  0
definesound LIZARD_SPIT   lizspit.voc       0  0  0  0  0

// Pig Cop
definesound PIG_ROAM      roam29.voc     -200 400  3  0  0
definesound PIG_ROAM2     roam67.voc     -200 400  3  0  0
definesound PIG_ROAM3     pigrm.voc      -200 400  3  0  0
definesound PIG_RECOG     pigrg.voc      -200 400  3  0  0
definesound PIG_ATTACK    shotgun7.voc   -256 256  4  0  0
definesound PIG_PAIN      pigpn.voc       100 800  3  0  0
definesound PIG_DYING     pigdy.voc      -800 100  3  0  0
definesound PIG_CAPTURE_DUKE !pig.voc       0  0 255  8  0

// Recon car
definesound RECO_ROAM     jetpaki.voc       0  0  3  0  0
definesound RECO_RECOG    pigrg.voc         0  0  3  0  0
```

```
definesound RECO_ATTACK  gblasr01.voc      256 256 3 0  7680
definesound RECO_PAIN    pigpn.voc       0  0 3 0  0
definesound RECO_DYING   pigdy.voc        0  0 3 0  0

// Drone drone
definesound DRON_ROAM    _snakrm.voc      0  0 3 0  0
definesound DRON_RECOG   snakrg.voc       0  0 3 0  0
definesound DRON_ATTACK1 snakatA.voc       0  0 3 0  0
definesound DRON_ATTACK2 snakatB.voc       0  0 3 0  0
definesound DRON_PAIN    snakpn.voc      0  0 3 0  0
definesound DRON_DYING   snakdy.voc       0  0 3 0  0
definesound DRON_JETSND  ENGHUM.VOC         1300 1300 0  0  0


// Fat Commander
definesound COMM_ROAM    commrm.voc       0  0 3 0  0
definesound COMM_RECOG   commrg.voc       0  0 3 0  0
definesound COMM_ATTACK  commat.voc       0  0 3 0  0
definesound COMM_PAIN    commpn.voc      0  0 3 0  0
definesound COMM_DYING   commdy.voc       0  0 3 0  0
definesound COMM_SPIN    commsp.voc      0  0 3 0  0

// Octabrain
definesound OCTA_ROAM    octarm.voc     -200  0 3 0  0
definesound OCTA_RECOG   octarg.voc       0  0 3 0  0
definesound OCTA_ATTACK1 octaat1.voc      0  0 3 0  0
definesound OCTA_ATTACK2 octaat2.voc      0 600 3 0  0
definesound OCTA_PAIN    octapn.voc     -400  0 3 0  0
definesound OCTA_DYING   octady.voc     -400 -100 3 0  0
definesound WIERDSHOT_FLY octaat1.voc      0  0 3 0  0

// Organic turret
definesound TURR_ROAM    turrrm.voc      0  0 3 0  0
definesound TURR_RECOG   turrrg.voc      0  0 3 0  0
definesound TURR_ATTACK  turrat.voc      0  0 3 0  0
definesound TURR_PAIN    turrpn.voc     0  0 3 0  0
definesound TURR_DYING   turrdy.voc      0  0 3 0  0

// Green slimer
definesound SLIM_HATCH   slhtch01.voc     0  0 3 0  0
definesound SLIM_ROAM    sliroa02.voc     0  0 3 0  0
definesound SLIM_RECOG   slirec06.voc     0  0 3 0  0
definesound SLIM_ATTACK  slimat.voc     0  0 3 0  0
// definesound SLIM_PAIN    slimpn.voc     0  0 3 0  0
definesound SLIM_DYING   slidie03.voc     0  0 3 0  0
```

```
// BOSS2
definesound BOS2_ROAM    b2atk01.voc        0  0  3  0  0
definesound BOS2_RECOG   b2rec03.voc        0  0  3  0  0
definesound BOS2_ATTACK  b2atk02.voc        0  0  3  0  0
definesound BOS2_PAIN    b2pain03.voc       0  0  3  0  0
definesound BOS2_DYING   b2die03.voc        0  0  3  0  0


// BOSS3
definesound BOS3_ROAM    b3roam01.voc       0  0  3  0  0
definesound BOS3_RECOG   b3pain04.voc       0  0  3  0  0
definesound BOS3_ATTACK1 b3atk01.voc        0  0  3  0  0
definesound BOS3_ATTACK2 b3atk01.voc        0  0  3  0  0
definesound BOS3_PAIN    b3rec03g.voc       0  0  3  0  0
definesound BOS3_DYING   b3die03g.voc       0  0  3  0  0



// BOSS1
definesound BOS1_ROAM    bos1rm.voc         0  0  3  0  0
definesound BOS1_RECOG   bos1rg.voc         0  0  5  0  0
definesound BOS1_ATTACK1 chaingun.voc       0  0  3  0  0
definesound BOS1_ATTACK2 rpgfire.voc        0  0  3  0  0
definesound BOS1_PAIN    bos1pn.voc         0  0  3  0  0
definesound BOS1_DYING   bos1dy.voc         0  0  3  0  0
definesound BOS1_WALK    thud.voc           0  0  3  0  0



// *************
// WEAPON SOUNDS
// *************
definesound KICK_HIT         kickhit.voc     0    0    4   0   0
definesound PISTOL_RICOCHET  ricochet.voc    0    0    0   0 4096
definesound PISTOL_BODYHIT   bulithit.voc    0    0    0   0   0
definesound PISTOL_FIRE      pistol.voc    -64    0  254   0   0
definesound EJECT_CLIP       clipout.voc     0    0    3   0   0
definesound INSERT_CLIP      clipin.voc    512  512    3   0   0
definesound CHAINGUN_FIRE    chaingun.voc -204 -204  254   0 512
definesound SHOTGUN_FIRE     shotgun7.voc    0  512  254   0   0
definesound SHOTGUN_COCK     shotgnck.voc   96  192    3   0   0
definesound RPG_SHOOT        rpgfire.voc   -32    0    4   0   0
definesound FLY_BY           flyby.voc    -256  256    3   0   0
definesound RPG_EXPLODE      bombexpl.voc -1024 1024 254   0   0
definesound CAT_FIRE         catfire.voc   512  768    4   0   0
definesound SHRINKER_FIRE    shrinker.voc -512    0    4   0   0
definesound ACTOR_SHRINKING  shrink.voc      0    0    2   0   0
definesound PIPEBOMB_BOUNCE  pbombbnc.voc    0    0    2   0 6144
```

```
definesound PIPEBOMB_EXPLODE    bombexpl.voc -512    0    128 0  0
definesound LASERTRIP_ONWALL    lsrbmbpt.voc    0    0    3  0  0
definesound LASERTRIP_ARMING    lsrbmbwn.voc    0    0    3  0  0
definesound LASERTRIP_EXPLODE   bombexpl.voc -512    0    4  0  0
definesound NITEVISION_ONOFF    goggle12.voc    0    0    0  0  0
definesound SELECT_WEAPON       WPNSEL21.VOC    128  128  3  0  0
```

// Affect Environment Sounds
```
definesound VENT_BUST           ventbust.voc   -32  32 2 0  0
definesound GLASS_BREAKING       glass.voc     -412 0 3 0 8192
definesound GLASS_HEAVYBREAK     glashevy.voc  -412 0 3 0 8192
definesound SHORT_CIRCUIT        shorted.voc    0 0 0 0 6500
definesound ITEM_SPLASH          splash.voc     0 0 2 0 0
definesound BONUSMUSIC           bonus.voc      0 0 255 1 0
```

// Duke's Body Sounds
```
definesound DUKE_BREATHING       hlminhal.voc    0  0  255 4  0
definesound DUKE_EXHALING        hlmexhal.voc    0  0  255 4  0
definesound DUKE_GASP            gasp.voc        0  0  255 4  0
definesound DUKE_URINATE         pissing.voc     0  0  4  0  0
definesound DUKE_CRACK2          COMEON02.voc    0  0  255 4  0
definesound DUKE_CRACK           WAITIN03.voc    0  0  255 4  0
definesound DUKE_TALKTOBOSSFALL DIESOB03.voc     0  0  255 12 0
definesound DUKE_CRACK_FIRST     knuckle.voc     0  0  3  0  0
definesound DUKE_GET             getitm19.voc  -64 64  255 0  0
definesound DUKE_GETWEAPON1      cool01.voc      0  0  255 4  0
definesound DUKE_GETWEAPON2      getsom1a.voc    0  0  255 4  0
definesound DUKE_GETWEAPON3      groovy02.voc    0  0  255 4  0
definesound DUKE_GETWEAPON4      wansom4a.voc    0  0  255 4  0
definesound JIBBED_ACTOR13       LETGOD01.VOC    0  0  255 4  0
definesound DUKE_GETWEAPON6      HAIL01.VOC      0  0  255 4  0
definesound DUKE_GOTHEALTHATLOW needed03.voc     0  0  255 4  0

definesound DUKE_SEARCH          pain87.VOC      0  0  2  4   0
definesound DUKE_SEARCH2         whrsit05.voc    0  0  255 4  0
definesound DUKE_LONGTERM_PAIN  gasps07.voc   -192 0  255 4  0
definesound DUKE_LONGTERM_PAIN2 dscrem15.voc    0  0  255 4  0
definesound DUKE_LONGTERM_PAIN3 dscrem16.voc    0  0  255 4  0
definesound DUKE_LONGTERM_PAIN4 dscrem17.voc    0  0  255 4  0
definesound DUKE_LONGTERM_PAIN5 pain54.voc      0  0  255 4  0
definesound DUKE_LONGTERM_PAIN6 pain75.voc      0  0  255 4  0
definesound DUKE_LONGTERM_PAIN7 pain93.voc      0  0  255 4  0
definesound DUKE_LONGTERM_PAIN8 pain68.voc      0  0  255 4  0

definesound DUKE_PISSRELIEF      ahmuch03.voc    0  0  255 4  0
```

```
// Duke Health Sounds
definesound SOMETHINGHITFORCE  teleport.voc    0  0  2  0  8192
definesound DUKE_DRINKING      drink18.voc   -128 128  2  4  0
definesound DUKE_KILLED1       damn03.voc     0  0  255 12  0
definesound DUKE_KILLED2       damnit04.voc   0  0  255 12  0
definesound DUKE_KILLED3       thsuk13a.voc   0  0  255 12  0
definesound DUKE_KILLED4       dscrem18.voc   0  0  255  4  0
definesound DUKE_KILLED5       pisses01.voc   0  0  255 12  0
definesound DUKE_GRUNT         exert.voc      0  0  2  4  0
definesound DUKE_DEAD          DMDEATH.VOC   -64 64  255  4  0
definesound DUKE_HARTBEAT      hartbeat.voc   0  0  0  0  0
definesound DUKE_STEPONFECES   happen01.voc   0  0  0 12  0

// Duke Movement Sounds
definesound DUKE_ONWATER       wetfeet.voc    0  0  4  0  0
definesound DUKE_LAND          land02.voc     0  0  2  0  0
definesound DUKE_LAND_HURT     pain39.voc     0  0  255  4  0
definesound DUKE_WALKINDUCTS   ductwlk.voc   -64 128  2  0  0
definesound DUKE_LOOKINTOMIRROR lookin01.voc  0  0  255 12  0

definesound DUKE_TIP1          dance01.voc    0  0  255  4  0
definesound DUKE_TIP2          shake2a.voc    0  0  255  4  0
definesound DUKE_BOOBY         BOOBY04.voc    0  0  255  4  0
definesound DUKE_HIT_STRIPPER1 damnit04.voc   0  0  255 12  0
definesound DUKE_HIT_STRIPPER2 damn03.voc     0  0  255 12  0
definesound ALIEN_TALK1        MUSTDIE.voc    0  0  255 12  0
definesound ALIEN_TALK2        DEFEATED.VOC   0  0  255 12  0
definesound BONUS_SPEECH1      letsrk03.voc   0  0  255  4  0
definesound BONUS_SPEECH2      ready2a.voc    0  0  255  4  0
definesound BONUS_SPEECH3      ripem08.voc    0  0  255  4  0
definesound BONUS_SPEECH4      rockin02.voc   0  0  255  4  0
definesound DUKE_YES           yes.voc        0  0  255  4  0
definesound DUKE_USEMEDKIT     ahh04.voc      0  0  255  4  0
definesound DUKE_TAKEPILLS     gulp01.voc     0  0  255  4  0
definesound DUKETALKTOBOSS     duknuk14.voc   0  0  255 12  0
definesound BOSSTALKTODUKE     !boss.voc      0  0  255  0  0
definesound SHRINKER_HIT       thud.voc       0  0  3  0  0
definesound SOMETHINGFROZE     freeze.voc     0  0  3  0  0

// Duke Equipment Sounds
definesound DUKE_UNDERWATER    scuba.voc      0  0  2  0  0
definesound DUKE_JETPACK_ON    jetpakon.voc   0  0  4  0  0
definesound DUKE_JETPACK_IDLE  jetpaki.voc    0  0  1  0  0
definesound DUKE_JETPACK_OFF   jetpakof.voc   0  0  2  0  0
```

```
// Common Death Sounds
definesound FLESH_BURNING      fire09.voc    -256  0  0  0  6100
definesound THUD               thud.voc        0  0  0  0  0
definesound SQUISHED           squish.voc      0  0  3  0  0


// Equipment Sounds
definesound TELEPORTER         teleport.voc    0  0  0  0  0
definesound ELEVATOR_ON        gbelev01.voc    0  0  0  0  0
definesound ELEVATOR_OFF       gbelev02.voc    0  0  0  0  0
definesound ALIEN_ELEVATOR1    hydro43.voc     0  0  0  0  0
definesound SUBWAY             subway.voc      0  0  0  0  0
definesound SWITCH_ON          switch.voc      0  0  0  0  0


definesound FAN                fan.voc         0  0  0  0  0
definesound FLUSH_TOILET       flush.voc       0  0  3  2  0
definesound HOVER_CRAFT        hover.voc       0  0  0  0  0
definesound EARTHQUAKE         quake.voc       0  0  0  0  0


// Warning Sounds
definesound INTRUDER_ALERT     alert.voc       0  0  0  0  0
definesound END_OF_LEVEL_WARN  monitor.voc     0  0  0  0  0
definesound POOLBALLHIT        poolball.voc    0  0  0  0  0


// Ambience Sounds

definesound ENGINE_OPERATING   onboard.voc     0  0  0  2  0
definesound REACTOR_ON         reactor.voc     0  0  0  2  0
definesound COMPUTER_AMBIENCE  compamb.voc     0  0  0  2  0
definesound GEARS_GRINDING     geargrnd.voc    0  0  0  2  0
definesound BUBBLE_AMBIENCE    bubblamb.voc  -256  0  0  2  0
definesound MACHINE_AMBIENCE   machamb.voc     0  0  0  2  0
definesound SEWER_AMBIENCE     drip3.voc       0  0  0  0  0
definesound WIND_AMBIENCE      wind54.voc      0  0  0  2  0
definesound WIND_REPEAT        wind54.voc      0  0  0  3  0


definesound SOMETHING_DRIPPING drip3.voc       0  0  0  0  9000
definesound STEAM_HISSING      steamhis.voc    0  0  0  1  8192
definesound BAR_MUSIC          barmusic.voc    0  0 254  3  0
definesound DUKE_SCREAM        DSCREM04.voc    0  0 255  0  0
definesound KILLME             killme.voc    -128  0  0  0  0


// Miscellaneous Sounds

definesound GETATOMICHEALTH    teleport.voc  2048 2048 255 0  0
definesound DOOR_OPERATE1      slidoor.voc   -256  0  0  0  0
```

```
definesound DOOR_OPERATE2       opendoor.voc   -256  0  0  0  0
definesound DOOR_OPERATE3       edoor10.voc    -256  0  0  0  0
definesound DOOR_OPERATE4       edoor11.voc    -256  0  0  0  0
definesound BORNTOBEWILDSND     2bwild.voc        0  0 254  2  0
definesound KTIT                ktitx.voc         0  0 254  2  0
definesound LADY_SCREAM         FSCRM10.voc    -256  0 254  8  0
definesound MONITOR_ACTIVE      monitor.voc       0  0  0  0  0
definesound WATER_GURGLE        h2ogrgl2.voc      0  0  1  2  9000
definesound EXITMENUSOUND       item15.voc        0  0  0  0  0
definesound RATTY               mice3.voc         0  0  0  0  0
definesound INTO_MENU           bulithit.voc   1024 1024  0  0  0
```

// Six misc ambience city sounds

```
definesound GENERIC_AMBIENCE1   grind.voc      0  0  0  1  0
definesound GENERIC_AMBIENCE2   enghum.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE3   lava06.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE4   bubblamb.voc -256 0  0  2  0
definesound GENERIC_AMBIENCE5   phonbusy.voc   0  0  0  0  0
definesound GENERIC_AMBIENCE6   roam22.voc     0  0  0  2  0
definesound SECRETLEVELSND      secret.voc     0  0 255  0  0
definesound GENERIC_AMBIENCE8   amb81b.voc     0  0  0  2  0
definesound GENERIC_AMBIENCE9   roam98b.voc    0  0  0  2  0
definesound GENERIC_AMBIENCE10  h2orush2.voc   0  0  0  3  0
definesound GENERIC_AMBIENCE11  projrun.voc    0  0  0  3  0
definesound GENERIC_AMBIENCE12  blank.voc      0  0  0  0  0
definesound GENERIC_AMBIENCE13  pay02.voc      0  0 255 12  0
definesound GENERIC_AMBIENCE14  onlyon03.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE15  rides09.voc    0  0 255  4  0
definesound GENERIC_AMBIENCE16  doomed16.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE17  myself3a.voc   0  0 255  4  0
definesound GENERIC_AMBIENCE18  monolith.voc   0  0  0  2  0
definesound GENERIC_AMBIENCE19  hydro50.voc    0  0  0  2  0
definesound GENERIC_AMBIENCE20  con03.voc      0  0  0  4  0
definesound GENERIC_AMBIENCE21  !prison.voc    0  0 255  4  0
definesound GENERIC_AMBIENCE22  vpiss2.voc     0  0 255  4  0
definesound GENERIC_AMBIENCE23  2ride06.voc    0  0 255  4  0
```

```
definesound FIRE_CRACKLE        fire09.voc     0  0 254  2  0
definesound DUMPSTER_MOVE       grind.voc      0  0  0  0  0
```

```
definesound JIBBED_ACTOR1       AMESS06.voc    0  0 255  4  0
definesound JIBBED_ACTOR2       BITCHN04.voc   0  0 255 12  0
definesound JIBBED_ACTOR3       HOLYCW01.voc   0  0 255  4  0
definesound JIBBED_ACTOR4       HOLYSH02.voc   0  0 255 12  0
```

