USDC SCAN INDEX SHEET











MICRO STAR

FORMGEN INC

LMM
3:96-CV-03435
*16*
*DECL.*

 ORIGINAL

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California 92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861

Attorneys for Plaintiff, MICRO STAR

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)



FILED

AUG 30 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR, | CASE NO. 96-3435H (CM) |
| Plaintiff, | DECLARATION OF PHILIP H. STILLMAN IN SUPPORT OF MICRO STAR'S *EX PARTE* APPLICATION FOR A CONTINUANCE OF FORMGEN'S MOTION FOR A PRELIMINARY INJUNCTION |
| vs. | |
| FORMGEN, INC., a corporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT, and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | Date: None set<br>Time: None set<br>Court: 8 |
| AND RELATED CROSS ACTIONS | The Honorable Marilyn L. Huff |



16

## DECLARATION OF PHILIP H. STILLMAN

I, Philip H. Stillman, hereby declare:

1.     I am a member of the law firm of Flynn, Sheridan & Tabb, counsel for Micro Star in this action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them. I make this declaration to establish good cause for the continuance of the defendants' Motion for a Preliminary Injunction, now scheduled to be heard on September 9, 1996.

2.     The plaintiff, Micro Star, is a small software marketing company located in San Diego. Apogee is purported owner and distributor of "Duke Nukem 3D," a very popular video game designed for personal computers. I have determined that Apogee marketed the game in two ways. First, a version of the game is publicly available over the Internet as free "shareware." Second, a "registered," *i.e.*, paid for, version is available from retailers.

3.     Having personally played both the "shareware" version and the "registered" version, it appears that the free version is identical to the registered version in terms of content, characters and play. However, the registered version comes with more levels of play, more weapons, and most important to this current dispute, *the ability to play independently created levels* and *software to enable purchasers of the registered version to create new levels of their own.* The new user-created levels are limited only by the creativity of the user, and the defendants have not imposed any restrictions on distribution of these user-created levels on the user. In fact, these user-created levels, which, according to Micro Star and Apogee are called MAP files, are publicly available at numerous "web sites" on the Internet, and apparently, even from the defendants' own web site.

4.     Moreover, and the focal point of this action, Apogee actually encourages purchasers of the registered version to create their own levels and distribute them to the public as a marketing ploy. When I closed the registered version of Duke Nukem 3D, the screen exhorts the user as follows:

> Hey, there's other COOL STUFF on your Duke Nukem 3D Duke Nukem 3D! That's right. lots of **tools and info that will show you how to make your own custom levels,**

- 1 -

*art, sound, music and characters that you can then pass on to your friends, or upload to other Dukers online.*

(emphasis added). A copy of this Duke Nukem 3D closing screen is attached hereto as Exhibit 1.

5.      Hundreds of this user-created levels, called "MAP" files, are currently distributed by "Dukers" around the world in accordance with the creators' instructions. Only purchasers of the registered version, *i.e.*, those who pay Apogee for the game, can create MAP files and play other MAP files with Duke Nukem 3D. Moreover, the MAP files are simply data files — they cannot be played without the Duke Nukem 3D game.

6.      Micro Star, a software distribution company, has performed a service by gathering these user-created MAP files from public sources such as the Internet and compiling them on one convenient CD under the trade name "Nuke It."[1] "Nuke It" can only be used by purchasers of the registered version of Duke Nukem 3D. Anyone who purchases "Nuke It" must either purchase the registered, not the free, version of Duke Nukem 3D *or have already purchased Duke Nukem 3D.* Thus, far from causing the creators of Duke Nukem 3D damages due to lost sales, "Nuke It" actually creates new sales. It *cannot* replace Duke Nukem 3D.

7.      As one would imagine, the packaging clearly and prominently discloses that any purchaser of Nuke It must also purchase the registered version of Duke Nukem 3D. The packaging also prominently states that (1) the MAP files were created by third parties not affiliated in any way with the defendants; and (2) that Nuke It is not affiliated with or supported by the defendants; and (3) that Duke Nukem 3D is a registered trademark of the defendants. A copy of the cover packaging of Nuke It is attached hereto as Exhibit 2.

8.      Shortly after distribution of Nuke It began, and was favorably received, Apogee began contacting Nuke It distributors, contending that the packaging for Nuke It misled consumers into believing that they were purchasing Duke Nukem 3D. Apogee also claimed that the packaging

---

[1] Micro Star has not created any of the MAP files itself, but has merely compiled them from public sources. Any individual with access to the Internet can obtain the individual MAP files contained in the Nuke It CD, albeit with significant time, effort and perhaps online expenses. In fact, the Nuke It CD is analogous to an online service such as America Online compiling the MAP files and charging its subscribers online and download charges to obtain the MAP files. America Online and Compuserve are not being sued by the cross-plaintiffs, however.

- 2 -

would lead consumers to believe that Apogee either created or authorized Nuke It. However, the packaging for Nuke It prominently states:

♦ These levels were independently created by 3rd parties not affiliated with 3d Realms, creator of Duke Nukem 3D [in an attention-grabbing bright red sticker]

♦ REQUIRES REGISTERED VERSION OF DUKE NUKEM 3D. Duke Nukem 3D is a registered trademark of 3D Realms Entertainment. This product is not affiliated with nor will it be supported by 3D Realms Entertainment. [in black letters on a white background]

I believe that an unbiased comparison of the Nuke It packaging and the Duke Nukem 3D packaging conclusively establishes that can be no confusion. A copy of the packaging for Duke Nukem 3D is attached hereto as Exhibit 3.

9.    Notwithstanding the fact that all of the Nuke It MAP files are not copyrighted, are in public domain, and distributed with the defendants' express consent, Apogee has embarked on a wrongful campaign against Micro Star by contacting Nuke It's nationwide distributors, falsely representing that Nuke It infringes on the defendants' copyrights and trademarks, and that Nuke It will be subject to seizure and the vendors subject to legal action if they order Nuke It from Micro Star. This wrongful conduct has caused national software distributors to cancel orders for thousands of copies of Nuke It, causing hundreds of thousands of dollars in damages to Micro Star. FAC, ¶ 1.

10.    After several of Micro Star's vendors complained to Micro Star that they were receiving threats from defendant FormGen and were intimidated by those threats into canceling orders previously placed or about to be placed with Micro Star for Nuke It.

11.    Accordingly, I filed a complaint in this Court on August 2, 1996 and subsequently amended the complaint to include 3D Realms on August 5, 1996. I also had the defendants personally served with the summons, complaint and other initial filing papers on August 5 and 6, 1996. Plaintiff also hand-served Defendants FormGen, Inc. and GT Interactive Software Corp. with comprehensive discovery requests (a set of interrogatories and a document request) along with the summons and complaint on those same dates. Micro Star's discovery requests focused very specifically on the factual and documentary evidence relied upon by Apogee in asserting to Micro Star's clients that Nuke It infringed on Apogee's copyrights and trademarks, all of which are now

raised by Apogee in its preliminary injunction motion papers. A true and correct copy of Micro Star's interrogatories and document requests to FormGen, Inc. and GT Interactive Software Corp. is attached to the Stillman Decl. as Exhibits 4-8.

12. Apogee filed and served their preliminary injunction motion papers on August 9, 1996 (the minimum 28 day notice) with hearing set for September 9, 1996. Apogee's responses to the discovery requests are now due on September 4 and 5, 1996, respectively, while Plaintiff's opposition to the preliminary injunction motion is due on August 26, 1996.

13. On August 20, 1996, I spoke with Michael Kirby, local counsel for Apogee, to request that, due to the direct relevance of plaintiff's discovery on the issues presented in defendants' preliminary injunction motion, Apogee agree to continue the preliminary injunction hearing date to allow Micro Star to adequately develop the factual record through review of the discovery responses obtain expert testimony in order to fully oppose Apogee's motion.

14. I also offered to go forward with a *mutual* expedited discovery schedule so that the preliminary injunction motion could be heard as soon as possible. Although our discussion was cordial, defendants' counsel, Michael Kirby, refused both these offers.

15. I believe that a continuance is critical, since it is crucial for Micro Star to be afforded the opportunity to develop an adequate factual record to properly oppose the Motion for a Preliminary Injunction.

16. I believe that discovery in several areas is essential. Those areas are set forth in the accompanying Application for a continuance and are true, complete, presented in good faith and not for delay, and based on my prior experience in litigating copyright and Lanham Act claims in federal court.

17. The areas of discovery are largely covered in the written discovery requests already outstanding, and include with regard to the copyright claims, obtaining the specific source code for Duke Nukem 3D to determine what, if any, elements overlap, obtaining specificity on the precise code, characters and objects that Apogee claims are protected and infringed upon by Nuke It, conducting discovery on the creation of the MAP files, the existence of similar products to Nuke It

- 4 -

which dilute the strength of any copyrightable elements of Duke Nukem 3D, potential damages, alleged markets for a planned competing product from Apogee, and deposing various Apogee representatives on Micro Star's affirmative defenses of copyright misuse, among others.

18.    Regarding the Lanham Act claims, Micro Star requires discovery on the numerous elements supporting a conclusion that there is a likelihood of confusion between Nuke It and Duke Nukem 3D, including without limitation, the areas covered by the written discovery, the existence of secondary meaning, the extent to which the Duke Nukem 3D trademark is associated with Apogee, the relative quality of the products, the extent of any actual confusion, the intent of the parties, the specific items of trade dress that Apogee claims is being infringed upon, the relative markets for the product, and supposed damages.

