USDC SCAN INDEX SHEET











MICRO STAR

FORMGEN INC

LMM
3:96-CV-03435
*25*
*DECL.*

Law Offices
**FLYNN, SHERIDAN & TABB**
P.O. Box 690
6125 El Tordo
Rancho Santa Fe, California 92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861

Attorneys for Plaintiff, MICRO STAR

**FILED**

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

SEP 1 0 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MICRO STAR,

                Plaintiff,

                vs.

FORMGEN, INC., a corporation;
GT INTERACTIVE SOFTWARE CORP., a
corporation; 3D REALMS ENTERTAINMENT,
and DOES 1 THROUGH 100 INCLUSIVE,

                Defendants.

AND RELATED CROSS ACTIONS

CASE NO. 96-3435H (CM)

DECLARATION OF STEVEN BENEDICT
IN OPPOSITION TO DEFENDANTS'
MOTION FOR A PRELIMINARY
INJUNCTION

Date: September 23, 1996
Time: 10:30 a.m.
Court: 8
      The Honorable Marilyn L. Huff

**(BY FACSIMILE FILING)**



## DECLARATION OF STEPHEN BENEDICT

I, Stephen Benedict, having personal knowledge of the facts set forth herein, hereby state and declare as follows:

1. I founded Micro Star, the plaintiff in this action, in 1987. Micro Star is a software company which specializes in the distribution of shareware, freeware and software which has been placed in the public domain. We sell our products through catalog sales, direct marketing and retail outlets, and have a national reputation and customer base. I have been involved in the retail software business since 6/87 and must keep abreast of the latest developments in the software industry, including the most innovative software products. We must pay particular attention to recreational software products and the market for such products since many of our customers look to Micro Star for providing them with innovative games and gaming accessories.

2. Micro Star created and distributes "Nuke-It", the software at issue in this litigation. "Nuke-It" is a collection of new levels and assorted information files for the computer game "Duke Nukem 3-D"(Duke Nukem), which was apparently created by Defendant 3D Realms and is commercially distributed by Defendant Formgen, Inc. "Nuke-It" is not a substitute for Duke Nukem 3D and, in fact, cannot be used unless the user owns the registered version of Duke Nukem. Duke Nukem was intentionally designed so that owners of the software could also play "levels" (which are actually new levels) that were created by persons other than the creators of the original software. "Nuke-It" is a collection of over 300 new levels which Duke Nukem owners can play in addition to (or instead of) the 28 levels that came with the original game.

3. In order to understand the relationship between Duke Nukem and Nuke-It, and realize that the purchasers of both of these products fully understand the differences between the two software packages, some history of "first person" action computer games must be recounted as well as some information about how the software products within this niche compete and market themselves. The concept behind Duke Nukem is identical to dozens of computer games. The protagonist (here, a character named "Duke Nukem") is caught in a strange world (here, a futuristic version of Los Angeles) which is essentially a maze from which he must escape after completing a number of tasks. Inside the maze are numerous aliens or monsters which he must kill or outsmart

before they kill him. Scattered within the maze are also a number of weapons the protagonist can use to kill the monsters as well as various "power-ups" which will allow the hero to regain some or all of his strength. If the monsters kill the hero, the game ends (or the player gets to start over). If the hero wins, he usually finds himself in another level of the maze, until after several levels he must defeat some arch villain. When the game player has completed all of the levels, he has won the game (and usually saved the universe).

4.      In the computer game industry, Duke Nukem falls within a very popular genre of games known as "first person shooters". It is considered a first person game, because the game is played through the eyes of the protagonist. The game player sees what the character would see if he or she were there. Indeed, in Duke Nukem we almost never see the title character. Most of the time all we see of Duke is his hand and the weapons he holds in it. The game is called "shooter" for obvious reasons--the purpose of the game is to shoot just about anything that moves.

5.      First person shooters may be the most popular type of game currently made for personal computers. Unquestionably, the most popular game in this genre is "Doom" which was created by Id Software in 1993. Although Doom was not the first "first person shooter", it was the most innovative. One of the reasons it was so popular was because Id discovered how to go around the biggest limitation with this type of game: what do you do with the game once you have beaten the levels. First person shooters depend on surprise and novelty for the tension and suspense they generate. Once the game player has figured out the maze and learned how defeat the monsters within it, the game is no longer much fun. Id took the daring step of making much of their game's source code public and then designing the game in such a way that players with computer programming knowledge could create their own levels with software tools known "game editors". Id did not claim these devotees were infringing their product with unauthorized "derivative" versions, they welcomed the creation and distribution of these levels. The creation these levels and, just as important, the wide distribution meant that Doom players would not bored of the game, there were an uncountable number of levels to conquer. And in order to p these levels, one had to purchase the registered version of Doom from Id. This was a wonder marketing strategy. Clearly if a consumer had to choose between two games to spend his mo

- 2 -

marketing strategy. Clearly if a consumer had to choose between two games to spend his money on, he would be more likely to purchase the one which had an infinite number of levels as opposed to the one that he could only play once. When Id made much of its proprietary source code public in 1993, some in the industry thought they were being foolish, but Doom went on to become one of the largest selling games in computer game history.

