USDC SCAN INDEX SHEET

















JRL    10/2/98    10:00

3:96-CV-03435  MICRO STAR V. FORMGEN INC

*106*

*PRELINJ.*



FILED

98 OCT -1 PM 2:16

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRO STAR, | ) Case No. 96-3435H(LAP) |
| Plaintiff, | ) **THIRD AMENDED ORDER** |
| v. | ) **GRANTING PRELIMINARY** |
| | ) **INJUNCTION AFTER APPEAL** |
| FORMGEN, INC., a corporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT and DOES 1 THROUGH 100, INCLUSIVE, | ) |
| Defendants. | ) |
| FORMGEN, INC., GT INTERACTIVE SOFTWARE CORP., and APOGEE SOFTWARE, LTD. d/b/a 3D REALMS ENTERTAINMENT, | ) |
| Counterclaim-Plaintiffs, | ) |
| - against - | ) |
| MICRO STAR, | ) |
| Counterclaim-Defendant. | ) |

Defendants/Counterclaim Plaintiffs Formgen, Inc., and Apogee Software, Ltd. dba 3D Realms Entertainment (together, "Movants"), pursuant to Federal Rule of Civil Procedure 65,

(96cv3435H)
THIRD AMENDED ORDER

106

filed an application for Preliminary Injunction and Order to Show Cause regarding Preliminary Injunction respecting trademark and copyright infringement of the "Duke Nukem 3D" (DN3D) video game by "Nuke It," another video game manufactured and distributed by Plaintiff Micro Star. The Court considered the evidence and arguments of the parties, after conducting hearings on September 23, 24, 26, and 30, 1996. Appearing before this Court at that time on behalf of Movants were Michael L. Kirby and Jonathan A. Boynton of Post Kirby Noonan & Sweat LLP. Appearing on behalf of Micro Star was Philip H. Stillman of Flynn, Sheridan, Tabb & Stillman. After those hearings, this Court filed orders granting in part and denying in part Movants' request for a preliminary injunction. Both sides appealed to the Court of Appeals.

After reviewing the opinion of the Court of Appeals for the Ninth Circuit, issued September 11, 1998, this Court now finds that good cause has been shown for granting a Preliminary Injunction. Specifically, the Court finds that Movants have made a sufficient showing that there is a reasonable likelihood that they would succeed at trial on the merits of the claims that (a) the majority of scenes shown on the packaging of "Nuke It," as well as the DN3D screen savers included with "Nuke It," infringe upon DN3D's copyright and (b) the unauthorized commercial exploitation of user-created game levels contained on the Nuke It CD itself infringes upon DN3D's copyright. The Court finds that Movants have made a sufficient showing that they would suffer irreparable harm if Micro Star is not

(96cv3435H)
THIRD AMENDED ORDER

PKNS\0168636.WP

enjoined from using either screen savers or package scenes that infringe upon DN3D's copyright and from manufacturing and distributing the Nuke It CD, that the balance of the hardships in the event that Micro Star is not so enjoined weighs in favor of the Movants, and that the public interest would be served by the issuance of the preliminary injunction. The Court further finds that continuation of the bond in the amount of $500,000 previously posted by Movants is sufficient to compensate for any harm to Micro Star caused by the issuance of a preliminary injunction in the event that either the preliminary injunction is dissolved or Micro Star prevails on the merits at trial.

As to the trademark claims brought under the Lanham Act, as well as the False Advertising Claim, the Court previously found that Movants have not shown that they will likely prevail on any of these claims, and that ruling was not appealed. Consequently, the Court denies Movants' requests for injunctive relief based upon these claims.

It is hereby ordered that Micro Star, its affiliates, subsidiaries, divisions, officers, agents, and employees, who receive actual notice of this Order, are preliminarily enjoined from:

(1) Showing screen scenes that infringe upon DN3D's copyrighted material on any version of "Nuke It," to include its packaging, product, or CD-ROM. Attached Exhibit 1 shows the Nuke It packaging in use on or about September 30, 1996 and

(96cv3435H)
THIRD AMENDED ORDER

the 30 screen scenes it contains.[1]  This Order additionally applies to any other Micro Star product which contains user-created levels created for use in the DN3D game;

(2)  Continuing to market any "Nuke It" packages which depict copyrighted DN3D scenes.  See Exhibit 1.  As to all packaging presently on the market which depicts such copyrighted scenes, the Court orders Micro Star to recall the product (such recall to have begun no later than Monday, September 30, 1996);

(3)  Including DN3D screen savers, also referred to as "wallpaper," on any version of "Nuke It" to include its packaging, product, or CD-ROM.  This Order additionally applies to any other Micro Star product which contains user-created levels for use in the DN3D game;

(4)  Continuing to market any version of "Nuke It" packages which either contain or make reference to DN3D screen savers.  As to all "Nuke It" games presently on the market which offer free screen savers, the Court orders Micro Star to make its best efforts to remove or "sticker over" any packaging, including instructions, which offers the screen savers.  Attached Exhibit 2 shows the cover of the instruction booklet contained inside the Nuke It DC-ROM jewel box in use on or about September 30, 1996, which states "FREE INSIDE - 25

---

[1] The Court at this point declines to rule which, if any, of the 30 screen scenes constitute "scenes a faire" and do not individually infringe upon movants' copyrighted works.  Rather, the Court notes that taken as a whole, Nuke It's present packaging infringes upon Movant's copyrighted works.

(96cv3435H)
THIRD AMENDED ORDER

Duke Nukem scenes for use as wallpaper in Windows or Windows 95." Attached Exhibit 3 is page 6 of the Nuke It instruction booklet in use on or about September 30, 1996, which states "You should now have a lovely screen of death and mayhem from Duke Nukem 3D as your Windows wallpaper."

(5) Continuing to manufacture or distribute any version of Nuke It that contains on the disk, in MAP files or otherwise, user-created levels for the DN3D game. This Order additionally applies to any other Micro Star product which contains user-created levels created for use in the DN3D game. As to all Micro Star products which contain user-created levels for use in the DN3D game presently on the market, the Court orders Micro Star to stop any manufacturing or distribution of all units of such products.

This Order is subject to modification for good cause shown upon application, with notice, of any party.

IT IS SO ORDERED.

DATED: 9/30/98

_____
Marilyn L. Huff, Judge
United States District Court

(96cv3435H)
THIRD AMENDED ORDER

PKNS\0168636.WP