USDC SCAN INDEX SHEET

















CAG   4/27/99   8:19

3:96-CV-03435   MICRO STAR V. FORMGEN INC

*135*

*DECL.*

**FLYNN, SHERIDAN, TABB & STILLMAN**
PHILIP H. STILLMAN, SBN 152861
SETH F. GORMAN, SBN 191893
3790 Via de la Valle, Suite 307
Del Mar, CA 92014
(619) 793-4900 (Telephone)
(619) 793-4912 (Facsimile)

Attorneys for Plaintiff and Counterclaim-Defendant

ORIGINAL
FILED

99 APR 26 PM 5: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRO STAR<br><br>Plaintiff,<br><br>vs.<br><br>FORMGEN, INC., a coporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants.<br><br>FORMGEN, INC., GT INTERACTIVE SOFTWARE CORP., and APOGEE SOFTWARE LTD. d/b/a 3D REALMS ENTERTAINMENT<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>MICRO STAR<br><br>Counterclaim-Defendant. | CASE NO.: 96-3435H (CM)<br><br>**DECLARATION OF STEPHEN BENEDICT IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT'S OPPOSITION TO DEFENDANTS' AND COUNTERCLAIM-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |

135

## DECLARATION OF STEPHEN BENEDICT

I, Steve Benedict declare:

1.     I, Steve Benedict, am over the age of 18.  The following matters are of my own personal knowledge, unless stated on information and belief, and if called upon to testify thereto, I could and would testify truthfully thereto.  I make this declaration is Support of Plaintiff and Counterclaim Defendant's Opposition to Defendants' and Counterclaim-plaintiffs' Motion for Summary Judgment and Motion to Dismiss.

2.     A true and correct copy of transcriptions of the voicemail messages is attached hereto as Exhibit 1.

Declared under penalty of perjury under the laws of the State of California and United States this 26th day of April, 1999 in Carlsbad, California.

_____
Stephen Benedict

DECLARATION OF SETH F. GORMAN IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT'S OPPOSITION TO DEFENDANTS' AND COUNTERCLAIM-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS
Case No. 96-3435H                                  - 2 -



EXHIBIT

Craig

Its Tony. It's Friday at about five after four. I just got off the phone with the Keister????? Anyway he"s been contacted by Form Gen and he's just really uneasy about moving forward with this and so he says basically he's going to hold off until he feels that he has pretty much a green light. I just told him that we really felt that we had every right to be shipping product. He just said "I don't really want to know..." ; he didn't mean it in a bad way. He goes, "I just don't want to get into all that". He goes "I just know that there are some problems. I don't want to get into any hassles." So he's holding back until he hears otherwise. He wishes; like I said before he's totally hot on it; he just doesn't want to get involved in that kind of a deal. So, call me...Uh...See if we can come up with another approach with him. 206-780-9623. Bye.

Recorded on 7/12/96 at 3:53 p.m.


Update on Ingram.

Craig,

This is Michael with Ingram Micro. Ah, yes, I did get your letter. Um and I have looked through it. I should have the letter from Form Gen probably today, if not ah tomorrow, and it will go back to our legal department and the legal department will make a decision. Until that point in time I can't put a timeline on anything. I have spoken with my upper management about this and they are in agreement with me that even if we do NOT get the letter from FormGen it is still a legal issue and we don't want to be in the middle of any legalities or anything like that so um. I've got your check here for $10,000. What I'm going to do is return this to you. There's no sense in just holding this until this is um... until we come to a conclusion on this. So if you want to give me a call its 714- 566-1000; my extension is 3126; we can talk further about this. Talk to you later. Bye.

7/24/96 at 7:35 a.m.


Form Gen called Neostar

Craig,

This is John Brown at Neostar returning your phone call regarding sell-through information that you wanted. Um. I am working with Paul Shia at PSA here in Dallas as a rep. He was looking for a phone number to help get the sell through numbers also because we did move and that number changed. At any rate I will be giving you that information hopefully that will help solve all your problems. Number One.

Number two: the Nuke It title. I mean the box looks good; everything looks good on it and everything but the last time I heard was that that particular product was still in litigation as far as FormGen um and the legalities of it all. If this is an untruth please by all means give me a call and let me know, and/or get ahold of FormGen and have them send out a statement of some kind to our attention informing us that that title is a legitimate product and can be sold and there are no legal actions against that particular title. That's the only thing I'm concenred about because somebody from Form Gen called and informed me of that particular note. My number is 817-424-2191. If you have any other questions give me a call. Thanks. Bye bye.

7/24/96 at 10:12 a.m.