USDC SCAN INDEX SHEET

















JRL    5/28/99    13:36

3:96-CV-03435    MICRO STAR V. FORMGEN INC

*154*

*STIPO.*

Michael L. Kirby (050895)
Jonathan A. Boynton (174910)
**POST KIRBY NOONAN & SWEAT  LLP**
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone No.  (619) 231-8666
Facsimile  (619) 231-4360

Michael S. Oberman (9838)
Jeffrey S. Trachtman (7956)
Gregory A. Horowitz (0797)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
919 Third Avenue
New York, New York 10022
Telephone No.: (212) 715-9100
Facsimile:  (212) 715-8000

Attorneys for Defendants/Counterclaim-Plaintiffs
**FORMGEN, INC., GT INTERACTIVE SOFTWARE CORP.** and
**APOGEE SOFTWARE, LTD. d/b/a 3D REALMS ENTERTAINMENT**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRO STAR,<br><br>        Plaintiff,<br><br>v.<br><br>FORMGEN, INC., a corporation;<br>GT INTERACTIVE SOFTWARE CORP.,<br>a corporation; 3D REALMS<br>ENTERTAINMENT and DOES 1<br>THROUGH 100, INCLUSIVE,<br><br>        Defendants.<br>_____<br>FORMGEN, INC., GT INTERACTIVE<br>SOFTWARE CORP., and APOGEE<br>SOFTWARE, LTD. d/b/a 3D REALMS<br>ENTERTAINMENT,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>MICRO STAR,<br><br>    Counterclaim-Defendant.<br>_____ | Case No. 96-3435H(LAB)<br><br>**STIPULATION SUBSTITUTING<br>REAL PARTY IN INTEREST AS<br>PLAINTIFF AND COUNTERCLAIM-<br>DEFENDANT; ORDER** |

96CIV3435H (LAB)

PKNS 0183429.WP

This Stipulation is made with reference to the following facts and circumstances:

1.  This action was filed on August 2, 1996 by Micro Star as Plaintiff.

2.  Both the Complaint and the First Amended Complaint filed August 5, 1996, in this action alleged that "Plaintiff Micro Star is a California corporation with a usual place of business in San Diego, California."

3.  Defendants and Counterclaim-Plaintiffs later filed various counterclaims against Micro Star as the Counterclaim-Defendant.

4.  It has recently been discovered that the business known as Micro Star, which instituted this litigation, is actually a sole proprietorship owned by Stephen H. Benedict utilizing the fictitious business name "Micro Star."

5.  The parties are in agreement that the true identity of the Plaintiff and Counterclaim-Defendant should be corrected, pursuant to Rule 17, Fed.R.Civ.P., to substitute Stephen H. Benedict, an individual, doing business as Micro Star, as the sole Plaintiff and Counterclaim-Defendant in this action.

6.  By his signature below, Stephen H. Benedict consents to this substitution so that he individually is a party to this action.

7.  By their signatures below, Stephen H. Benedict and his counsel consent and affirm that the firm of Flynn,

96CIV3435H (LAB)

PKNS 0183429 WP

- 2 -

Sheridan, Tabb & Stillman shall continue to serve as attorneys of record for Plaintiff and Counterclaim-Defendant.

IT IS SO STIPULATED.

DATED:  May 25, 1999

_Stephen N. Benedict_
Stephen H. Benedict, an
individual d/b/a Micro Star

DATED:  May 25, 1999          **FLYNN, SHERIDAN, TABB & STILLMAN**

By: _____
    Seth F. Gorman
    Attorneys for
    Plaintiff/Counterclaim-
    Defendant

DATED:  May 25, 1999          **POST KIRBY NOONAN & SWEAT  LLP**

                              **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: _____
    Michael L. Kirby
    Attorneys for
    Defendants/Counterclaim-
    Plaintiffs

## ORDER

Based on the foregoing, and good cause appearing therefor, IT IS HEREBY ORDERED that:

(1)  Stephen H. Benedict, an individual doing business as Micro Star, is hereby substituted as the sole Plaintiff and Counterclaim-Defendant for all purposes in this action; and

96CIV3435H (LAB)

PKNS 0183429 WP          - 3 -

(2)   The caption of all pleadings hereafter filed in this action shall reflect the true identity of the Plaintiff and Counterclaim-Defendant as set forth in this Stipulation and Order.

IT IS SO ORDERED.

Dated: _____5/27/99_____

_____
Honorable Marilyn L. Huff
United States District Judge

96CIV3435H (LAB)

- 4 -