USDC SCAN INDEX SHEET

















CAG    6/11/99    11:07

3:96-CV-03435    BENEDICT V. FORMGEN INC

*160*

*DECL.*

ORIGINAL
FILED
99 JUN 10 PM 3: 12
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**FLYNN, SHERIDAN, TABB & STILLMAN**
PHILIP H. STILLMAN, SBN 152861
SETH F. GORMAN, SBN 191893
3790 Via de la Valle, Suite 307
Del Mar, CA 92014
(619) 793-4900 (Telephone)
(619) 793-4912 (Facsimile)

Attorneys for Plaintiff and Counterclaim-Defendant
STEPHEN H. BENEDICT, an individual, d/b/a MICRO STAR

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H. BENEDICT, an individual, d/b/a MICRO STAR | CASE NO.: 96-3435H (CM) |
| Plaintiff, | **DECLARATION OF STEPHEN H. BENEDICT REGARDING DESTRUCTION OF NUKE IT AND NUKE IT 1000 PURSUANT TO FINAL JUDGMENT AWARDING DAMAGES AND GRANTING PERMANENT INJUNCTION** |
| vs. | |
| FORMGEN, INC., a coporation; GT INTERACTIVE SOFTWARE CORP., a corporation; 3D REALMS ENTERTAINMENT, and DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |
| FORMGEN, INC., GT INTERACTIVE SOFTWARE CORP., and APOGEE SOFTWARE LTD. d/b/a 3D REALMS ENTERTAINMENT | |
| Counterclaim-Plaintiffs, | |
| vs. | |
| STEPHEN H. BENEDICT, an individual, d/b/a MICRO STAR | |
| Counterclaim-Defendant. | |

I, STEPHEN H. BENEDICT, declare:

1. I am over the age of 18 and the sole proprietor of an business known as and doing business under the fictitious business name "Micro Star", the plaintiff and counter-claim defendant in United Stated District Court for the Southern District of California, Case No. 96-3435H. Final Judgment Awarding Damages and Granting a Permanent Injunction was entered on June 3, 1999. This declaration is made pursuant to paragraph 4 of the Final Judgment. The following is made of my own personal knowledge through personal involvement, investigation and observation:

2. All units of Nuke It and Nuke It 1000, including the packaging, instruction booklet and CD-ROMS, together with the gold master disks, and all other objects from which units of Nuke It and Nuke It 1000 were, or could be, manufactured that are in my or in Micro Star's possession, custody and control have been destroyed.

Declared under penalty of perjury under the laws of the State of California and United States, this 8th day of June, 1999 in Carlsbad, California.

Stephen H. Benedict

DECLARATION OF STEPHEN H. BENEDICT REGARDING DESTRUCTION OF NUKE IT AND NUKE IT 1000 PURSUANT TO FINAL JUDGMENT AWARDING DAMAGES AND GRANTING PERMANENT INJUNCTION
Case No. 96-3435H          - 2 -

ORIGINAL

Law Offices
**FLYNN, SHERIDAN, TABB & STILLMAN**
3790 Via De La Valle, Suite 307
Del Mar, California 92014
(619) 793-4900
Philip H. Stillman, Bar # 152861
Seth F. Gorman, Bar # 191893

Attorneys for Plaintiff and Counterclaim-Defendant MICRO STAR

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MICRO STAR

             Plaintiff,

       vs.

FORMGEN, INC., A corporation; GT
INTERACTIVE SOFTWARE CORP., a
corporation; 3D REALMS ENTERTAINMENT,
and DOES 1 THROUGH 100 INCLUSIVE,

           Defendants.

FORMGEN, INC., GT INTERACTIVE
SOFTWARE CORP., and APOGEE
SOFTWARE LTD. d/b/a 3D REALMS
ENTERTAINMENT

          Counterclaim-Plaintiffs,

       vs.

MICRO STAR

          Counterclaim-Defendant.

CASE NO.   **96-3435H (CM)**

**PROOF OF SERVICE**

1

ORIGINAL

I, Lisa Moyer, declare as follows:

I am employed with the law firm of FLYNN, SHERIDAN, TABB & STILLMAN, whose address is 3790 Via De La Valle, Suite 307, Del Mar, California 92014.

I am over the age of 18 and not a party to this action.

On June 10, 1999 I caused to be served the following documents:

**1.    DECLARATION OF STEPHEN H. BENEDICT REGARDING DESTRUCTION OF NUKE IT AND NUKE IT1000 PURSUANT TO FINAL JUDGMENT AWARDING DAMAGES AND GRANTING PERMANENT INJUNCTION**

POST KIRBY NOONAN & SWEAT LLP
Michael L. Kirby, Esq.
Jonathan A. Boynton, Esq.
600 West Broadway, Suite 1100
San Diego, CA 92101-3302

__X__ I placed such envelope with postage thereon fully prepaid to be placed in the **U.S. MAIL** as noted on the service list. I am readily familiar with the collection and processing of correspondence for mailing with the United States Postal Service. Correspondence for mailing is deposited with the United States Postal Service on that same day in the ordinary course of business. The foregoing document(s) were sealed and placed for collection and mailing on the foregoing date following the firm's ordinary practices. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

__X__ I caused such envelope to be delivered by **FACSIMILE** to the offices of the addressee(s) as noted on the service list (ABOVE).

_____ I caused such envelope to be delivered by **FEDERAL EXPRESS** to the offices of: (See service list, if applicable).

____ I caused such envelope to be delivered by **PERSONAL SERVICE**. (See service list)

__X__ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this June 10, 1999, at Del Mar, California, 92014.

Lisa Moyer

PROOF OF SERVICE                    2