```
definesound JIBBED_ACTOR5      IMGOOD12.voc    0  0  255 12 0
definesound JIBBED_ACTOR6      PIECE02.voc     0  0  255 4  0
definesound JIBBED_ACTOR7      GOTHRT01.voc    0  0  255 4  0
definesound JIBBED_ACTOR8      BLOWIT01.VOC    0  0  255 12 0
definesound JIBBED_ACTOR9      EATSHT01.VOC    0  0  255 12 0
definesound JIBBED_ACTOR10     FACE01.VOC      0  0  255 12 0
definesound JIBBED_ACTOR11     INHELL01.VOC    0  0  255 12 0
definesound WHIPYOURASS        WHIPYU01.VOC    0  0  255 4  0
definesound JIBBED_ACTOR12     SUKIT01.VOC     0  0  255 4  0

definesound WAR_AMBIENCE1    WARAMB13.VOC -512 0  255 16 0
definesound WAR_AMBIENCE2    WARAMB21.VOC -512 0  254 16 0
definesound WAR_AMBIENCE3    WARAMB23.VOC -512 0  254 16 0
definesound WAR_AMBIENCE4    WARAMB29.VOC -512 0  254 16 0
definesound WAR_AMBIENCE5    FORCE01.VOC  0  0  0   4  0
definesound WAR_AMBIENCE6    QUAKE06.VOC  0  0  0   4  0
definesound WAR_AMBIENCE7    TERMIN01.VOC 0  0  0   4  0
definesound WAR_AMBIENCE8    BORN01.VOC   0  0  254 20 0
definesound WAR_AMBIENCE9    NOBODY01.VOC 0  0  0   4  0
definesound WAR_AMBIENCE10   CHEW05.VOC   0  0  0   12 0

definesound SPACE_DOOR1      hydro22.voc   0  0  0  0  8192
definesound SPACE_DOOR2      hydro24.voc   0  0  0  0  0
definesound SPACE_DOOR3      hydro27.voc   0  0  0  0  8192
definesound SPACE_DOOR4      hydro34.voc   0  0  0  0  0
definesound SPACE_DOOR5      hydro40.voc   0  0  0  0  0

definesound SPACE_AMBIENCE1   monolith.voc   0  0  0 16 0
definesound SPACE_AMBIENCE2   hydro50.voc    0  0  0 16 0
definesound VAULT_DOOR        vault04.voc   0  0  0  0  0

definesound ALIEN_ELEVATOR1  hydro43.voc    0  0  0  0  0
definesound ALIEN_DOOR1      adoor1.voc    0  0  0  0  0
definesound ALIEN_DOOR2      adoor2.voc    0  0  0  0  0

definesound ALIEN_SWITCH1    aswtch23.voc   0  0  0  0  0
definesound COMPANB2         CTRLRM25.VOC 0  0  0  2  0
definesound HELICOP_IDLE     hlidle03.voc 0  0  255 3  0
definesound FOUNDJONES       jones04.voc  0  0  0  4  0
definesound STEPNIT          LIZSHIT3.VOC 0  0  254 12 0
definesound RIPHEADNECK      rip01.voc    0  0  254 12 0

definesound ENDSEQVOL2SND1   gunhit2.voc   0  0  249 0  0
definesound ENDSEQVOL2SND2   headrip3.VOC  0  0  250 0  0
definesound ENDSEQVOL2SND3   buckle.VOC    0  0  251 0  0
```

```
definesound ENDSEQVOL2SND4   jetp2.VOC     0   0   252 0   0
definesound ENDSEQVOL2SND5   zipper2.voc   0   0   253 0   0
definesound ENDSEQVOL2SND6   news.voc      0   0   254 0   0
definesound ENDSEQVOL2SND7   whistle.voc   0   0   255 0   0

definesound ENDSEQVOL3SND1   KICKHEAD.VOC   0   0   254 0   0
definesound ENDSEQVOL3SND2   GMEOVR05.VOC   0   0   254 0   0
definesound ENDSEQVOL3SND3   CHEER.VOC     0   0   254 0   0
definesound ENDSEQVOL3SND4   GRABBAG.VOC    0   0   254 1   0
definesound ENDSEQVOL3SND5   name01.voc    0   0   250 0   0
definesound ENDSEQVOL3SND6   r&r01.voc     0   0   251 0   0
definesound ENDSEQVOL3SND7   lani05.voc    0   0   252 0   0
definesound ENDSEQVOL3SND8   lani08.voc    0   0   253 0   0
definesound ENDSEQVOL3SND9   laniduk2.voc  0   0   254 0   0
```

```
/*
----------------------------------------------------------------------
Duke Nukem 3D .CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
----------------------------------------------------------------------

IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.


----------------------------------------------------------------------

*/


define SECTOREFFECTOR 1
define ACTIVATOR 2
define TOUCHPLATE 3
define ACTIVATORLOCKED 4
define MUSICANDSFX 5
define LOCATORS 6
define CYCLER 7
define MASTERSWITCH 8
define RESPAWN 9
define GPSPEED 10
define ARROW 20
define FIRSTGUNSPRITE 21
define CHAINGUNSPRITE 22
define RPGSPRITE 23
define FREEZESPRITE 24
```



```
define SHRINKERSPRITE 25
define HEAVYHBOMB 26
define TRIPBOMBSPRITE 27
define SHOTGUNSPRITE 28
define DEVISTATORSPRITE 29
define HEALTHBOX 30
define AMMOBOX 31
define INVENTORYBOX 33
define FREEZEAMMO 37
define AMMO 40
define BATTERYAMMO 41
define DEVISTATORAMMO 42
define RPGAMMO 44
define CRYSTALAMMO 46
define HBOMBAMMO 47
define AMMOLOTS 48
define SHOTGUNAMMO 49
define COLA 51
define SIXPAK 52
define FIRSTAID 53
define SHIELD 54
define STEROIDS 55
define AIRTANK 56
define JETPACK 57
define HEATSENSOR 59
define ACCESSCARD 60
define BOOTS 61
define MIRRORBROKE 70
define MOONSKY1 80
define MOONSKY2 81
define MOONSKY3 82
define MOONSKY4 83
define BIGORBIT1 84
define BIGORBIT2 85
define BIGORBIT3 86
define BIGORBIT4 87
define BIGORBIT5 88
define LA 89
define ATOMICHEALTH 100
define TECHLIGHT2 120
define TECHLIGHTBUST2 121
define TECHLIGHT4 122
define TECHLIGHTBUST4 123
define WALLLIGHT4 124
define WALLLIGHTBUST4 125
```

```
define ACCESSSWITCH 130
define SLOTDOOR 132
define LIGHTSWITCH 134
define SPACEDOORSWITCH 136
define SPACELIGHTSWITCH 138
define FRANKENSTINESWITCH 140
define NUKEBUTTON 142
define MULTISWITCH 146
define DOORTILE5 150
define DOORTILE6 151
define DOORTILE1 152
define DOORTILE2 153
define DOORTILE3 154
define DOORTILE4 155
define DOORTILE7 156
define DOORTILE8 157
define DOORTILE9 158
define DOORTILE10 159
define DOORSHOCK 160
define DIPSWITCH 162
define DIPSWITCH2 164
define TECHSWITCH 166
define DIPSWITCH3 168
define ACCESSSWITCH2 170
define REFLECTWATERTILE 180
define FLOORSLIME 200
define BIGFORCE 230
define EPISODE 247
define MASKWALL9 255
define W_LIGHT 260
define SCREENBREAK1 263
define SCREENBREAK2 264
define SCREENBREAK3 265
define SCREENBREAK4 266
define SCREENBREAK5 267
define SCREENBREAK6 268
define SCREENBREAK7 269
define SCREENBREAK8 270
define SCREENBREAK9 271
define SCREENBREAK10 272
define SCREENBREAK11 273
define SCREENBREAK12 274
define SCREENBREAK13 275
define MASKWALL1 285
define W_TECHWALL1 293
```

```
define W_TECHWALL2 297
define W_TECHWALL3 301
define W_TECHWALL4 305
define WATERTILE2 336
define BPANNEL1 341
define PANNEL1 342
define PANNEL2 343
define WATERTILE 344
define STATIC 351
define W_SCREENBREAK 357
define W_HITTECHWALL3 360
define W_HITTECHWALL4 361
define W_HITTECHWALL2 362
define W_HITTECHWALL1 363
define MASKWALL10 387
define MASKWALL11 391
define DOORTILE22 395
define FANSPRITE 407
define FANSPRITEBROKE 411
define FANSHADOW 412
define FANSHADOWBROKE 416
define DOORTILE18 447
define DOORTILE19 448
define DOORTILE20 449
define SPACESHUTTLE 487
define SATELLITE 489
define VIEWSCREEN2 499
define VIEWSCREENBROKE 501
define VIEWSCREEN 502
define GLASS 503
define GLASS2 504
define STAINGLASS1 510
define MASKWALL5 514
define SATELITE 516
define FUELPOD 517
define SLIMEPIPE 538
define CRACK1 546
define CRACK2 547
define CRACK3 548
define CRACK4 549
define FOOTPRINTS 550
define DOMELITE 551
define CAMERAPOLE 554
define CHAIR1 556
define CHAIR2 557
```

```
define BROKENCHAIR 559
define MIRROR 560
define WATERFOUNTAIN 563
define WATERFOUNTAINBROKE 567
define FEMMAG1 568
define TOILET 569
define STALL 571
define STALLBROKE 573
define FEMMAG2 577
define REACTOR2 578
define REACTOR2BURNT 579
define REACTOR2SPARK 580
define GRATE1 595
define BGRATE1 596
define SOLARPANNEL 602
define NAKED1 603
define ANTENNA 607
define MASKWALL12 609
define TOILETBROKE 615
define PIPE2 616
define PIPE1B 617
define PIPE3 618
define PIPE1 619
define CAMERA1 621
define BRICK 626
define SPLINTERWOOD 630
define PIPE2B 633
define BOLT1 634
define W_NUMBERS 640
define WATERDRIP 660
define WATERBUBBLE 661
define WATERBUBBLEMAKER 662
define W_FORCEFIELD 663
define VACUUM 669
define FOOTPRINTS2 672
define FOOTPRINTS3 673
define FOOTPRINTS4 674
define EGG 675
define SCALE 678
define CHAIR3 680
define CAMERALIGHT 685
define MOVIECAMERA 686
define IVUNIT 689
define POT1 694
define POT2 695
```

```
define POT3 697
define PIPE3B 700
define WALLLIGHT3 701
define WALLLIGHTBUST3 702
define WALLLIGHT1 703
define WALLLIGHTBUST1 704
define WALLLIGHT2 705
define WALLLIGHTBUST2 706
define LIGHTSWITCH2 712
define WAITTOBESEATED 716
define DOORTILE14 717
define STATUE 753
define MIKE 762
define VASE 765
define SUSHIPLATE1 768
define SUSHIPLATE2 769
define SUSHIPLATE3 774
define SUSHIPLATE4 779
define DOORTILE16 781
define SUSHIPLATE5 792
define OJ 806
define MASKWALL13 830
define HURTRAIL 859
define POWERSWITCH1 860
define LOCKSWITCH1 862
define POWERSWITCH2 864
define ATM 867
define STATUEFLASH 869
define ATMBROKE 888
define BIGHOLE2 893
define STRIPEBALL 901
define QUEBALL 902
define POCKET 903
define WOODENHORSE 904
define TREE1 908
define TREE2 910
define CACTUS 911
define MASKWALL2 913
define MASKWALL3 914
define MASKWALL4 915
define FIREEXT 916
define TOILETWATER 921
define NEON1 925
define NEON2 926
define CACTUSBROKE 939
```

```
define BOUNCEMINE 940
define BROKEFIREHYDRENT 950
define BOX 951
define BULLETHOLE 952
define BOTTLE1 954
define BOTTLE2 955
define BOTTLE3 956
define BOTTLE4 957
define FEMPIC5 963
define FEMPIC6 964
define FEMPIC7 965
define HYDROPLANT 969
define OCEANSPRITE1 971
define OCEANSPRITE2 972
define OCEANSPRITE3 973
define OCEANSPRITE4 974
define OCEANSPRITE5 975
define GENERICPOLE 977
define CONE 978
define HANGLIGHT 979
define HYDRENT 981
define MASKWALL14 988
define TIRE 990
define PIPE5 994
define PIPE6 995
define PIPE4 996
define PIPE4B 997
define BROKEHYDROPLANT 1003
define PIPE5B 1005
define NEON3 1007
define NEON4 1008
define NEON5 1009
define BOTTLE5 1012
define BOTTLE6 1013
define BOTTLE8 1014
define SPOTLITE 1020
define HANGOOZ 1022
define MASKWALL15 1024
define BOTTLE7 1025
define HORSEONSIDE 1026
define GLASSPIECES 1031
define HORSELITE 1034
define NEON6 1046
define MASKWALL6 1059
define CLOCK 1060
```



```
define RUBBERCAN 1062
define BROKENCLOCK 1067
define PLUG 1069
define OOZFILTER 1079
define FLOORPLASMA 1082
define REACTOR 1088
define REACTORSPARK 1092
define REACTORBURNT 1096
define DOORTILE15 1102
define HANDSWITCH 1111
define CIRCLEPANNEL 1113
define CIRCLEPANNELBROKE 1114
define PULLSWITCH 1122
define MASKWALL8 1124
define BIGHOLE 1141
define ALIENSWITCH 1142
define DOORTILE21 1144
define HANDPRINTSWITCH 1155
define BOTTLE10 1157
define BOTTLE11 1158
define BOTTLE12 1159
define BOTTLE13 1160
define BOTTLE14 1161
define BOTTLE15 1162
define BOTTLE16 1163
define BOTTLE17 1164
define BOTTLE18 1165
define BOTTLE19 1166
define DOORTILE17 1169
define MASKWALL7 1174
define JAILBARBREAK 1175
define DOORTILE11 1178
define DOORTILE12 1179
define VENDMACHINE 1212
define VENDMACHINEBROKE 1214
define COLAMACHINE 1215
define COLAMACHINEBROKE 1217
define CRANEPOLE 1221
define CRANE 1222
define BARBROKE 1225
define BLOODPOOL 1226
define NUKEBARREL 1227
define NUKEBARRELDENTED 1228
define NUKEBARRELLEAKED 1229
define CANWITHSOMETHING 1232
```

```
define MONEY 1233
define BANNER 1236
define EXPLODINGBARREL 1238
define EXPLODINGBARREL2 1239
define FIREBARREL 1240
define SEENINE 1247
define SEENINEDEAD 1248
define STEAM 1250
define CEILINGSTEAM 1255
define PIPE6B 1260
define TRANSPORTERBEAM 1261
define RAT 1267
define TRASH 1272
define FEMPIC1 1280
define FEMPIC2 1289
define BLANKSCREEN 1293
define PODFEM1 1294
define FEMPIC3 1298
define FEMPIC4 1306
define FEM1 1312
define FEM2 1317
define FEM3 1321
define FEM5 1323
define BLOODYPOLE 1324
define FEM4 1325
define FEM6 1334
define FEM6PAD 1335
define FEM8 1336
define HELECOPT 1346
define FETUSJIB 1347
define HOLODUKE 1348
define SPACEMARINE 1353
define INDY 1355
define FETUS 1358
define FETUSBROKE 1359
define MONK 1352
define LUKE 1354
define COOLEXPLOSION1 1360
define WATERSPLASH2 1380
define FIREVASE 1390
define SCRATCH 1393
define FEM7 1395
define APLAYERTOP 1400
define APLAYER 1405
define PLAYERONWATER 1420
```

```
define DUKELYINGDEAD 1518
define DUKETORSO 1520
define DUKEGUN 1528
define DUKELEG 1536
define SHARK 1550
define BLOOD 1620
define FIRELASER 1625
define TRANSPORTERSTAR 1630
define SPIT 1636
define LOOGIE 1637
define FIST 1640
define FREEZEBLAST 1641
define DEVISTATORBLAST 1642
define SHRINKSPARK 1646
define TONGUE 1647
define MORTER 1650
define SHRINKEREXPLOSION 1656
define RADIUSEXPLOSION 1670
define FORCERIPPLE 1671
define LIZTROOP 1680
define LIZTROOPRUNNING 1681
define LIZTROOPSTAYPUT 1682
define LIZTOP 1705
define LIZTROOPSHOOT 1715
define LIZTROOPJETPACK 1725
define LIZTROOPDSPRITE 1734
define LIZTROOPONTOILET 1741
define LIZTROOPDUCKING 1744
define HEADJIB1 1768
define ARMJIB1 1772
define LEGJIB1 1776
define OCTABRAIN 1820
define OCTABRAINSTAYPUT 1821
define OCTATOP 1845
define OCTADEADSPRITE 1855
define INNERJAW 1860
define DRONE 1880
define EXPLOSION2 1890
define COMMANDER 1920
define COMMANDERSTAYPUT 1921
define RECON 1960
define PIGCOP 2000
define PIGCOPSTAYPUT 2001
define PIGCOPDIVE 2045
define PIGCOPDEADSPRITE 2060
```

```
define PIGTOP 2061
define LIZMAN 2120
define LIZMANSTAYPUT 2121
define LIZMANSPITTING 2150
define LIZMANFEEDING 2160
define LIZMANJUMP 2165
define LIZMANDEADSPRITE 2185
define FECES 2200
define LIZMANHEAD1 2201
define LIZMANARM1 2205
define LIZMANLEG1 2209
define EXPLOSION2BOT 2219
define USERWEAPON 2235
define HEADERBAR 2242
define JIBS1 2245
define JIBS2 2250
define JIBS3 2255
define JIBS4 2260
define JIBS5 2265
define BURNING 2270
define FIRE 2271
define JIBS6 2286
define BLOODSPLAT1 2296
define BLOODSPLAT3 2297
define BLOODSPLAT2 2298
define BLOODSPLAT4 2299
define OOZ 2300
define WALLBLOOD1 2301
define WALLBLOOD2 2302
define WALLBLOOD3 2303
define WALLBLOOD4 2304
define WALLBLOOD5 2305
define WALLBLOOD6 2306
define WALLBLOOD7 2307
define WALLBLOOD8 2308
define BURNING2 2310
define FIRE2 2311
define CRACKKNUCKLES 2324
define SMALLSMOKE 2329
define SMALLSMOKEMAKER 2330
define FLOORFLAME 2333
define ROTATEGUN 2360
define GREENSLIME 2370
define WATERDRIPSPLASH 2380
define SCRAP6 2390
```

```
define SCRAP1 2400
define SCRAP2 2404
define SCRAP3 2408
define SCRAP4 2412
define SCRAP5 2416
define ORGANTIC 2420
define BETAVERSION 2440
define PLAYERISHERE 2442
define PLAYERWASHERE 2443
define SELECTDIR 2444
define F1HELP 2445
define NOTCHON 2446
define NOTCHOFF 2447
define BACKGROUNDSCREEN 2448
define DUKEICON 2452
define BADGUYICON 2453
define FOODICON 2454
define GETICON 2455
define MENUSCREEN 2456
define MENUBAR 2457
define KILLSICON 2458
define FIRSTAID_ICON 2460
define HEAT_ICON 2461
define BOTTOMSTATUSBAR 2462
define BOOT_ICON 2463
define FRAGBAR 2465
define JETPACK_ICON 2467
define AIRTANK_ICON 2468
define STEROIDS_ICON 2469
define HOLODUKE_ICON 2470
define ACCESS_ICON 2471
define DIGITALNUM 2472
define DUKECAR 2491
define CAMCORNER 2482
define CAMLIGHT 2484
define LOGO 2485
define TITLE 2486
define NUKEWARNINGICON 2487
define MOUSECURSOR 2488
define SLIDEBAR 2489
define DREALMS 2492
define BETASCREEN 2493
define WINDOWBORDER1 2494
define TEXTBOX 2495
define WINDOWBORDER2 2496
```

```
define DUKENUKEM 2497
define THREEDEE 2498
define INGAMEDUKETHREEDEE 2499
define DEVISTATOR 2510
define KNEE 2521
define CROSSHAIR 2523
define FIRSTGUN 2524
define FIRSTGUNRELOAD 2528
define FALLINGCLIP 2530
define CLIPINHAND 2531
define HAND 2532
define SHELL 2533
define SHOTGUNSHELL 2535
define CHAINGUN 2536
define RPGGUN 2544
define RPGMUZZLEFLASH 2545
define FREEZE 2548
define CATLITE 2552
define SHRINKER 2556
define HANDHOLDINGLASER 2563
define TRIPBOMB 2566
define LASERLINE 2567
define HANDHOLDINGACCESS 2568
define HANDREMOTE 2570
define HANDTHROW 2573
define TIP 2576
define GLAIR 2578
define SCUBAMASK 2581
define SPACEMASK 2584
define FORCESPHERE 2590
define SHOTSPARK1 2595
define RPG 2605
define LASERSITE 2612
define SHOTGUN 2613
define BOSS1 2630
define BOSS1STAYPUT 2631
define BOSS1SHOOT 2660
define BOSS1LOB 2670
define BOSSTOP 2696
define BOSS2 2710
define BOSS3 2760
define SPINNINGNUKEICON 2813
define BIGFNTCURSOR 2820
define SMALLFNTCURSOR 2821
define STARTALPHANUM 2822
```