19.    In addition, I am currently interviewing experts to render testimony on the copyrightability of the elements of Duke Nukem 3D once they are identified, the markets for the two products and Nuke It's effects, if any, on Duke Nukem 3D sales, what the relevant market for the two products is for the purposes of antitrust defenses, the likelihood of confusion, etc. I estimate that once I receive the requested discovery, I will need at least three weeks to obtain an expert report and declaration to oppose the motion for a preliminary injunction. I believe that expert testimony is critical for the defense of this motion.

20.    As I receive discovery, I will potentially require other discovery; however, on an expedited basis, I anticipate that all discovery could be complete and the Opposition filed with supporting declarations in eight weeks. I can assure the Court that Micro Star strongly desires a resolution to this motion as well, and will do everything possible to expedite, not delay the process. Micro Star filed this action against the defendants, and is eager to establish its affirmative claims against them.

SIGNED under the penalties of perjury under the laws of the State of California that the foregoing is true and correct on August 21, 1996 at Rancho Santa Fe, California.

Philip H. Stillman, Esq.

- 5 -

```
DUKE NUKEM 3D (c) 1996 - Developed by 3D Realms Entertainment
    (THIS IS NOT THE SHAREWARE VERSION -- DO NOT DISTRIBUTE)

        Thank you for buying and playing Duke Nukem 3D!
```

Hey, there's other COOL STUFF on your Duke Nukem 3D CD!  That's
right, lots of tools and info that will show you how to make your
own custom levels, art, sound, music and characters that you can
then pass to your friends, or upload to other Dukers online.

  So, poke around the CD and see what cool things you can find!

| Contact 3D Realms Online today: | 3D Realms Entertainment |
|---|---|
| | P.O. Box 496419 |
| WEB: http://www.3drealms.com | Garland, TX  75049 |
| AOL: Keyword 3DREALMS (Ctrl-K) | Orders: (800) 3DREALMS |
| CompuServe: GO REALMS | FAX: (214) 278-4670 |
| Software Creations: (508) 368-7036 | Support: (214) 278-5655 |

3D Realms Entertainment is a division of Apogee Software, Ltd.

```
:\DUKE3D>

:\DUKE3D>
```

# "NUKE IT"™

*These levels were independently created by 3rd parties not affiliated with 3D Realms, creator of Duke Nukem 3D™

REQUIRES REGISTERED VERSION OF DUKE NUKEM 3D™
DUKE NUKEM 3D™ is a registered trademark of 3D Realms Entertainment. This product is not affiliated with nor will it be supported by 3D Realms Entertainment.



BRAND SOFTWARE

TURN PAGE IF YOU DARE

INCLUDES CHEAT CODES AND HINTS FOR DUKE NUKEM 3D AND OVER 50 DEATHMATCH LEVELS







# "NUKE IT"™

## Over 300 new levels for Duke Nukem 3D

So, you've conquered Duke Nukem 3D and now you're looking for more hair-raising, mind-numbing, adrenaline-pumping, pulse-pounding, butt-kickin', post-apocalyptic action! What do you do now?

Fire up "NUKE IT" and prepare to use every trick you can muster to battle your way through over 300 new levels for the hottest 3D action game ever. These new levels will have you roaring through quake-ravaged buildings and battling hideous aliens until your eyeballs bleed! Lightweights need not apply.

For added challenge, choose a new and completely unexplored level at random for a multi-player game with your (soon to be "Ex-") friends.

What are you waiting for. Get in there, rip off their heads and - well you know what to do!



ISBN 157811000-9

Requires the full version of Duke Nukem 3D, IBM or 100% compatible 486 computer with 8 Mb RAM, VGA graphics card, CD-ROM drive, minimum 2 Mb free hard disk space.

"NUKE IT" is a registered trademark of Micro Star. All rights reserved.

7  26285 97026  4



**Prepare Yourself for Total Meltdown!**

"A perfect 10!"
Computer Player

"★★★★★"
— Out of 5 Stars —
PC Entertainment

SUPPORTS UP TO 8 MULTIPLAYERS

TM

REAC ADVISORY
VIOLENCE
Wanton and gratuitous violence
NUDITY/SEX
Revealing attire
LANGUAGE
Mild expletives

*"This is simply the hottest PC game of the year."*
<u>X-GEN</u>

*"Duke Nukem 3D truly looks like a 3D supermodel of a game: sleek, sexy, and gory with lead-thrashing action."*
<u>Strategy Plus</u>

*"It's the ultimate game for unleashing all your pent-up aggression. It is the most astonishing game we've laid eyes on for ages! In fact, it makes pretty much every PC game we've ever seen - DOOM included - look slightly dull. Honestly!"*
<u>PC Gamer</u>



28 Totally Realistic Levels



Battle Against Huge Aliens



10 Weapons Designed To Kick Ass



5 Player DukeMatch Net Games

## Prepare Yourself for the Ultimate 3D Slugfest

Murderous aliens have landed in futuristic Los Angeles, and the humans suddenly find themselves atop the endangered species list. The odds are a million-to-one, just the way Duke likes it!

## Butt Kickin' Features

DIVE INTO REALISTIC 3D SCENARIOS, with 28 totally realistic levels, as you drive the sinister aliens through the streets of L.A., out to an orbiting station, and onto the surface of the moon itself!

LEADING-EDGE **BUILD** 3D TECHNOLOGY lets you explore an interactive, fully immersive world of towering skyscrapers, deep canyons, and murky bodies of water—with many realistic effects like level-altering earthquakes, exploding buildings, working security monitors and functional subways.

ARMED TO THE TEETH with 10 hi-tech weapons: Clear crowds with the pump action Assault Shotgun, blast through enemies and walls with the Rocket Propelled Grenade, splat enemies under foot after blasting them with the Shrinker, cut through trouble with the 3-barrel Ripper machine gun, set DukeMatch traps with the wall-mounted Laser Mine, watch enemies shatter after cooling them off with the Freeze Cannon, and 4 more!

FULL MOVEMENT CONTROL lets you run, jump, crawl, swim, and jetpack your way through hostile environments as you look up and down.

DEATH-DEALING DUKEMATCH lets you duke it out one-on-one via modem, and enables up to 8 player battlefests over your network. Also, send prerecorded cut-downs via Duke's RemoteRidicule™ system.

TOTAL PENTIUM SUPPORT with advanced options like hi-res SVGA graphics that add detail and realism, and dynamic (moving) real-time shadows.

BUILD YOUR OWN LEVELS in 3D mode with an easy-to-use editor, included as a FREE BONUS. Creating your own worlds has never been easier!

WITH PARENTAL PASSWORD PROTECTION, you can select a password and lock out younger players from any mature content or language.

**FREE** GET THE TWO ORIGINAL DUKE NUKEM GAMES, plus 5 of the hottest shareware titles for free!

## The Future of 3D Gaming Will Never Be the Same.



| COMPLETE VERSION | |
|---|---|
| NUMBER OF LEVELS | 28 |
| NUMBER OF WEAPONS | 10 |
| NUMBER OF MULTIPLAYERS | 8 |



Jarring Scares and Surprises



Incredibly Lifelike Scenes & Effects



Full High Resolution SVGA Support



Dive into The Underwater Action

Developed by

  

FORMGEN

**3D REALMS** ™
REALITY IS OUR GAME.

PLAY CABLE COMPATIBLE

WWW Site (http://www.3drealms.com)  AOL (Keyword 3D REALMS)  Software Creations Web BBS (http://www.swcbbs.com)  CIS (Go REALMS)
Exclusively Distributed Commercially by FormGen, Inc., 15649 Greenway-Hayden Loop, Scottsdale, AZ 85260
Duke Nukem 3D is a trademark of 3D Realms Entertainment All rights reserved All other trademarks are the property of their respective owners.

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California 92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861

Attorneys for Plaintiff, MICRO STAR

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FORMGEN, INC., a corporation;<br>GT INTERACTIVE SOFTWARE CORP., a<br>corporation; 3D REALMS ENTERTAINMENT,<br>and DOES 1 THROUGH 100 INCLUSIVE,<br><br>                    Defendants. | CASE NO. 96-3435H(CM)<br><br>PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT FORMGEN, INC. |

PROPOUNDING PARTY:    Plaintiff Micro Star

RESPONDING PARTY:     Defendant FormGen, Inc.

SET NO.:                       One

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Micro Star requests that the Document Requests contained herein be answered fully in writing and responsive documents be produced to Micro Star c/o its attorneys, Flynn, Sheridan & Tabb, at P.O. Box 690 (if mailed) or 6125 El Tordo (if sent by any other method), Rancho Santa Fe, California within 30 days after the date of service.

## DEFINITIONS

1.      As used herein, "person" includes natural persons, firms, partnerships, associations, corporations, trusts and all other forms of business or legal entities.

2.      The term "You" and "Your" refer to the party named as the responding party of the front page of this request, its successor and predecessor entities, its agents and employees, representatives, attorneys, accountants, investigators, and/or all persons acting on its behalf.

3.      The terms "and" and "or" shall where the context permits, be construed to mean "and/or".

4.      As used herein, the singular includes the plural, and vice-versa.

5.      The term "documents" shall have the meaning defined in Federal Rule of Civil Procedure 26(a) and Fed. R. Evid. 1001, and shall include originals and copies (including all non-identical copies or xeroxes), and e-mail.