6.    Id did not create the user created levels themselves. Initially, these levels were available on commercial on line services, such as CompuServe and America On-Line, computer bulletin boards and the Internet. Not everyone, however, had access to these on line resources. And even if they did, finding and downloading the hundreds of available levels was expensive and took an enormous amount of time. Thus, companies like Micro Star searched the on line world compiled available levels on diskettes and CD-ROMS, and sold these products commercially in software stores. By compiling a large amount of material that was difficult, expensive and time consuming to assemble Micro Star and other companies performed a service which many Doom players were willing to pay for even if they could have gotten the files on-line themselves. Our compilation of 7,000 Doom user created levels is called "Death Match" and, like "Nuke-It", we have made it clear that these levels have not been created by the creators of the game and that you needed the registered version of the game to use the product. We have sold thousands of copies of "Death Match" and "Nuke-It". To my knowledge, we have received no complaints that purchasers thought they were receiving levels created by the original manufacturer or that products contained levels which could be obtained from the Internet.

7.    Since its release, Doom has been the game to beat and every subsequent first person shooter has tried to match or top its innovations. Thus, most of the subsequent first person shooters adopted Doom's strategy of encouraging knowledgeable users to create new levels and encouraging wide distribution of those levels. Just about all the first persons shooters that became best sellers permitted this, including "Descent", "Heretic", "Hexen" and Id's sequel to Doom, "Doom II". Moreover, all of these games spawned compilations of levels similar to "Death Match" and "Nuke-It". Although Micro Star did not create a compilation disk for all of these games, such CD ROMs were marketed by other companies for each of these games. In the years since Doom

- 3 -

release, consumers who purchase first person shooters have come to expect such compilations to be available in order to fulfill the promise of unlimited new levels, and have certainly learned to distinguish between the actual game software and compilations of new levels.

8.    One of the ways Duke Nukem attempts to surpass Doom is with its ease of level creation. While Id made it possible to create new Doom levels, it did not make it easy. Id did not include a level editor with its software (nor did any of its imitators). Id also did not provide a manual or instructions on how to create software. One either had to have programming knowledge or try to research it on your own. But the defendants in this case include a level editor on their CD-Rom and use the ease of level creation (and the wide availability of new levels) as a selling point. Indeed, as I noted above, this is one of the features that the various game companies compete over. The company whose product has the levels available to play has a definite competitive edge.

9.    When we created Nuke-It, we had no desire to confuse customers into believing they were purchasing Duke Nukem or a substitute for it. This would be foolish, since our product can only work if the purchaser also owns Duke Nukem and wants to use our product with the original game. We also had no desire to infringe anybody's copyright. "Add-on" titles for Doom, etc. started becoming available in 1994. Wizard Works, LAZER MAGIC, and many others. We also knew it was customary in the business for compilations of user created levels to be sold commercially for games which permitted substitution of user created levels.

10.    We designed our software packaging for Nuke-It so that the prospective purchaser would know that he was purchasing only levels for Duke Nukem, that the levels had not been created by the original creators of the game and that the product would only work with the registered version of the game. This information is stated clearly on the box in type which is comparable to the type used in making similar disclosures in our "Death Match" package. I believe the prominence we give these disclosures is also comparable to the similar disclosures made by other software companies when they have published other compilations of user created levels for other first person shooters.

11.    After we received a letter from FormGen's counsel complaining about our packaging we immediately retained counsel to determine whether we were infringing FormGen's rights. W

- 4 -

also added extra disclosures to insure that there was no possibility of confusion between our product and Duke Nukem. Specifically, we added a large red sticker placed prominently on the cover of the box which states "**These Levels Were Independently Created By Third Parties No: Affiliated With 3D Realms, Creators of Duke Nukem 3D**". Although this legend is not on the jewe box which the houses the CD-ROM, the software is only sold in the box; one has to open the bo> in order to get to the jewel box. We can, of course, easily add a similar sticker to the jewel box i it is necessary.

12. We specifically designed our software package so it would not be confused with Duk: Nukem's trade dress. The skull on the cover of our box does not appear anywhere in the Duk: Nukem game or in the packaging materials. We chose a title for the product that does not contaii the word "Duke" or "Nukem" and does not imitate the rhyme which is the core of the game's name

13. We have expended considerable time and resources to independently develop ou own product's trade name. We have trademarked the term "Nuke-It" and we have promoted the name in extensive advertising and marketing. We have worked with software retailers so that ou product would be featured in their stores. This allows consumers to become familiar with what ou product is and what it offers. It also allows consumers to become familiar with Micro Star an Crystal Vision, the division of our company which publishes and produces game level compilation

14. Shortly after our product was released in July 1996, we were contacted t representatives of two of the largest retail software distributors in the United States, Egghe: Discount Software and Ingram-Micro. Both of these companies sell software to consumers in ret: stores across the country. Both companies had been contacted by FormGen's counsel and be told that if they stocked our product, they would be sued by FormGen for copyright infringement ar that any copies of our product which they purchased would be seized and destroyed. Both of the: companies told us that as a result of these communications, they would have to cancel orders th: had already given us for "Nuke-It". Walmart also returned their initial order of "Nuke It" after tl word got out. Walmart is the largest retailer in the country, dollar volume. Not only did we lo order for thousands of copies of our product, but the inability to place our product in major softwa retailers diminishes our product's commercial credibility and our company's reputation.

15.     If our product is preliminarily enjoined, it is doubtful we will be able to reestablish place in the marketplace if we prevail after a full trial on the merits.  Usually, computer games h: a shelf life of about a year.  Given the length of time it will probably take to have this controve heard, it is doubtful there will be much interest in add on levels for Duke Nukem since the game probably be just a footnote in the annals of the computer game industry by that time.  We wo clearly suffer irreparable harm by the issuance of a wrongful injunction, since the market for product may be minimal by the time the error is corrected.

Signed under the pains and penalties of perjury of the State of California this 9th day September, 1996 in London, England.

Stephen H. Benedict

- 6 -