```
define ENDALPHANUM 2915
define BIGALPHANUM 2940
define BIGPERIOD 3002
define BIGCOMMA 3003
define BIGX 3004
define BIGQ 3005
define BIGSEMI 3006
define BIGCOLIN 3007
define THREEBYFIVE 3010
define BIGAPPOS 3022
define BLANK 3026
define MINIFONT 3072
define BUTTON1 3164
define GLASS3 3187
define RESPAWNMARKERRED 3190
define RESPAWNMARKERYELLOW 3200
define RESPAWNMARKERGREEN 3210
define BONUSSCREEN 3240
define VIEWBORDER 3250
define VICTORY1 3260
define ORDERING 3270
define TEXTSTORY 3280
define BORNTOBEWILDSCREEN 3370
define BLIMP 3400
define FEM9 3450
define FOOTPRINT 3701
define POOP 3998
define FRAMEEFFECT1 3999


define KNEE_WEAPON       0
define PISTOL_WEAPON     1
define SHOTGUN_WEAPON    2
define CHAINGUN_WEAPON   3
define RPG_WEAPON        4
define HANDBOMB_WEAPON   5
define SHRINKER_WEAPON   6
define DEVISTATOR_WEAPON 7
define TRIPBOMB_WEAPON   8
define FREEZE_WEAPON     9


define faceplayer 1
define geth 2
define getv 4
```

```
define randomangle 8
define faceplayerslow 16
define spin 32
define faceplayersmart 64
define fleeenemy 128
define jumptoplayer 257
define seekplayer 512
define furthestdir 1024
define dodgebullet 4096


define NO      0
define YES     1


define pstanding 1
define pwalking 2
define prunning 4
define pducking 8
define pfalling 16
define pjumping 32
define phigher 64
define pwalkingback 128
define prunningback 256
define pkicking 512
define pshrunk 1024
define pjetpack 2048
define ponsteroids 4096
define ponground 8192
define palive 16384
define pdead 32768
define pfacing 65536


define GET_STEROIDS    0
define GET_SHIELD      1
define GET_SCUBA       2
define GET_HOLODUKE    3
define GET_JETPACK     4
define GET_ACCESS      6
define GET_HEATS       7
define GET_FIRSTAID    9
define GET_BOOTS       10
```

```
define KICK_HIT              0
define PISTOL_RICOCHET          1
define PISTOL_BODYHIT           2
define PISTOL_FIRE           3
define EJECT_CLIP            4
define INSERT_CLIP          5
define CHAINGUN_FIRE            6
define RPG_SHOOT            7
define POOLBALLHIT          8
define RPG_EXPLODE          9
define CAT_FIRE            10
define SHRINKER_FIRE           11
define ACTOR_SHRINKING         12
define PIPEBOMB_BOUNCE         13
define PIPEBOMB_EXPLODE        14
define LASERTRIP_ONWALL        15
define LASERTRIP_ARMING        16
define LASERTRIP_EXPLODE       17
define VENT_BUST           18
define GLASS_BREAKING          19
define GLASS_HEAVYBREAK         20
define SHORT_CIRCUIT        21
define ITEM_SPLASH          22
define DUKE_BREATHING          23
define DUKE_EXHALING           24
define DUKE_GASP            25
define SLIM_RECOG           26
define ENDSEQVOL3SND1          27
define DUKE_URINATE         28
define ENDSEQVOL3SND2          29
define ENDSEQVOL3SND3          30
define DUKE_PASSWIND           32
define DUKE_CRACK           33
define SLIM_ATTACK          34
define SOMETHINGHITFORCE        35
define DUKE_DRINKING           36
define DUKE_KILLED1         37
define DUKE_GRUNT           38
define DUKE_HARTBEAT           39
define DUKE_ONWATER            40
define DUKE_DEAD            41
define DUKE_LAND            42
define DUKE_WALKINDUCTS         43
define DUKE_GLAD            44
define DUKE_YES             45
```

```
define DUKE_HEHE                46
define DUKE_SHUCKS             47
define DUKE_UNDERWATER          48
define DUKE_JETPACK_ON          49
define DUKE_JETPACK_IDLE         50
define DUKE_JETPACK_OFF          51
define LIZTROOP_GROWL          52
define LIZTROOP_TALK1          53
define LIZTROOP_TALK2          54
define LIZTROOP_TALK3          55
define DUKETALKTOBOSS           56
define LIZCAPT_GROWL           57
define LIZCAPT_TALK1           58
define LIZCAPT_TALK2           59
define LIZCAPT_TALK3           60
define LIZARD_BEG             61
define LIZARD_PAIN            62
define LIZARD_DEATH            63
define LIZARD_SPIT           64
define DRONE1_HISSRATTLE         65
define DRONE1_HISSSCREECH        66
define DUKE_TIP2             67
define FLESH_BURNING           68
define SQUISHED             69
define TELEPORTER            70
define ELEVATOR_ON            71
define DUKE_KILLED3            72
define ELEVATOR_OFF           73
define DOOR_OPERATE1           74
define SUBWAY              75
define SWITCH_ON            76
define FAN               77
define DUKE_GETWEAPON3          78
define FLUSH_TOILET           79
define HOVER_CRAFT           80
define EARTHQUAKE            81
define INTRUDER_ALERT          82
define END_OF_LEVEL_WARN         83
define ENGINE_OPERATING         84
define REACTOR_ON            85
define COMPUTER_AMBIENCE        86
define GEARS_GRINDING          87
define BUBBLE_AMBIENCE          88
define MACHINE_AMBIENCE         89
define SEWER_AMBIENCE          90
```

```
define WIND_AMBIENCE              91
define SOMETHING_DRIPPING         92
define STEAM_HISSING              93
define THEATER_BREATH             94
define BAR_MUSIC              95
define BOS1_ROAM             96
define BOS1_RECOG            97
define BOS1_ATTACK1            98
define BOS1_PAIN            99
define BOS1_DYING            100
define BOS2_ROAM            101
define BOS2_RECOG            102
define BOS2_ATTACK            103
define BOS2_PAIN           104
define BOS2_DYING           105
define GETATOMICHEALTH             106
define DUKE_GETWEAPON2             107
define BOS3_DYING            108
define SHOTGUN_FIRE            109
define PRED_ROAM            110
define PRED_RECOG            111
define PRED_ATTACK            112
define PRED_PAIN           113
define PRED_DYING            114
define CAPT_ROAM            115
define CAPT_ATTACK            116
define CAPT_RECOG            117
define CAPT_PAIN           118
define CAPT_DYING            119
define PIG_ROAM           120
define PIG_RECOG            121
define PIG_ATTACK            122
define PIG_PAIN          123
define PIG_DYING           124
define RECO_ROAM            125
define RECO_RECOG            126
define RECO_ATTACK            127
define RECO_PAIN           128
define RECO_DYING            129
define DRON_ROAM            130
define DRON_RECOG            131
define DRON_ATTACK1             132
define DRON_PAIN           133
define DRON_DYING            134
define COMM_ROAM             135
```

```
define COMM_RECOG              136
define COMM_ATTACK            137
define COMM_PAIN            138
define COMM_DYING            139
define OCTA_ROAM            140
define OCTA_RECOG            141
define OCTA_ATTACK1            142
define OCTA_PAIN          143
define OCTA_DYING           144
define TURR_ROAM           145
define TURR_RECOG             146
define TURR_ATTACK             147
define DUMPSTER_MOVE              148
define SLIM_DYING            149
define BOS3_ROAM            150
define BOS3_RECOG            151
define BOS3_ATTACK1            152
define BOS3_PAIN          153
define BOS1_ATTACK2            154
define COMM_SPIN            155
define BOS1_WALK            156
define DRON_ATTACK2             157
define THUD            158
define OCTA_ATTACK2            159
define WIERDSHOT_FLY            160
define TURR_PAIN          161
define TURR_DYING            162
define SLIM_ROAM           163
define LADY_SCREAM            164
define DOOR_OPERATE2            165
define DOOR_OPERATE3            166
define DOOR_OPERATE4            167
define BORNTOBEWILDSND             168
define SHOTGUN_COCK            169
define GENERIC_AMBIENCE1             170
define GENERIC_AMBIENCE2             171
define GENERIC_AMBIENCE3             172
define GENERIC_AMBIENCE4             173
define GENERIC_AMBIENCE5             174
define GENERIC_AMBIENCE6             175
define BOS3_ATTACK2            176
define GENERIC_AMBIENCE17             177
define GENERIC_AMBIENCE18             178
define GENERIC_AMBIENCE19             179
define GENERIC_AMBIENCE20             180
```

```
define GENERIC_AMBIENCE21        181
define GENERIC_AMBIENCE22        182
define SECRETLEVELSND            183
define GENERIC_AMBIENCE8         184
define GENERIC_AMBIENCE9         185
define GENERIC_AMBIENCE10        186
define GENERIC_AMBIENCE11        187
define GENERIC_AMBIENCE12        188
define GENERIC_AMBIENCE13        189
define GENERIC_AMBIENCE14        190
define GENERIC_AMBIENCE15        192
define GENERIC_AMBIENCE16        193
define FIRE_CRACKLE              194
define BONUS_SPEECH1             195
define BONUS_SPEECH2             196
define BONUS_SPEECH3             197
define PIG_CAPTURE_DUKE          198
define BONUS_SPEECH4             199
define DUKE_LAND_HURT            200
define DUKE_HIT_STRIPPER1        201
define DUKE_TIP1                 202
define DUKE_KILLED2              203
define PRED_ROAM2                204
define PIG_ROAM2                 205
define DUKE_GETWEAPON1           206
define DUKE_SEARCH2              207
define DUKE_CRACK2               208
define DUKE_SEARCH               209
define DUKE_GET                  210
define DUKE_LONGTERM_PAIN        211
define MONITOR_ACTIVE            212
define NITEVISION_ONOFF          213
define DUKE_HIT_STRIPPER2        214
define DUKE_CRACK_FIRST          215
define DUKE_USEMEDKIT            216
define DUKE_TAKEPILLS            217
define DUKE_PISSRELIEF           218
define SELECT_WEAPON             219
define WATER_GURGLE              220
define DUKE_GETWEAPON4           221
define JIBBED_ACTOR1             222
define JIBBED_ACTOR2             223
define JIBBED_ACTOR3             224
define JIBBED_ACTOR4             225
define JIBBED_ACTOR5             226
```

```
define JIBBED_ACTOR6           227
define JIBBED_ACTOR7           228
define DUKE_GOTHEALTHATLOW          229
define BOSSTALKTODUKE          230
define WAR_AMBIENCE1           231
define WAR_AMBIENCE2           232
define WAR_AMBIENCE3           233
define WAR_AMBIENCE4           234
define WAR_AMBIENCE5           235
define WAR_AMBIENCE6           236
define WAR_AMBIENCE7           237
define WAR_AMBIENCE8           238
define WAR_AMBIENCE9           239
define WAR_AMBIENCE10          240
define ALIEN_TALK1             241
define ALIEN_TALK2             242
define EXITMENUSOUND           243
define FLY_BY                  244
define DUKE_SCREAM             245
define SHRINKER_HIT            246
define RATTY                   247
define INTO_MENU               248
define BONUSMUSIC              249
define DUKE_BOOBY              250
define DUKE_TALKTOBOSSFALL          251
define DUKE_LOOKINTOMIRROR          252
define PIG_ROAM3               253
define KILLME                  254
define DRON_JETSND             255
define SPACE_DOOR1             256
define SPACE_DOOR2             257
define SPACE_DOOR3             258
define SPACE_DOOR4             259
define SPACE_DOOR5             260
define ALIEN_ELEVATOR1         261
define VAULT_DOOR              262
define JIBBED_ACTOR13          263
define DUKE_GETWEAPON6         264
define JIBBED_ACTOR8           265
define JIBBED_ACTOR9           266
define JIBBED_ACTOR10          267
define JIBBED_ACTOR11          268
define JIBBED_ACTOR12          269
define DUKE_KILLED4            270
define DUKE_KILLED5            271
```

```
define ALIEN_SWITCH1            272
define DUKE_STEPONFECES         273
define DUKE_LONGTERM_PAIN2      274
define DUKE_LONGTERM_PAIN3      275
define DUKE_LONGTERM_PAIN4      276
define COMPANB2                 277
define KTIT                     278
define HELICOP_IDLE             279
define STEPNIT                  280
define SPACE_AMBIENCE1          281
define SPACE_AMBIENCE2          282
define SLIM_HATCH               283
define RIPHEADNECK              284
define FOUNDJONES               285
define ALIEN_DOOR1              286
define ALIEN_DOOR2              287
define ENDSEQVOL3SND4           288
define ENDSEQVOL3SND5           289
define ENDSEQVOL3SND6           290
define ENDSEQVOL3SND7           291
define ENDSEQVOL3SND8           292
define ENDSEQVOL3SND9           293
define WHIPYOURASS              294
define ENDSEQVOL2SND1           295
define ENDSEQVOL2SND2           296
define ENDSEQVOL2SND3           297
define ENDSEQVOL2SND4           298
define ENDSEQVOL2SND5           299
define ENDSEQVOL2SND6           300
define ENDSEQVOL2SND7           301
define GENERIC_AMBIENCE23       302
define SOMETHINGFROZE           303
define DUKE_LONGTERM_PAIN5      304
define DUKE_LONGTERM_PAIN6      305
define DUKE_LONGTERM_PAIN7      306
define DUKE_LONGTERM_PAIN8      307
define WIND_REPEAT              308
```

```
/*
---------------------------------------------------------------------
Duke Nukem 3D GAME.CON file.
By Todd Replogle
(c) 1996 3D Realms Entertainment
---------------------------------------------------------------------


IMPORTANT NOTICE IF YOU USE MODIFIED .CON FILES

If you are playing a MULTIPLAY game (Dukematch or Co-op) and you are
using *modified* .CON files (USER.CON, GAME.CON, DEFS.CON), then each
multiplayer must be using the EXACT SAME .CON files, or the game will
get out of sync and/or develop interesting problems.

3D Realms encourages you to experiment freely with the parameters
contained in this file, and to share your discoveries with the rest
of the world.  However, BE ADVISED that 3D Realms does NOT offer
any technical support on how to use this file or other user-modifiable
features of this game.  Do NOT call 3D Realms or Apogee Software
for advice or help with this subject.

You make modifications to this and other files at your own risk.
It is recommended that you first make a backup copy of this, or
any .CON files before making any changes.

---------------------------------------------------------------------


*/

include DEFS.CON
include USER.CON

state genericshrunkcode
   ifcount 32 { ifpdistl SQUISHABLEDISTANCE pstomp }
   else { sizeto 9 8 spawn FRAMEEFFECT1 }
ends

move SHUTTLEVELS 16

actor SPACESHUTTLE TOUGH
  // ifmove 0 { move SHUTTLEVELS getv geth }
enda
```

```
actor SATELLITE TOUGH
  //  ifmove 0 { move SHUTTLEVELS getv geth }
  //  ifcount 120 move SHUTTLEVELS getv geth randomangle
enda

action ASHARKCRUZING 0 8 5 1 24
action ASHARKFLEE   0 8 5 1 10
action ASHARKATACK   0 8 5 1 6
action ASHARKSHRUNK  0 8 5 1 24
action ASHARKFROZEN  0 1 5 1 24

move SHARKVELS 24
move SHARKFASTVELS 72
move SHARKFLEEVELS 40

actor SHARK SHARKSTRENGTH ASHARKCRUZING SHARKVELS randomangle geth
   ifaction ASHARKSHRUNK
   {
      ifcount SHRUNKDONECOUNT action ASHARKCRUZING
      else ifcount SHRUNKCOUNT sizeto 24 24
      else state genericshrunkcode
   }
   else ifaction ASHARKFROZEN
   {
      fall

      ifcount THAWTIME { action ASHARKFLEE getlastpal }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

      ifhitweapon
      {
         ifwasweapon FREEZEBLAST { strength 0 break }
         lotsofglass 30
         sound GLASS_BREAKING
         killit
      }
      else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
      break
   }
   else ifaction ASHARKFLEE
   {
      ifcount 16 ifrnd 48 { action ASHARKCRUZING move SHARKVELS randomangle geth }
   }
   else ifaction ASHARKCRUZING
```

```
        {
                ifcansee ifcount 48 ifrnd 2 { action ASHARKATACK move SHARKFASTVELS
faceplayerslow getv break }
            ifcount 32 ifnotmoving
            {
                ifrnd 128 move SHARKVELS randomangle geth
                else move SHARKFASTVELS randomangle geth
            }
        }
        else ifaction ASHARKATACK
        {
            ifcount 4
            {
                ifpdistl 1280
                {
                    ifp palive ifcanshoottarget
                    {
                        sound DUKE_GRUNT
                        palfrom 32 32
                        addphealth SHARKBITESTRENGTH
                    }
                    action ASHARKFLEE
                    move SHARKFLEEVELS fleeenemy
                }
            }
            else ifnotmoving
                { ifcount 32 { action ASHARKCRUZING move SHARKVELS randomangle geth } }
            else ifcount 48 ifrnd 2
                { action ASHARKCRUZING move SHARKFASTVELS randomangle geth }
        }

        ifhitweapon
        {
            ifdead
                { sound SQUISHED guts JIBS6 30 killit }
            else
            {
                ifwasweapon SHRINKSPARK
                {
                    action ASHARKSHRUNK
                    sound ACTOR_SHRINKING
                }
                else ifwasweapon FREEZEBLAST
                {
                    action ASHARKFROZEN
```

```
            sound SOMETHINGFROZE
            move 0
        }
        else move SHARKVELS randomangle geth
      }
    }
enda


action BLIMPWAITTORESPAWN

state blimphitstate
    cstat 0
    spawn FIRSTGUNSPRITE
    spawn EXPLOSION2

    debris SCRAP1 10          // Weapons and ammo!
    debris SCRAP2 10
    debris SCRAP3 10
    debris SCRAP4 10
    debris SCRAP5 10

    sound PIPEBOMB_EXPLODE
    ifrespawn { action BLIMPRESPAWNTIME move 0 cstat 32768 }
    else killit
ends

actor BLIMP 1

    ifaction BLIMPWAITTORESPAWN
    {
      ifcount RESPAWNACTORTIME
      {
        action 0
        cstat 0
        move 0
      }
      break
    }

    ifhitweapon
    {
      ifwasweapon RADIUSEXPLOSION state blimphitstate
      ifwasweapon RPG state blimphitstate
      strength 1
```

```
      }
enda



state rats
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
    ifrnd 128 spawn RAT
ends

move RESPAWN_ACTOR_FLAG

action RUBCANDENT 1 1 1 1 1
action RUBCAN

actor RUBBERCAN WEAK
    ifaction RUBCANDENT { ifactioncount 16 { strength 0 action RUBCAN break } }
    else ifhitweapon
    {
        ifwasweapon RADIUSEXPLOSION { state rats ifrnd 48 spawn BURNING debris SCRAP3
10 killit }
        else action RUBCANDENT
    }
enda

state headhitstate
// Unrem the following line to involving screen tilting during
// low player hitpoint damage.