6.      As used herein, the term "documents" shall also include:  (a) all copies of writings, recordings or photographs which bear unique notations such as, but not limited to, marginalia; and (b) all versions and drafts of writings, recordings and photographs, whether used or not.

7.      As used herein, the "Rose Letter" shall refer to the letter dated July 12, 1996 from Lance Rose to Steve Benedict, attached hereto as Exhibit 1.

8.      As used herein, "Duke Nukem 3D" shall refer to the Duke Nukem 3D computer game referred to in the Rose Letter.

9.      As used herein, the "July 26, 1996 Letter" shall mean the letter from David P. Levin to Philip J. [sic] Stillman dated July 26, 1996 and attached hereto as Exhibit 2.

10.     As used herein, "Nuke It" shall mean Micro Star's CD (including the contents thereof)

01DOCS.FGN                                                  - 1 -

marketed under the name "Nuke It"and referred to in both the Rose Letter and the July 26, 1996 Letter.

11.     If any document called for by this request is withheld under a claim of privilege, list each such document together with the following information:  the date of the document; the name(s) and job title(s) of the author(s) and each recipient of the documents; the name(s) and job title(s) of all persons to whom copies of the document were furnished; the subject matter of the documents; the grounds upon which the privilege is claimed; and the paragraph of this request to which such document is responsive.

12.     If any document formerly in your possession, custody, or control that would have been responsive to this request has been destroyed, discarded, or otherwise disposed of, identify the person destroying, discarding or otherwise disposing of each such document, the time and place of such disposition, the person maintaining possession, custody, or control of each such document during its existence, and the person ordering the disposition of each such document.

## DOCUMENTS REQUESTED

1.     All documents which refer, relate to or reflect any of the claims and statements contained in the Rose Letter.

2.     All correspondence, memoranda or other type of communication between and among FormGen, 3D Realms and GT Interactive Software which refers to, relates to or discusses Nuke It.

3.     All correspondence, memoranda or other type of communication between You and any third party relating to or referring to Nuke It, including without limitation, WalMart, Target stores or Egghead Software.

4.     All market analyses of the computer game market.

5.     All memoranda constituting, evidencing, referring or relating to the inclusion of a software editor in Duke Nukem 3D to enable purchasers to create new levels for Duke Nukem 3D.

6.     All "source code" for Duke Nukem 3D.

7.     All source code for the "authorized, legal added level product for D3D currently being prepared by FormGen and 3D Realms" referred to in the Rose Letter.

software editor included with the registered version of Duke Nukem 3D which allows purchasers to create new levels for Duke Nukem 3D.

24.    Any and all memoranda or communications which discusses the use of the software editor as a marketing tool for selling Duke Nukem 3D.

25.    Any correspondence, memoranda, complaints or other documents sent by You to any third party wherein You contend, in any form of words, that another person is infringing on Your rights in Duke Nukem 3D.

26.    Any complaints filed by You against anyone alleging infringement of Your rights in Duke Nukem 3D.

Respectfully submitted,

FLYNN, SHERIDAN & TABB

Dated:    August 5, 1996        By: _____
                                    Philip H. Stillman, Esq.
                                    Attorneys for Plaintiff

01DOCS.FGN                              - 4 -

**EXHIBIT 1**

FILE No. 473 07/16 '96 15:29 IDCROSTAR          619 931 4950          PAGE 2



**LEWIS** AND **ROCA** LLP

LAWYERS

| | |
|---|---|
| Phoenix Office | Tucson Office |
| 40 North Central Avenue | One South Church Avenue Suite 700 |
| Phoenix, Arizona 85004-4429 | Tucson, Arizona 85701-1620 |
| Facsimile (602) 262-5747 | Facsimile (520) 622-3088 |
| Telephone (602) 262-5311 | Telephone (520) 622-2090 |

MCI ID:
697-6314

Lance Rose
Direct: (602) 262-5378

Internet: clrose@well.com
Compuserve: 72230,2044

Member, NY and AZ Bars

July 12, 1996

*Via Overnight Courier*
Mr. Steve Benedict, President
Micro Star
2245 Camino Vida Roble
Carlsbad, CA 92009

Re: *Cease and Desist: "Nuke-It" Computer Game.*

Dear Mr. Benedict:

We represent FormGen, Inc., exclusive retail commercial publisher of the Duke Nukem 3D ("D3D") computer game.

Micro Star is hereby notified that the computer game "Nuke-It" infringes and violates rights in D3D held by FormGen and by 3D Realms, the developer of D3D.

Micro Star is further notified that it must immediately: (a) cease and desist from any further sales, production, publication, marketing or distribution of Nuke-It, and (b) recall, withdraw and recover Nuke-It from any and all distribution, storage, circulation, sales, transfers or licensing already performed, achieved, agreed or pending as of receipt of this letter.

Nuke-It is marketed as "over 300" additional levels for the very popular D3D computer game. At this early stage, we have determined that it infringes and violates rights in D3D in at least the following ways:

- The D3D license clearly prohibits commercial sale of additional D3D levels, including all of the "over 300" levels contained in Nuke-It; thus Nuke-It constitutes willful copyright infringement far outside the bounds of the license.
- The name "Nuke-It", the trade dress, and the use of "Duke Nukem 3D" on the packaging of Nuke-It, infringe FormGen's and 3D Realms' trademark and trade dress rights in D3D; the token disclaimer does not affect the public confusion created by the Nuke-It name and packaging.
- 3D Realms informs us that screen shots on the Nuke-It packaging are exact copies of D3D screen displays, thus infringing the copyrights in those screen displays.

FILE No. 473 07/16 '96 15:30 ID●CROSTAR          619 931 ●950                    PAGE 3



**LEWIS**
**AND**
**ROCA**
L.L.P.
_____
L A W Y E R S

Mr. Steve Benedict
July 12, 1996

- 3D Realms informs us that all levels included in Nuke-It contain copies of coding and other materials and data created and owned by 3D Realms, thus infringing the copyright in those materials and data.

The marketing and sales of Nuke-It are causing FormGen great and immediate injury in a number of ways. Sales of Nuke-It in violation of license terms and copyright law are causing FormGen lost sales. Sale of Nuke-It in violation of the trademark laws is enabling Micro star to unlawfully "free ride" on D3D's goodwill, and causing injury to that goodwill due to the uneven and inferior quality of many of the levels in Nuke-It. In addition, the illegal Nuke-It is in direct competition with an authorized, legal added-level product for D3D currently being prepared by FormGen and 3D realms, and stealing sales from that legal, authorized product by being placed on the market first.

Micro Star immediately must meet the demands stated at the beginning of this letter, and immediately confirm to our firm in writing that it is doing so. We reserve all rights to proceed at any time on all legal and equitable claims relating to this matter, including claims not raised in this letter.

Very truly yours,

Lance Rose

LR/bm
cc:    Jim Perkins, FormGen
       Dave Adams, FormGen

2

**EXHIBIT 2**

KRAMER, LEVIN, NAFTALIS & FRANKEL

919 THIRD AVENUE

NEW YORK, N.Y. 10022 – 3852

(212) 715 – 9100

ARTHUR H. AUFSES III
THOMAS D. BALLIETT
JAY G. BARIS
SAUL E. BURIAN
BARRY MICHAEL CASS
THOMAS E. CONSTANCE
MICHAEL J. DELL
KENNETH H. ECKSTEIN
CHARLOTTE M. FISCHMAN
DAVID S. FRANKEL
MARVIN E. FRANKEL
ALAN R. FRIEDMAN
CARL FRISCHLING
MARK J. HEADLEY
ROBERT M. HELLER
PHILIP S. KAUFMAN
PETER S. KOLEVZON
KENNETH P. KOPELMAN
MICHAEL PAUL KOROTKIN
KEVIN B. LEBLANG
DAVID P. LEVIN
EZRA G. LEVIN
LARRY M. LOEB
MONICA C. LORD

RICHARD MARLIN
THOMAS E. MOLNER
THOMAS H. MORELAND
ELLEN R. NADLER
GARY P. NAFTALIS
MICHAEL J. NASSAU
MICHAEL S. NELSON
JAY A. NEVELOFF
MICHAEL S. OBERMAN
PAUL S. PEARLMAN
SUSAN J. PENRY-WILLIAMS
BRUCE RABB
ALLAN E. REZNICK
SCOTT S. ROSENBLUM
MICHELE D. ROSS
MAX J. SCHWARTZ
MARK B. SEGALL
JUDITH SINGER
HOWARD A. SOBEL
JEFFREY S. TRACHTMAN
D. GRANT VINGOE
HAROLD P. WEINBERGER
E. LISK WYCKOFF, JR.