// wackplayer



ends



action EXPBARRELFRAME      0  2  1  1  15
actor EXPLODINGBARREL 26
    fall
```

```
  ifaction EXPBARRELFRAME
  {
    ifactioncount 2
    {
      hitradius 1024 WEAKEST WEAK MEDIUMSTRENGTH TOUGH
      spawn EXPLOSION2
      debris SCRAP2 10
      sound PIPEBOMB_EXPLODE
      killit
    }
    break
  }
  ifsquished
  {
    debris SCRAP1 10
    killit
    break
  }
  ifhitweapon
    action EXPBARRELFRAME
enda

action BURNING_FLAME   0  12  1  1  2
move BURNING_VELS

state burningstate

  ifgapzl 16 break
  ifpdistg 10240 break

  ifcount 128
  {
    ifspawnedby TIRE
    {
      ifactioncount 512
      {
        sizeto 16 16
        killit
      }
      ifrnd 16 sizeto 64 48
    }
    else
    {
      sizeto 8 8 sizeto 8 8
      ifactioncount 192 killit
```

```
        }
    }
    else
    {
        ifmove 0 move BURNING_VELS

        ifspawnedby BOX
            { sizeto 32 32 ifcount 32 { spawn SMALLSMOKE killit } }
        else ifspawnedby TREE1 sizeto 96 96
        else ifspawnedby TREE2 sizeto 96 96
        else ifspawnedby APLAYER { sizeto 40 40 sizeto 40 40 }
        else sizeto 52 52
        ifp palive ifpdistl 844 ifrnd 32 ifcansee { soundonce DUKE_LONGTERM_PAIN addphealth
-1 palfrom 24 16 }
    }

ends

actor BURNING WEAK BURNING_FLAME
    state burningstate
enda

actor BURNING2 WEAK BURNING_FLAME
    state burningstate
enda

action TOILETWATERFRAMES 0 4 1 1 1
actor TOILETWATER 0 TOILETWATERFRAMES
    ifpdistl 8192
    {
        soundonce WATER_GURGLE
        ifspawnedby TOILET sizeto 34 34
        else
        {
            ifspawnedby WATERFOUNTAINBROKE
                sizeto 6 15
            else ifspawnedby TOILETWATER { } else sizeto 24 32
        }

        ifp palive ifpdistl RETRIEVEDISTANCE ifp pfacing ifactioncount 32
            ifphealthl MAXPLAYERHEALTH ifhitspace ifcansee
        {
            addphealth 1
            globalsound DUKE_DRINKING
            resetactioncount
```

```
      }
    }
  enda

action WOODENHORSEFRAME  0  1  4
action WOODENFALLFRAME  110  1  5


actor HORSEONSIDE WEAKEST cactor WOODENHORSE action WOODENFALLFRAME enda
actor WOODENHORSE WEAK WOODENHORSEFRAME
    fall
    ifhitweapon
    {
      ifdead
      {
        debris SCRAP1 10
        debris SCRAP2 10
        killit
      }
      else action WOODENFALLFRAME
    }
  enda

state steamcode
    ifpdistl 8192 soundonce STEAM_HISSING

    ifcount 20
    {
      resetcount
      ifp palive ifpdistl 1024
      {
        addphealth -1
        palfrom 16 16
      }
    }
    else
    {
      ifspawnedby STEAM break ifspawnedby CEILINGSTEAM break
      sizeto 24 24
    }
  ends

action STEAMFRAMES    0    5    1    1    1
actor STEAM 0 STEAMFRAMES
    state steamcode
  enda
```

```
actor CEILINGSTEAM 0 STEAMFRAMES
   state steamcode
enda


actor WATERBUBBLEMAKER 0 0 randomangle
   ifpdistl 3084 ifrnd 24 spawn WATERBUBBLE
enda


action BUBBLE
action CRACKEDBUBBLE   1
move BUBMOVE         -10 -36
move BUBMOVEFAST        -10 -52


actor WATERBUBBLE 0 BUBBLE BUBMOVE getv geth randomangle


   ifaction CRACKEDBUBBLE
   {
      ifinwater ifrnd 192 killit
      ifactioncount 7 killit
   }
   else
   {
      ifcount 4
      {
         ifrnd 192 move BUBMOVE getv geth randomangle
         else move BUBMOVEFAST getv geth randomangle
         resetcount
      }

      ifonwater
      {
         iffloordistl 8 action CRACKEDBUBBLE
      }
      else ifactioncount 40 action CRACKEDBUBBLE
   }
enda




move SMOKEVEL 8 -16
move ENGINE_SMOKE 64 -64
move SMOKESHOOTOUT -192
action SMOKEFRAMES 0 4 1 1 10
actor SMALLSMOKE 0 SMOKEFRAMES
   ifmove 0
   {
```



```
        ifspawnedby RECON
            move SMOKESHOOTOUT geth
        else ifspawnedby SECTOREFFECTOR
            move ENGINE_SMOKE geth getv
        else move SMOKEVEL geth getv faceplayer
        ifspawnedby RPG
        cstat 2
    }
    ifpdistl 1596 ifspawnedby RPG killit
    ifactioncount 4 killit
enda

action BARREL_DENTING 2 2 1 1 6
action BARREL_DENTED  1
action BARREL_DENTED2 2

move SPAWNED_BLOOD

actor NUKEBARRELDENTED WEAK
    cactor NUKEBARREL
    action BARREL_DENTED
enda

actor NUKEBARRELLEAKED WEAK
    cactor NUKEBARREL
    action BARREL_DENTED2
enda

actor NUKEBARREL MEDIUMSTRENGTH
    ifsquished
    {
        debris SCRAP1 10
        spawn BURNING
        spawn OOZ
        killit
    }
    fall
    ifaction BARREL_DENTING
    {
        ifactioncount 2
        {
            debris SCRAP1 10
            ifrnd 2 spawn BLOODPOOL
            killit
        }
    }
```

```
        }
        else ifhitweapon
        {
            ifdead
            {
                sound VENT_BUST

                ifrnd 128
                    spawn BLOODPOOL
                action BARREL_DENTING
            }
            else
            {
                ifaction 0
                    action BARREL_DENTED
                else ifaction BARREL_DENTED
                {
                    action BARREL_DENTED2
                    spawn BLOODPOOL
                }
                else ifaction BARREL_DENTED2
                    action BARREL_DENTING
            }
        }
enda

state burningbarrelcode
    fall
    ifcount 32
    {
        resetcount
        ifp palive ifpdistl 1480 ifp phigher
        {
            addphealth -1
            palfrom 16 16
            ifrnd 96 sound DUKE_LONGTERM_PAIN
        }
    }
    ifhitweapon
    {
        sound VENT_BUST
        debris SCRAP1 10
        ifrnd 128 spawn BURNING
        else spawn BURNING2
        killit
```

```
    }
ends

actor FIREBARREL state burningbarrelcode enda
actor FIREVASE state burningbarrelcode enda

action SHRINKERFRAMES 0 4 1 1 10
actor SHRINKEREXPLOSION 0 SHRINKERFRAMES
    ifactioncount 4 killit
enda

action EXPLOSION_FRAMES 0 20 1 1  4
actor EXPLOSION2 1 EXPLOSION_FRAMES
    ifactioncount 20 killit
enda

actor EXPLOSION2BOT 1 EXPLOSION_FRAMES
    ifactioncount 20 killit
enda

action FFLAME_FR 0 16 1 1 1
action FFLAME 0 1 1 1 1

actor FLOORFLAME 0 FFLAME_FR
    ifaction FFLAME_FR
    {
        ifpdistl 1024 hitradius 1024 WEAKEST WEAKEST WEAKEST WEAKEST
        ifactioncount 16
            action FFLAME
    }
    ifaction FFLAME ifrnd 4
    {
        action FFLAME_FR
        sound CAT_FIRE
        resetactioncount
    }

enda


action ASATNSPIN   0 5 1 1 4
action ASATSHOOTING -10 3 5 1 40
action ASATWAIT 0 1 5 1 1
move TURRVEL
```

```
actor ROTATEGUN ROTTURRETSTRENGTH
// ASATSHOOTING TURRVEL faceplayer

   ifaction 0
   {
      action ASATSHOOTING
      move TURRVEL faceplayer
   }
   else ifaction ASATNSPIN
      { ifactioncount 32 { action ASATWAIT move TURRVEL faceplayer } }
   else ifaction ASATSHOOTING
   {
      ifactioncount 12 { ifrnd 32 action ASATWAIT }
      ifcount 32 resetcount
      else ifcount 16 { ifcount 17 { } else { sound PRED_ATTACK shoot FIRELASER } }
      else ifcount 4 { ifcount 5 { } else { ifcansee ifcanshoottarget { sound PRED_ATTACK shoot
FIRELASER } } }
   }
   else ifaction ASATWAIT
      { ifactioncount 64 ifrnd 32 ifp palive ifcansee { action ASATSHOOTING move TURRVEL
faceplayer } }
   ifhitweapon { ifdead { addkills 1 sound LASERTRIP_EXPLODE debris SCRAP1 10 spawn
EXPLOSION2 killit }
      else { action ASATNSPIN debris SCRAP1 10 } move 0 }

enda

action RIP_F 0 8 1 1 1
actor FORCERIPPLE 0 RIP_F
   ifactioncount 8 killit
enda

action TRANSFOWARD 0 6 1 1 2
action TRANSBACK   5 6 1 -1 2
actor TRANSPORTERSTAR 0 TRANSFOWARD
   ifaction TRANSFOWARD
   {
      ifactioncount 6
         action TRANSBACK
   }
   else
      ifactioncount 6 killit
enda

action BEAMFOWARD  0 4 1 1 9
```

```
actor TRANSPORTERBEAM 0 BEAMFOWARD
    sizeto 32 64 sizeto 32 64 sizeto 32 64
    ifactioncount 4 killit
enda

state getcode
    ifactor ATOMICHEALTH globalsound GETATOMICHEALTH
    else globalsound DUKE_GET
    palfrom 16 0 32
    ifrespawn
    {
        move RESPAWN_ACTOR_FLAG
        spawn RESPAWNMARKERRED
        cstat 32768
    }
    else killit
ends

state randgetweapsnds
    ifrnd 64 globalsound DUKE_GETWEAPON1
    else ifrnd 96 globalsound DUKE_GETWEAPON2
    else ifrnd 128 globalsound DUKE_GETWEAPON3
    else ifrnd 140 globalsound DUKE_GETWEAPON4
    else globalsound DUKE_GETWEAPON6
ends

state getweaponcode

    state randgetweapsnds

    palfrom 32 0 32
    ifgotweaponce 1 break
    ifrespawn
    {
        move RESPAWN_ACTOR_FLAG
        spawn RESPAWNMARKERRED
        cstat 32768
    }
    else killit
ends

state respawnit
    ifcount RESPAWNITEMTIME { spawn TRANSPORTERSTAR move 0 cstat 0 sound
TELEPORTER }
```

```
ends

state quikget
    ifactor ATOMICHEALTH globalsound GETATOMICHEALTH
    else globalsound DUKE_GET
    palfrom 16 0 32
    killit
ends

state quikweaponget
    state randgetweapsnds
    palfrom 32 0 32
    ifgotweaponce 1 break
    killit
ends

actor STEROIDS
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE
        ifpinventory GET_STEROIDS STEROID_AMOUNT ifcanseetarget
    {
        addinventory GET_STEROIDS STEROID_AMOUNT quote 37 state getcode
        ifspawnedby STEROIDS state getcode
        else state quikget
    }
enda

actor HEATSENSOR
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
     else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_HEATS HEAT_AMOUNT
        ifcanseetarget
    {
        addinventory GET_HEATS HEAT_AMOUNT quote 101 state getcode
        ifspawnedby HEATSENSOR state getcode
        else state quikget
    }
enda

actor BOOTS
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
```

```
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_BOOTS BOOT_AMOUNT
      ifcanseetarget
    {
      addinventory GET_BOOTS BOOT_AMOUNT quote 6
      ifspawnedby BOOTS state getcode
      else state quikget
    }
enda

actor SHIELD
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_SHIELD SHIELD_AMOUNT
      ifcanseetarget
    {
      ifspawnedby PIGCOP
      {
        ifrnd 128 addinventory GET_SHIELD PIG_SHIELD_AMOUNT1
        else addinventory GET_SHIELD PIG_SHIELD_AMOUNT2
        quote 104
        sound KICK_HIT palfrom 24 0 32 killit
      }
      else addinventory GET_SHIELD SHIELD_AMOUNT quote 38
      ifspawnedby SHIELD state getcode
      else state quikget
    }
enda

actor AIRTANK
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_SCUBA SCUBA_AMOUNT
      ifcanseetarget
    {
      addinventory GET_SCUBA SCUBA_AMOUNT quote 39 state getcode
      ifspawnedby AIRTANK state getcode
      else state quikget
    }
enda

action HOLODUKE_FRAMES 0 4 1 1 8
actor HOLODUKE 0 HOLODUKE_FRAMES
```

```
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifpinventory
GET_HOLODUKE HOLODUKE_AMOUNT
      ifcanseetarget
    {
      addinventory GET_HOLODUKE HOLODUKE_AMOUNT quote 51 state getcode
      ifspawnedby HOLODUKE state getcode
      else state quikget
    }
enda

actor JETPACK
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
      else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifpinventory
GET_JETPACK JETPACK_AMOUNT ifcanseetarget
    {
      addinventory GET_JETPACK JETPACK_AMOUNT quote 41 state getcode
      ifspawnedby JETPACK state getcode
      else state quikget
    }
enda

actor ACCESSCARD
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
      ifpinventory GET_ACCESS 0 break
      addinventory GET_ACCESS 1
      quote 43
      state getcode
    }
enda

// test boss_recod


actor AMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
    {
      addammo PISTOL_WEAPON PISTOLAMMOAMOUNT quote 65
```

```
        ifspawnedby AMMO state getcode
        else state quikget
    }
enda


actor FREEZEAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
    {
        addammo FREEZE_WEAPON FREEZEAMMOAMOUNT quote 66
        ifspawnedby FREEZEAMMO state getcode
        else state quikget
    }
enda




actor SHOTGUNAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
    {
        addammo SHOTGUN_WEAPON SHOTGUNAMMOAMOUNT quote 69
        ifspawnedby SHOTGUNAMMO state getcode
        else state quikget
    }
enda

actor AMMOLOTS
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifcount 6 ifpdistl RETRIEVEDISTANCE ifcanseetarget
    {
        addammo PISTOL_WEAPON 48 quote 65
        ifspawnedby AMMOLOTS state getcode
        else state quikget
    }
enda

actor CRYSTALAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
```



```
        addammo SHRINKER_WEAPON CRYSTALAMMOAMOUNT quote 78
        ifspawnedby CRYSTALAMMO state getcode
        else state quikget
    }
enda


actor BATTERYAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo CHAINGUN_WEAPON CHAINGUNAMMOAMOUNT quote 63
        ifspawnedby BATTERYAMMO state getcode
        else state quikget
    }
enda


actor DEVISTATORAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo DEVISTATOR_WEAPON DEVISTATORAMMOAMOUNT quote 14
        ifspawnedby DEVISTATORAMMO state getcode
        else state quikget
    }
enda


actor RPGAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        addammo RPG_WEAPON RPGAMMOBOX quote 64
        ifspawnedby RPGAMMO state getcode
        else state quikget
    }
enda


actor HBOMBAMMO
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
        ifgotweaponce 0 break // ( Multiplayer (mode 3) only )
```

```
      addweapon HANDBOMB_WEAPON 1 quote 10
      addammo HANDBOMB_WEAPON HANDBOMBBOX

      ifspawnedby HBOMBAMMO state getweaponcode
      else state quikweaponget
   }
enda


actor RPGSPRITE
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
   {
      ifgotweaponce 0 break // ( Multiplayer (mode 3) only )

      addweapon RPG_WEAPON RPGAMMOBOX quote 56
      ifspawnedby RPGSPRITE state getweaponcode
      else state quikweaponget
   }
enda


// 531.89 GTE.
// IMA.
// PO BOX 4629
// Rocford ill, 61110-4629
// Ms. Lee


actor SHOTGUNSPRITE
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
   {
      ifspawnedby PIGCOP
      {
         addweapon SHOTGUN_WEAPON 0
         ifrnd 64 addammo SHOTGUN_WEAPON 4
         else ifrnd 64 addammo SHOTGUN_WEAPON 3
         else ifrnd 64 addammo SHOTGUN_WEAPON 2
         else addammo SHOTGUN_WEAPON 1
      }
      else
      {
         ifgotweaponce 0 break // Multiplayer only
         addweapon SHOTGUN_WEAPON SHOTGUNAMMOAMOUNT quote 57
      }
```

```
       ifspawnedby SHOTGUNSPRITE state getweaponcode
       else state quikweaponget
    }
 enda




 actor SIXPAK
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
       else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifphealthl
 MAXPLAYERHEALTH ifcanseetarget
    {
       addphealth 30 quote 62
       ifspawnedby SIXPAK state getcode
       else state quikget
    }
 enda

 actor COLA
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
       else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifphealthl
 MAXPLAYERHEALTH // ifcanseetarget
    {
       addphealth 10 quote 61
       ifspawnedby COLA state getcode
       else state quikget
    }
 enda

 actor ATOMICHEALTH
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
       ifphealthl MAXPLAYERATOMICHEALTH
    {
       addphealth 50 quote 19
       ifspawnedby ATOMICHEALTH state getcode
       else state quikget
    }
 enda
```

```
actor FIRSTAID
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6
      ifpinventory GET_FIRSTAID FIRSTAID_AMOUNT ifcanseetarget
   {
      addinventory GET_FIRSTAID FIRSTAID_AMOUNT quote 3

      ifspawnedby FIRSTAID state getcode
      else state quikget
   }
enda


actor FIRSTGUNSPRITE
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
   {
      ifgotweaponce 0 break

      addweapon PISTOL_WEAPON 48
      ifspawnedby FIRSTGUNSPRITE state getweaponcode
      else state quikweaponget
   }
enda


actor TRIPBOMBSPRITE
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
   else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
   {
      ifgotweaponce 0 break

      addweapon TRIPBOMB_WEAPON 1
      quote 58
      ifspawnedby TRIPBOMBSPRITE state getweaponcode
      else state quikweaponget
   }
enda

actor CHAINGUNSPRITE
   fall
   ifmove RESPAWN_ACTOR_FLAG state respawnit
```

```
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
       ifgotweaponce 0 break

       addweapon CHAINGUN_WEAPON 50 quote 54
       ifspawnedby CHAINGUNSPRITE state getweaponcode
       else state quikweaponget
    }
enda




actor SHRINKERSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
       ifgotweaponce 0 break

       addweapon SHRINKER_WEAPON 10 quote 60
       ifspawnedby SHRINKERSPRITE state getweaponcode
       else state quikweaponget
    }
enda

actor FREEZESPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
       ifgotweaponce 0 break

       addweapon FREEZE_WEAPON FREEZEAMMOAMOUNT quote 59
       ifspawnedby FREEZESPRITE state getweaponcode
       else state quikweaponget
    }
enda

actor DEVISTATORSPRITE
    fall
    ifmove RESPAWN_ACTOR_FLAG state respawnit
    else ifp pshrunk { } else ifp palive ifpdistl RETRIEVEDISTANCE ifcount 6 ifcanseetarget
    {
       ifgotweaponce 0 break // ( Multiplayer (mode 3) only )
```

```
        addweapon DEVISTATOR_WEAPON DEVISTATORAMMOAMOUNT quote 87
        ifspawnedby DEVISTATORSPRITE state getweaponcode
        else state quikweaponget
    }
enda


state firestate

    ifgapzl 16 break
    ifinwater killit

    ifp palive ifpdistl 844 ifrnd 32 ifcansee { soundonce DUKE_LONGTERM_PAIN addphealth -1
palfrom 32 32 }

    ifactor FIRE ifspawnedby FIRE break
    else ifactor FIRE2 ifspawnedby FIRE2 break

    iffloordistl 128
    {
        ifcount 32 sizeto 8 8
        ifcount 64 killit
    }
    else killit

ends

action FIRE_FRAMES    -1 14 1 1 1
move FIREVELS
actor FIRE WEAK FIRE_FRAMES FIREVELS state firestate enda
actor FIRE2 WEAK FIRE_FRAMES FIREVELS state firestate enda

actor FECES
    ifcount 24
    {
        ifpdistl RETRIEVEDISTANCE
        {
            soundonce DUKE_STEPONFECES
            sound STEPNIT

            spawn BLOODPOOL   // Will be brown
            killit
        }
    }
    else sizeto 32 32
```