SHERWIN KAMIN
ARTHUR B. KRAMER
MAURICE N. NESSEN
FOUNDING PARTNERS
COUNSEL

MARTIN BALSAM
JOSHUA M. BERMAN
JULES BUCHWALD
RUDOLPH DE WINTER
MEYER EISENBERG
ARTHUR D. EMIL
MAXWELL M. RABB
JAMES SCHREIBER
COUNSEL

M. FRANCES BUCHINSKY
DEBORA K. GROBMAN
CHRISTIAN S. HERZECA
PINCHAS MENDELSON
LYNN R. SAIDENBERG
JONATHAN M. WAGNER
SPECIAL COUNSEL

FAX
(212) 715-8000

WRITER'S DIRECT NUMBER

(212) 715-9217

July 26, 1996

**VIA FACSIMILE (619-756-1575)**

Philip J. Stillman, Esq.
Flynn, Sheridan & Tabb
6125 El Tordo
Rancho Sante Fe, CA 92067

Re:  Nuke-It

Dear Mr. Stillman:

This firm represents GT Interactive Software Corp. ("GT"), which you may know recently acquired FormGen, Inc. ("FormGen"). FormGen and GT have each been granted certain exclusive publication and distribution rights to the computer game entitled "Duke Nukem 3D" from its developer, 3D Realms, a division of Apogee, Ltd. ("Apogee").

As counsel to GT and FormGen, we have reviewed your letter dated July 19, 1996 to Lance Rose as well as the letters dated July 12 and July 15, 1996 from Messrs. Rose and Jeff Shumway to Mr. Steve Benedict of Micro Star.

We write to give you notice that based upon our review of the above correspondence and the facts, on behalf of GT and FormGen we reiterate the claims and demands contained in the aforementioned letters to Mr. Benedict, and demand that Micro Star reconsider its position and immediately cease and desist its distribution of "Nuke-It."

KL2:151869.1

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California 92067
(619) 759-7000

*PHILIP H. STILLMAN, Bar # 152861*

Attorneys for Plaintiff, MICRO STAR

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR,<br><br>        Plaintiff,<br><br>        vs.<br><br>FORMGEN, INC., a corporation;<br>GT INTERACTIVE SOFTWARE CORP., a<br>corporation; 3D REALMS ENTERTAINMENT,<br>and DOES 1 THROUGH 100 INCLUSIVE,<br><br>        Defendants. | CASE NO. 96-3435H(CM)<br><br>PLAINTIFF'S FIRST SET OF<br>INTERROGATORIES TO DEFENDANT<br>FORMGEN, INC. |

PROPOUNDING PARTY:   Plaintiff Micro Star

RESPONDING PARTY:   Defendant FormGen, Inc.

SET NO.:   1

PLEASE TAKE NOTICE that pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Micro Star requests that the interrogatories contained herein be answered fully in writing and under oath by defendant FormGen, Inc. within 30 days of the date of service.

## DEFINITIONS

1.     As used herein, "person" includes natural persons, firms, partnerships, associations, corporations, governmental agencies, trusts and all other forms of business or legal entities.

2.     As used herein, "document" includes but is not limited to all "writings," "recordings," "photographs" and "date compilations" as those terms are defined in Rule 26(a) of the Federal Rules of Civil Procedure and Fed.R.Evid. 1001.

3.     If an interrogatory requests that you "identify" a person, please state the person's name and the person's last known business and residential addresses and telephone numbers.

4.     If an interrogatory requests that you identify a document, please describe the nature of the document (for example, letter to John Jones from Sam Smith) and state its date and any other information reasonably necessary to designate the specific document, and identify all persons who have possession, custody or control of the document and any duplicates thereof.

5.     As used herein, "You" and "Your" refer to the party named as the responding party of the front page of this request, its successor and predecessor entities, its agents and employees, representatives, attorneys, accountants, investigators, and/or all persons acting on its behalf.

6.     As used herein, the singular includes the plural, and vice-versa.

7.     As used herein, the "Rose Letter" shall refer to the letter dated July 12, 1996 from Lance Rose to Steve Benedict, attached hereto as Exhibit 1.

8.     As used herein, "Duke Nukem 3D" shall refer to the Duke Nukem 3D computer game referred to in the Rose Letter.

9.     As used herein, the "July 26, 1996 Letter" shall mean the letter from David P. Levin to Philip J. [sic] Stillman dated July 26, 1996 and attached hereto as Exhibit 2.

10.     As used herein, "Nuke It" shall mean Micro Star's CD (including the contents thereof) marketed under the name "Nuke It" and referred to in both the Rose Letter and the July 26, 1996.

01INTS.FGN

- 1 -

13.    Identify each and every fact upon which You rely in contending that the use of "Duke Nukem 3D" "infringes FormGen's and 3D Realms' trademark and trade dress rights in D3D" as stated in the Rose Letter at p.1.

14.    Identify each and every fact upon which you rely in contending in the Rose Letter that "the token disclaimer does not affect the public confusion created by the Nuke-It name and packaging.

15.    Identify each person who has knowledge of the facts set forth in your answer to the immediately preceding interrogatory.

16.    Do You contend that You or 3D Realms have a copyright on the screen shots on the Nuke It packaging?

17.    Identify each "screen shot on the Nuke-It packaging" that is an exact copy Duke Nukem 3D screen displays, as You contend in the Rose Letter.

18.    Identify each person at 3D Realms who "inform[ed]" you that the screen shots on the Nuke-It packaging are exact copies of Duke Nukem 3D screen displays.

19.    Identify the "coding and other materials and data created by 3D Realms" that You contend are contained in "all levels included in Nuke-It" as referred to in the Rose Letter at p.2.

20.    Identify all "lost sales" of Duke Nukem 3D which You attribute to Nuke It as referred to in the Rose Letter at p.2.

21.    Identify all persons with knowledge of the facts supporting Your claim that Nuke It is causing "lost sales" of Duke Nukem 3D.

22.    With specificity, identify the "uneven and inferior quality of many of the levels in Nuke-It" as referred to in the Rose Letter.

23.    Identify all facts upon which You rely in contending that Nuke It is "stealing sales" from an authorized, legal added level product for D3D" which has not been offered for sale, as set forth in the Rose Letter.

24.    Identify all persons with knowledge of the facts supporting Your claim that Nuke It is causing any harm to either FormGen, 3D Realms or GT Interactive Software Corp.

01INTS.FGN                                                    - 3 -

25.    Identify with specificity, the precise Duke Nukem 3D source code which You contend is being infringed upon by Nuke It.

Respectfully submitted,

FLYNN, SHERIDAN & TABB

Dated:    August 5, 1996

By: _____

Philip H. Stillman, Esq.
Attorneys for Plaintiff

01INTS.FGN                                                    - 4 -

**EXHIBIT 1**



**LEWIS
AND
ROCA
LLP**
LAWYERS

| | |
|---|---|
| *Phoenix Office* | *Tucson Office* |
| 40 North Central Avenue | One South Church Avenue Suite 700 |
| Phoenix, Arizona 85004-4429 | Tucson, Arizona 85701-1620 |
| Facsimile (602) 262-5747 | Facsimile (520) 622-3088 |
| Telephone (602) 262-5311 | Telephone (520) 622-2090 |

MCI ID:
697-6314

Lance Rosa
Direct: (602) 262-5378

Internet: clrose@well.com
Compuserve: 72234,2044

Member, NY and AZ Bars

July 12, 1996

**Via Overnight Courier**
Mr. Steve Benedict, President
Micro Star
2245 Camino Vida Roble
Carlsbad, CA  92009

Re: ***Cease and Desist: "Nuke-It" Computer Game.***

Dear Mr. Benedict:

We represent FormGen, Inc., exclusive retail commercial publisher of the Duke Nukem 3D ("D3D") computer game.

Micro Star is hereby notified that the computer game "Nuke-It" infringes and violates rights in D3D held by FormGen and by 3D Realms, the developer of D3D.

Micro Star is further notified that it must immediately: (a) cease and desist from any further sales, production, publication, marketing or distribution of Nuke-It, and (b) recall, withdraw and recover Nuke-It from any and all distribution, storage, circulation, sales, transfers or licensing already performed, achieved, agreed or pending as of receipt of this letter.

Nuke-It is marketed as "over 300" additional levels for the very popular D3D computer game.  At this early stage, we have determined that it infringes and violates rights in D3D in at least the following ways:

- The D3D license clearly prohibits commercial sale of additional D3D levels, including all of the "over 300" levels contained in Nuke-It; thus Nuke-It constitutes willful copyright infringement far outside the bounds of the license.
- The name "Nuke-It", the trade dress, and the use of "Duke Nukem 3D" on the packaging of Nuke-It, infringe FormGen's and 3D Realms' trademark and trade dress rights in D3D; the token disclaimer does not affect the public confusion created by the Nuke-It name and packaging.
- 3D Realms informs us that screen shots on the Nuke-It packaging are exact copies of D3D screen displays, thus infringing the copyrights in those screen displays.

ILE No. 473 07/16 '96 15:30 ID MICROSTAR    619 931 4950    PAGE 3



**LEWIS**
AND
**ROCA**
L.L.P
LAWYERS

Mr. Steve Benedict
July 12, 1996

- 3D Realms informs us that all levels included in Nuke-It contain copies of coding and other materials and data created and owned by 3D Realms, thus infringing the copyright in those materials and data.

The marketing and sales of Nuke-It are causing FormGen great and immediate injury in a number of ways. Sales of Nuke-It in violation of license terms and copyright law are causing FormGen lost sales. Sale of Nuke-It in violation of the trademark laws is enabling Micro star to unlawfully "free ride" on D3D's goodwill, and causing injury to that goodwill due to the uneven and inferior quality of many of the levels in Nuke-It. In addition, the illegal Nuke-It is in direct competition with an authorized, legal added-level product for D3D currently being prepared by FormGen and 3D realms, and stealing sales from that legal, authorized product by being placed on the market first.