```
     enda

state drop_ammo ifrnd SPAWNAMMOODDS spawn AMMO ends
state drop_battery ifrnd SPAWNAMMOODDS spawn BATTERYAMMO ends
state drop_sgshells ifrnd SPAWNAMMOODDS spawn SHOTGUNAMMO ends
state drop_shotgun ifrnd SPAWNAMMOODDS spawn SHOTGUNSPRITE ends
state drop_chaingun
   ifrnd SPAWNAMMOODDS
   {
      ifrnd 32 spawn CHAINGUNSPRITE
      else spawn BATTERYAMMO
   }
ends

state jib_sounds
   ifrnd SWEARFREQUENCY
   {
      ifrnd 16 globalsound JIBBED_ACTOR1
      else ifrnd 16 globalsound JIBBED_ACTOR2
      else ifrnd 16 globalsound JIBBED_ACTOR3
      else ifrnd 16 globalsound JIBBED_ACTOR5
      else ifrnd 16 globalsound JIBBED_ACTOR6
      else ifrnd 16 globalsound JIBBED_ACTOR10
      else ifrnd 16 globalsound JIBBED_ACTOR7
      else ifrnd 16 globalsound JIBBED_ACTOR4
      else ifrnd 16 globalsound JIBBED_ACTOR8
      else ifrnd 16 globalsound JIBBED_ACTOR13
      else ifrnd 16 globalsound JIBBED_ACTOR9
      else ifrnd 16 globalsound JIBBED_ACTOR11
      else ifrnd 16 globalsound JIBBED_ACTOR12
   }
ends

state standard_jibs
   guts JIBS2 30
   guts JIBS3 10
   guts JIBS4 40
   guts JIBS5 10
   guts JIBS6 50
   ifrnd 4 { guts JIBS1 30 spawn BLOODPOOL }          // spine
   state jib_sounds
ends

action FEMSHRUNK
action FEMFROZEN1 1
```

```
action FEMFROZEN2
action FEMDANCE1 19 1 1 1 16
action FEMDANCE3 19 1 1 1 26

action FEMDANCE2 20 2 1 1 10
action FEMANIMATE

state femcode

    ifactor NAKED1 { } else ifactor FEM6 { } else
    {
      fall
      ifactor BLOODYPOLE ifhitweapon ifdead
          { state standard_jibs killit }
    }

    ifaction FEMSHRUNK
    {
      ifcount SHRUNKDONECOUNT action FEMANIMATE
      else ifcount SHRUNKCOUNT sizeto 40 40
      else state genericshrunkcode
    }
    else ifaction FEMDANCE1 { ifactioncount 2 action FEMDANCE2 }
    else ifaction FEMDANCE2 { ifactioncount 8 action FEMDANCE3 }
    else ifaction FEMDANCE3 { ifactioncount 2 action FEMANIMATE }
    else ifaction FEMFROZEN1
    {
      ifcount THAWTIME { action FEMANIMATE getlastpal }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

      ifhitweapon
      {
        ifwasweapon FREEZEBLAST { strength 0 break }
        lotsofglass 30
        sound GLASS_BREAKING
        respawnhitag
        ifrnd 84 spawn BLOODPOOL
        killit
      }
      else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
      break
    }
    else ifaction FEMFROZEN2
    {
```

```
    ifcount THAWTIME { action FEMANIMATE getlastpal }
    else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

    ifhitweapon
    {
      ifwasweapon FREEZEBLAST { strength 0 break }
      lotsofglass 30

      sound GLASS_BREAKING
      ifrnd 84 spawn BLOODPOOL
      respawnhitag

      ifrnd 128 sound DUKE_HIT_STRIPPER1
      else sound DUKE_HIT_STRIPPER2

      killit
    }
    else ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
    break
  }

  ifhitweapon
  {
    ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING count 0 action FEMSHRUNK
break }

    ifdead
    {
      ifwasweapon FREEZEBLAST
      {
        ifaction FEMSHRUNK break

        ifactor NAKED1 action FEMFROZEN2
        else ifactor FEM5 action FEMFROZEN2
        else ifactor FEM6 action FEMFROZEN2
        else ifactor FEM8 action FEMFROZEN2
        else ifactor FEM9 action FEMFROZEN2
        else ifactor PODFEM1 action FEMFROZEN2
        else action FEMFROZEN1

        move 0
        spritepal 1
        strength 0
```

```
        sound SOMETHINGFROZE

        break
    }

    ifrnd 128 sound DUKE_HIT_STRIPPER1
    else sound DUKE_HIT_STRIPPER2

    respawnhitag
    state standard_jibs

    shoot BLOODSPLAT1
    shoot BLOODSPLAT2
    shoot BLOODSPLAT3
    shoot BLOODSPLAT4
    spawn BLOODPOOL

    ifactor FEM1 money 5
    else ifactor FEM2 { money 7 cactor BARBROKE cstat 0 }
    else ifactor FEM3 money 4
    else ifactor FEM7 money 8

    ifactor FEM5 { strength TOUGH cactor BLOODYPOLE }
    else ifactor FEM6 { cstat 0 cactor FEM6PAD }
    else ifactor FEM8 { strength TOUGH cactor BLOODYPOLE }
    else
    {
        spritepal 6
        soundonce LADY_SCREAM
        ifactor NAKED1 debris SCRAP3 10
        else ifactor PODFEM1 debris SCRAP3 10
        killit
    }
}
else
{
    sound SQUISHED
    guts JIBS6 50
    ifactor FEM8 break
    soundonce LADY_SCREAM
}
}
ends

state killme
```



```
      ifp pfacing ifpdistl 1280 ifhitspace soundonce KILLME
ends

state tipme
   ifp pfacing ifpdistl 1280 ifhitspace
   {
      tip
      ifrnd 128 soundonce DUKE_TIP1
      else soundonce DUKE_TIP2
      ifactor FEM1 action FEMDANCE1
   }
ends

actor FEM1 TOUGH FEMANIMATE state tipme state femcode enda
actor FEM2 TOUGH FEMANIMATE state tipme state femcode enda
actor FEM3 TOUGH FEMANIMATE state tipme state femcode enda
actor FEM4 TOUGH FEMANIMATE state femcode enda
actor FEM5 TOUGH FEMANIMATE state killme state femcode enda
actor FEM6 TOUGH FEMANIMATE state killme state femcode enda
actor FEM7 TOUGH FEMANIMATE state tipme state femcode enda
actor FEM8 TOUGH FEMANIMATE state femcode enda
actor FEM9 TOUGH FEMANIMATE state femcode enda
actor NAKED1 TOUGH FEMANIMATE state killme state femcode enda
actor PODFEM1 TOUGH FEMANIMATE state killme state femcode enda
actor BLOODYPOLE TOUGH state femcode enda

actor STATUEFLASH fall // state statuehit
   ifcount 32 cactor STATUE
enda

actor STATUE fall
   ifp pfacing ifpdistl 1280 ifhitspace { cactor STATUEFLASH move 0 }
enda

actor MIKE
   ifp pfacing ifpdistl 1280 ifhitspace mikesnd
enda

state troop_body_jibs
   ifrnd 64 guts HEADJIB1 50
   ifrnd 64 guts LEGJIB1 60
   ifrnd 64 guts ARMJIB1 30
   ifrnd 48 spawn BLOODPOOL
ends
```

```
state liz_body_jibs
ifrnd 64 guts LIZMANHEAD1 20
    ifrnd 64 guts LIZMANLEG1 10
    ifrnd 64 guts LIZMANARM1 80
    ifrnd 48 spawn BURNING
ends

state delete_enemy killit ends


action BLOODFRAMES 0 4 1 1 15
actor BLOOD 0 BLOODFRAMES
    sizeto 72 72 sizeto 72 72 sizeto 72 72
    ifpdistg 3144 killit
    ifactioncount 4 killit
enda

action EGGOPEN1 1 1 1 1 4
action EGGOPEN2 2 1 1 1 4
action EGGOPEN3 2 1 1 1 4
action EGGWAIT  0
action EGGFROZEN 1
action EGGSHRUNK 1

actor EGG TOUGH
    ifaction 0
    {
      ifcount 64
      {
        ifrnd 128 { action EGGWAIT move 0 }
        else
        {
          sound SLIM_HATCH
          action EGGOPEN1
        }
      }
    }
    else ifaction EGGOPEN1 ifactioncount 4 action EGGOPEN2
    else ifaction EGGOPEN2 ifactioncount 4 { spawn GREENSLIME action EGGOPEN3 }
    else ifaction EGGSHRUNK
    {
      ifcount SHRUNKDONECOUNT action EGGOPEN2
      else ifcount SHRUNKCOUNT sizeto 48 40
      else state genericshrunkcode
    }
```

```
   else ifaction EGGFROZEN
   {
      ifcount THAWTIME { action 0 getlastpal }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

      ifhitweapon
      {
         ifwasweapon FREEZEBLAST { strength 0 break }
         lotsofglass 30

         sound GLASS_BREAKING
         ifrnd 84 spawn BLOODPOOL

         addkills 1
         killit
      }

      // ifp pducking
      ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick

      break
   }

   ifhitweapon
   {
      ifwasweapon SHRINKSPARK { move 0 sound ACTOR_SHRINKING action EGGSHRUNK
break }

      ifdead
      {
         ifwasweapon FREEZEBLAST
            { sound SOMETHINGFROZE spritepal 1 move 0 action EGGFROZEN strength 0 break
}

         addkills 1

         sound SQUISHED

         state standard_jibs
         state delete_enemy
      }
   }
   else ifaction EGGWAIT
   {
```

```
      ifcount 512 ifrnd 2
      {
        ifaction EGGSHRUNK break
        sound SLIM_HATCH
        action EGGOPEN1
      }
    }

enda

actor KNEE KNEE_WEAPON_STRENGTH enda
actor SPIT SPIT_WEAPON_STRENGTH enda
actor CHAINGUN CHAINGUN_WEAPON_STRENGTH enda
actor SHOTGUN SHOTGUN_WEAPON_STRENGTH enda
actor FIRELASER FIRELASER_WEAPON_STRENGTH enda
actor HEAVYHBOMB HANDBOMB_WEAPON_STRENGTH enda
actor BOUNCEMINE BOUNCEMINE_WEAPON_STRENGTH enda
actor MORTER MORTER_WEAPON_STRENGTH enda
actor SHRINKSPARK SHRINKER_WEAPON_STRENGTH enda
actor RPG RPG_WEAPON_STRENGTH enda
actor FREEZEBLAST FREEZETHROWER_WEAPON_STRENGTH enda
actor DEVISTATORBLAST FREEZETHROWER_WEAPON_STRENGTH enda
actor COOLEXPLOSION1 COOL_EXPLOSION_STRENGTH enda
actor TRIPBOMB TRIPBOMB_STRENGTH enda

action WEAP2FRAMES 0  4  1  1  6
actor SHOTSPARK1 PISTOL_WEAPON_STRENGTH WEAP2FRAMES
    ifdead killit
    ifactioncount 4 killit
    else
    {
      ifactioncount 3 { ifinwater spawn BLOODPOOL }
      else ifcount 2 { } else ifonwater spawn BLOODPOOL
    }
enda

state standard_pjibs
    guts JIBS1 10
    guts JIBS3 10
    guts JIBS4 10
    guts JIBS5 15
    guts JIBS6 2
    guts DUKETORSO 10
    guts DUKELEG 99
    guts DUKEGUN 23
```

```
      ifrnd 16 money 1
ends

move DUKENOTMOVING
state handle_dead_dukes
   fall
   ifmove 0    // 1st time initializiation...
   {
      ifrnd 128 cstat 4
      else cstat 0
      move DUKENOTMOVING
   }

   ifsquished
   {
      sound SQUISHED
      spawn OOZ
      killit
   }
   else ifcount 1024 ifpdistg 4096 killit
   else
   {
      strength 0
      ifhitweapon ifwasweapon RADIUSEXPLOSION
      {
         state standard_jibs
         killit
      }
   }
ends

action PLYINGFRAMES 0 1 0 1 1
actor DUKELYINGDEAD 0 PLYINGFRAMES
   state handle_dead_dukes
enda

action PSTAND      0  1  5  1   1
action PEXPLODE    106  5  1  1  10
action PEXPLODEAD  113  1  1

action PJPHOUVER   15  1  5  1
action PWALK       20  4  5  1  16
action PRUN        20  4  5  1  10
action PWALKBACK   45  4  5  -1  16
action PRUNBACK    45  4  5  -1  10
```



```
action PJUMPING    50  4  5  1  30
action PFALLING    65  1  5
action PDUCKING    86  1  5
action PCRAWLING   86  3  5  1  20
action PAKICKING   40  2  5  1  25
action PFLINTCHING 106 1  1  1  10
action PTHROWNBACK 106 5  1  1  18
action PFROZEN     20  1  5
action PLYINGDEAD  113 1  1

action PSWIMMINGGO   375  1  5  1  10
action PSWIMMING     375  4  5  1  13
action PSWIMMINGWAIT 395  1  5  1  13
action PTREDWATER    395  2  5  1  17

move PSTOPED
move PSHRINKING // used as a var only

state check_dead_thrown_back
   ifdead
   {
      strength 0
      action PTHROWNBACK
   }
ends

state check_pstandard
   ifp pwalking action PWALK
   else ifp pkicking action PAKICKING
   else ifp pwalkingback action PWALKBACK
   else ifp prunning action PRUN
   else ifp prunningback action PRUNBACK
   else ifp pjumping
      action PJUMPING
   else ifp pducking action PDUCKING
ends

state random_wall_jibs
   ifrnd 96 shoot BLOODSPLAT1
   ifrnd 96 shoot BLOODSPLAT2
   ifrnd 96 shoot BLOODSPLAT3
   ifrnd 96 shoot BLOODSPLAT4
   ifrnd 96 shoot BLOODSPLAT1
ends
```

```
actor APLAYER 100 PSTAND 0 0

  ifaction 0 action PSTAND
  ifdead
  {
    ifsquished palfrom 32 63 63 63
    else fall

    ifactioncount 7 { move 0 } else ifactioncount 6
    {
      ifmultiplayer { }
      else
      {
        ifrnd 32 sound DUKE_KILLED5
        else ifrnd 32 sound DUKE_KILLED3
        else ifrnd 32 sound DUKE_KILLED1
        else ifrnd 32 sound DUKE_KILLED2
      }
    }

    ifaction PLYINGDEAD
    {
      ifactioncount 3 move PSTOPED
      quote 13
      ifhitspace
      {
        action PSTAND
        spawn DUKELYINGDEAD
        resetplayer
      }
      break
    }
    else ifaction PTHROWNBACK
    {
      ifactioncount 5
      {
        spawn BLOODPOOL
        action PLYINGDEAD
      }
      else ifactioncount 1 move 0
      break
    }
    else ifaction PFROZEN
    {
      cstat 257
```

```
      palfrom 16 0 0 24

      ifhitweapon
      {
         ifwasweapon FREEZEBLAST break
         lotsofglass 60
         ifrnd 84 spawn BLOODPOOL

         getlastpal
         sound GLASS_BREAKING
         spawn ATOMICHEALTH
         cstat 32768
         action PLYINGDEAD
         break
      }

      ifactioncount THAWTIME { getlastpal strength 1 move 0 action PSTAND }
      else ifactioncount FROZENDRIPTIME { ifrnd 32 spawn WATERDRIP }

      ifp pfacing   // assumes some other player
         ifpdistl FROZENQUICKKICKDIST pkick

      break
   }
   else ifaction PEXPLODEAD
   {
      quote 13
      ifhitspace
      {
         action PSTAND
         resetplayer
      }
      break
   }
   else ifaction PEXPLODE
   {
      ifactioncount 5
      {
         action PEXPLODEAD
         spawn BLOODPOOL
      }
      break
   }

   else ifp pshrunk
```

```
   {
      state standard_pjibs
      spawn BLOODPOOL

      sound SQUISHED
      sound DUKE_DEAD

      cstat 32768           // Hide the sprite

      action PLYINGDEAD
   }

   else
   {
      ifinwater
      {
         action PLYINGDEAD
         spawn WATERBUBBLE
         spawn WATERBUBBLE
      }
      else
      {
         action PEXPLODE
         state standard_pjibs
         cstat 32768
         sound SQUISHED
         sound DUKE_DEAD
      }
   }
   break
}

ifsquished
{
   strength -1
   sound SQUISHED
   spawn OOZ
   break
}

ifp ponsteroids
{
   ifp pstanding { }
   else spawn FRAMEEFFECT1
}
```

```
ifmove PSHRINKING
{
   ifcount 32
   {
      ifcount SHRUNKDONECOUNT move 0
      else ifcount SHRUNKCOUNT
      {
         sizeto 42 36
         ifgapzl 24
         {
            strength 0
            sound SQUISHED
            palfrom 48 64
            break
         }
      }
      else ifp ponsteroids count SHRUNKCOUNT
   }
   else
   {
      ifp ponsteroids count SHRUNKCOUNT
      else { sizeto 8 9 spawn FRAMEEFFECT1 }
   }
}

else ifhitweapon
{
   ifdead { ifmultiplayer sound DUKE_KILLED4 }
   else
   {
      ifmultiplayer
      {
         ifphealthl YELLHURTSOUNDSTRENGTHMP
         {
            ifrnd 64 sound DUKE_LONGTERM_PAIN2
            else ifrnd 64 sound DUKE_LONGTERM_PAIN3
            else ifrnd 64 sound DUKE_LONGTERM_PAIN4
            else sound DUKE_DEAD
         }
         else
         {
            ifrnd 64 sound DUKE_LONGTERM_PAIN5
            else ifrnd 64 sound DUKE_LONGTERM_PAIN6
            else ifrnd 64 sound DUKE_LONGTERM_PAIN7
            else sound DUKE_LONGTERM_PAIN8
```

```
        }
      }
      else
      {
        ifphealthl YELLHURTSOUNDSTRENGTH
        {
          ifrnd 74 sound DUKE_LONGTERM_PAIN2
          else ifrnd 8 sound DUKE_LONGTERM_PAIN3
          else sound DUKE_LONGTERM_PAIN4
        }
        ifrnd 128 sound DUKE_LONGTERM_PAIN
      }
  }
  ifstrength TOUGH
  {
    state headhitstate
    sound DUKE_GRUNT
    ifp pstanding action PFLINTCHING
  }

  ifwasweapon RPG
  {
    ifrnd 32 spawn BLOOD
    ifdead state standard_pjibs
    palfrom 48 52
    break
  }
  ifwasweapon RADIUSEXPLOSION
  {
    ifrnd 32 spawn BLOOD
    ifdead state standard_pjibs
    palfrom 48 52
    break
  }
  ifwasweapon FIREEXT
  {
    ifrnd 32 spawn BLOOD
    ifdead state standard_pjibs
    palfrom 48 52
    break
  }

  ifwasweapon SHRINKSPARK
  {
    palfrom 48 0 48
```

```
      move PSHRINKING // used as a var only.
      sound ACTOR_SHRINKING
      break
   }

   ifwasweapon SHOTSPARK1 palfrom 24 48
   else ifwasweapon FREEZEBLAST
   {
      palfrom 48 0 0 48
      ifdead { sound SOMETHINGFROZE spritepal 1 action PFROZEN break }
   }
   else ifwasweapon COOLEXPLOSION1 palfrom 48 48 0 48
   else ifwasweapon KNEE palfrom 16 32
   else ifwasweapon FIRELASER palfrom 32 32
   state check_dead_thrown_back
   state random_wall_jibs

   break
}

ifaction PFLINTCHING
{
   ifactioncount 2 action PSTAND
   break
}

ifinwater
{
   ifaction PTREDWATER
   {
      ifp pwalking prunning action PSWIMMINGGO
   }
   else ifp pstanding pwalkingback prunningback action PTREDWATER
   else
   {
      ifaction PSWIMMING
      {
         ifrnd 4 spawn WATERBUBBLE
         ifactioncount 4
            action PSWIMMINGWAIT
      }
      else ifaction PSWIMMINGWAIT
      {
         ifactioncount 2
            action PSWIMMINGGO
```