Micro Star immediately must meet the demands stated at the beginning of this letter, and immediately confirm to our firm in writing that it is doing so. We reserve all rights to proceed at any time on all legal and equitable claims relating to this matter, including claims not raised in this letter.

Very truly yours,

Lance Rose

LR/bm
cc:    Jim Perkins, FormGen
       Dave Adams, FormGen

2

**EXHIBIT 2**

KRAMER, LEVIN, NAFTALIS & FRANKEL

919 THIRD AVENUE

NEW YORK, N.Y. 10022 – 3852

(212) 715 – 9100

ARTHUR H. AUFSES III
THOMAS D. BALLIETT
JAY G. BARIS
SAUL E. BURIAN
BARRY MICHAEL CASS
THOMAS E. CONSTANCE
MICHAEL J. DELL
KENNETH H. ECKSTEIN
CHARLOTTE M. FISCHMAN
DAVID S. FRANKEL
MARVIN E. FRANKEL
ALAN R. FRIEDMAN
CARL FRISCHLING
MARK J. HEADLEY
ROBERT M. HELLER
PHILIP S. KAUFMAN
PETER S. KOLEVZON
KENNETH P. KOPELMAN
MICHAEL PAUL KOROTKIN
KEVIN B. LEBLANG
DAVID P. LEVIN
EZRA G. LEVIN
LARRY M. LOEB
MONICA C. LORD

RICHARD MARLIN
THOMAS E. MOLNER
THOMAS H. MORELAND
ELLEN R. NADLER
GARY P. NAFTALIS
MICHAEL J. NASSAU
MICHAEL S. NELSON
JAY A. NEVELOFF
MICHAEL S. OBERMAN
PAUL S. PEARLMAN
SUSAN J. PENRY-WILLIAMS
BRUCE RABB
ALLAN E. REZNICK
SCOTT S. ROSENBLUM
MICHELE D. ROSS
MAX J. SCHWARTZ
MARK B. SEGALL
JUDITH SINGER
HOWARD A. SOBEL
JEFFREY S. TRACHTMAN
D. GRANT VINGOE
HAROLD P. WEINBERGER
E. LISK WYCKOFF, JR.

SHERWIN KAMIN
ARTHUR B. KRAMER
MAURICE N. NESSEN
FOUNDING PARTNERS
COUNSEL

MARTIN BALSAM
JOSHUA M. BERMAN
JULES BUCHWALD
RUDOLPH DE WINTER
MEYER EISENBERG
ARTHUR D. EMIL
MAXWELL M. RABB
JAMES SCHREIBER
COUNSEL

M. FRANCES BUCHINSKY
DEBORA K. GROBMAN
CHRISTIAN S. HERZECA
PINCHAS MENDELSON
LYNN R. SAIDENBERG
JONATHAN M. WAGNER
SPECIAL COUNSEL

FAX
(212) 715-8000

WRITER'S DIRECT NUMBER
(212) 715-9217

July 26, 1996

**VIA FACSIMILE (619-756-1575)**

Philip J. Stillman, Esq.
Flynn, Sheridan & Tabb
6125 El Tordo
Rancho Sante Fe, CA 92067

Re:  Nuke-It

Dear Mr. Stillman:

This firm represents GT Interactive Software Corp. ("GT"), which you may know recently acquired FormGen, Inc. ("FormGen"). FormGen and GT have each been granted certain exclusive publication and distribution rights to the computer game entitled "Duke Nukem 3D" from its developer, 3D Realms, a division of Apogee, Ltd. ("Apogee").

As counsel to GT and FormGen, we have reviewed your letter dated July 19, 1996 to Lance Rose as well as the letters dated July 12 and July 15, 1996 from Messrs. Rose and Jeff Shumway to Mr. Steve Benedict of Micro Star.

We write to give you notice that based upon our review of the above correspondence and the facts, on behalf of GT and FormGen we reiterate the claims and demands contained in the aforementioned letters to Mr. Benedict, and demand that Micro Star reconsider its position and immediately cease and desist its distribution of "Nuke-It."

KL2:151869.1

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 2 -

We want, at the outset, to be certain that your client understands the implications of its position. Duke Nukem 3D is an extraordinarily valuable franchise for GT and FormGen. As you know, Duke is the best selling entertainment software game in the market today, and since its release the registered version has sold over 500,000 units. Duke represents a major franchise for our clients, in which they have made substantial investments in marketing and development costs and have extensive plans for the future. They intend fully to exploit -- and protect -- their valuable rights in this game.

The action by Micro Star imperils the success of FormGen's new product, which had been projected to sell as well as the original game. The magnitude of GT's and FormGen's damages are obvious and extend far beyond the direct loss of millions of dollars of revenues from the planned authorized level pack. GT and Formgen have rights to virtually the entire Duke franchise, including the broad range of derivative opportunities that will undoubtedly be available if the franchise is not compromised by the distribution of unauthorized and unmonitored products.

Turning to the merits, your letter of July 19 misses the most fundamental point. The additional levels for Duke Nukem 3D compiled in Nuke-It unquestionably incorporate protected expression licensed to FormGen, including, without limitation, the characters, art work and code of Duke Nukem 3D. In essence, Nuke-It is a compilation of derivative works made without the consent of the owner of the copyright in the underlying work. (Moreover, it appears to have been made without the consent of the authors of the derivative works as well.) The limited license granted to purchasers of Duke Nukem 3D does permit the right to create additional levels and to distribute those levels provided that the distribution is not for a fee; Nuke-It, simply put, represents an infringing commercial exploitation of Duke Nukem 3D. For the same reason, your contentions concerning the "screen shots" are wholly misplaced; once again, you ignore that your client has no legal right to use the protected expression of Duke Nukem 3D. As to the trademark and trade dress issues, suffice it to say that the disclaimer upon which you rely is inadequate. Contrary to your assertion, FormGen -- as shown -- does face substantial damages from the sale of Nuke-It.

If Micro Star does not immediately comply with this cease and desist demand and notify the undersigned by 5:00 p.m., Eastern time, on July 29, 1996 of its decision to do so, GT and FormGen have instructed this firm to take all necessary actions to protect their interests. GT and FormGen intend to seek injunctive relief, impoundment and disposition of the infringing product, the recapture of any revenues from the infringing sales of Nuke-It, together with the damages that GT and FormGen incur in connection with these infringing sales.

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 3 -


        Nothing in this letter shall be construed as a waiver or election of any rights that FormGen or GT have at law or in equity.

Very truly yours,

David P. Levin

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California  92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861

Attorneys for Plaintiff, MICRO STAR

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR, | CASE NO. 96-3435H(CM) |
| Plaintiff, | PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT GT INTERACTIVE SOFTWARE CORP. |
| vs. | |
| FORMGEN, INC., a corporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT, and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

PROPOUNDING PARTY:   Plaintiff Micro Star

RESPONDING PARTY:   Defendant GT Interactive Software Corp.

SET NO.:   1

PLEASE TAKE NOTICE that pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Micro Star requests that the interrogatories contained herein be answered fully in writing and under oath by defendant FormGen, Inc. within 30 days of the date of service.

## DEFINITIONS

1.      As used herein, "person" includes natural persons, firms, partnerships, associations, corporations, governmental agencies, trusts and all other forms of business or legal entities.

2.      As used herein, "document" includes but is not limited to all "writings," "recordings," "photographs" and "date compilations" as those terms are defined in Rule 26(a) of the Federal Rules of Civil Procedure and Fed.R.Evid. 1001.

3.      If an interrogatory requests that you "identify" a person, please state the person's name and the person's last known business and residential addresses and telephone numbers.

4.      If an interrogatory requests that you identify a document, please describe the nature of the document (for example, letter to John Jones from Sam Smith) and state its date and any other information reasonably necessary to designate the specific document, and identify all persons who have possession, custody or control of the document and any duplicates thereof.

5.      As used herein, "You" and "Your" refer to the party named as the responding party of the front page of this request, its successor and predecessor entities, its agents and employees, representatives, attorneys, accountants, investigators, and/or all persons acting on its behalf.

6.      As used herein, the singular includes the plural, and vice-versa.

7.      As used herein, the "Rose Letter" shall refer to the letter dated July 12, 1996 from Lance Rose to Steve Benedict, attached hereto as Exhibit 1.

8.      As used herein, "Duke Nukem 3D" shall refer to the Duke Nukem 3D computer game referred to in the Rose Letter.

9.      As used herein, the "July 26, 1996 Letter" shall mean the letter from David P. Levin to Philip J. [sic] Stillman dated July 26, 1996 and attached hereto as Exhibit 2.

10.      As used herein, "Nuke It" shall mean Micro Star's CD (including the contents thereof) marketed under the name "Nuke It"and referred to in both the Rose Letter and the July 26, 1996.

01INTS.CTI                                    - 1 -

## INTERROGATORIES

1.    Identify each and every fact on which You rely in contending in the July 26, 1996 Letter that Duke Nukem 3D "is the best selling entertainment software game in the market today."

2.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that You "have made substantial investments in marketing and development costs" regarding Duke Nukem 3D.

3.    Identify all "substantial investments" that You contend You have made in marketing Duke Nukem 3D as stated in the July 26, 1996 Letter.

4.    Identify all "development costs" referred to in the July 26, 1996 Letter.

5.    Identify each of Your "extensive plans for the future" as referred to in the July 26, 1996 Letter.

6.    Identify each of the "valuable rights" that You intend "to exploit" in Duke Nukem 3D.

7.    If You contend that "Nuke It" affects Your exploitation of "valuable rights' in Duke Nukem 3D, identify with specificity how Nuke It interferes with Your exploitation of Your "valuable rights" in Duke Nukem 3D.