```
      }
      else ifaction PSWIMMINGGO
      {
        ifactioncount 2
          action PSWIMMING
      }
      else action PTREDWATER
   }

   ifrnd 4 spawn WATERBUBBLE // For effect

   break
}
else ifp pjetpack
{
   ifaction PJPHOUVER
   {
      ifactioncount 4
        resetactioncount
   }
   else action PJPHOUVER
   break
}
else
{
   ifaction PTREDWATER action PSTAND
   ifaction PSWIMMING action PSTAND
   ifaction PSWIMMINGWAIT action PSTAND
   ifaction PSWIMMINGGO action PSTAND
   ifaction PJPHOUVER action PFALLING
}

ifaction PFALLING
{
   ifp ponground
     action PSTAND
   else
   {
     ifp pfalling break
     else state check_pstandard
   }
}

ifaction PDUCKING
{
```

```
        ifgapzl 48
        {
            ifp pwalking pwalkingback prunning prunningback action PCRAWLING
        }
        else ifp pducking
        {
            ifp pwalking pwalkingback prunning prunningback action PCRAWLING
        }
        else
        {
            ifp pstanding action PSTAND
            else state check_pstandard
        }
    }

    else ifaction PCRAWLING
    {
        ifgapzl 48
        {
            ifp pstanding action PCRAWLING
        }
        else ifp pducking
        {
            ifp pstanding action PDUCKING
        }
        else
        {
            ifp pstanding action PSTAND
            else state check_pstandard
        }
    }
    else ifgapzl 48 action PDUCKING

    else ifaction PJUMPING
    {
        ifp ponground action PSTAND
        else ifactioncount 4 ifp pfalling action PFALLING
    }

    ifp pfalling action PFALLING
    else ifaction PSTAND state check_pstandard
    else ifaction PAKICKING
    {
        ifactioncount 2 action PSTAND
        break
```

```
    }
    else ifaction PWALK
    {
        ifp pfalling action PFALLING
        else ifp pstanding action PSTAND
        else ifp prunning action PRUN
        else ifp pwalkingback action PWALKBACK
        else ifp prunningback action PRUNBACK
        else ifp pjumping
            action PJUMPING
        else ifp pducking action PDUCKING
    }

    else ifaction PRUN
    {
        ifp pstanding action PSTAND
        else ifp pwalking action PWALK
        else ifp pwalkingback action PWALKBACK
        else ifp prunningback action PRUNBACK
        else ifp pjumping
            action PJUMPING
        else ifp pducking action PDUCKING
    }

    else ifaction PWALKBACK
    {
        ifp pstanding action PSTAND
        else ifp pwalking action PWALK
        else ifp prunning action PRUN
        else ifp prunningback action PRUNBACK
        else ifp pjumping
            action PJUMPING
        else ifp pducking action PDUCKING
    }

    else ifaction PRUNBACK
    {
        ifp pstanding action PSTAND
        else ifp pwalking action PWALK
        else ifp prunning action PRUN
        else ifp pwalkingback action PWALKBACK
        else ifp pjumping
            action PJUMPING
        else ifp pducking action PDUCKING
    }
```

```
enda

actor ORGANTIC TURRETSTRENGTH
    ifcount 48 resetcount
    else { ifcount 32 sizeto 32 32 }
    else ifcount 16 { sizeto 48 18 ifpdistl 2048 { sound TURR_ATTACK addphealth -2 palfrom 32
16 } }
    ifhitweapon { ifdead { addkills 1 sound TURR_DYING guts JIBS5 10 state delete_enemy } sound
TURR_PAIN break }
    ifrnd 1 soundonce TURR_ROAM
enda

state rf
    ifrnd 128 cstat 4
    else cstat 0
ends



//
//
//     TROOP/LIZTROOP CODE
//
//

action ATROOPSTAND      0   1   5   1   1
action ATROOPSTAYSTAND -2   1   5   1   1
action ATROOPWALKING    0   4   5   1   12
action ATROOPWALKINGBACK 15  4   5   -1  12
action ATROOPRUNNING    0   4   5   1   8
action ATROOPSHOOT     35   1   5   1   30
action ATROOPJETPACK   40   1   5   1   1
action ATROOPJETPACKILL 40   2   5   1   50
action ATROOPFLINTCH   50   1   1   1   6
action ATROOPDYING     50   5   1   1   16
action ATROOPDEAD      54
action ATROOPPLAYDEAD  54
action ATROOPSUFFERDEAD 58   2   1   -4  24
action ATROOPSUFFERING 59   2   1   1   21
action ATROOPDUCK      64   1   5   1   3
action ATROOPDUCKSHOOT 64   2   5   1   25
action ATROOPABOUTHIDE 74   1   1   1   25
action ATROOPHIDE      79   1   1   1   25
action ATROOPREAPPEAR  74   1   1   1   25
action ATROOPFROZEN     0   1   5
```

```
move TROOPWALKVELS 72
move TROOPWALKVELSBACK -72
move TROOPJETPACKVELS 64 -84
move TROOPJETPACKILLVELS 192 -38
move TROOPRUNVELS 108
move TROOPSTOPPED
move DONTGETUP
move SHRUNKVELS 32


ai AITROOPSEEKENEMY  ATROOPWALKING   TROOPWALKVELS seekplayer
ai AITROOPSEEKPLAYER ATROOPWALKING   TROOPWALKVELS seekplayer
ai AITROOPFLEEING   ATROOPWALKING  TROOPWALKVELS fleeenemy
ai  AITROOPFLEEINGBACK  ATROOPWALKINGBACK       TROOPWALKVELSBACK
faceplayer
ai AITROOPDODGE    ATROOPWALKING  TROOPRUNVELS  dodgebullet
ai AITROOPSHOOTING  ATROOPSHOOT    TROOPSTOPPED  faceplayer
ai AITROOPDUCKING   ATROOPDUCK    TROOPSTOPPED  faceplayer
ai AITROOPJETPACK   ATROOPJETPACK  TROOPJETPACKVELS seekplayer
ai AITROOPSHRUNK    ATROOPWALKING   SHRUNKVELS fleeenemy
ai AITROOPHIDE   .. ATROOPABOUTHIDE TROOPSTOPPED faceplayer


state troophidestate
   ifaction ATROOPREAPPEAR
   {
      ifactioncount 2 { sound TELEPORTER ai AITROOPSHOOTING cstat 257 }
      else { sizeto 41 40 sizeto 41 40 sizeto 41 40 sizeto 41 40 spawn FRAMEEFFECT1 }
   }
   else ifaction ATROOPWALKING
   {
      ifpdistl 2448 ifpdistg 1024
      {
         ifceilingdistl 48 break
         ifp pfacing break

               ifgapzl 64 { } else ifawayfromwall { spawn TRANSPORTERSTAR action
ATROOPREAPPEAR move 0 break }
      }
   }
   else ifaction ATROOPHIDE
   {
      ifactioncount 2
      {
         spawn TRANSPORTERSTAR
         sound TELEPORTER
         action ATROOPWALKING move TROOPWALKVELS faceplayer
```

```
              cstat 32768
          }
          else
          {
            sizeto 0 40
            sizeto 0 40
            sizeto 0 40
            sizeto 0 40
            spawn FRAMEEFFECT1
          }
        }
      }
      else ifaction ATROOPABOUTHIDE ifactioncount 2 { action ATROOPHIDE cstat 0 }
ends


state troopgunnashoot
    ifp palive
    {
        ifpdistl 1024 ai AITROOPSHOOTING
        else ifactornotstayput
        {
          ifactioncount 12 ifrnd 16 ifcanshoottarget
          {
            ifspritepal 21 ifrnd 4 ifpdistg 4096 ai AITROOPHIDE
            else
            {
              ifpdistl 1100 ai AITROOPFLEEING
              else
              {
                ifpdistl 4096 ifcansee ifcanshoottarget ai AITROOPSHOOTING
                else { move TROOPRUNVELS seekplayer action ATROOPRUNNING }
              }
            }
          }
        }
        else ifcount 26 ifrnd 32 ai AITROOPSHOOTING
    }
ends

state troopseekstate
    state troopgunnashoot
    ifinwater { ai AITROOPJETPACK break }
    ifcansee
    {
        ifmove TROOPRUNVELS ifpdistl 1596 ai AITROOPDUCKING
```



```
ifp phigher { ifceilingdistl 128 { } else ifactornotstayput ai AITROOPJETPACK break }
else ifrnd 2
{
   ifspritepal 21 ifpdistg 1596 { ai AITROOPHIDE break }
   ifbulletnear { ifrnd 128 ai AITROOPDODGE else ai AITROOPDUCKING break }
}
}
   ifnotmoving { ifrnd 32 operate else ifcount 32 ifp palive ifcansee ifcanshoottarget ai
AITROOPSHOOTING }
   ifrnd 1
   {
      ifrnd 128 soundonce PRED_ROAM
      else soundonce PRED_ROAM2
   }
ends

state troopduckstate
   ifaction ATROOPDUCK
      { ifactioncount 8 { ifp palive { ifrnd 128 action ATROOPDUCKSHOOT } else ifmove
DONTGETUP break else ai AITROOPSEEKPLAYER } }
   else ifaction ATROOPDUCKSHOOT
   {
      ifcount 64
      {
         ifmove DONTGETUP resetcount
         else
         {
            ifpdistl 1100
               ai AITROOPFLEEING
            else ai AITROOPSEEKPLAYER
         }
      }
      else ifactioncount 2 { ifcanshoottarget { sound PRED_ATTACK resetactioncount shoot
FIRELASER } else ai AITROOPSEEKPLAYER }
   }
ends

state troopshootstate
   ifactioncount 2
   {
      ifcanshoottarget
      {
         shoot FIRELASER sound PRED_ATTACK resetactioncount
         ifrnd 128 ai AITROOPSEEKPLAYER
         ifcount 24
```

```
            {
              ifrnd 96 ifpdistg 2048 ai AITROOPSEEKPLAYER
              else
              {
                ifpdistg 1596 ai AITROOPFLEEING
                .else ai AITROOPFLEEINGBACK
              }
            }
          }
          else ai AITROOPSEEKPLAYER
     }
ends

state troopfleestate
     ifactioncount 7
     {
          ifpdistg 3084 { ai AITROOPSEEKPLAYER break }
          else ifrnd 32 ifp palive ifcansee ifcanshoottarget { ifrnd 128 ai AITROOPDUCKING else ai
AITROOPSHOOTING break }
     }
     ifnotmoving
     {
          ifrnd 32 operate else ifcount 32 ifp palive ifcansee ifcanshoottarget
              { ifrnd 128 ai AITROOPSHOOTING else ai AITROOPDUCKING }
     }
ends

state troopdying
          iffloordistl 32 { ifactioncount 5 { cstat 0 iffloordistl 8 sound THUD ifrnd 64 spawn
BLOODPOOL state rf strength 0 move TROOPSTOPPED action ATROOPDEAD } break }
     else { state rf move 0 action ATROOPDYING }
ends

state checktroophit
          ifaction ATROOPSUFFERING { stopsound LIZARD_BEG sound PRED_DYING cstat 0
strength 0 action ATROOPSUFFERDEAD break }
     ifdead
     {
          ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ATROOPFROZEN strength 0 break }

          state drop_ammo
          state random_wall_jibs
          addkills 1
```

```
        ifwasweapon RPG { sound SQUISHED state troop_body_jibs state standard_jibs state
delete_enemy }
        else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
standard_jibs state delete_enemy }
        else { sound PRED_DYING ifrnd 32 iffloordistl 32 { sound LIZARD_BEG spawn
BLOODPOOL strength 0 move 0 action ATROOPSUFFERING break } action ATROOPDYING
break }
    }
    else
    {
      state random_wall_jibs
      sound PRED_PAIN
      ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AITROOPSHRUNK }
      else iffloordistl 32 ifrnd 96 action ATROOPFLINTCH
    }
ends

state troopjetpackstate
    ifaction ATROOPJETPACKILL
    {
      ifcansee ifactioncount 2
      {
        resetactioncount
        sound PRED_ATTACK
        shoot FIRELASER
      }

      ifp phigher ai AITROOPJETPACK
      else ifinwater ai AITROOPJETPACK
      else ifcount 26 iffloordistl 32 ai AITROOPSEEKPLAYER
    }
    else ifcount 48 ifcansee
      { action ATROOPJETPACKILL move TROOPJETPACKILLVELS seekplayer }
ends

state checksquished
    ifsquished { addkills 1 sound SQUISHED state standard_jibs spawn OOZ state delete_enemy }
ends

state troopsufferingstate
    ifactioncount 2
    {
      ifrnd 16 spawn WATERDRIP
      ifactioncount 14 { stopsound LIZARD_BEG cstat 0 strength 0 action ATROOPSUFFERDEAD
break }
```

```
    }
ends

state troopshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state troopcode fall
    ifinwater ifrnd 1 spawn WATERBUBBLE
            ifaction ATROOPSTAND { ifrnd 192 ai AITROOPSHOOTING else ai
AITROOPSEEKPLAYER }
    else ifaction ATROOPFROZEN
    {
      ifcount THAWTIME { ai AITROOPSEEKENEMY getlastpal }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }
      ifhitweapon
      {
        ifwasweapon FREEZEBLAST { strength 0 break }
        addkills 1

        ifrnd 84 spawn BLOODPOOL
        lotsofglass 30
        sound GLASS_BREAKING
        killit
      }
      ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
      break
    }
    else ifaction ATROOPPLAYDEAD
    {
      ifhitweapon
      {
            ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
standard_jibs state delete_enemy }
        break
      }
      else state checksquished

        ifcount PLAYDEADTIME { addkills -1 soundonce PRED_ROAM cstat 257 strength 1 ai
AITROOPSHOOTING }
        else ifp pfacing resetcount
```

```
      break
   }
   else ifaction ATROOPDEAD
   {
      strength 0
         ifrespawn ifcount RESPAWNACTORTIME { spawn TRANSPORTERSTAR cstat 257
strength TROOPSTRENGTH ai AITROOPSEEKENEMY }
      ifhitweapon
      {
            ifwasweapon RADIUSEXPLOSION { sound SQUISHED state troop_body_jibs state
standard_jibs state delete_enemy }
         break
      }
      else state checksquished
      break
   }
   else ifaction ATROOPSUFFERDEAD
   {
      ifactioncount 2
      {
         ifrnd 64 { resetcount action ATROOPPLAYDEAD }
         else { soundonce PRED_DYING action ATROOPDEAD }
      }
   }
   else ifaction ATROOPDYING { state troopdying break }
   else ifaction ATROOPSUFFERING
      { state troopsufferingstate ifhitweapon state checktroophit break }
   else ifaction ATROOPFLINTCH { ifactioncount 4 ai AITROOPSEEKENEMY }
   else
   {
      ifai AITROOPSEEKPLAYER state troopseekstate
      else ifai AITROOPJETPACK
      {
         state troopjetpackstate
         ifinwater { } else soundonce DUKE_JETPACK_IDLE
      }
      else ifai AITROOPSEEKENEMY state troopseekstate
      else ifai AITROOPSHOOTING state troopshootstate
      else ifai AITROOPFLEEING state troopfleestate
      else ifai AITROOPFLEEINGBACK state troopfleestate
      else ifai AITROOPDODGE state troopseekstate
      else ifai AITROOPDUCKING state troopduckstate
      else ifai AITROOPSHRUNK state troopshrunkstate
      else ifai AITROOPHIDE { state troophidestate break }
   }
```

```
    ifhitweapon state checktroophit else state checksquished
ends



actor LIZTROOPJETPACK TROOPSTRENGTH ai AITROOPJETPACK cactor LIZTROOP enda
actor LIZTROOPDUCKING TROOPSTRENGTH
    ai AITROOPDUCKING cactor LIZTROOP
    ifgapzl 48 move DONTGETUP
enda

actor LIZTROOPSHOOT TROOPSTRENGTH ATROOPSTAND ai AITROOPSHOOTING cactor
LIZTROOP enda
actor    LIZTROOPSTAYPUT    TROOPSTRENGTH    ATROOPSTAYSTAND    ai
AITROOPSEEKPLAYER cactor LIZTROOP enda
actor LIZTROOPRUNNING TROOPSTRENGTH ATROOPSTAND ai AITROOPSEEKPLAYER
cactor LIZTROOP enda
actor LIZTROOPONTOILET TROOPSTRENGTH ifcount 24 { sound FLUSH_TOILET operate
ai AITROOPSEEKPLAYER cactor LIZTROOP } enda
actor LIZTROOP TROOPSTRENGTH ATROOPSTAND state troopcode enda

action ALIZWALKING    0   4   5   1   15
action ALIZRUNNING    0   4   5   1   11
action ALIZTHINK     20   2   5   1   40
action ALIZSCREAM    30   1   5   1   2
action ALIZJUMP     45   3   5   1   20
action ALIZFALL      10
action ALIZSHOOTING   70   2   5   1   7
action ALIZDYING    60   6   1   1   15
action ALIZLYINGDEAD   65   1
action ALIZFROZEN     0   1   5

move LIZWALKVEL 72
move LIZRUNVEL 192
move LIZJUMPVEL 184
move LIZSTOP

ai AILIZGETENEMY ALIZWALKING LIZWALKVEL seekplayer
ai AILIZDODGE ALIZRUNNING LIZRUNVEL dodgebullet
ai AILIZCHARGEENEMY ALIZRUNNING LIZRUNVEL seekplayer
ai AILIZFLEENEMY ALIZWALKING LIZWALKVEL fleeenemy
ai AILIZSHOOTENEMY ALIZSHOOTING LIZSTOP faceplayer
ai AILIZJUMPENEMY ALIZJUMP LIZJUMPVEL jumptoplayer
ai AILIZTHINK ALIZTHINK LIZSTOP faceplayerslow
ai AILIZSHRUNK ALIZWALKING SHRUNKVELS fleeenemy
ai AILIZSPIT ALIZSCREAM LIZSTOP faceplayerslow
```

```
ai AILIZDYING ALIZDYING LIZSTOP faceplayer

state lizseekstate

    ifactornotstayput
    {
       ifcansee ifp palive ifpdistl 2048 ifcount 16 ifcanshoottarget { ai AILIZSHOOTENEMY break
}
       ifai AILIZCHARGEENEMY
       {
          ifcount 72 ifcanshoottarget { ai AILIZSHOOTENEMY break }
          ifp phigher ifpdistg 2048 ifrnd 6 { ai AILIZJUMPENEMY break }
       }
        else ifpdistg 4096 { ifrnd 92 { ifcount 48 ifcanshoottarget ai AILIZSHOOTENEMY } else
ifcount 24 { ai AILIZCHARGEENEMY break } }

       iffloordistl 16 { ifcount 48 ifnotmoving ifcansee { ai AILIZJUMPENEMY break } }
       else { ifpdistg 1280 ai AILIZJUMPENEMY break }

       ifrnd 4 ifnotmoving operate
       else ifrnd 1 ifbulletnear
       {
          ifgapzl 128 ai AILIZDODGE
          else ifactornotstayput { ifrnd 32 ai AILIZJUMPENEMY else ai AILIZDODGE }
       }
    }
    else
    {
       ifactioncount 16 { ifp palive ifrnd 32 ifcansee ifcanshoottarget ai AILIZSHOOTENEMY }
       ifcount 16 ifrnd 32 move LIZWALKVEL randomangle geth
    }

ends

state lizshrunkstate
    ifcount SHRUNKDONECOUNT ai AILIZGETENEMY
    else ifcount SHRUNKCOUNT sizeto 48 40
    else state genericshrunkcode
ends

state lizfleestate
    ifcount 16 { ifrnd 48 ifp palive ifcansee ai AILIZSPIT }
    else { iffloordistl 16 { } else ai AILIZGETENEMY break }
ends
```