8.    Identify the precise value of each of the rights You contend to have in Duke Nukem 3D, including without limitation, the basis for the computation.

9.    Identify the person(s) with knowledge of the facts contained in Your answer to the immediately preceding interrogatory.

10.    Identify with specificity all facts upon which You rely in contending in the July 26, 1996 Letter that "the action by Micro Star imperils the success of FormGen's new product."

11.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that FormGen's new product "had been projected to sell as well as the original game."

12.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that the "planned authorized level pack" will generate "millions of dollars of revenues" for FormGen.

13.    Identify all facts upon which You rely in contending in the July 26, 1996 Letter that

"GT and FormGen have rights to virtually the entire Duke franchise."

14.    Identify each of the "derivative opportunities that will undoubtedly be available if the franchise is not compromised" the distribution of Nuke It as stated in the July 26, 1996 Letter.

15.    For each of the "derivative opportunities" identified in Your answer to the immediately preceding interrogatory, identify each and every fact upon which You rely in claiming that Nuke It has or will affect each "derivative opportunity."

16.    Identify each and every protected expression licensed to FormGen which is compiled in Nuke It, including without limitation each of the "characters, art work and code of Duke Nukem 3D" as set forth in the July 26, 1996 Letter.

17.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that "Nuke It is a compilation of derivative works."

18.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that the "derivative works were made without the consent of the owner of the copyright in the underlying work."

19.    Identify all fact on which You rely in contending that FormGen as not waived any copyright in the "derivative works" by providing a software editor to make and distribute additional levels for Duke Nukem 3D.

20.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that Nuke It "represents an infringing commercial exploitation of Duke Nukem 3D."

21.    Identify each "protected expression of Duke Nukem 3D" that You contend is being used by Micro Star.

22.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that the disclaimer on Nuke It is inadequate.

23.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that Nuke It affects any trademark and trade dress rights possessed by You.

24.    Identify each and every fact upon which You rely in contending in the July 26, 1996 Letter that FormGen faces "substantial damages from the sale of Nuke It."

01INTS.CTI                                          - 3 -

25.   Identify with specificity each item of damage by type and amount that You contend sales of Nuke It will cause.

Respectfully submitted,

FLYNN, SHERIDAN & TABB

Dated:   August 5, 1996

By: _____
Philip H. Stillman, Esq.
Attorneys for Plaintiff

01INTS.GTI

- 4 -

**EXHIBIT 1**



**LEWIS**
**AND**
**ROCA**
LLP
LAWYERS

Phoenix Office
40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 262-5747
Telephone (602) 262-5311

Tucson Office
One South Church Avenue Suite 700
Tucson, Arizona 85701-1620
Facsimile (520) 622-3088
Telephone (520) 622-2090

MCI ID:
697-6314

Lance Rosu
Direct: (602) 262-5378

Internet: clrose@jwell.com
Compuserve: 72230,2044

Member, NY and A2 Bars

July 12, 1996

*Via Overnight Courier*
Mr. Steve Benedict, President
Micro Star
2245 Camino Vida Roble
Carlsbad, CA  92009

     Re:  ***Cease and Desist: "Nuke-It" Computer Game.***

Dear Mr. Benedict:

     We represent FormGen, Inc., exclusive retail commercial publisher of the Duke Nukem 3D ("D3D") computer game.

     Micro Star is hereby notified that the computer game "Nuke-It" infringes and violates rights in D3D held by FormGen and by 3D Realms, the developer of D3D.

     Micro Star is further notified that it must immediately: (a) cease and desist from any further sales, production, publication, marketing or distribution of Nuke-It, and (b) recall, withdraw and recover Nuke-It from any and all distribution, storage, circulation, sales, transfers or licensing already performed, achieved, agreed or pending as of receipt of this letter.

     Nuke-It is marketed as "over 300" additional levels for the very popular D3D computer game.  At this early stage, we have determined that it infringes and violates rights in D3D in at least the following ways:

- The D3D license clearly prohibits commercial sale of additional D3D levels, including all of the "over 300" levels contained in Nuke-It; thus Nuke-It constitutes willful copyright infringement far outside the bounds of the license.
- The name "Nuke-It", the trade dress, and the use of "Duke Nukem 3D" on the packaging of Nuke-It, infringe FormGen's and 3D Realms' trademark and trade dress rights in D3D; the token disclaimer does not affect the public confusion created by the Nuke-It name and packaging.
- 3D Realms informs us that screen shots on the Nuke-It packaging are exact copies of D3D screen displays, thus infringing the copyrights in those screen displays.

ILE No. 473 07/16 '96 15:30 ID ● CROSTAR        619 931 ● 0        PAGE 3



**LEWIS** AND **ROCA** L.L.P
LAWYERS

Mr. Steve Benedict
July 12, 1996

- 3D Realms informs us that all levels included in Nuke-It contain copies of coding and other materials and data created and owned by 3D Realms, thus infringing the copyright in those materials and data.

The marketing and sales of Nuke-It are causing FormGen great and immediate injury in a number of ways. Sales of Nuke-It in violation of license terms and copyright law are causing FormGen lost sales. Sale of Nuke-It in violation of the trademark laws is enabling Micro star to unlawfully "free ride" on D3D's goodwill, and causing injury to that goodwill due to the uneven and inferior quality of many of the levels in Nuke-It. In addition, the illegal Nuke-It is in direct competition with an authorized, legal added-level product for D3D currently being prepared by FormGen and 3D realms, and stealing sales from that legal, authorized product by being placed on the market first.

Micro Star immediately must meet the demands stated at the beginning of this letter, and immediately confirm to our firm in writing that it is doing so. We reserve all rights to proceed at any time on all legal and equitable claims relating to this matter, including claims not raised in this letter.

Very truly yours,

Lance Rose

LR/bm
cc:    Jim Perkins, FormGen
        Dave Adams, FormGen

2

EXHIBIT 2

## KRAMER, LEVIN, NAFTALIS & FRANKEL

919 THIRD AVENUE

NEW YORK, N.Y. 10022 – 3852

(212) 715 – 9100

ARTHUR H. AUFSES III
THOMAS D. BALLIETT
JAY G. BARIS
SAUL E. BURIAN
BARRY MICHAEL CASS
THOMAS E. CONSTANCE
MICHAEL J. DELL
KENNETH H. ECKSTEIN
CHARLOTTE M. FISCHMAN
DAVID S. FRANKEL
MARVIN E. FRANKEL
ALAN R. FRIEDMAN
CARL FRISCHLING
MARK J. HEADLEY
ROBERT M. HELLER
PHILIP S. KAUFMAN
PETER S. KOLEVZON
KENNETH P. KOPELMAN
MICHAEL PAUL KOROTKIN
KEVIN B. LEBLANG
DAVID P. LEVIN
EZRA G. LEVIN
LARRY M. LOEB
MONICA C. LORD

RICHARD MARLIN
THOMAS E. MOLNER
THOMAS H. MORELAND
ELLEN R. NADLER
GARY P. NAFTALIS
MICHAEL J. NASSAU
MICHAEL S. NELSON
JAY A. NEVELOFF
MICHAEL S. OBERMAN
PAUL S. PEARLMAN
SUSAN J. PENRY-WILLIAMS
BRUCE RABB
ALLAN E. REZNICK
SCOTT S. ROSENBLUM
MICHELE D. ROSS
MAX J. SCHWARTZ
MARK B. SEGALL
JUDITH SINGER
HOWARD A. SOBEL
JEFFREY S. TRACHTMAN
D. GRANT VINGOE
HAROLD P. WEINBERGER
E. LISK WYCKOFF, JR.

SHERWIN KAMIN
ARTHUR B. KRAMER
MAURICE N. NESSEN
FOUNDING PARTNERS
COUNSEL

MARTIN BALSAM
JOSHUA M. BERMAN
JULES BUCHWALD
RUDOLPH DE WINTER
MEYER EISENBERG
ARTHUR D. EMIL
MAXWELL M. RABB
JAMES SCHREIBER
COUNSEL

M. FRANCES BUCHINSKY
DEBORA K. GROBMAN
CHRISTIAN S. HERZECA
PINCHAS MENDELSON
LYNN R. SAIDENBERG
JONATHAN M. WAGNER
SPECIAL COUNSEL

FAX
(212) 715-8000

WRITER'S DIRECT NUMBER
(212) 715-9217

July 26, 1996

VIA FACSIMILE (619-756-1575)

Philip J. Stillman, Esq.
Flynn, Sheridan & Tabb
6125 El Tordo
Rancho Sante Fe, CA 92067

Re: <u>Nuke-It</u>

Dear Mr. Stillman:

This firm represents GT Interactive Software Corp. ("GT"), which you may know recently acquired FormGen, Inc. ("FormGen"). FormGen and GT have each been granted certain exclusive publication and distribution rights to the computer game entitled "Duke Nukem 3D" from its developer, 3D Realms, a division of Apogee, Ltd. ("Apogee").

As counsel to GT and FormGen, we have reviewed your letter dated July 19, 1996 to Lance Rose as well as the letters dated July 12 and July 15, 1996 from Messrs. Rose and Jeff Shumway to Mr. Steve Benedict of Micro Star.