```
state lizthinkstate
   ifrnd 8 soundonce CAPT_ROAM
   ifactioncount 3
   {
      ifrnd 32 ifp palive ifcansee ai AILIZSPIT
      else ifrnd 96 ai AILIZGETENEMY
   }
   else ifactioncount 2 ifrnd 1 spawn FECES
   ifrnd 1 ifbulletnear
   {
      ifgapzl 96 ai AILIZDODGE
      else { ifrnd 128 ai AILIZJUMPENEMY else ai AILIZDODGE }
   }
ends

state lizshootstate
   ifcount 20 ifrnd 8
   {
      ifcansee ifpdistl 2048 { ifrnd 128 ai AILIZFLEENEMY break }
      ifrnd 80 ai AILIZTHINK else ai AILIZGETENEMY
   }
   ifactioncount 2
   {
      ifcansee
      {
         ifcanshoottarget { sound CAPT_ATTACK shoot SHOTSPARK1 resetactioncount }
         else ai AILIZTHINK
      }
      else ai AILIZGETENEMY
   }
ends

state checklizhit
   spawn BLOOD
   ifai AILIZSHRUNK
      { addkills 1 sound SQUISHED state standard_jibs state delete_enemy }
   ifdead
   {
      ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ALIZFROZEN strength 0 break }

      state drop_chaingun
      addkills 1
```

```
            ifwasweapon RPG { sound SQUISHED state liz_body_jibs state standard_jibs state
delete_enemy }
          else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state liz_body_jibs state
standard_jibs state delete_enemy }
      else { state rf ai AILIZDYING ifrnd 64 spawn BLOODPOOL }
      sound CAPT_DYING
    }
    else
    {
      sound CAPT_PAIN
      ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AILIZSHRUNK break }
      state random_wall_jibs
      ifp palive ifcansee ifcanshoottarget { ai AILIZSHOOTENEMY break }
    }
ends

state lizjumpstate
    ifaction ALIZFALL { iffloordistl 16 ai AILIZGETENEMY }
    else ifactioncount 3 action ALIZFALL
ends

state lizdyingstate
    ifaction ALIZLYINGDEAD
    {
      strength 0
      ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state standard_jibs state
delete_enemy }
      ifcount RESPAWNACTORTIME ifrespawn
      {
        spawn TRANSPORTERSTAR cstat 257 strength LIZSTRENGTH ai AILIZGETENEMY
      }
    }
    else ifai AILIZDYING ifactioncount 6 { iffloordistl 8 sound THUD move LIZSTOP action
ALIZLYINGDEAD }
ends

state lizdodgestate
    ifcount 13 ai AILIZGETENEMY
ends

actor LIZMANSTAYPUT LIZSTRENGTH ai AILIZGETENEMY cactor LIZMAN enda
actor LIZMANSPITTING LIZSTRENGTH ai AILIZSPIT cactor LIZMAN enda
actor LIZMANJUMP LIZSTRENGTH ai AILIZJUMPENEMY cactor LIZMAN enda

actor LIZMAN LIZSTRENGTH fall
```

```
state checksquished
ifai 0 ai AILIZGETENEMY
else ifaction ALIZLYINGDEAD { fall state lizdyingstate break }
else ifaction ALIZFROZEN
{
    ifcount THAWTIME { ai AILIZGETENEMY getlastpal }
    else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

    ifhitweapon
    {
        ifwasweapon FREEZEBLAST { strength 0 break }
        addkills 1

        ifrnd 84 spawn BLOODPOOL
        lotsofglass 30
        sound GLASS_BREAKING
        killit
    }
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
    break
}
else ifai AILIZJUMPENEMY state lizjumpstate
else
{
    fall
    ifai AILIZGETENEMY state lizseekstate
    else ifai AILIZCHARGEENEMY state lizseekstate
    else ifai AILIZDODGE state lizdodgestate
    else ifai AILIZSHOOTENEMY state lizshootstate
    else ifai AILIZFLEENEMY state lizfleestate
    else ifai AILIZTHINK state lizthinkstate
    else ifai AILIZSHRUNK state lizshrunkstate
    else ifai AILIZDYING state lizdyingstate
    else ifai AILIZSPIT
            { ifcount 26 ai AILIZGETENEMY else ifcount 18 ifrnd 96 { shoot SPIT sound
LIZARD_SPIT } }
    }

    ifai AILIZSHRUNK break
    ifhitweapon state checklizhit
enda

action DRONEFRAMES   0  1  7  1  1
action DRONESCREAM   0  1  7  1  1
```

```
move DRONERUNVELS 128 64
move DRONERUNUPVELS 128 -64
move DRONEBULLVELS 252 -64
move DRONEBACKWARDS -64 -64
move DRONERISE 32 -32
move DRONESTOPPED -16

ai AIDRONEGETE DRONESCREAM DRONERUNVELS faceplayerslow getv
ai AIDRONEWAIT DRONEFRAMES DRONESTOPPED faceplayerslow
ai AIDRONEGETUP DRONESCREAM DRONERUNUPVELS faceplayer getv
ai AIDRONEPULLBACK DRONEFRAMES DRONEBACKWARDS faceplayerslow
ai AIDRONEHIT DRONESCREAM DRONEBACKWARDS faceplayer
ai AIDRONESHRUNK DRONEFRAMES SHRUNKVELS fleeenemy
ai AIDRONEDODGE DRONEFRAMES DRONEBULLVELS dodgebullet geth
ai AIDRONEDODGEUP DRONEFRAMES DRONERISE getv geth

state checkdronehitstate

    ifdead
    {
        addkills 1
        debris SCRAP1 10
        debris SCRAP2 10
        debris SCRAP3 7
        spawn EXPLOSION2
        sound RPG_EXPLODE
        hitradius 2048 15 20 25 30
        killit
    }
    else
    {
        sound DRON_PAIN
        ifbulletnear      .
        {
            ifceilingdistl 64 ifrnd 48 ai AIDRONEDODGE
            ai AIDRONEDODGEUP
        }
        else ai AIDRONEGETE
    }
ends

state droneshrunkstate
    ifcount 24 state delete_enemy
    else sizeto 1 1
ends
```

```
state checkdronenearplayer

   ifp palive ifpdistl 1596
   {
      ifcount 8
      {
         addkills 1
         sound DRON_ATTACK2
         debris SCRAP1 10
         debris SCRAP2 4
         debris SCRAP3 7
         spawn EXPLOSION2
         sound RPG_EXPLODE
         hitradius 2048 15 20 25 30
         killit
      }
      else ifcount 3 { } else sound LASERTRIP_ARMING
   }

ends

state dronegetstate
   ifrnd 192
   {
      ifcansee
      {
         ifbulletnear { ai AIDRONEDODGE break }
         ifmove DRONEBULLVELS
         {
            ifcount 64 ai AIDRONEPULLBACK
            else ifnotmoving ifcount 16 ai AIDRONEPULLBACK
         }
         else ifcount 32
         {
            ifp phigher move DRONEBULLVELS geth getv
            else move DRONEBULLVELS geth
         }
      }
      else ifrnd 1 operate
   }
ends

state dronedodgestate
   ifai AIDRONEDODGEUP
   {
```



```
      ifcount 8 ai AIDRONEGETE
      else ifnotmoving ai AIDRONEGETE
    }
    else
    {
      ifcount 8 ai AIDRONEGETE
      else ifnotmoving ai AIDRONEGETE
    }
ends

actor DRONE DRONESTRENGTH
    state checksquished
    state checkdronenearplayer

    ifrnd 2 fall
    else soundonce DRON_JETSND

    ifaction 0 ai AIDRONEGETE

    else ifai AIDRONEWAIT
    {
      ifactioncount 4 ifrnd 16
              ifcansee { sound DRON_ATTACK1 ifp phigher ai AIDRONEGETUP else ai
AIDRONEGETE }
    }
    else ifai AIDRONEGETE state dronegetstate
    else ifai AIDRONEGETUP state dronegetstate
    else ifai AIDRONEPULLBACK { ifcount 32 ai AIDRONEWAIT }
    else ifai AIDRONEHIT { ifcount 8 ai AIDRONEWAIT }
    else ifai AIDRONESHRUNK state droneshrunkstate
    else ifai AIDRONEDODGE state dronedodgestate
    else ifai AIDRONEDODGEUP state dronedodgestate

    ifhitweapon state checkdronehitstate

    ifrnd 1 soundonce DRON_ROAM

enda




action AOCTAWALK     0  3  5  1  15
action AOCTASTAND    0  1  5  1  15
action AOCTASCRATCH  0  4  5  1  15
action AOCTAHIT      30 1  1  1  10
```

```
action AOCTASHOOT    20  1  5  1  10
action AOCTADYING    30  8  1  1  17
action AOCTADEAD     38  1  1  1  1
action AOCTAFROZEN    0  1  5

move OCTAWALKVELS 96 -30
move OCTAUPVELS 96 -70
move OCTASTOPPED 0 -30
move OCTAINWATER 96 24

ai AIOCTAGETENEMY AOCTAWALK OCTAWALKVELS seekplayer
ai AIOCTASHOOTENEMY AOCTASHOOT OCTASTOPPED faceplayer
ai AIOCTASCRATCHENEMY AOCTASCRATCH OCTASTOPPED faceplayer
ai AIOCTAHIT AOCTAHIT OCTASTOPPED faceplayer
ai AIOCTASHRUNK AOCTAWALK SHRUNKVELS faceplayer
ai AIOCTADYING AOCTADYING OCTASTOPPED faceplayer

state octagetenemystate

    ifcansee
    {
            ifactioncount 32 { ifrnd 48 ifcanshoottarget { sound OCTA_ATTACK1 ai
AIOCTASHOOTENEMY break } }
        else ifpdistl 1280 ai AIOCTASCRATCHENEMY
    }

ends

state octascratchenemystate
    ifpdistg 1280 ai AIOCTAGETENEMY
        else ifcount 32 { resetcount sound OCTA_ATTACK2 palfrom 8 32 addphealth
OCTASCRATCHINGPLAYER }
ends

state octashootenemystate
    ifcount 25 { ifcount 27 ai AIOCTAGETENEMY }
    else ifcount 24 shoot COOLEXPLOSION1
    else ifactioncount 6 resetactioncount
ends

state checkoctahitstate
    ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIOCTASHRUNK }
    else
    {
      ifdead
```

```
    {
        ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
AOCTAFROZEN strength 0 break }

        addkills 1
        ifwasweapon RPG { sound SQUISHED state standard_jibs state delete_enemy }
            else ifwasweapon RADIUSEXPLOSION { sound SQUISHED state standard_jibs state
delete_enemy }
        else { state rf ai AIOCTADYING }
        sound OCTA_DYING
    }
    else
    {
        ifwasweapon RPG
        {
            sound OCTA_DYING
            addkills 1
            state standard_jibs
            killit
        }
        sound OCTA_PAIN spawn BLOOD
        ifrnd 64 ai AIOCTAHIT

    }
  }
  state random_wall_jibs
ends

state octashrunkstate
   ifcount SHRUNKDONECOUNT ai AILIZGETENEMY
   else ifcount SHRUNKCOUNT sizeto 48 40
   else state genericshrunkcode
ends

state octadyingstate
   ifactioncount 8 { ifrnd 64 spawn BLOODPOOL move OCTASTOPPED action AOCTADEAD
break }
   else ifactioncount 5 { } else ifactioncount 4 iffloordistl 8 sound THUD
ends

actor OCTABRAINSTAYPUT OCTASTRENGTH ai AIOCTAGETENEMY cactor OCTABRAIN
enda

actor OCTABRAIN OCTASTRENGTH fall
```

```
state checksquished

ifai 0 ai AIOCTAGETENEMY
else ifaction AOCTADEAD
{
    strength 0
    ifcount RESPAWNACTORTIME ifrespawn
        { addkills -1 spawn TRANSPORTERSTAR cstat 257 strength OCTASTRENGTH ai
AIOCTAGETENEMY }
    ifhitweapon ifwasweapon RADIUSEXPLOSION { state standard_jibs killit }
    break
}
else ifaction AOCTAFROZEN
{
    ifcount THAWTIME { ai AIOCTAGETENEMY getlastpal }
    else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

    ifhitweapon
    {
        addkills 1
        ifwasweapon FREEZEBLAST { strength 0 break }

        lotsofglass 30
        ifrnd 84 spawn BLOODPOOL
        sound GLASS_BREAKING
        killit
    }
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
    break
}
else
{
    ifrnd 1 soundonce OCTA_ROAM

    ifai AIOCTAGETENEMY state octagetenemystate
    else ifai AIOCTAHIT { ifcount 8 ai AIOCTASHOOTENEMY }
    else ifai AIOCTADYING { state octadyingstate break }
    else ifai AIOCTASCRATCHENEMY state octascratchenemystate
    else ifai AIOCTASHOOTENEMY state octashootenemystate
    else ifai AIOCTASHRUNK state octashrunkstate

    ifmove OCTAUPVELS { } else ifp phigher move OCTAUPVELS seekplayer
    else ifmove OCTAINWATER { } else ifinwater move OCTAINWATER seekplayer
```

```
    ifhitweapon state checkoctahitstate
  }
enda

action APIGWALK       0 4 5 1 20
action APIGRUN       0 4 5 1 11
action APIGSHOOT      30 2 5 1 58
action APIGCOCK      25 1 5 1 16
action APIGSTAND      30 1 5 1 1
action APIGDIVE     40 2 5 1 40
action APIGDIVESHOOT   45 2 5 1 58
action APIGDYING      10 5 1 1 15
action APIGHIT      10 1 1 1 10
action APIGDEAD      60 1 1 1 1
action APIGFROZEN      0 1 5

move PIGWALKVELS 72
move PIGRUNVELS 108
move PIGSTOPPED

ai AIPIGSEEKENEMY APIGWALK PIGWALKVELS seekplayer
ai AIPIGSHOOTENEMY APIGSHOOT PIGSTOPPED faceplayer
ai AIPIGFLEEENEMY APIGWALK PIGWALKVELS fleeenemy
ai AIPIGSHOOT APIGSHOOT PIGSTOPPED faceplayer
ai AIPIGDODGE APIGRUN PIGRUNVELS dodgebullet
ai AIPIGCHARGE APIGRUN PIGRUNVELS seekplayer
ai AIPIGDIVING APIGDIVE PIGSTOPPED faceplayer
ai AIPIGDYING APIGDYING PIGSTOPPED faceplayer
ai AIPIGSHRINK APIGWALK SHRUNKVELS fleeenemy
ai AIPIGHIT APIGHIT PIGSTOPPED faceplayer

state pigseekenemystate

  ifai AIPIGCHARGE
  {
    ifcansee ifpdistl 3084
    {
      ifnotmoving ai AIPIGSEEKENEMY
      else ai AIPIGDIVING
    }
    break
  }
  else iffloordistl 32
  {
    ifpdistg 4096 { ifactornotstayput ai AIPIGCHARGE }
```

```
      ifrnd 8 { ifbulletnear ai AIPIGDODGE }
   }

   ifrnd 128 ifcansee
   {
      ifai AIPIGDODGE { ifcount 32 ai AIPIGCHARGE break }
      iffloordistl 32
      {
         ifpdistl 1024 ifp palive ifcanshoottarget
            { ai AIPIGSHOOTENEMY break }
         ifcount 48 { ifrnd 8 ifp palive ifcanshoottarget { ifrnd 192 ai AIPIGSHOOTENEMY else ai
AIPIGDIVING break } }
      }
   }
ends


state pigshootenemystate
//   ifcansee
   {
      ifcount 12 { } else ifcount 11
      {
            ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN shoot SHOTGUN }
         else ai AIPIGSEEKENEMY
      }
      ifcount 25 { } else ifcount 24 { action APIGCOCK sound SHOTGUN_COCK }
      ifcount 48 { } else ifcount 47
      {
            ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN shoot SHOTGUN }
         else ai AIPIGSEEKENEMY
      }
      ifcount 60 { } else ifcount 59 { action APIGCOCK sound SHOTGUN_COCK }
      ifcount 72
      {
         ifrnd 64 resetcount
         else
         {
            ifpdistl 768 ai AIPIGFLEEENEMY
            else ai AIPIGSEEKENEMY
         }
      }
      ifaction APIGCOCK ifactioncount 2 action APIGSHOOT
   }
```

```
    else ai AIPIGSEEKENEMY
ends

state pigfleeenemystate
   ifactioncount 8 ai AIPIGSEEKENEMY
   else ifnotmoving ai AIPIGSEEKENEMY
ends

state pigdivestate
   ifaction APIGDIVESHOOT
   {
     ifcansee
     {
       ifcount 12 { } else ifcount 11
       {
             ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN }
          else ai AIPIGSEEKENEMY
       }
       ifcount 25 { } else ifcount 24 { sound SHOTGUN_COCK }
       ifcount 48 { } else ifcount 47
       {
             ifcanshoottarget { sound PIG_ATTACK shoot SHOTGUN shoot SHOTGUN shoot
SHOTGUN shoot SHOTGUN }
          else ai AIPIGSEEKENEMY
       }
       ifcount 60 { } else ifcount 59
       {
         sound SHOTGUN_COCK
         ifgapzl 32 ai AIPIGDIVING
         else
         {
           ifpdistl 4096 ai AIPIGFLEEENEMY
           else ai AIPIGSEEKENEMY
         }
       }
     }
     else ifgapzl 32 ai AIPIGDIVING else ai AIPIGSEEKENEMY
   }
   else ifactioncount 2 ifp palive { resetcount action APIGDIVESHOOT }
ends

state checkpighitstate
   spawn BLOOD
   ifdead
```

```
    {
      state random_wall_jibs
      ifrnd 16 spawn SHIELD else state drop_shotgun
         ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
APIGFROZEN strength 0 break }

      addkills 1
            ifwasweapon  RADIUSEXPLOSION  { sound  SQUISHED  state  standard_jibs  state
delete_enemy }
      else ifwasweapon RPG { sound SQUISHED state standard_jibs state delete_enemy }
      ai AIPIGDYING sound PIG_DYING
    }
    else
    {
      sound PIG_PAIN
      state random_wall_jibs

      ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIPIGSHRINK }
      else ifrnd 64 ai AIPIGHIT
      else ifrnd 64 ai AIPIGSHOOTENEMY
      else ifrnd 64 { ai AIPIGDIVING action APIGDIVESHOOT }
    }
ends

state pigshrinkstate
   ifcount SHRUNKDONECOUNT ai AIPIGSEEKENEMY
   else ifcount SHRUNKCOUNT sizeto 48 40
   else state genericshrunkcode
ends

state pigdyingstate
    ifactioncount 5 { ifrnd 64 spawn BLOODPOOL state rf iffloordistl 8 sound THUD action
APIGDEAD move PIGSTOPPED break }
ends



actor PIGCOPDIVE PIGCOPSTRENGTH ai AIPIGDIVING action APIGDIVESHOOT cactor
PIGCOP enda
actor PIGCOPSTAYPUT PIGCOPSTRENGTH ai AIPIGSEEKENEMY cactor PIGCOP enda
actor PIGCOP PIGCOPSTRENGTH APIGSTAND fall
   state checksquished
   ifaction APIGSTAND ai AIPIGSEEKENEMY
   else ifaction APIGDEAD
   {
```

```
    ifrespawn ifcount RESPAWNACTORTIME
              { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH ai
AIPIGSEEKENEMY }
    else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  else ifaction APIGFROZEN
  {
    ifcount THAWTIME { ai AIPIGSEEKENEMY getlastpal }
    else ifcount FROZENDRIPTIME ifrnd 8 spawn WATERDRIP

    ifhitweapon
    {
      ifwasweapon FREEZEBLAST { strength 0 break }
      addkills 1

      lotsofglass 30
      ifrnd 84 spawn BLOODPOOL
      sound GLASS_BREAKING
      killit
    }
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
    break
  }
  else ifai AIPIGDYING state pigdyingstate
  else ifai AIPIGHIT { ifactioncount 3 ai AIPIGSEEKENEMY }
  else ifai AIPIGSHRINK state pigshrinkstate
  else
  {
    ifai AIPIGSEEKENEMY state pigseekenemystate
    else ifai AIPIGDODGE state pigseekenemystate
    else ifai AIPIGSHOOTENEMY state pigshootenemystate
    else ifai AIPIGFLEEENEMY state pigfleeenemystate
    else ifai AIPIGDIVING state pigdivestate
    else ifai AIPIGCHARGE state pigseekenemystate
    ifhitweapon state checkpighitstate
    ifrnd 1
    {
      ifrnd 32 soundonce PIG_ROAM
      else ifrnd 64 soundonce PIG_ROAM2
      else soundonce PIG_ROAM3
    }
  }
enda
```