We write to give you notice that based upon our review of the above correspondence and the facts, on behalf of GT and FormGen we reiterate the claims and demands contained in the aforementioned letters to Mr. Benedict, and demand that Micro Star reconsider its position and immediately cease and desist its distribution of "Nuke-It."

KL2:151869.1

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 2 -

We want, at the outset, to be certain that your client understands the implications of its position. Duke Nukem 3D is an extraordinarily valuable franchise for GT and FormGen. As you know, Duke is the best selling entertainment software game in the market today, and since its release the registered version has sold over 500,000 units. Duke represents a major franchise for our clients, in which they have made substantial investments in marketing and development costs and have extensive plans for the future. They intend fully to exploit -- and protect -- their valuable rights in this game.

The action by Micro Star imperils the success of FormGen's new product, which had been projected to sell as well as the original game. The magnitude of GT's and FormGen's damages are obvious and extend far beyond the direct loss of millions of dollars of revenues from the planned authorized level pack. GT and Formgen have rights to virtually the entire Duke franchise, including the broad range of derivative opportunities that will undoubtedly be available if the franchise is not compromised by the distribution of unauthorized and unmonitored products.

Turning to the merits, your letter of July 19 misses the most fundamental point. The additional levels for Duke Nukem 3D compiled in Nuke-It unquestionably incorporate protected expression licensed to FormGen, including, without limitation, the characters, art work and code of Duke Nukem 3D. In essence, Nuke-It is a compilation of derivative works made without the consent of the owner of the copyright in the underlying work. (Moreover, it appears to have been made without the consent of the authors of the derivative works as well.) The limited license granted to purchasers of Duke Nukem 3D does permit the right to create additional levels and to distribute those levels provided that the distribution is not for a fee; Nuke-It, simply put, represents an infringing commercial exploitation of Duke Nukem 3D. For the same reason, your contentions concerning the "screen shots" are wholly misplaced; once again, you ignore that your client has no legal right to use the protected expression of Duke Nukem 3D. As to the trademark and trade dress issues, suffice it to say that the disclaimer upon which you rely is inadequate. Contrary to your assertion, FormGen -- as shown -- does face substantial damages from the sale of Nuke-It.

If Micro Star does not immediately comply with this cease and desist demand and notify the undersigned by 5:00 p.m., Eastern time, on July 29, 1996 of its decision to do so, GT and FormGen have instructed this firm to take all necessary actions to protect their interests. GT and FormGen intend to seek injunctive relief, impoundment and disposition of the infringing product, the recapture of any revenues from the infringing sales of Nuke-It, together with the damages that GT and FormGen incur in connection with these infringing sales.

KL2:151869.1                              - 2 -

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 3 -

       Nothing in this letter shall be construed as a waiver or election of any rights that FormGen or GT have at law or in equity.

Very truly yours,

David P. Levin

KL2:151869.1

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California  92067
(619) 759-7000

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

PHILIP H. STILLMAN, Bar # 152861

Attorneys for Plaintiff, MICRO STAR

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR,<br><br>                     Plaintiff,<br><br>          vs.<br><br>FORMGEN, INC., a corporation;<br>GT INTERACTIVE SOFTWARE CORP., a<br>corporation; 3D REALMS ENTERTAINMENT,<br>and DOES 1 THROUGH 100 INCLUSIVE,<br><br>                     Defendants. | CASE NO. 96-3435H(CM)<br><br>PLAINTIFF'S FIRST SET OF DOCUMENT<br>REQUESTS TO DEFENDANT GT<br>INTERACTIVE SOFTWARE CORP. |

PROPOUNDING PARTY:    Plaintiff Micro Star

RESPONDING PARTY:    Defendant GT Interactive Software Corp.

SET NO.:    One

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Micro Star requests that the Document Requests contained herein be answered fully in writing and responsive documents be produced to Micro Star c/o its attorneys, Flynn, Sheridan & Tabb, at P.O. Box 690 (if mailed) or 6125 El Tordo (if sent by any other method), Rancho Santa Fe, California within 30 days after the date of service.

## DEFINITIONS

1.    As used herein, "person" includes natural persons, firms, partnerships, associations, corporations, trusts and all other forms of business or legal entities.

2.    The term "You" and "Your" refer to the party named as the responding party of the front page of this request, its  successor and predecessor entities, its agents and employees, representatives, attorneys, accountants, investigators, and/or all persons acting on its behalf.

3.    The terms "and" and "or" shall where the context permits, be construed to mean "and/or".

4.    As used herein, the singular includes the plural, and vice-versa.

5.    The term "documents" shall have the meaning defined in Federal Rule of Civil Procedure 26(a) and Fed. R. Evid. 1001, and shall include originals and copies (including all non-identical copies or xeroxes), and e-mail.

6.    As used herein, the term "documents" shall also include:  (a) all copies of writings, recordings or photographs which bear unique notations such as, but not limited to, marginalia; and (b) all versions and drafts of writings, recordings and photographs, whether used or not.

7.    As used herein, the "Rose Letter" shall refer to the letter dated July 12, 1996 from Lance Rose to Steve Benedict, attached hereto as Exhibit 1.

8.    As used herein, "Duke Nukem 3D" shall refer to the Duke Nukem 3D computer game referred to in the Rose Letter.

9.    As used herein, the "July 26, 1996 Letter" shall mean the letter from David P. Levin to Philip J. [sic] Stillman dated July 26, 1996 and attached hereto as Exhibit 2.

10.    As used herein, "Nuke It" shall mean Micro Star's CD (including the contents thereof)

marketed under the name "Nuke It"and referred to in both the Rose Letter and the July 26, 1996 Letter.

11.     If any document called for by this request is withheld under a claim of privilege, list each such document together with the following information:  the date of the document; the name(s) and job title(s) of the author(s) and each recipient of the documents; the name(s) and job title(s) of all persons to whom copies of the document were furnished; the subject matter of the documents; the grounds upon which the privilege is claimed; and the paragraph of this request to which such document is responsive.

12.     If any document formerly in your possession, custody, or control that would have been responsive to this request has been destroyed, discarded, or otherwise disposed of, identify the person destroying, discarding or otherwise disposing of each such document, the time and place of such disposition, the person maintaining possession, custody, or control of each such document during its existence, and the person ordering the disposition of each such document.

## DOCUMENTS REQUESTED

1.     All documents which refer, relate to or reflect any of the claims and statements contained in the July 26, 1996 Letter.

2.     All correspondence, memoranda or other type of communication between and among FormGen, 3D Realms and GT Interactive Software which refers to, relates to or discusses Nuke It.

3.     All correspondence, memoranda or other type of communication between You and any third party relating to or referring to Nuke It, including without limitation, WalMart, Target stores or Egghead Software.

4.     All market analyses of the computer game market.

5.     All memoranda constituting, evidencing, referring or relating to the inclusion of a software editor in Duke Nukem 3D to enable purchasers to create new levels for Duke Nukem 3D.

6.     All source code for the "planned authorized level pack" referred to in the July 26, 1996 Letter.

7.     A functional copy of the "planned authorized level pack" referred to in the July 26,

1996 Letter.

8. All documents which You contend support Your claim that Nuke It is causing You any damages.

9. All documents which you contend support Your claim that there is public confusion over the origin of Nuke It.

10. All documents evidencing Your contention in the Rose Letter that Nuke It is "stealing sales" from Duke Nukem 3D.

11. All documents on which You rely in contending that Micro Star is subject to the licensing agreement distributed with Duke Nukem 3D.

12. A copy of what You contend to be the license agreement to which Micro Star is a party.

13. All documents evidencing the number of sales of Duke Nukem 3D referred to in the July 26, 1996 Letter.

14. All documents showing Your profit margins (net and gross) on Duke Nukem 3D.

15. All agreements of every nature or description between You and 3D Realms.

16. All agreements of every nature or description between You and FormGen, including without limitation, agreements relating to GT Interactive Software Corp.'s acquisition of You.

17. Any licensing agreements between You and 3D Realms relating to the sale or distribution of Duke Nukem 3D.

18. All correspondence, memoranda or other type of communication between and among FormGen, 3D Realms and GT Interactive Software which refers to, relates to or discusses the software editor included with the registered version of Duke Nukem 3D which allows purchasers to create new levels for Duke Nukem 3D.

19. Any and all memoranda or communications which discusses the use of the software editor as a marketing tool for selling Duke Nukem 3D.

20. Any correspondence, memoranda, complaints or other documents sent by You to any third party wherein You contend, in any form of words, that another person is infringing on Your

01DOCS.GT1

- 3 -

rights in Duke Nukem 3D.

21.    Any complaints filed by You against anyone alleging infringement of Your rights in Duke Nukem 3D.

Respectfully submitted,

FLYNN, SHERIDAN & TABB

Dated:   August 5, 1996                              By: _____
                                                         Philip H. Stillman, Esq.
                                                         Attorneys for Plaintiff

**EXHIBIT 1**

**LEWIS**
**AND**
**ROCA**
**LLP**
LAWYERS

| Phoenix Office | Tucson Office | |
|---|---|---|
| 40 North Central Avenue | One South Church Avenue Suite 700 | |
| Phoenix, Arizona 85004-4429 | Tucson, Arizona 85701-1620 | |
| Facsimile (602) 262-5747 | Facsimile (520) 622-3088 | MCI ID: |
| Telephone (602) 262-5311 | Telephone (520) 622-2090 | 697-6314 |
| | | |
| Lance Rosa | Internet: elrose@well.com | Member, NY and AZ Bars |
| Direct: (602) 262-5378 | Compuserve: 72230,2044 | |

July 12, 1996

*Via Overnight Courier*
Mr. Steve Benedict, President
Micro Star
2245 Camino Vida Roble
Carlsbad, CA 92009

       Re: *Cease and Desist: "Nuke-It" Computer Game.*

Dear Mr. Benedict:

       We represent FormGen, Inc., exclusive retail commercial publisher of the Duke
Nukem 3D ("D3D") computer game.