```
action ABOSS1WALK       0 4 5 1 12
action ABOSS1FROZEN       30 1 5
action ABOSS1RUN        0 6 5 1 5
action ABOSS1SHOOT       30 2 5 1 4
action ABOSS1LOB        40 2 5 1 35
action ABOSS1DYING       50 5 1 1 50
action BOSS1FLINTCH      50 1 1 1 1
action ABOSS1DEAD       10

move PALBOSS1SHRUNKRUNVELS 32
move PALBOSS1RUNVELS 128
move BOSS1WALKVELS 208
move BOSS1RUNVELS 296
move BOSS1STOPPED

ai AIBOSS1SEEKENEMY ABOSS1WALK BOSS1WALKVELS seekplayer
ai AIBOSS1RUNENEMY ABOSS1RUN BOSS1RUNVELS faceplayer
ai AIBOSS1SHOOTENEMY ABOSS1SHOOT BOSS1STOPPED faceplayer
ai AIBOSS1LOBBED ABOSS1LOB BOSS1STOPPED faceplayer // faceplayersmart
ai AIBOSS1DYING ABOSS1DYING BOSS1STOPPED faceplayer
ai AIBOSS1PALSHRINK ABOSS1WALK PALBOSS1SHRUNKRUNVELS furthestdir

state boss1palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends

state checkboss1seekstate
    ai AIBOSS1SEEKENEMY
    ifspritepal 0 { } else    // a fake way of doing a ifspritepal NOT.
        move PALBOSS1RUNVELS seekplayer
ends

state boss1runenemystate
    ifpdistl 2048 { ifp palive ai AIBOSS1SHOOTENEMY break }
    else ifcansee { ifactioncount 6 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else
ai AIBOSS1SEEKENEMY } }
    else ai AIBOSS1SEEKENEMY
ends

state boss1seekenemystate
    ifrnd 2 soundonce BOS1_ROAM
```

```
        else ifactioncount 6 { resetactioncount sound BOS1_WALK }

      ifpdistl 2548 ifp palive { ai AIBOSS1SHOOTENEMY break }

      ifcansee ifcount 32
      {
         ifrnd 32 { ifp palive ifcanshoottarget ai AIBOSS1SHOOTENEMY }
         else ifpdistg 2548 ifrnd 192
            ifcanshoottarget
            {
               ifrnd 64
               {
                  ai AIBOSS1RUNENEMY
                  ifspritepal 0 { } else move PALBOSS1RUNVELS seekplayer
               }
               else ai AIBOSS1LOBBED
            }
      }

ends

state boss1dyingstate
  ifaction ABOSS1DEAD
  {
     ifspritepal 0 break
     ifrespawn ifcount RESPAWNACTORTIME
              { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss1seekstate }
     else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  ifactioncount 5 { iffloordistl 8 sound THUD action ABOSS1DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss1lobbedstate
   ifcansee
   {
      ifactioncount 2
      {
         resetactioncount
         sound BOS1_ATTACK2
         shoot MORTER
      }
      else ifcount 64 ifrnd 16 state checkboss1seekstate
```

```
    }
    else state checkboss1seekstate
ends

state boss1shootenemy
    ifcount 72 state checkboss1seekstate
    else ifaction ABOSS1SHOOT ifactioncount 2
    {
        sound BOS1_ATTACK1
        shoot SHOTSPARK1
        shoot SHOTSPARK1
        shoot SHOTSPARK1
        shoot SHOTSPARK1
        shoot SHOTSPARK1
        shoot SHOTSPARK1
        resetactioncount
    }
ends

state checkboss1hitstate
    ifrnd 2 spawn BLOODPOOL
    ifdead
    {
        ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
        else
        {
            ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
            ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS1FROZEN strength 0 break }
        }

        sound BOS1_DYING

        addkills 1
        ai AIBOSS1DYING
    }
    else
    {
        ifrnd 32 { action BOSS1FLINTCH move 0 }

        ifspritepal 0 { }
        else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS1PALSHRINK
break }

        soundonce BOS1_PAIN
```

```
      debris SCRAP1 1
      guts JIBS6 10
   }
ends

state boss1code

   ifaction ABOSS1FROZEN
   {
      ifcount THAWTIME { ai AIBOSS1SEEKENEMY spritepal 21 }
      else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

      ifhitweapon
      {
         ifwasweapon FREEZEBLAST { strength 0 break }
         addkills 1
         lotsofglass 30

         ifrnd 84 spawn BLOODPOOL
         sound GLASS_BREAKING
         killit
      }
      ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
      break
   }
   ifai 0 { ifspritepal 0 ai AIBOSS1RUNENEMY else { strength BOSS1PALSTRENGTH ai
AIBOSS1SHOOTENEMY } }
   else ifaction BOSS1FLINTCH { ifactioncount 3 ai AIBOSS1SHOOTENEMY }
   else ifai AIBOSS1SEEKENEMY state boss1seekenemystate
   else ifai AIBOSS1RUNENEMY state boss1runenemystate
   else ifai AIBOSS1SHOOTENEMY state boss1shootenemy
   else ifai AIBOSS1LOBBED state boss1lobbedstate
   else ifai AIBOSS1PALSHRINK state boss1palshrunkstate

   ifai AIBOSS1DYING state boss1dyingstate
   else
   {
      ifhitweapon state checkboss1hitstate
      else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
   }
ends

actor BOSS1STAYPUT BOSS1STRENGTH cactor BOSS1 enda
actor BOSS1 BOSS1STRENGTH fall state boss1code enda
```

```
action ABOSS2WALK        0  4  5  1  30
action ABOSS2FROZEN       0  1  5
action ABOSS2RUN         0  4  5  1  15
action ABOSS2SHOOT       20 2  5  1  15
action ABOSS2LOB         30 2  5  1  105
action ABOSS2DYING       40 8  1  1  35
action BOSS2FLINTCH      40 1  1  1  1
action ABOSS2DEAD        48


move PALBOSS2SHRUNKRUNVELS 32
move PALBOSS2RUNVELS 84
move BOSS2WALKVELS 192
move BOSS2RUNVELS 256
move BOSS2STOPPED


ai AIBOSS2SEEKENEMY ABOSS2WALK BOSS2WALKVELS seekplayer
ai AIBOSS2RUNENEMY ABOSS2RUN BOSS2RUNVELS faceplayer
ai AIBOSS2SHOOTENEMY ABOSS2SHOOT BOSS2STOPPED faceplayer
ai AIBOSS2LOBBED ABOSS2LOB BOSS2STOPPED faceplayer
ai AIBOSS2DYING ABOSS2DYING BOSS2STOPPED faceplayer
ai AIBOSS2PALSHRINK ABOSS2WALK PALBOSS2SHRUNKRUNVELS furthestdir


state boss2palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends


state checkboss2seekstate
    ai AIBOSS2SEEKENEMY
    ifspritepal 0 { } else    // a fake way of doing a ifspritepal NOT.
        move PALBOSS2RUNVELS seekplayer
ends


state boss2runenemystate
    ifcansee
    {
         ifactioncount 3 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else ai
AIBOSS2SEEKENEMY }
      ifcount 48 ifrnd 2 { ifp palive { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY } break
}
    }
    else ai AIBOSS2SEEKENEMY
ends
```

```
state boss2seekenemystate
    ifrnd 2 soundonce BOS2_ROAM
    else ifactioncount 3 { resetactioncount sound BOS1_WALK }

    ifcansee ifcount 32 ifp palive ifrnd 48 ifcanshoottarget
    {
        ifrnd 64 ifpdistg 4096
        {
            ai AIBOSS2RUNENEMY
            ifspritepal 0 { }
            else move PALBOSS2RUNVELS seekplayer
            break
        }

        ifpdistl 10240 { ifrnd 128 { sound BOS2_ATTACK ai AIBOSS2LOBBED } }
        else { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY }
    }
ends

state boss2dyingstate
  ifaction ABOSS2DEAD
  {
    ifspritepal 0 break
    ifrespawn ifcount RESPAWNACTORTIME
            { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss2seekstate }
    else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
  }
  ifactioncount 8 { iffloordistl 8 sound THUD action ABOSS2DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss2lobbedstate
    ifcansee
    {
        ifactioncount 2 resetactioncount
        else ifactioncount 1 { ifrnd 128 shoot COOLEXPLOSION1 }
        else ifcount 64 ifrnd 16 state checkboss2seekstate
    }
    else state checkboss2seekstate
ends

state boss2shootenemy
    ifcount 72 state checkboss2seekstate
```

```
    else ifaction ABOSS2SHOOT ifactioncount 2
    {
      shoot RPG
      resetactioncount
    }
  ends

state checkboss2hitstate
    ifrnd 2 spawn BLOODPOOL
    ifdead
    {
      ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
      else
      {
        ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
        ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS2FROZEN strength 0 break }
      }

      sound BOS2_DYING

      addkills 1

      ai AIBOSS2DYING
    }
    else
    {
      ifrnd 144
      {
        ifrnd 32 { action BOSS2FLINTCH move 0 }
        else { sound BOS2_ATTACK ai AIBOSS2SHOOTENEMY }
      }

      ifspritepal 0 { }
      else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS2PALSHRINK
break }

      soundonce BOS2_PAIN

      debris SCRAP1 1
      guts JIBS6 10
    }
  ends

state boss2code
```

```
    ifaction ABOSS2FROZEN
    {
       ifcount THAWTIME { ai AIBOSS2SEEKENEMY spritepal 21 }
       else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

       ifhitweapon
       {
          ifwasweapon FREEZEBLAST { strength 0 break }
          addkills 1

          lotsofglass 30
          sound GLASS_BREAKING
          ifrnd 84 spawn BLOODPOOL
          killit
       }
       ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
       break
    }
    ifai 0 { ifspritepal 0 ai AIBOSS2RUNENEMY else { strength 1 { sound BOS2_ATTACK ai
AIBOSS2SHOOTENEMY } } }
    else ifaction BOSS2FLINTCH { ifactioncount 3 ai AIBOSS2SEEKENEMY }
    else ifai AIBOSS2SEEKENEMY state boss2seekenemystate
    else ifai AIBOSS2RUNENEMY state boss2runenemystate
    else ifai AIBOSS2SHOOTENEMY state boss2shootenemy
    else ifai AIBOSS2LOBBED state boss2lobbedstate
    else ifai AIBOSS2PALSHRINK state boss2palshrunkstate

    ifai AIBOSS2DYING state boss2dyingstate
    else
    {
       ifhitweapon state checkboss2hitstate
       else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
    }


ends

actor BOSS2 BOSS2STRENGTH fall state boss2code enda


action ABOSS3WALK          0 4 5 1 30
action ABOSS3FROZEN          0 1 5
action ABOSS3RUN          0 4 5 1 15
action ABOSS3LOB        20 4 5 1 50
```

```
action ABOSS3LOBBING        30 2 5 1 15
action ABOSS3DYING          40 8 1 1 20
action BOSS3FLINTCH         40 1 1 1 1
action ABOSS3DEAD           48


move PALBOSS3SHRUNKRUNVELS 32
move PALBOSS3RUNVELS 84
move BOSS3WALKVELS 208
move BOSS3RUNVELS 270
move BOSS3STOPPED


ai AIBOSS3SEEKENEMY ABOSS3WALK BOSS3WALKVELS seekplayer
ai AIBOSS3RUNENEMY ABOSS3RUN BOSS3RUNVELS faceplayerslow
ai AIBOSS3LOBENEMY ABOSS3LOB BOSS3STOPPED faceplayer
ai AIBOSS3DYING ABOSS3DYING BOSS3STOPPED faceplayer
ai AIBOSS3PALSHRINK ABOSS3WALK PALBOSS3SHRUNKRUNVELS faceplayer

state boss3palshrunkstate
    ifcount SHRUNKDONECOUNT ai AITROOPSEEKENEMY
    else ifcount SHRUNKCOUNT sizeto 40 40
    else state genericshrunkcode
ends

state checkboss3seekstate
    ai AIBOSS3SEEKENEMY
    ifspritepal 0 { } else     // a fake way of doing a ifspritepal NOT.
      move PALBOSS3RUNVELS seekplayer
ends

state boss3runenemystate
    ifcansee { ifactioncount 3 { ifcanshoottarget { resetactioncount sound BOS1_WALK } else ai
AIBOSS3SEEKENEMY } }
    else ai AIBOSS3SEEKENEMY
ends

state boss3seekenemystate
    ifrnd 2 soundonce BOS3_ROAM
    else ifactioncount 3 { resetactioncount sound BOS1_WALK }

    ifcansee ifcount 32 ifrnd 48 ifcanshoottarget
    {
      ifrnd 64
        ifpdistg 4096
        {
          ai AIBOSS3RUNENEMY
```

```
            ifspritepal 0 break
            move PALBOSS3RUNVELS seekplayer
            break
        }

    ifp palive
        ai AIBOSS3LOBENEMY
    }
ends

state boss3dyingstate
 ifaction ABOSS3DEAD
 {
    ifspritepal 0 break
    ifrespawn ifcount RESPAWNACTORTIME
            { spawn TRANSPORTERSTAR cstat 257 strength PIGCOPSTRENGTH state
checkboss3seekstate }
    else { strength 0 ifhitweapon ifwasweapon RADIUSEXPLOSION { sound SQUISHED state
standard_jibs state delete_enemy } break }
 }
 ifactioncount 8 { iffloordistl 8 sound THUD action ABOSS3DEAD cstat 0 ifspritepal 0 endofgame
52 }
ends

state boss3lobbedstate
    ifcansee
 {
    ifaction ABOSS3LOBBING
        ifactioncount 2
    {
    shoot RPG
    resetactioncount
    ifrnd 8 ai AIBOSS3SEEKENEMY
    }

    ifactioncount 3 { action ABOSS3LOBBING resetcount }
 }
    else state checkboss3seekstate
ends

state checkboss3hitstate
    ifrnd 2 spawn BLOODPOOL
    ifdead
 {
    ifspritepal 0 globalsound DUKE_TALKTOBOSSFALL
```

```
        else
        {
          ifrnd 64 globalsound DUKE_TALKTOBOSSFALL
            ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ABOSS3FROZEN strength 0 break }
        }

        addkills 1
        ai AIBOSS3DYING

        sound BOS3_DYING
        sound JIBBED_ACTOR9

      }
      else
      {
        ifrnd 32 { action BOSS3FLINTCH move 0 }

        ifspritepal 0 { }
        else ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AIBOSS3PALSHRINK
break }

        soundonce BOS3_PAIN

        debris SCRAP1 1
        guts JIBS6 10
      }
ends

state boss3code

  ifaction ABOSS3FROZEN
  {
    ifhitweapon
    {
      ifwasweapon FREEZEBLAST { strength 0 break }

      addkills 1
      lotsofglass 30

      ifrnd 84 spawn BLOODPOOL
      sound GLASS_BREAKING
      killit
    }
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
```

```
      break
    }
    ifai 0 { ifspritepal 0 ai AIBOSS3RUNENEMY else { strength 1 ai AIBOSS3LOBENEMY } }
    else ifaction BOSS3FLINTCH { ifactioncount 3 ai AIBOSS3SEEKENEMY }
    else ifai AIBOSS3SEEKENEMY state boss3seekenemystate
    else ifai AIBOSS3RUNENEMY state boss3runenemystate
    else ifai AIBOSS3LOBENEMY state boss3lobbedstate
    else ifai AIBOSS3PALSHRINK state boss3palshrunkstate

    ifai AIBOSS3DYING state boss3dyingstate
    else
    {
        ifhitweapon state checkboss3hitstate
        else ifp palive ifspritepal 0 ifpdistl 1280 { addphealth -1000 palfrom 63 63 }
    }
ends

actor BOSS3 BOSS3STRENGTH fall state boss3code enda


action ACOMMBREETH  0  3  5  1  40
action ACOMMFROZEN  0  1  5
action ACOMMSPIN   -5  1  5  1  12
action ACOMMGET     0  3  5  1  30
action ACOMMSHOOT  20  1  5   1 35
action ACOMMABOUTTOSHOOT 20 1 5 1 30
action ACOMMDYING  30  8  1  1  12
action ACOMMDEAD   38  1  1  1  1


move COMMGETUPVELS 128 -64
move COMMGETVELS 128 64
move COMMSLOW 64 24
move COMMSTOPPED

ai AICOMMWAIT ACOMMBREETH COMMSTOPPED faceplayerslow
ai AICOMMGET ACOMMGET COMMGETVELS seekplayer
ai AICOMMSHOOT ACOMMSHOOT COMMSTOPPED faceplayerslow
ai AICOMMABOUTTOSHOOT ACOMMABOUTTOSHOOT COMMSTOPPED faceplayerslow
ai AICOMMSPIN ACOMMSPIN COMMGETVELS spin
ai AICOMMDYING ACOMMDYING COMMSTOPPED faceplayer
ai AICOMMSHRUNK ACOMMGET COMMSLOW furthestdir

state checkcommhitstate
```

```
ifhitweapon
{

  guts JIBS6 10

  ifdead
  {
      ifwasweapon FREEZEBLAST { sound SOMETHINGFROZE spritepal 1 move 0 action
ACOMMFROZEN strength 0 break }

      addkills 1

        ifwasweapon RADIUSEXPLOSION { spawn BLOODPOOL sound SQUISHED state
standard_jibs state delete_enemy }
      else ifwasweapon RPG { sound SQUISHED spawn BLOODPOOL state standard_jibs state
delete_enemy }

    sound COMM_DYING
    ai AICOMMDYING
  }
  else
  {
    soundonce COMM_PAIN
    ifwasweapon SHRINKSPARK { sound ACTOR_SHRINKING ai AICOMMSHRUNK }
    else ifrnd 24 ai AICOMMABOUTTOSHOOT
  }
}
ends

actor COMMANDERSTAYPUT COMMANDERSTRENGTH cactor COMMANDER ai
AICOMMABOUTTOSHOOT enda
actor COMMANDER COMMANDERSTRENGTH

  state checksquished

  ifaction ACOMMFROZEN
  {
    fall

    ifcount THAWTIME { getlastpal ai AICOMMWAIT }
    else ifcount FROZENDRIPTIME { ifactioncount 26 { spawn WATERDRIP resetactioncount
} }

    ifhitweapon
    {
```

```
        ifwasweapon FREEZEBLAST { strength 0 break }
        addkills 1

        ifrnd 84 spawn BLOODPOOL
        lotsofglass 30
        sound GLASS_BREAKING
        killit
    }
    ifp pfacing ifpdistl FROZENQUICKKICKDIST pkick
    break
}
ifai 0 ai AICOMMSHOOT
else ifai AICOMMWAIT { ifcount 20 { ifcansee { ifcanshoottarget { ifrnd 96 ai AICOMMGET
else ai AICOMMABOUTTOSHOOT } } else ai AICOMMGET } }
    else ifai AICOMMABOUTTOSHOOT
    {
        ifactioncount 2 { ifcansee ai AICOMMSHOOT else { ai AICOMMGET break } }
        soundonce COMM_ATTACK
    }
    else ifai AICOMMSHOOT
    {
        ifcanshoottarget
        {
            ifcount 24 ifrnd 16 ai AICOMMWAIT
            ifactioncount 2 { shoot RPG resetactioncount }
        }
        else ai AICOMMGET
    }
    else ifai AICOMMSHRUNK
    {
        ifcount SHRUNKDONECOUNT ai AICOMMGET
        else ifcount SHRUNKCOUNT sizeto 48 40
        else state genericshrunkcode
    }
    else ifai AICOMMGET
    {
        ifnotmoving ifrnd 4 operate
        ifpdistl 1024 ifp palive { sound COMM_SPIN ai AICOMMSPIN break }

        ifcansee
        {
            ifp phigher move COMMGETUPVELS getv geth faceplayer
            else move COMMGETVELS getv geth faceplayer
        }
        ifactioncount 8 ifrnd 2 ai AICOMMABOUTTOSHOOT
```

```
    }
    else ifai AICOMMSPIN
    {
        soundonce COMM_SPIN
        ifcount 16
        {
            ifpdistl 1280 { addphealth CAPTSPINNINGPLAYER sound DUKE_GRUNT palfrom 32
16 resetcount }
            else ifpdistg 2300 ai AICOMMWAIT
        }
        ifactioncount 52 ai AICOMMWAIT
        ifnotmoving ifrnd 32 operate
    }

    ifai AICOMMDYING
    {
        fall
        strength 0

        ifhitweapon ifwasweapon RADIUSEXPLOSION
            { sound SQUISHED spawn BLOODPOOL state standard_jibs state delete_enemy }

        ifaction ACOMMDYING
            ifactioncount 8 { iffloordistl 8 sound THUD cstat 0 action ACOMMDEAD }
    }
    else
    {
        ifrnd 2 soundonce COMM_ROAM
        state checkcommhitstate
    }
enda
```