       Micro Star is hereby notified that the computer game "Nuke-It" infringes and
violates rights in D3D held by FormGen and by 3D Realms, the developer of D3D.

       Micro Star is further notified that it must immediately: (a) cease and desist from
any further sales, production, publication, marketing or distribution of Nuke-It, and (b)
recall, withdraw and recover Nuke-It from any and all distribution, storage, circulation,
sales, transfers or licensing already performed, achieved, agreed or pending as of receipt
of this letter.

       Nuke-It is marketed as "over 300" additional levels for the very popular D3D
computer game. At this early stage, we have determined that it infringes and violates
rights in D3D in at least the following ways:

- The D3D license clearly prohibits commercial sale of additional D3D levels,
  including all of the "over 300" levels contained in Nuke-It; thus Nuke-It constitutes
  willful copyright infringement far outside the bounds of the license.
- The name "Nuke-It", the trade dress, and the use of "Duke Nukem 3D" on the
  packaging of Nuke-It, infringe FormGen's and 3D Realms' trademark and trade dress
  rights in D3D; the token disclaimer does not affect the public confusion created by the
  Nuke-It name and packaging.
- 3D Realms informs us that screen shots on the Nuke-It packaging are exact copies of
  D3D screen displays, thus infringing the copyrights in those screen displays.



LEWIS
AND
ROCA
L.L.P.
LAWYERS

Mr. Steve Benedict
July 12, 1996

- 3D Realms informs us that all levels included in Nuke-It contain copies of coding and other materials and data created and owned by 3D Realms, thus infringing the copyright in those materials and data.

The marketing and sales of Nuke-It are causing FormGen great and immediate injury in a number of ways. Sales of Nuke-It in violation of license terms and copyright law are causing FormGen lost sales. Sale of Nuke-It in violation of the trademark laws is enabling Micro star to unlawfully "free ride" on D3D's goodwill, and causing injury to that goodwill due to the uneven and inferior quality of many of the levels in Nuke-It. In addition, the illegal Nuke-It is in direct competition with an authorized, legal added-level product for D3D currently being prepared by FormGen and 3D realms, and stealing sales from that legal, authorized product by being placed on the market first.

Micro Star immediately must meet the demands stated at the beginning of this letter, and immediately confirm to our firm in writing that it is doing so. We reserve all rights to proceed at any time on all legal and equitable claims relating to this matter, including claims not raised in this letter.

Very truly yours,

Lance Rose

LR/bm
cc:    Jim Perkins, FormGen
       Dave Adams, FormGen

2

EXHIBIT 2

KRAMER, LEVIN, NAFTALIS & FRANKEL

919 THIRD AVENUE

NEW YORK, N.Y. 10022 – 3852

(212) 715 – 9100

ARTHUR H. AUFSES III
THOMAS D. BALLIETT
JAY G. BARIS
SAUL E. BURIAN
BARRY MICHAEL CASS
THOMAS E. CONSTANCE
MICHAEL J. DELL
KENNETH H. ECKSTEIN
CHARLOTTE M. FISCHMAN
DAVID S. FRANKEL
MARVIN E. FRANKEL
ALAN R. FRIEDMAN
CARL FRISCHLING
MARK J. HEADLEY
ROBERT M. HELLER
PHILIP S. KAUFMAN
PETER S. KOLEVZON
KENNETH P. KOPELMAN
MICHAEL PAUL KOROTKIN
KEVIN B. LEBLANG
DAVID P. LEVIN
EZRA G. LEVIN
LARRY M. LOEB
MONICA C. LORD

RICHARD MARLIN
THOMAS E. MOLNER
THOMAS H. MORELAND
ELLEN R. NADLER
GARY P. NAFTALIS
MICHAEL J. NASSAU
MICHAEL S. NELSON
JAY A. NEVELOFF
MICHAEL S. OBERMAN
PAUL S. PEARLMAN
SUSAN J. PENRY-WILLIAMS
BRUCE RABB
ALLAN E. REZNICK
SCOTT S. ROSENBLUM
MICHELE D. ROSS
MAX J. SCHWARTZ
MARK B. SEGALL
JUDITH SINGER
HOWARD A. SOBEL
JEFFREY S. TRACHTMAN
D. GRANT VINGOE
HAROLD P. WEINBERGER
E. LISK WYCKOFF, JR.

SHERWIN KAMIN
ARTHUR B. KRAMER
MAURICE N. NESSEN
FOUNDING PARTNERS
COUNSEL

———

MARTIN BALSAM
JOSHUA M. BERMAN
JULES BUCHWALD
RUDOLPH DE WINTER
MEYER EISENBERG
ARTHUR D. EMIL
MAXWELL M. RABB
JAMES SCHREIBER
COUNSEL

———

M. FRANCES BUCHINSKY
DEBORA K. GROBMAN
CHRISTIAN S. HERZECA
PINCHAS MENDELSON
LYNN R. SAIDENBERG
JONATHAN M. WAGNER
SPECIAL COUNSEL

———

FAX
(212) 715-8000

WRITER'S DIRECT NUMBER

(212) 715-9217

July 26, 1996

**VIA FACSIMILE (619-756-1575)**

Philip J. Stillman, Esq.
Flynn, Sheridan & Tabb
6125 El Tordo
Rancho Sante Fe, CA 92067

Re:  Nuke-It

Dear Mr. Stillman:

This firm represents GT Interactive Software Corp. ("GT"), which you may know recently acquired FormGen, Inc. ("FormGen"). FormGen and GT have each been granted certain exclusive publication and distribution rights to the computer game entitled "Duke Nukem 3D" from its developer, 3D Realms, a division of Apogee, Ltd. ("Apogee").

As counsel to GT and FormGen, we have reviewed your letter dated July 19, 1996 to Lance Rose as well as the letters dated July 12 and July 15, 1996 from Messrs. Rose and Jeff Shumway to Mr. Steve Benedict of Micro Star.

We write to give you notice that based upon our review of the above correspondence and the facts, on behalf of GT and FormGen we reiterate the claims and demands contained in the aforementioned letters to Mr. Benedict, and demand that Micro Star reconsider its position and immediately cease and desist its distribution of "Nuke-It."

KL2:151869.1

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 2 -

We want, at the outset, to be certain that your client understands the implications of its position. Duke Nukem 3D is an extraordinarily valuable franchise for GT and FormGen. As you know, Duke is the best selling entertainment software game in the market today, and since its release the registered version has sold over 500,000 units. Duke represents a major franchise for our clients, in which they have made substantial investments in marketing and development costs and have extensive plans for the future. They intend fully to exploit -- and protect -- their valuable rights in this game.

The action by Micro Star imperils the success of FormGen's new product, which had been projected to sell as well as the original game. The magnitude of GT's and FormGen's damages are obvious and extend far beyond the direct loss of millions of dollars of revenues from the planned authorized level pack. GT and Formgen have rights to virtually the entire Duke franchise, including the broad range of derivative opportunities that will undoubtedly be available if the franchise is not compromised by the distribution of unauthorized and unmonitored products.

Turning to the merits, your letter of July 19 misses the most fundamental point. The additional levels for Duke Nukem 3D compiled in Nuke-It unquestionably incorporate protected expression licensed to FormGen, including, without limitation, the characters, art work and code of Duke Nukem 3D. In essence, Nuke-It is a compilation of derivative works made without the consent of the owner of the copyright in the underlying work. (Moreover, it appears to have been made without the consent of the authors of the derivative works as well.) The limited license granted to purchasers of Duke Nukem 3D does permit the right to create additional levels and to distribute those levels provided that the distribution is not for a fee; Nuke-It, simply put, represents an infringing commercial exploitation of Duke Nukem 3D. For the same reason, your contentions concerning the "screen shots" are wholly misplaced; once again, you ignore that your client has no legal right to use the protected expression of Duke Nukem 3D. As to the trademark and trade dress issues, suffice it to say that the disclaimer upon which you rely is inadequate. Contrary to your assertion, FormGen -- as shown -- does face substantial damages from the sale of Nuke-It.

If Micro Star does not immediately comply with this cease and desist demand and notify the undersigned by 5:00 p.m., Eastern time, on July 29, 1996 of its decision to do so, GT and FormGen have instructed this firm to take all necessary actions to protect their interests. GT and FormGen intend to seek injunctive relief, impoundment and disposition of the infringing product, the recapture of any revenues from the infringing sales of Nuke-It, together with the damages that GT and FormGen incur in connection with these infringing sales.

KL2:151869.1                                           - 2 -

KRAMER, LEVIN, NAFTALIS & FRANKEL

Philip J. Stillman, Esq.
July 26, 1996
Page - 3 -

Nothing in this letter shall be construed as a waiver or election of any rights that FormGen or GT have at law or in equity.

Very truly yours,

David P. Levin